IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:17-CR-169-B |
| SAID AZZAM MOHAMAD RAHIM | |

## Certificate of Service

I certify that on September 7, 2017, a copy of the Government's Response to Defendant's Motion to Revoke or Amend Magistrate's Order of Pretrial Detention was served on defendant's counsel of record, James Whalen, via cm/ecf.

_____s/Errin Martin_____
Errin Martin
Assistant United States Attorney