IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO.  3:17-CR-169-B |
| SAID AZZAM MOHAMAD RAHIM | |

### UNOPPOSED MOTION TO SET CIPA SCHEDULING ORDER

On October 30, 2017, the Court conducted a hearing pursuant to CIPA Section 2 in order to set a CIPA scheduling order in this case.  During the hearing, the parties agreed to confer about dates and submit them to the Court.  The United States of America, after conferring with counsel for Defendant Said Azzam Mohamad Rahim, requests that the Court set the following scheduling order in this case.

Deadline for Government to file CIPA Section 4 motion:      **February 2, 2018**

Jury Trial:      **May 7, 2018**

After the Court considers the Government's CIPA Section 4 motion, the Court may determine that it is necessary to set additional deadlines in this case pursuant to CIPA Sections 5, 6, and 8.

Respectfully submitted,

JOHN R. PARKER
UNITED STATES ATTORNEY


_____s/  Errin Martin_____
ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214.659.8600
Email:        Errin.Martin@usdoj.gov

TARYN M. MEEKS
National Security Division
U.S. Department of Justice
Illinois State Bar No. 6298100
950 Pennsylvania Ave. NW
Washington D.C. 20530
Telephone: 202.532.4162
Email: Taryn.Meeks@usdoj.gov

**Certificate of Conference**

On October 30, 2017, I conferred with James Whalen, attorney for Defendant Said Azzam Mohamad Rahim, about the filing and the substance of this motion, and he is unopposed to both the filing and the substance of the motion.


_____/s/____Errin Martin_____
Errin Martin
Assistant United States Attorney