IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | CRIMINAL NUMBER 3:17-CR-169-B |
| | § | |
| V. | § | Judge Jane J. Boyle |
| | § | |
| SAID AZZAM MOHAMAD RAHIM | § | |

## NOTICE OF APPEAL

TO THE HONORABLE UNITED STATES DISTRICT JUDGE:

NOW COMES the Defendant, SAID AZZAM MOHAMAD RAHIM, by and through his attorney of record and files this his Notice of Appeal to the District Court's Denial of the Motion to Revoke or Amend Magistrate's Order of Pretrial Detention in the above styled and numbered cause to the United States Court of Appeals for the Fifth Circuit and pursuant to Rule 38 of the Federal Rules of Criminal Procedure.

Respectfully submitted,

WHALEN LAW OFFICE

_____/s/ James P. Whalen_____
JAMES P. WHALEN
STATE BAR NO. 00794837
9300 John Hickman Parkway, Suite 501
Frisco, Texas 75035
Telephone: (214) 368-2560
Facsimile: (972) 829-8654
jwhalen@whalenlawoffice.com

COUNSEL FOR DEFENDANT
SAID AZZAM MOHAMAD RAHIM

## CERTIFICATE OF SERVICE

      This is to certify that a true and correct copy of the foregoing motion was delivered to Errin Martin, the Assistant United States Attorney in charge of this case, via CM/ECF, on this the 13th day of November, 2017.

                                */s/James P. Whalen*
                                JAMES P. WHALEN