IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:17-CR-169-B |
| SAID AZZAM MOHAMAD RAHIM | |

GOVERNMENT'S NOTICE OF CLASSIFIED FILING

On December 15, 2017, the Government filed a classified document pursuant to CIPA Section 4.

Respectfully submitted,

ERIN NEALY COX
United States Attorney

*s/Errin Martin*
ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas 75242
errin.martin@usdoj.gov
Telephone: 214.659-8600