UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>v.<br><br>SAID AZZAM MOHAMAD RAHIM,<br>    Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§ | CRIMINAL ACTION NO:<br>3:17-CR-169-B |

### ORDER

Defendant, Said Azzam Mohamad Rahim, has filed Waiver of Personal Appearance at Arraignment and Entry of Plea of Not Guilty (doc. 54) Said Waiver, in accordance with the findings set forth below, is this 27th day of February, 2018, **ACCEPTED AND GRANTED**.

In accordance with Rule 10(b) of the Federal Rules of Criminal Procedure, this Court finds that the Defendant received a copy of the Superseding Indictment filed February 14, 2018, that he understands the nature and substance of the charges contained therein, the maximum penalties applicable thereto, and that he understands that he has a right to attend an arraignment hearing, but that he has requested that this Court accept his waiver of his presence at the hearing and enter a plea of "Not Guilty" on his behalf.  This Court finds that the Defendant and his counsel have signed the waiver and this Court hereby accepts this Waiver of Personal Appearance at Arraignment and a plea of "Not Guilty" will be entered on his behalf.

SIGNED February 27, 2018.

_____
JANE J. BOYLE
UNITED STATES DISTRICT JUDGE