IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | |
| v. | NO. 3:17-CR-169-B |
| SAID AZZAM MOHAMAD RAHIM | |

GOVERNMENT'S NOTICE OF INTENT TO OFFER EVIDENCE

The United States, through its attorney Errin Martin, Assistant United States Attorney for the Northern District of Texas, hereby provides notice to defendant and to the Court, that pursuant to Title 50, United States Code, Section 1806(c), the United States intends to offer into evidence, or otherwise use or disclose in any proceedings in the above-captioned matter, information obtained or derived from electronic surveillance conducted pursuant to the Foreign Intelligence Surveillance Act of 1978 (FISA), as amended, 50 U.S.C. § 1801-1812.

Respectfully submitted,

ERIN NEALY COX
United States Attorney

*s/Errin Martin*
ERRIN MARTIN
Assistant United States Attorney
Texas State Bar No. 24032572
1100 Commerce Street, Third Floor
Dallas, Texas 75242
errin.martin@usdoj.gov

Taryn M. Meeks
Trial Attorney
U.S. Department of Justice

## Certificate of Service

I certify that on October 18, 2018, a copy of this notice was served on James Whalen, counsel for the defendant, via CM/ECF.

>*s/Errin Martin*
>ERRIN MARTIN