IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

_____

| UNITED STATES OF AMERICA | NO. 3:17-CR-00169-B |
|---|---|
| v. | |
| SAID AZZAM MOHAMAD RAHIM | |

# GOVERNMENT WITNESS LIST

The United States of America, by and through the United States Attorney for the Northern District of Texas, files the Government's Witness List in this case as follows:

| No. | Witness and Address | Expert (E) or Records Custodian (R) | Probable or Possible | Summary |
|---|---|---|---|---|
| 1. | Special Agent Dwayne Golomb, FBI-Dallas | | Probable | SA Golomb will testify about his investigation of Said Rahim and about his interview of Said Rahim at DFW Airport. |
| 2. | Lorenzo Vidino, Ph.D., Washington, D.C. | E | Probable | Mr. Vidino will testify about the history of ISIS and its use of social media platforms to recruit and obtain personnel and support. |
| 3. | Special Agent Michael Gober, FBI-Dallas | | Possible | SA Gober will testify about his post-Miranda interview of Said Rahim. |
| 4. | Detective Jay Darst, Dallas Police Department | | Probable | Detective Darst will testify about purchasing a Sony phone from Said Rahim at Rahim's store. |
| 5. | Ayda Hussein, Linguist | E*[1] | Probable | Ms. Hussein will testify about voice identification of the |

---

[1] E* denotes a witness with Expertise.

**Government's Witness List – Page 1**

| | | | | |
|---|---|---|---|---|
| | FBI-Dallas | | | defendant and the translations from Arabic to English. |
| 6. | Tenente Colonnello (Lt. Col.) Massimo Corradetti; ROS-Reparto Anticrimine di Torino.<br><br>Turin, Italy | | Probable | Lt. Col. Corradetti will testify about the Italian investigation of co-conspirator El Aoual and the evidence collected as part of that investigation. |
| 7. | Marasciallo Maggiore (Mar. Maj.) Cristiano Napoletano (ROS-Reparto Antiterrorismo di Roma)<br>Rome, Italy | | Probable | Mar. Maj. Napoletano will testify about his investigation of El Aoual and the evidence collected as part of that investigation. |
| 8. | Special Agent Daniel Glick Dept. of State Diplomatic Security Services | | Possible | Special Agent Glick may testify about the investigation and interviews of Said Rahim. |
| 9. | Bill Moore Zello Austin, Texas | R | Possible | Mr. will testify about how Zello operates and will authenticate its business records. |
| 10. | Jake Hauske Support Operations Specialist FBI-Dallas | | Possible | Mr. Hauske may testify about analysis he performed during the investigation and social media research he conducted. |
| 11. | Special Agent Matthew Fine, FBI-Washington, D.C. | E* | Possible | SA Fine may testify that audio recordings were properly made and verified by using hash values and operations of Zello and its capabilities. |
| 12. | Special Agent Thomas Carignan FBI-Dallas | E* | Possible | SA Carignan may testify about static and dynamic IP addresses. |
| 13. | Gwen Dove, CART Examiner, FBI-Dallas | E | Probable | Ms. Dove will testify that the phones both sold by and seized from Rahim had been cleaned, or the factory reset had been performed on them. Ms. Dove will also testify about the extractions she did of Rahim's |

| | | | | |
|---|---|---|---|---|
| | | | | phones and 3 SIM cards in his possession. |
| 14. | Michael Clark, U.S. Customs and Border Patrol, Dallas, Texas | | Possible | SA Clark will testify regarding Rahim's international travel. |
| 15. | Ofc. Barry Street, U.S. Customs and Border Patrol | | Probable | Ofc. Street will testify to the search of Rahim's luggage. |
| 16. | SA Nolan Blanchette, United States Department of State Diplomatic Security Service- Dallas, Texas | | Possible | SA Blanchette may testify to the existence or absence of visa records. |
| 17. | SA Paul Amacker, FBI-Dallas | | Probable | SA Amacker will testify to his surveillance of Rahim on March 4 and 5, 2017. |
| 18. | Alexey Gavrilov-Zello, Austin, Texas | R | Probable | Mr. Gavrilov will testify regarding how to operate the Zello application and website and Zello records. |
| 19. | | | | |

Respectfully submitted,

ERIN NEALY COX
UNITED STATES ATTORNEY

s/ Errin Martin
ERRIN MARTIN
Assistant United States Attorney
Texas Bar No.  24032572
1100 Commerce Street, Third Floor
Dallas, Texas  75242
Telephone:   214.659.8600
Email: Errin.Martin@usdoj.gov

<u>Certificate of Service</u>

      I hereby certify that on April 15, 2019, I electronically filed the foregoing document with the clerk of court for the U.S. District Court, Northern District of Texas, using the electronic case filing system of the court.  The electronic case filing system sent a "Notice of Electronic Filing" to all attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                     s/ Errin Martin
                                     Assistant United States Attorney