IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| V. | § | Criminal No. 3:17-cr-169 |
| | | Judge Jane J. Boyle |
| SAID AZZAM MOHAMAD RAHIM | § | |

### **DEFENDANT SAID AZZAM MOHAMAD RAHIM'S WITNESS LIST**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW the Defendant, SAID AZZAM MOHAMAD RAHIM, by and through undersigned counsel and files this Witness List and hereby discloses the following witnesses anticipated being called during Defendant's case in chief. Defendant reserves the right to amend this list should it become necessary and proper to do so.

1. Said Azzam Mohamad Rahim
   c/o Whalen Law Office
   9300 John Hickman Pkwy, Suite 501
   Frisco, Texas 75035
   214-368-2560

2. Sahid Mohamed
   Mesquite, Texas

3. Asid Mohamed
   Forney, Texas

4. The Defendant hereby incorporates by reference each and every witness listed on the Government's Witness List.

Respectfully submitted,

WHALEN LAW OFFICE

/s/ James P. Whalen
JAMES P. WHALEN
TEXAS BAR CARD NO. 00794837
RYNE T. SANDEL
TEXAS BAR CARD NO. 24081689
9300 John Hickman Parkway, Suite 501
Frisco, Texas 75035
Telephone: (214) 368-2560
Facsimile:  (972) 829-8654
jwhalen@whalenlawoffice.com
rsandel@whalenlawoffice.com

COUNSEL FOR DEFENDANT
SAID AZZAM MOHAMAD RAHIM

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing motion was delivered to Errin Martin, the Assistant United States Attorney in charge of this case, via CM/ECF, on this the 15th day of April 2019.

/s/ James P. Whalen
JAMES P. WHALEN