IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

|                              |   |                   |
|------------------------------|---|-------------------|
| UNITED STATES OF AMERICA     | § |                   |
| Plaintiff,                   | § |                   |
| v.                           | § | No. 3:17-CR-0169-B |
| SAID AZZAM MOHAMAD RAHIM,    | § |                   |
| Defendant.                   | § |                   |

## VERDICT FORM

We, the jury in the above-entitled case, find Defendant Said Azzam Mohamad Rahim:

__Guilty__ of the offense charged in Count 1 of the Second Superseding Indictment, Conspiracy to Provide Material Support to a Foreign Terrorist Organization.

"Guilty" or "Not Guilty"

__Guilty__ of the offense charged in Count 2 of the Second Superseding Indictment, Attempt to Provide Material Support to a Foreign Terrorist Organization.

"Guilty" or "Not Guilty"

__~~Not Guilty~~ Guilty__ of the offense charged in Count 3 of the Second Superseding Indictment, False Statement to a Federal Agent.

"Guilty" or "Not Guilty"

__Guilty__ of the offense charged in Count 4 of the Second Superseding Indictment, False Statement to a Federal Agent.

"Guilty" or "Not Guilty"

- 21 -

__Guilty_____ of the offense charged in Count 5 of the Second Superseding Indictment, False Statement to a Federal Agent.

"Guilty" or "Not Guilty"

__Guilty_____ of the offense charged in Count 6 of the Second Superseding Indictment, False Statement to a Federal Agent.

"Guilty" or "Not Guilty"

__Guilty_____ of the offense charged in Count 7 of the Second Superseding Indictment, False Statement to a Federal Agent.

"Guilty" or "Not Guilty"

__Guilty_____ of the offense charged in Count 8 of the Second Superseding Indictment, False Statement to a Federal Agent.

"Guilty" or "Not Guilty"

DATE: 5/3/2019

_____
JURY FOREPERSON

-22-