UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA,<br>   Plaintiff, | §<br>§<br>§ | |
| v. | §<br>§ | CRIMINAL ACTION NO:<br>3:17-CR-169-B |
| SAID AZZAM MOHAMAD RAHIM,<br>   Defendant | §<br>§<br>§ | |

## COURT'S LIST OF ADMITTED TRIAL EXHIBITS

     Attached is the list of exhibits admitted during the jury trial, which began on Tuesday, April 30, 2019, and concluded on Friday, May 3, 2019.

TRIAL EXHIBIT LIST – See Attachment

**Government's Admitted Exhibits:**

| Exhibit No. | Description | Admitted |
|---|---|---|
| 1 | Cricket Wireless Phone Records for Said Rahim<br>214-414-4244<br>March 30, 2015- April 28, 2016 | 4/29/19 |
| 2 | Cricket Wireless Phone Records for Said Rahim<br>214-414-4244<br>April 28, 2016- May 27, 2016 | 4/29/19 |
| 3 | Cricket Wireless Phone Records for Said Rahim<br>214-414-4244<br>May 27, 2016-January 1, 2017 | 4/29/19 |
| 4 | Cricket Wireless Phone Records for Said Rahim<br>214-414-4244<br>March 30, 2015- March 27, 2017 | 4/29/19 |
| 5 | Subscriber Records<br>Time Warner Cable | 4/29/19 |
| 6 | Google Records for<br>angousha@gmail.com<br>omershishani1976@gmail.com | 4/29/19 |
| 7 | Zello Records: IP log for<br>"all way isis"/omershishani1976@gmail.com | 4/30/19 |
| 8 | Zello Records: "safer-alshahadah"/ omershishani1976@gmail.com | 4/30/19 |
| 9 | Zello Records:<br>Dr. Sa7wat/mostafaapple1977@gmail.com | 4/30/19 |
| 10 | Zello Records: Contacts for<br>"safer-alshahadah"<br>"all way isis"<br>"hola isis"<br>"angousha@" | 4/30/19 |
| 11 | Zello Records:  IP Logs for Hola Isis | 4/30/19 |
| 12 | Zello Records:  IP Logs for Angousha@ | 4/30/19 |
| 13 | Zello Records: Details for First Iteration of the "State of the Islamic Caliphate" Channel | 4/30/19 |
| 14 | Zello Records: Subscriber Log for First Iteration of the "State of the Islamic Caliphate" Channel | 4/30/19 |
| 15 | Zello Records: Server 1 Log for the First Iteration of the "State of the Islamic Caliphate" Channel | 4/30/19 |
| 16 | Zello Records: Server 2 Log for the First Iteration of the "State of the Islamic Caliphate" Channel | 4/30/19 |
| 17 | Zello Records:  Details for the Second Iteration of the "State of the Islamic Caliphate" Channel | 4/30/19 |
| 18 | Zello Records: Subscriber Log for Second Iteration of the "State of the Islamic Caliphate" Channel | 4/30/19 |
| 19 | Zello Records:  Server 1 Log for the Second Iteration of the "State of the Islamic Caliphate" Channel | 4/30/19 |
| 20 | Zello Records:  Server 2 Log for the Second Iteration of the "State of the Islamic Caliphate" Channel | 4/30/19 |
| 21 | Zello Records: Details for the Third Iteration of the "State of the Islamic Caliphate" Channel | 4/30/19 |
| 22 | Zello Records: Subscriber Log for the Third Iteration of the "State of the Islamic Caliphate" Channel | 4/30/19 |
| 23 | Zello Records: Server 1 Log for the Third Iteration of the "State of the Islamic Caliphate" Channel | 4/30/19 |
| 24 | Zello Records:  Server 2 Log for the Third Iteration of the "State of the Islamic Caliphate" Channel | 4/30/19 |
| 25 | Zello Records: Details for the Fourth Iteration of the "State of the Islamic Caliphate" Channel | 4/30/19 |

| 26 | Zello Records: Subscriber Log for the Fourth Iteration of the "State of the Islamic Caliphate" Channel | 4/30/19 |
| --- | --- | --- |
| 27 | Zello Records: Server 1 Log for the Fourth Iteration of the "State of the Islamic Caliphate" Channel | 4/30/19 |
| 28 | Zello Records: Server 2 Log for the Fourth Iteration of the "State of the Islamic Caliphate" Channel | 4/30/19 |
| 29 | Zello Records: Ibn Dawla | 4/30/19 |
| 30 | Zello Records: Ibn Dawla | 4/30/19 |
| 31 | Google Records: Ibn Dawla | 4/29/19 |
| 32 | Facebook Records: Salah Deen | 4/29/19 |
| 33 | Facebook Records: Charaf El Aoual | 4/29/19 |
| 35 | IP log summary chart | 4/29/19 |
| 36 | Zello Administrator/Moderator Summary Chart | 4/29/19 |
| 41 | Photographs of Rahim's luggage and SIM cards | 4/29/19 |
| 42 | SIM cards recovered from Rahim's luggage on March 5, 2017 | 5/2/19 |
| 43 | Extraction report of SIM card seized from Rahim's luggage on March 5, 2017 | 5/2/19 |
| 44 | Extraction report of SIM card seized from Rahim's luggage on March 5, 2017 | 5/2/19 |
| 45 | Extraction report of SIM card seized from Rahim's luggage on March 5, 2017 | 5/2/19 |
| 46 | iPhone seized from Rahim on March 5, 2017 | 4/29/19 |
| 47 | Extraction report of iPhone seized from Rahim on March 5, 2017 | 5/2/19 |
| 48 | Image from iPhone seized from Rahim on March 5, 2017 | 4/29/19 |
| 49 | Approximately $6,000 in U.S. currency recovered from Rahim on March 5, 2017 | 4/29/19 |
| 50 | Lufthansa Records for Rahim's flight to Jordan on March 5, 2017 | 4/29/19 |
| 52 | Maps | 4/29/19 |
| 53 | Code of Federal Regulations | 4/29/19 |
| 54 | Said Rahim Passport | 4/29/19 |
| 55 | Department of Homeland Security Records/ Customs and Border Patrol: Said Rahim | 5/2/19 |
| 56 | Department of Homeland Security Records/ Immigration and Naturalization Service: Said Rahim | 4/29/19 |
| 57 | Texas Department of Public Safety Driver's License Records | 4/29/19 |
| 58 | Photograph of 640 E Colorado Blvd., Dallas, Texas | 4/29/19 |
| 60 | Phone recovered from luggage of Said Rahim on March 5, 2017 | 4/29/19 |
| 61 | Extraction report of phone recovered from Rahim's luggage on March 5. 2017 | 5/2/19 |
| 63 | Pole Camera still pictures | 4/29/19 |
| 64 | Video of noncustodial interview of Said Rahim on March 5, 2017 | 5/2/19 |
| 65 | Transcript of noncustodial interview of Said Rahim on March 5, 2017 | 5/2/19 |
| 68 | Lufthansa Gate Pass | 4/29/19 |
| 69 | Birth Certificate: Said Rahim | 4/29/19 |
| 70 | Hard drive containing Italian records and audio<br>**(RECORD PURPOSES ONLY)** | 4/29/19 |
| 71 | Screenshots of Zello profiles | 5/1/19 |
| 72 | Italian surveillance photos of Ibn Dawla (El Aoual) | 5/1/19 |
| 73 | Screen shot of Zello owner profile picture | 5/1/19 |
| 74 | Audio - Italian File<br>Session 6749<br>November 28, 2016 | 5/1/19 |
| 75 | Transcript - Italian File<br>Session 6749<br>November 28, 2016 | 5/1/19 |

| | | |
|---|---|---|
| 76 | Audio - Italian File<br>Session 7231<br>November 30, 2016 | 5/1/19 |
| 77 | Transcript - Italian File<br>Session 7231<br>November 30, 2016 | 5/1/19 |
| 78 | Audio - Italian File<br>Session 8562<br>December 9, 2016 | 5/1/19 |
| 79 | Transcript - Italian File<br>Session 8562<br>December 9, 2016 | 5/1/19 |
| 80 | Audio - Italian File<br>Session 7972.1<br>December 5, 2016 | 5/1/19 |
| 81 | Transcript - Italian File<br>Session 7972.1<br>December 5, 2016 | 5/1/19 |
| 82 | Audio - Italian File<br>Session 21832<br>February 4, 2017 | 5/1/19 |
| 83 | Transcript - Italian File<br>Session 21832<br>February 4, 2017 | 5/1/19 |
| 84 | Audio - Italian File<br>Session 6449.1<br>November 25, 2016 | 5/1/19 |
| 85 | Transcript - Italian File<br>Session 6449.1<br>November 25, 2016 | 5/1/19 |
| 86 | Audio - Italian File<br>Session 6449.2<br>November 25, 2016 | 5/1/19 |
| 87 | Transcript - Italian File<br>Session 6449.2<br>November 25, 2016 | 5/1/19 |
| 88 | Audio - Italian File<br>Session 21298<br>February 1, 2017 | 5/1/19 |
| 89 | Transcript - Italian File<br>Session 21298<br>February 1, 2017 | 5/1/19 |
| 90 | Audio - Italian File<br>Session 7972.2<br>December 5, 2016 | 5/1/19 |
| 91 | Transcript - Italian File<br>Session 7972.2<br>December 5, 2016 | 5/1/19 |
| 92 | Audio - Italian File<br>Session 10506<br>December 19, 2016 | 5/1/19 |
| 93 | Transcript - Italian File<br>Session 10506<br>December 19, 2016 | 5/1/19 |

| | | |
|---|---|---|
| 94 | Audio - Italian File<br>Session 10750<br>December 20, 2016 | 5/1/19 |
| 95 | Transcript - Italian File<br>Session 10750<br>December 20, 2016 | 5/1/19 |
| 96 | Audio - Italian File<br>Session 9016<br>December 12, 2016 | 5/1/19 |
| 97 | Transcript - Italian File<br>Session 9016<br>December 12, 2016 | 5/1/19 |
| 98 | Audio - Italian File<br>Session 9602<br>December 14, 2016 | 5/1/19 |
| 99 | Transcript - Italian File<br>Session 9602<br>December 14, 2016 | 5/1/19 |
| 100 | Audio - Italian File<br>Session 7158<br>November 29, 2016 | 5/1/19 |
| 101 | Transcript - Italian File<br>Session 7158<br>November 29, 2016 | 5/1/19 |
| 102 | Audio - Italian File<br>Session 22959.1<br>February 8, 2017 | 5/1/19 |
| 103 | Transcript - Italian File<br>Session 22959.1<br>February 8, 2017 | 5/1/19 |
| 104 | Audio - Italian File<br>Session 22959.2<br>February 8, 2017 | 5/1/19 |
| 105 | Transcript - Italian File<br>Session 22959.2<br>February 8, 2017 | 5/1/19 |
| 106 | Audio - Italian File<br>Session 22306<br>February 6, 2017 | 5/1/19 |
| 107 | Transcript - Italian File<br>Session 22306<br>February 6, 2017 | 5/1/19 |
| 109 | C.D. (s) 1 containing records and audio | 4/30/19 |
| 110 | C.D. 2 containing records and audio | 4/30/19 |
| 113 | Audio - Session 115708<br>November 13, 2015<br>Ibn Dawla | 5/1/19 |
| 114 | Transcript - Session 115708<br>November 13, 2015<br>Ibn Dawla | 5/1/19 |
| 115 | Audio - Session 133447<br>November 20, 2015<br>Ibn Dawla | 5/1/19 |
| 116 | Transcript - Session 133447<br>November 20, 2015<br>Ibn Dawla | 5/1/19 |

| | | |
|---|---|---|
| 117 | Audio - Session 134504<br>November 20, 2015<br>Ibn Dawla | 5/1/19 |
| 118 | Transcript - Session 134504<br>November 20, 2015<br>Ibn Dawla | 5/1/19 |
| 119 | Audio - Session 63210<br>February 3, 2016<br>Ibn Dawla | 5/1/19 |
| 120 | Transcript - Session 63210<br>February 3, 2016<br>Ibn Dawla | 5/1/19 |
| 121 | Audio - Session 863028<br>September 19, 2016<br>Ibn Dawla; Said Rahim | 5/1/19 |
| 122 | Transcript - Session 863028<br>September 19, 2016<br>Ibn Dawla; Said Rahim; Hammudi44 | 5/1/19 |
| 123 | Audio - Session 945440<br>October 8, 2016<br>Said Rahim; Khalid al-Khatib | 5/1/19 |
| 124 | Transcript - Session 945440<br>October 8, 2016<br>Said Rahim; Khalid al-Khatib | 5/1/19 |
| 125 | Audio - Session 100636<br>March 16, 2016<br>Ibn Dawla | 5/1/19 |
| 126 | Transcript - Session 100636<br>March 16, 2016<br>Ibn Dawla | 5/1/19 |
| 127 | Audio - Session 135150<br>April 23, 2016<br>Ibn Dawla; Unknown Male | 5/1/19 |
| 128 | Transcript - Session 135150<br>April 23, 2016<br>Ibn Dawla; Unknown Male | 5/1/19 |
| 129 | Audio - Session 100107<br>Mary 20, 2016<br>Said Rahim; Ibn Dawla | 51/19 |
| 130 | Transcript - Session 100107<br>May 20, 2016<br>Said Rahim; Ibn Dawla | 5/1/19 |
| 131 | Audio - Session 94356<br>October 21, 2016<br>Ibn Dawla | 5/1/19 |
| 132 | Transcript - Session 94356<br>October 21, 2016<br>Ibn Dawla | 5/1/19 |
| 133 | Audio - Session 154916<br>January 16, 2016<br>Ibn Dawla | 5/1/19 |
| 134 | Transcript - Session 154916<br>January 16, 2016<br>Ibn Dawla | 5/1/19 |

| 135 | Audio - Session 43389<br>May 3, 2016<br>Unknown Male | 5/1/19 |
| --- | --- | --- |
| 136 | Transcript - Session 43389<br>May 3, 2016<br>Unknown Male | 5/1/19 |
| 137 | Audio - Session 200808<br>June 4, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 138 | Transcript - Session 200808<br>June 4, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 139 | Audio - Session 813451<br>September 19, 2016<br>Said Rahim | 5/1/19 |
| 140 | Transcript - Session 813451<br>September 19, 2016<br>Said Rahim | 5/1/19 |
| 141 | Audio - Session 955929<br>October 9, 2016<br>Said Rahim; Ibn Dawla; Unknown Male | 5/1/19 |
| 142 | Transcript - Session 955929<br>October 9, 2016<br>Said Rahim; Ibn Dawla; Unknown Male | 5/1/19 |
| 143 | Audio - Session 230228<br>June 9, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 144 | Transcript - Session 230228<br>June 9, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 145 | Audio - Session 933167<br>October 6, 2016<br>Said Rahim; Unknown Male; Khaled-Khateeb 1; abo alwaleed aljnobe | 5/1/19 |
| 146 | Transcript - Session 933167<br>October 6, 2016<br>Said Rahim; Unknown Male; Khaled-Khateeb 1; abo alwaleed aljnobe | 5/1/19 |
| 147 | Audio - Session 843896<br>September 22, 2016<br>Said Rahim | 5/1/9 |
| 148 | Transcript - Session 843896<br>September 22, 2016<br>Said Rahim | 5/1/19 |
| 149 | Audio - Session 771319<br>September 8, 2016<br>Said Rahim | 5/1/19 |
| 150 | Transcript - Session 771319<br>September 8, 2016<br>Said Rahim | 5/1/19 |
| 151 | Audio - Session 000157<br>August 17, 2016<br>Said Rahim | 5/1/19 |
| 152 | Transcript - Session 000157<br>August 17, 2016<br>Said Rahim | 5/1/19 |

| | | |
|---|---|---|
| 153 | Audio - Session 00026<br>August 17, 2016<br>Said Rahim | 5/1/19 |
| 154 | Transcript - Session 00026<br>August 17, 2016<br>Said Rahim | 5/1/19 |
| 155 | Audio - Session 942704<br>October 7, 2016<br>Said Rahim | 5/1/19 |
| 156 | Transcript - Session 942704<br>October 7, 2016<br>Said Rahim | 5/1/19 |
| 157 | Audio - Session 841886<br>September 22, 2016<br>Said Rahim; Unknown Males; Abu-Haffs; Saw . . . saw12 | 5/1/19 |
| 158 | Transcript - Session 841886<br>September 22, 2016<br>Said Rahim; Unknown Males; Abu-Haffs; Saw . . . saw12 | 5/1/19 |
| 159 | Audio - Session 594149<br>August 16, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 160 | Transcript - Session 594149<br>August 16, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 161 | Audio - Session 96109<br>May 24, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 162 | Transcript - Session 96109<br>May 24, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 163 | Audio - Session 792759<br>September 16, 2016<br>Said Rahim | 5/1/19 |
| 164 | Transcript - Session 792759<br>September 16, 2016<br>Said Rahim | 5/1/19 |
| 165 | Audio - Session 232303<br>January 2, 2017<br>Said Rahim | 5/1/19 |
| 166 | Transcript - Session 232303<br>January 2, 2017<br>Said Rahim | 5/1/19 |
| 167 | Audio - Session 942667<br>October 7, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 168 | Transcript - Session 942667<br>October 7, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 169 | Audio - Session 408389<br>July 15, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 170 | Transcript - Session 408389<br>July 15, 2016<br>Said Rahim; Unknown Male | 5/1/19 |

| | | |
|---|---|---|
| 171 | Audio - Session 847148<br>September 22, 2016<br>Said Rahim; Ibn Dawla; Abo-Makek1992 | 5/1/19 |
| 172 | Transcript - Session 847148<br>September 22, 2016<br>Said Rahim; Ibn Dawla; Abo-Makek1992 | 5/1/19 |
| 173 | Audio - Session 175714<br>December 30, 2015<br>Said Rahim | 5/1/19 |
| 174 | Transcript - Session 175714<br>December 30, 2015<br>Said Rahim | 5/1/19 |
| 175 | Audio - Session 170730<br>December 16, 2016<br>Said Rahim | 5/1/19 |
| 176 | Transcript - Session 170730<br>December 16, 2016<br>Said Rahim | 5/1/19 |
| 177 | Audio - Session 124615<br>June 13, 2016<br>Said Rahim; Abu-Amjad al-Ghazzawi | 5/1/19 |
| 178 | Transcript - Session 124615<br>June 13, 2016<br>Said Rahim; Abu-Amjad al-Ghazzawi | 5/1/19 |
| 179 | Audio - Session 161029<br>August 28, 2016<br>Said Rahim | 5/1/19 |
| 180 | Transcript - Session 161029<br>August 28, 2016<br>Said Rahim | 5/1/19 |
| 181 | Audio - Session 105640<br>July 15, 2016<br>Said Rahim | 5/1/19 |
| 182 | Transcript - Session 105640<br>July 15, 2016<br>Said Rahim | 5/1/19 |
| 183 | Audio - Session 110209<br>July 15, 2016<br>Said Rahim | 5/1/19 |
| 184 | Transcript - Session 110209<br>July 15, 2016<br>Said Rahim | 5/1/19 |
| 185 | Audio - Session 134377<br>December 17, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 186 | Transcript - Session 134377<br>December 17, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 187 | Audio - Session 65669<br>May 20, 2016<br>Unknown Males | 5/1/19 |
| 188 | Transcript - Session 65669<br>May 20, 2016<br>Unknown Males | 5/1/19 |

| | | |
|---|---|---|
| 189 | Audio - Session 1630502<br>December 16, 2016<br>Said Rahim; Rami Rhal | 5/1/19 |
| 190 | Transcript - Session 1630502<br>December 16, 2016<br>Said Rahim; Rami Rhal | 5/1/19 |
| 191 | Audio - Session 1798388<br>January 3, 2017<br>Said Rahim; Unknown Male | 5/1/19 |
| 192 | Transcript - Session 1798388<br>January 3, 2017<br>Said Rahim; Unknown Male | 5/1/19 |
| 193 | Audio - Session 1652821<br>December 19, 2016<br>Said Rahim; 3achek elhoure12345 | 5/1/19 |
| 194 | Transcript - Session 1652821<br>December 19, 2016<br>Said Rahim; 3achek elhoure12345 | 5/1/19 |
| 195 | Audio - Session 406884<br>July 15, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 196 | Transcript - Session 406884<br>July 15, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 197 | Audio - Session 817314<br>September 19, 2016<br>Said Rahim; Abo alwaleed aljnobe | 5/1/19 |
| 198 | Transcript - Session 817314<br>September 19, 2016<br>Said Rahim; Abo alwaleed aljnobe | 5/1/19 |
| 199 | Audio - Session 1562925<br>December 8, 2016<br>Said Rahim; gjsnhahfdhaby; abdallhw; dawlawi1; Khaled-khateeb1; Unknown Males | 5/1/19 |
| 200 | Transcript - Session 1562925<br>December 8, 2016<br>Said Rahim; gjsnhahfdhaby; abdallhw; dawlawi1; Khaled-khateeb1; Unknown Males | 5/1/19 |
| 201 | Audio - Session 528378<br>August 5, 2016<br>Al-Thawrah Mustamirah; ABOASIAm; yxhxh; Ansar_alkhilafa | 5/1/19 |
| 202 | Transcript -<br>Session 528378<br>August 5, 2016<br>Al-Thawrah Mustamirah; ABOASIAm; yxhxh; Ansar_alkhilafa | 5/1/19 |
| 203 | Audio - Session 865108<br>September 24, 2016<br>Said Rahim | 5/1/19 |
| 204 | Transcript - Session 865108<br>September 24, 2016<br>Said Rahim | 5/1/19 |
| 205 | Audio - Session 1767858<br>December 31, 2016<br>Said Rahim | 5/1/19 |
| 206 | Transcript - Session 1767858<br>December 31, 2016<br>Said Rahim | 5/1/19 |

| | | |
|---|---|---|
| 207 | Audio - Session 873299<br>September 24, 2016<br>Said Rahim; aaaa100 | 5/1/19 |
| 208 | Transcript - Session 873299<br>September 24, 2016<br>Said Rahim; aaaa100 | 5/1/19 |
| 209 | Audio - Session 208524<br>June 5, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 210 | Transcript - Session 208524<br>June 5, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 211 | Audio - Session 158622<br>May 31, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 212 | Transcript - Session 158622<br>May 31, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 213 | Audio - Session 942742<br>October 7, 2016<br>Said Rahim; Abdul zuuuuz; Unknown Male | 5/1/19 |
| 214 | Transcript - Session 942742<br>October 7, 2016<br>Said Rahim; Abdul zuuuuz; Unknown Male | 5/1/19 |
| 215 | Audio - Session 1222315<br>November 3, 2016<br>Said Rahim | 5/1/19 |
| 216 | Transcript - Session 1222315<br>November 3, 2016<br>Said Rahim | 5/1/19 |
| 217 | Audio - Session 1338004<br>November 14, 2016<br>Said Rahim | 5/1/19 |
| 218 | Transcript -Session 1338004<br>November 14, 2016<br>Said Rahim | 5/1/19 |
| 219 | Audio - Session 1506852<br>December 2, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 220 | Transcript - Session 1506852<br>December 2, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 221 | Audio - Session 161219<br>May 31, 2016<br>Said Rahim, Unknown Males | 5/1/19 |
| 222 | Transcript - Session 161219<br>May 31, 2016<br>Said Rahim, Unknown Males | 5/1/19 |
| 223 | Audio - Session 121672<br>November 28, 2016<br>Said Rahim | 5/1/19 |
| 224 | Transcript - Session 121672<br>November 28, 2016<br>Said Rahim | 5/1/19 |

| | | |
|---|---|---|
| 225 | Audio - Session 34025<br>July 19, 2016<br>Said Rahim | 5/1/19 |
| 226 | Transcript - Session 34025<br>July 19, 2016<br>Said Rahim | 5/1/19 |
| 229 | Audio - Session 58262<br>August 22, 2016<br>Said Rahim | 5/1/19 |
| 230 | Transcript - Session 58262<br>August 22, 2016<br>Said Rahim | 5/1/19 |
| 231 | Audio - Session 544571<br>August 7, 2016<br>Said Rahim | 5/1/19 |
| 232 | Transcript - Session 544571<br>August 7, 2016<br>Said Rahim | 5/1/19 |
| 233 | Audio - Session 202924<br>June 4, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 234 | Transcript - Session 202924<br>June 4, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 235 | Audio - Session 68377<br>August 31, 2016<br>Said Rahim | 5/1/19 |
| 236 | Transcript - Session 68377<br>August 31, 2016<br>Said Rahim | 5/1/19 |
| 237 | Audio - Session 107381<br>May 26, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 238 | Transcript - Session 107381<br>May 26, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 239 | Audio - Session 198491<br>June 3, 2016<br>Said Rahim; Abu Qasim; Unknown Males | 5/1/19 |
| 240 | Transcript - Session 198491<br>June 3, 2016<br>Said Rahim; Abu Qasim; Unknown Males | 5/1/19 |
| 241 | Audio - Session 50838<br>August 10, 2016<br>Said Rahim | 5/1/19 |
| 242 | Transcript - Session 50838<br>August 10, 2016<br>Said Rahim | 5/1/19 |
| 243 | Audio - Session 248381<br>June 13, 2016<br>Said Rahim; Abu-Qutadah | 5/1/19 |
| 244 | Transcript - Session 248381<br>June 13, 2016<br>Said Rahim; Abu-Qutadah | 5/1/19 |

| | | |
|---|---|---|
| 245 | Audio - Session 248144<br>June 13, 2016<br>Said Rahim; Abu-Qutadah; Unknown Male | 5/1/19 |
| 246 | Transcript - Session 248144<br>June 13, 2016<br>Said Rahim; Abu-Qutadah; Unknown Male | 5/1/19 |
| 247 | Audio - Session 814314<br>September 19, 2016<br>Said Rahim; Ahmad al-Ahmad; Unknown Male | 5/1/19 |
| 248 | Transcript - Session 814314<br>September 19, 2016<br>Said Rahim; Ahmad al-Ahmad; Unknown Male | 5/1/19 |
| 249 | Audio - Session 245338<br>June 12, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 250 | Transcript - Session 245338<br>June 12, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 251 | Audio - Session 444513<br>July 14, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 252 | Transcript - Session 444513<br>July 14, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 253 | Audio - Session 70278<br>May 21, 2016<br>Said Rahim | 5/1/19 |
| 254 | Transcript - Session 70278<br>May 21, 2016<br>Said Rahim | 5/1/19 |
| 255 | Audio - Session 77241<br>May 22, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 256 | Transcript - Session 77241<br>May 22, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 257 | Audio - Session 77832<br>September 16, 2016<br>Said Rahim | 5/1/19 |
| 258 | Transcript - Session 77832<br>September 16, 2016<br>Said Rahim | 5/1/19 |
| 259 | Audio - Session 89901<br>October 11, 2016<br>Said Rahim | 5/1/19 |
| 260 | Transcript - Session 89901<br>October 11, 2016<br>Said Rahim | 5/1/19 |
| 261 | Audio - Session 869333<br>September 22, 2016<br>Said Rahim | 5/1/19 |
| 262 | Transcript - Session 869333<br>September 22, 2016<br>Said Rahim | 5/1/19 |

| | | |
|---|---|---|
| 263 | Audio - Session 197612<br>June 3, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 264 | Transcript - Session 197612<br>June 3, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 265 | Audio - Session 32153<br>July 18, 2016<br>Said Rahim | 5/1/19 |
| 266 | Transcript - Session 32153<br>July 18, 2016<br>Said Rahim | 5/1/19 |
| 267 | Audio - Session 135427<br>December 19, 2016<br>Said Rahim; Abu-Walid al-Janubi | 5/1/19 |
| 268 | Transcript - Session 135427<br>December 19, 2016<br>Said Rahim; Abu-Walid al-Janubi | 5/1/19 |
| 269 | Audio - Session 153361<br>May 30, 2016<br>Said Rahim | 5/1/19 |
| 270 | Transcript - Session 153361<br>May 30, 2016<br>Said Rahim | 5/1/19 |
| 271 | Audio - Session 159016<br>May 31, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 272 | Transcript - Session 159016<br>May 31, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 273 | Audio - Session 198627<br>June 3, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 274 | Transcript - Session 198627<br>June 3, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 275 | Audio - Session 198661<br>June 3, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 276 | Transcript - Session 198661<br>June 3, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 277 | Audio - Session 859853<br>September 25, 2016<br>Said Rahim; And we; @@##ww; marb @ | 5/1/19 |
| 278 | Transcript - Session 859853<br>September 25, 2016<br>Said Rahim; And we; @@##ww; marb @ | 5/1/19 |
| 281 | Audio - Session 154329<br>May 16, 2016<br>Said Rahim; Ibn Dawla | 5/1/19 |
| 282 | Transcript - Session 154329<br>May 16, 2016<br>Said Rahim; Ibn Dawla | 5/1/19 |

| | | |
|---|---|---|
| 283 | Audio - Session 238203<br>June 11, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 284 | Transcript - Session 238203<br>June 11, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 285 | Audio - Session 241928<br>June 13, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 286 | Transcript - Session 241928<br>June 13, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 287 | Audio - Session 1318181<br>November 12, 2016<br>Said Rahim; Ibn Dawla; sahle 1990; Unknown Male | 5/1/19 |
| 288 | Transcript - Session 1318181<br>November 12, 2016<br>Said Rahim; Ibn Dawla; sahle 1990; Unknown Male | 5/1/19 |
| 289 | Audio - Session 246767<br>June 12, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 290 | Transcript - Session 246767<br>June 12, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 291 | Audio - Session 252686<br>June 15, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 292 | Transcript - Session 252686<br>June 15, 2016<br>Said Rahim; Unknown Males | 5/1/19 |
| 293 | Audio - Session 253589<br>June 15, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 294 | Transcript - Session 253589<br>June 15, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 295 | Audio - Session 275422<br>June 19, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 296 | Transcript - Session 275422<br>June 19, 2016<br>Said Rahim; Unknown Male | 5/1/19 |
| 297 | Audio - Session 303860<br>June 25, 2016<br>Said Rahim | 5/1/19 |
| 298 | Transcript - Session 303860<br>June 25, 2016<br>Said Rahim | 5/1/19 |
| 299 | Audio - Session 387832<br>July 9, 2016<br>Said Rahim | 5/1/19 |
| 300 | Transcript - Session 387832<br>July 9, 2016<br>Said Rahim | 5/1/19 |

| 301 | Audio - Session 388657<br>July 9, 2016<br>Said Rahim | 5/1/19 |
|---|---|---|
| 302 | Transcript - Session 388657<br>July 9, 2016<br>Said Rahim | 5/1/19 |
| 303 | Audio - Session 274806<br>June 19, 2016<br>Said Rahim; Ibn Dawla; Unknown Male | 5/1/19 |
| 304 | Transcript - Session 274806<br>June 19, 2016<br>Said Rahim; Ibn Dawla; Unknown Male | 5/1/19 |
| 305 | Screenshot of WhatsApp look up | 4/30/19 |
| 306 | Screenshot of Twitter | 4/30/19 |
| 307 | Screenshots of State of the Islamic Caliphate channel owner's page with suggested readings | 5/2/19 |
| 309 | C.D. containing downloads of suggested readings | 5/2/19 |
| 310 | Suggested readings printouts | 5/2/19 |
| 311 | Audio - Session 172708<br>June 27, 2016<br>Said Rahim; Ibn Dawla; Sawad; Unknown Male | 5/1/19 |
| 312 | Transcript - Session 172708<br>June 27, 2016<br>Said Rahim; Ibn Dawla; Sawad; Unknown Male | 5/1/19 |