IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA,   )
                            )
            Plaintiff,      )
                            )
vs.                         )   3:17-CR-00169-B
                            )
SAID AZZAM MOHAMAD RAHIM,   )
                            )
            Defendant.      )

PARTIAL TRANSCRIPT OF PROCEEDINGS
TESTIMONY OF LORENZO VIDINO, Ph.D.
BEFORE THE HONORABLE JANE J. BOYLE
UNITED STATES DISTRICT JUDGE
MAY 1, 2019

A P P E A R A N C E S

For the Government:

    UNITED STATES ATTORNEY'S OFFICE
    1100 Commerce Street - 3rd Floor
    Dallas, TX  75242
    214/659-8600
    BY:  ERRIN MARTIN
         TARYN MEEKS

For the Defendant:

    WHALEN LAW OFFICE
    9300 John Hickman Parkway - Suite 501
    Frisco, TX  75035
    214/368-2560
    BY:  JAMES P. WHALEN
         RYNE T. SANDEL

COURT REPORTER:  SHAWNIE ARCHULETA, TX CCR No. 7533
                 1100 Commerce Street
                 Dallas, Texas 75242

proceedings reported by mechanical stenography,
transcript produced by computer.

## TRANSCRIPT OF PROCEEDINGS

LORENZO VIDINO, Ph.D.

Direct Examination by Ms. Meeks                    3
Cross-Examination by Mr. Whalen                  145
Redirect Examination By Ms. Meeks                157
Recross-Examination By Mr. Whalen                164


Reporter's Certificate                           166

SHAWNIE ARCHULETA, CSR/CRR
FEDERAL COURT REPORTER — 214.753.2747

1          **LORENZO VIDINO, Ph.D.**

2    **having been first duly sworn, testified as follows:**

3              **DIRECT EXAMINATION**

4    **BY MS. MEEKS:**

5    Q.   Dr. Vidino, thank you for being here this

6    morning.  Can you tell us what your current

7    employment is?

8    A.   I'm the director of the program in extremism at

9    the George Washington University.

10   Q.   And what is the role of the program on

11   extremism at George Washington?

12   A.   What the program does is basically research on

13   everything extremism with a particular focus on

14   jihadist groups, Al-Qaeda, ISIS, in the west, in the

15   United States in particular.  So it's a team of

16   around 12, 15 people.  And what we do is basically a

17   lot of analysis, and then we publish most of our

18   work.  And that's for dissemination to the wider

19   public, the policymakers, law enforcement and the

20   wider public.

21   Q.   And does the program have any specialized

22   particular terrorist group that it follows?

23   A.   ISIS and Al-Qaeda.

24   Q.   Is the program, part of its research, does it

25   monitor online activities for propaganda with regard

1   to those groups?

2   A.   Yes.   That is a big part of what we do.   We

3   have a small team devoted to monitoring certain

4   platforms where ISIS supporters are active, some of

5   the larger ones like FaceBook or Twitter, or some of

6   the smaller ones.   And we have published a lot of

7   reports on that.   We constantly monitor those

8   platforms.

9   Q.   Okay.   And besides that, what else is your

10  professional background?

11  A.   I have a law degree.   And then I have a

12  master's and a doctorate from the Fletcher School of

13  Law and Diplomacy in International Security, we

14  focus on the Middle East.   So I have basically been

15  an academic for the last 19 years.

16  Q.   And has that focus been on -- you said the

17  Middle East?

18  A.   Mostly jihadist activities in the West; so

19  Middle East.   But how groups like Al-Qaeda and ISIS

20  function, but especially in the West, how they

21  recruit people, how people in the West mobilize and

22  support and join those groups.

23  Q.   Would you say that you are very familiar, then,

24  with ISIS and how it functions?

25  A.   I would say so, yes.

1    Q.    And are you aware of trends in terrorism?

2    A.    Yes, of course.  We look at things -- I look at

3    things globally to understand the dynamics here in

4    the United States or European countries.  So

5    understanding general trends with terrorist groups

6    and the geopolitics behind it is crucial.

7    Q.    Okay.  You talked a little bit about being

8    published.  Can you explain that further?  What does

9    that mean?  What types of things have you published,

10   and is it subject to peer review?

11   A.    Yes.  So basically I have published some six

12   books and around 20 journal articles and around 20,

13   25 reports and around probably a couple of hundred

14   shorter articles.  The bigger products are generally

15   peer reviewed.  Peer reviewed means that at least

16   two scholars -- or it could be analysts from

17   government agencies -- look at what I write, what my

18   center publishes, and we get feedback.

19        For example, in academic journals, if you don't

20   pass the peer review, you're not going to get

21   published.  So there are ways to keep, of course,

22   the academic rigor of what we publish.  And even for

23   the things we publish internally, that means not in

24   journals, we do sort of a voluntary peer review.

25   That means before publishing a report, we send it

 1    out to colleagues to get their feedback and to

 2    basically see their comments, if they have suggested

 3    edits.

 4    Q.    Give us a sampling or idea of a sampling of the

 5    types of topics that you publish on?

 6    A.    Sure.  Well, we publish a lot on -- the first

 7    big report that we did as a center, I was one of the

 8    two authors.  And keep in mind, as the director of

 9    the center, everything sort of goes to me, even the

10    things written by the analysts of the center, I have

11    to read it and edit.  Some of it, of course, I write

12    myself.  It was on ISIS in America.  It was

13    basically the first academic report that looked at

14    how, at the time, around only 80, 90 individuals

15    throughout the United States had been charged for

16    ISIS-related activities.

17         We have done a lot of work on the online

18    component of immobilization.  So looking at how the

19    ISIS sympathizing community online functions, how

20    these individuals communicate, what platforms were

21    used and so on and so forth.

22         We are currently looking at financing, how

23    individuals for ISIS supporters in the United States

24    fund their activities, whether they send money

25    abroad, whether they receive money from abroad.

1          We do a lot of work in trying to understand who
2      these individuals are, what the -- the reasons that
3      lead them to radicalize.  That's sort of a term of
4      art.  That means embracing ISIS' worldview, and
5      then, eventually, carry out the attacks on ISIS'
6      behalf or travel or attempt to travel to the city of
7      Iraq to join ISIS.
8      Q.   Okay.  And have any particular government
9      agencies or organizations used those reports or
10     relied on them in some fashion?
11     A.   Yes.  We are an independent entity.  Of course
12     we are part of major university.  But we -- we make
13     it a point to have our reports being very accessible
14     and useful for different agencies, different
15     stakeholders.
16          We regularly provide briefings to Congress.  I
17     have testified before Congress several times.  Our
18     reports have been the foundation of at least two
19     hearings that I know of before Congress.  I'm aware
20     that some of the reports we publish are being used
21     as training materials by different law enforcement
22     agencies at the federal, state and local level
23     throughout the country.
24          Same goes in certain -- in other foreign
25     countries where I know our materials are used.

 1   Q.   Yes.  So what is the international reach of

 2   your program, and have you had the opportunity to

 3   also speak or participate in international forums?

 4   A.   Yeah.  Of course the main focus of the center

 5   is what happens in the United States, but obviously

 6   one has to contextualize it in the broader dynamics

 7   taking place in Europe, the Middle East and other

 8   parts of the world.

 9        Also my background -- I think everybody might

10   have picked up on the accent -- I am originally from

11   Italy.  I do a lot of work in Europe.  We do work

12   with several governments and research centers,

13   universities, media outlets, many European and

14   Middle Eastern countries.

15        I travel very often.  I attend conferences.

16   Just the last three months I have been in the Middle

17   East twice.  I have spoken at major conferences in

18   Singapore and Italy and Spain.  So traveling is a

19   big part of what we do, because of course one has to

20   sort of understand trends in other countries, so

21   their global phenomenon.  And only by exchanging

22   thoughts and notes with people in other countries

23   one can make sense of it.

24   Q.   Okay.  Have you testified in other terrorism

25   trials?

1    A.    Yes, I have.

2    Q.    And you mentioned that you are originally from

3    Italy; is that correct?

4    A.    Yes.

5    Q.    So are you familiar with a co-conspirator in

6    this case by the name of Mouner Al Aoual?

7    A.    I am.

8    Q.    Did you have any investigation or any

9    involvement in the investigation of that case?

10    A.    No, I have not.

11              THE COURT:   What was his name?

12              MS. MEEKS:   It's Mouner Al Aoual, Your

13    Honor.

14              THE COURT:   Okay.

15    Q.    (By Ms. Meeks)  So it's just a coincidence that

16    you happen to be from Italy?

17    A.    Very much so.

18    Q.    What languages do you speak?

19    A.    Italian and English, and I get by French

20    Spanish and German.

21    Q.    Do you speak Arabic?

22    A.    I don't.

23    Q.    Are you familiar with certain Arabic terms in

24    the context of the jihadist community?

25    A.    Very much so, with sort of the terms of art and

1    having studied this phenomenon for almost 20 years,

2    it's inevitable you come across them all the time.

3    Q.    Let's talk a little bit about your CV or your

4    resume, which is Government's Exhibit 51.

5              THE COURT:  51 is not in evidence.  51 is

6    not in evidence I don't think.

7              MS. MARTIN:  No, it's not.

8              MS. MEEKS:  Okay.

9    Q.    (By Ms. Martin)  So we're going to show up on

10   the screen what is marked as Government's Exhibit

11   51.

12             THE COURT:  You can't show it because it's

13   not --

14             MS. MEEKS:  I'm sorry, Your Honor.

15             THE COURT:  It doesn't really matter.  His

16   CV really isn't admissible.  Can you just pull from

17   it?

18             MS. MEEKS:  I wanted him to walk us

19   through his CV if it reflected his employment

20   history.  We would move to admit it into evidence

21   subject to objection.

22             THE COURT:  Any objection?

23             MR. WHALEN:  Your Honor, I don't think

24   it's relevant.

25             THE COURT:  I don't think so, either.  You

 1    can use it to refresh his recollection, but it's not
 2    admissible.
 3              MS. MEEKS:  Okay.  Then we will move on
 4    from that.
 5    Q.   (By Ms. Meeks)  You've provided the government
 6    a copy of your CV or your resume?
 7    A.   Yes, I did.
 8    Q.   And have you been paid for your time spent
 9    reviewing the evidence and this information, have
10    you been paid or will you be paid in this case?
11    A.   I will be, yes.
12    Q.   Okay.  And is that standard practice for people
13    in your area?
14    A.   Yes.
15    Q.   Does that have any effect on your testimony
16    here today?
17    A.   No, it doesn't.
18              MS. MEEKS:  At this time, Your Honor, I
19    would move to have Dr. Vidino recognized as an
20    expert witness.
21              THE COURT:  Any objection?
22              MR. WHALEN:  No, Your Honor.
23              THE COURT:  I recognize him as an expert.
24              Go ahead.
25              MS. MEEKS:  Thank you, Your Honor.

1    Q.    (By Ms. Meeks)  Okay.  We were talking about

2    ISIS.  But does ISIS have other names that it goes

3    by or is known as?

4    A.    ISIS does go under several names that reflects

5    the long history the group has had.  But people call

6    it ISIS, ISIL, Daesh, Dawla, several names that

7    people can use to refer to the same group.

8    Q.    Okay.  And has that been designated as a

9    foreign terrorist organization by the U.S.

10   Department of state?

11   A.    Yes, it has.

12           MS. MEEKS:  Your Honor, at this time I

13   request to publish Government's Exhibit 53, which

14   has been admitted into evidence.

15           THE COURT:  That's fine.

16           MS. MEEKS:  Can we get Government's

17   Exhibit 53, please?

18   Q.    (By Ms. Meeks)  Do you recognize this,

19   Dr. Vidino?

20   A.    I do.  That is the State Department designation

21   of what is the original group, the original name

22   used by ISIS, or at least that's the very first

23   designation of the group.

24   Q.    So there appear to be several names contained

25   in this document.  Is that accurate?

1    A.    Yes.  And since then, actually, several other

2    names have been added; again, to reflect the history

3    of the group, the expansion and evolution of the

4    group.

5    Q.    Okay.  Let's talk a little bit about that.  How

6    did it -- that's fine, thank you.

7         How did it evolve over time of as sort of a

8    traditional Al-Qaeda model?

9    A.    It's a very long and complex history.  I will

10   try to keep it short.  I think one can trace the

11   origins of the group to a man named Abu Musab

12   al-Zarqawi.

13            THE COURT REPORTER:  Will you spell that,

14   please?

15            THE WITNESS:  Yeah.  A-B-U, M-U-S-A-B,

16   A-L, Z-A-R-Q-A-W-I, and of course there are

17   variations to that as well.

18   A.    Zarqawi was a fairly charismatic and prominent

19   Jordanian jihadist, was based in Afghanistan, close

20   to Osama bin Laden, close to Al-Qaeda in the late

21   '90s.  He led a small group after the U.S. invasion

22   of Afghanistan right after 911 and relocated to

23   Iraq.

24         When, in 2003, the U.S. invaded Iraq, that

25   group found itself in a very convenient situation

1    from a jihadist point of view, from Al-Qaeda's point

2    of view, meaning that it was right there where U.S.

3    forces were operating.  So it became a very

4    prominent group, and it led the insurgency against

5    the U.S. military.

6         By 2004, it was officially named as Al-Qaeda in

7    Iraq.  That is when the designation is first from.

8    It went through different iterations, different

9    names, just sticking to the main ones.  In 2006, it

10   renamed itself as Islamic State of Iraq.  This sort

11   of reflects the ambition that the group has always

12   had to create a state, to create a society, an

13   independent state ruled by a very strict

14   interpretation of Islamic law.

15        Of course it wasn't very successful at the

16   beginning.  The group was active in Iraq, led

17   insurgency, carried out countless terrorist attacks

18   in Iraq in those years.

19        It went through decline from, let's say, by

20   2010 and 2011 and then sort of a renaissance or

21   resurgence in 2011, 2012 with the beginning of the

22   civil war in Syria.  Syria is a neighboring country

23   to Iraq, and it was engulfed in civil war, which

24   still plagues the country right now.

25        What Al-Qaeda -- or the Islamic State in Iraq

1    did in 2012, it started operating across the

2    border -- at least part of it across the border and

3    started operating in Iraq, as well -- in Syria, as

4    well; hence the name ISIL or ISIS, to reflect

5    Islamic State of Iraq and the Levant or Islamic

6    State of Iraq and Sham, which is the Arabic term for

7    the region of the Levant, which is Syria.

8    Q.    Yeah, I was going to ask you the next question

9    about the Levant.  Can you describe what that means

10   geographically?

11   A.    That's historical region which encompasses

12   Syria, Lebanon, part of Palestine, Israel and parts

13   of Jordan.

14   Q.    So that's what's reflected now in the current

15   terminology of ISIS and ISIL.

16   A.    ISIS and ISIL, yes.  So when the group moved

17   from Iraq or it expanded from Iraq also to Syria, it

18   added the "S" or "L," the Sham or Levant part to the

19   name, hence ISIS or ISIL.  So the group became very

20   active in the Syrian conflict, again employing the

21   same tactics of -- a mix of military and terrorist

22   tactics.  They are brutal, they are ruthless, they

23   are efficient, if you will.

24        By 2014, it had occupied a fairly large portion

25   of territory in both Syria and Iraq, territory which

1    is the size of France, so fairly, fairly large.  But

2    it's taken advantage of the chaos that engulfed both

3    Syria and Iraq.

4        And what it did in June of 2014, it declared

5    the territory to be a Caliphate.  That means

6    declared it to be an Islamic State, and it ran that

7    territory until basically less than a year ago as a

8    de facto state with functioning of administration,

9    with a hierarchy, with de facto ministries, the

10   department of sanitation, you name it.  It was

11   really a fairly efficient bureaucracy and of course

12   a fairly ruthless one, very, very violent and very

13   strict in how it enforced its vision on its

14   territory.

15   Q.   Okay.  Let's backtrack just a little bit.  You

16   had talked about the Caliphate.  What does that mean

17   historically?  What is a Caliph?

18   A.   Caliphate is the entity that traditionally has

19   ruled.  And in the Muslim world, when the Caliph is

20   the leader of the Muslim community, of the global

21   Muslim community, and it embodies both political and

22   religious power.

23       Now, the last universal-recognized Caliph

24   basically was removed in the 1920s.  What ISIS did,

25   it tried to reclaim that Caliph, Baghdadi, who is

1    the leader of ISIS, claimed to be the new Caliph,

2    which of course a claim that the vast majority of

3    Muslims worldwide rejected, but it's how ISIS tried

4    to claim legitimacy and tried to claim its global

5    appeal.

6    Q.    And that person's name was -- can you repeat it

7    one more time?

8    A.    Abu Bakr al-Baghdadi, who is the leader of ISIS

9    and self-appointed Caliph.

10            THE WITNESS:  Do you need the spelling.

11            THE COURT REPORTER:  Please.

12            THE WITNESS:  Abu is A-B-U.  Bakr,

13    B-A-K-R, al and then B-A-G-H-D-A-D-I.

14    Q.    (By Ms. Meeks)  And who are some of the other

15    important members or leaders in ISIS?

16    A.    The number 2 is Abu Mohammed al-'Adnani,

17    A-D-N-A-N-I.  He was killed in 2016, but he was in

18    charge of external operations for ISIS, that means

19    basically planning terrorist attacks worldwide.  And

20    he was also the main spokesperson for ISIS.

21    Baghdadi has not historically been a very

22    media-friendly leader while 'Adnani has given a lot

23    of public speeches.

24    Q.    How about an individual named Shishani?

25    A.    Shishani was a -- is a Chechen leader, is a

```
 1   name I would say of ISIS.  He climbed up through the
 2   ranks of ISIS because he was a very good field
 3   commander, not originally from Syria or Iraq.  So
 4   one of the leaders of the foreign factors were
 5   fighting with ISIS, but because of his skills, he
 6   managed to become a member of the upper echelons of
 7   ISIS.
 8   Q.   We mentioned a little bit about the ways that
 9   ISIS became a functioning state.  Can you give us
10   more detail into what types of ways that it would
11   operate in -- in operating like a state?
12   A.   As I said, it really had, you know, the same
13   sort of a structure that mirrored that of states,
14   like the states are recognized by the United
15   Nations, with head of state, with ministries, and so
16   on and so forth.
17        Now, of course all of that was based on a very
18   extreme fringe-literalist interpretation of Islam,
19   and that entailed, therefore, a very brutal, very
20   literalist interpretation of certain rules.  So
21   punishments for behaviors were not considered to be
22   in line with the law, were extreme, from chopping
23   people's heads off, amputations, very, very severe
24   punishments for anybody that was not in line,
25   whether -- because if a person was perceived to be a
```

```
 1   spy or in any way speaking ill against the group or
 2   because they were engaging in moral behaviors that
 3   were not considered to be acceptable by ISIS.  So
 4   violence was a crucial component of how ISIS kept
 5   order within its society.  So there's no dissent
 6   allowed, let's put it like that.
 7        The idea that ISIS also always had --
 8             MR. WHALEN:  Objection to the narrative,
 9   Your Honor.
10             THE COURT:  Sustained.  Ask another
11   question.
12             MS. MEEKS:  Yes, Your Honor.
13   Q.   (By Ms. Meeks)  In terms of the law that
14   governed the state, can you tell us a little bit
15   about that?
16   A.   So ISIS has -- so there's Islamic law in
17   general, which is called Shari'a.  Of course there's
18   not a universally accepted and codified body of
19   Islamic law.  There are different opinions from
20   different jurisprudence.  ISIS adopts its own
21   interpretation of Shari'a, of Islamic law, which is
22   extreme literalist, which I think it's fair to say
23   is quite extreme.
24   Q.   Does that include sort of the punishments that
25   you were also speaking about?
```

1    A.    Yes, very physical and brutal punishments which

2    ISIS meted out in public.

3            THE COURT:  Do you know if you have a

4    witness in here?  Is it okay?  I mean everybody

5    agree with that?

6            MS. MARTIN:  Your Honor, I believe she was

7    excused.

8            MR. WHALEN:  She was, Your Honor.

9            THE COURT:  Go ahead.

10           MS. MEEKS:  Thank you, Your Honor.

11   Q.    (By Ms. Meeks)  Okay.  So there are other

12   political aspects at play.  Can you talk about the

13   difference between Sunni and Shiite and give us an

14   understanding of that.

15   A.    It's a very complex issue.  But I would say in

16   a nutshell, Sunni and Shiite are the two main sects

17   in Islam.  It's a split.  It dates back to the very

18   early days of Islam.  It has to do with the

19   leadership within the Muslim community.  And of

20   course, then, some issues having to do with

21   doctrine, simplifying things a lot, I would say sort

22   of like Catholic and Protestants, but of course it's

23   very different.  And obviously when it comes to the

24   most extreme parts of those communities, there's

25   very strong animosity between Sunnies and Shias, and

1  groups like ISIS would not see groups as Shias as

2  Muslims.

3  Q.    Let's talk about some of the terminology that

4  you would be familiar with or that you would come to

5  encounter in your studies.

6       Are you familiar with the term "mobilize"?

7  A.    Yeah.  Mobilize is normally the term that is

8  used both in jihadist community and, say, by people

9  in sort of more in the academic community, to mean

10  when people decide to get into action, do something;

11  when people have embraced ISIS worldview and mindset

12  and then take it to the next level, which is doing

13  something.  Generally mobilizing entails either

14  traveling to join a group or carrying out an attack

15  wherever they are.

16  Q.    Is that similar to the term "Hijrah"?

17  A.    Hijrah is travel.  Hijrah is only travel.  So,

18  again, like with a lot of things with groups like

19  ISIS and al-Qaeda do, they take terms which are

20  mainstream terms in Islamic theology, but use them

21  in a certain interpretation.

22       Hijrah is what mainstream Islam, the profit

23  Mohammed did when he traveled from Mecca to Medina

24  to create the first Muslim community.

25       Jihadists use it to basically represent the

1  travel that people should do to join groups like

2  ISIS and al-Qaeda, so leave places where Islam is

3  not established, like the United States or pretty

4  much any place on the planet, and join what they

5  believe to be true Muslim groups, like ISIS and

6  al-Qaeda.

7  Q.   And what about jihad, you mentioned that.  Can

8  you explain it?  Are there different kinds of jihad?

9  A.   Again, jihad is a term that has a meaning

10  within mainstream Islam which means basically to

11  strive for God, to do something difficult to please

12  God.

13      Jihadists would use most of the narrow

14  interpretation of jihad, which is fighting, doing

15  something difficult, but is military fighting to

16  please God.

17  Q.   Does it have other meanings?  Can it mean other

18  things such as other types of jihad, Jihad of the

19  Pen?  Is that something?

20  A.   Yeah.  Jihadists would say, of course, there's

21  different ways that you can fight for God.  One is

22  military fighting, but there's Jihad of the Pen,

23  which is basically writing or spreading information

24  and awareness about jihadist groups and what their

25  activities are, basically recruiting.

1    Q.    What is the type of jihad that's promoted by

2    ISIS?

3    A.    ISIS does both, promotes both, everything that

4    is useful to the cause.  So ISIS is engaged in

5    military fighting, but is at the same time directly

6    engaged and also actively supporting people who

7    spread their message.  Propaganda goes hand in hand

8    with fighting.  You can't have one without the

9    other.

10   Q.    What do the words polytheism and monotheism,

11   what does that mean to you?

12   A.    So Islam, like Christianity, like Judaism, is a

13   monotheist religion.  But monotheism for groups like

14   ISIS and al-Qaeda takes a very strong meaning,

15   meaning that only Muslims -- only Muslims will

16   accept the very extremist interpretation of Islam.

17   They accept the real monotheist; everybody else is

18   polytheist, and of course adores more than one God.

19   And being polytheist, of course, is a major sin

20   punishable by death.

21   Q.    And is polytheism in this context, is it

22   applied to other aspects of importance to a

23   community?  For polytheism is it only -- is it

24   multiple gods, or would it also encompass something

25   like democracy?

1    A.    Yeah, of course the -- the broader

2    interpretation the jihadist groups adopt, it's not

3    just being openly worshiping server of gods, like

4    Hindus would do.  But it's also putting anything at

5    the same level of God.  So if you believe in

6    democracy, you are polytheist, because groups like

7    ISIS would believe that only Shari'a, which is

8    God-mandated, is the true law.  Manmade law, like

9    the ones in democracy, basically means man

10    substituting himself to God.  That is, of course, a

11    major sin, so you are not a real monotheist, you're

12    not a true Muslim.

13    Q.    Talk a little bit about traveling, hijrah and

14    mobilize.  Why is it important to ISIS for people to

15    mobilize or to commit hijrah to the Islamic State?

16    A.    ISIS has always sought recruits.  A lot of -- a

17    big part of the membership of ISIS, of course, are

18    made of people who are in Syria and Iraq, which is

19    the central territory that ISIS controls.  But ISIS

20    has always welcomed and encouraged the migration of

21    people from other countries.  According to the

22    United Nations, some 60,000 people physically joined

23    ISIS in Syria and Iraq.  And so they left their

24    countries in Europe, the Middle East, Southeast

25    Asia, and traveled and joined ISIS.  And they have

1    played a big role in ISIS development.

2    Q.    Is it just men who would travel?

3    A.    No.  It's mostly men, but there's a fairly

4    large part of women who have also traveled and

5    joined the group.

6    Q.    Would families travel?

7    A.    That's also a very common dynamic, which ISIS

8    highly encouraged.  I mean, ISIS, as we said

9    earlier, has created this narrative, they were

10   building a state, a perfect utopian society.  So it

11   wasn't just men fighting, as much as it was, of

12   course, very important.  It was bringing families,

13   women, children, to create the perfect society they

14   wanted to create.

15   Q.    Are you familiar with the term "ISIS bride"?

16   A.    Yes.

17   Q.    What does that mean to you?

18   A.    It's a term that is sometimes used to define

19   women who travel and join ISIS and want to marry

20   somebody in ISIS.

21   Q.    And what about for younger women, for young

22   girls or teenagers?

23   A.    It's also a fairly normal dynamic with some

24   cases of very, very young girls traveling generally

25   with their parents or with their husbands.  But we

1    have seen cases of 12, 13-year-old girls traveling,

2    sometimes alone, even from European countries, and

3    joining ISIS.

4    Q.    When people would go, at the height of its

5    control, what territory did it hold and for how long

6    and how has that changed over time?

7    A.    Yeah.  Well, as we said earlier, 2014 and early

8    2015 was sort of the height of ISIS territorial

9    control.  It controlled basically parts of Syria and

10   parts of Iraq, as we said earlier, the size of

11   France, give or take, although large parts of it

12   were desert.

13       By the end of 2014, the U.S.-led international

14   coalition started attacking ISIS, the military.

15   That means also through local allies on the ground.

16   So ISIS started being under attack and started

17   progressively losing part of its territory.

18       By 2017, it really had lost a significant

19   amount of it.  It had lost some of the major cities

20   it held.  Basically at this point, it's literally a

21   matter of couple of months ago, it lost the last

22   stronghold that it held in Syria, which is a small

23   town of Baghouz, B-A-G-H-O-U-Z.  So basically at

24   this point ISIS no longer controls territory in

25   Syria and Iraq.

1    Q.    At the height of its control over a territory,

2    was it calling for people to travel to -- or really

3    even while it was building the territory, people to

4    travel to the land?

5    A.    That has always been one of the strongest

6    messages from the beginning; travel, come to fight

7    or come to help build a state.

8    Q.    What were the different ways that people would

9    travel?  Would they have direct communications,

10   indirect communications?

11   A.    It depends.  There's different patterns for

12   different dynamics for different individuals.  I

13   would -- I would sometimes use sort of an analogy.

14   It's like traveling when you fly, it's like first

15   class, business class, economy class.  And I would

16   say first class basically happens with those very

17   few individuals who have very strong connections to

18   ISIS.  People who travel there, because of course

19   the difficulty of course is not so much in traveling

20   to the Turkish border, which is sort of the gateway

21   to get to Syria and Iraq, but in how you connect

22   with the group, how do you actually show up and join

23   the group.

24        So first class would be those individuals that

25   go there and have a strong predating connection with

1    the group of people who have been fighting in

2    previous conflicts; they are part of that

3    environment.

4         Business class would be those that manage to

5    establish some kind of connection mostly through

6    social media and had a way to connect with the

7    group.  So the path would be, for example, somebody

8    wanting to travel from the West to Syria would first

9    fly to Turkey, and in Turkey would meet with

10   somebody with whom he or she had contact through

11   social media, had a phone number, a name, a place,

12   and some kind of way to get in touch with the group.

13        Economy class is really people who, especially

14   at the beginning of the conflict, just traveled to

15   the border between Turkey and Syria and tried their

16   luck to make their way into Syria.  And particularly

17   at the very beginning of the mobilization, I would

18   say the majority of people were traveling economy

19   class, meaning just showed up at the border.  And

20   ISIS was really very different from a lot of other

21   groups in the sense it was very welcoming, very

22   open.  Anybody that -- there was some vetting, of

23   course, just wanted to sort of make sure people were

24   not infiltrating the group, people were not spying

25   on the group.  But compared to other groups, like

```
 1    al-Qaeda, ISIS has always been very open.  The bar
 2    for joining the group has always been fairly low.
 3    Q.   Okay.  And what about -- what about ISIS
 4    wanting attacks in infidel countries?  Can you
 5    explain that?
 6    A.   Yeah.  Well, ISIS, as always, encouraged
 7    attacks against the West, but that message has
 8    become particularly strong after September 2014.
 9         September 2014 is where, as we said earlier,
10    the U.S.-led international coalition started bombing
11    and attacking ISIS.  Their reaction from ISIS was of
12    course military on the ground, but was also calling
13    for attacks, mobilizing its global network of
14    supporters to carry out attacks in the countries
15    that were attacking ISIS.  The message was, they
16    attack us here, we attack them back home.
17    Q.   What is the reasoning for that?
18    A.   The reasoning for that is there's different
19    strategic purposes in doing that on ISIS part.  One
20    is, of course, weakening the willingness, the will
21    of individual countries in being part of the
22    anti-ISIS coalition.  They estimated that if we
23    attack, let's say, Spain, with terrorist attacks on
24    Spanish ground, Spanish people will basically -- and
25    the Spanish government will then pull out of the
```

1    coalition, the coalition will be weak, and that's

2    obviously good for ISIS.

3        You can argue there's a very strong second

4    strategic objective, which is the idea of

5    polarizing, creating polarization in western

6    societies; the idea of creating a divide between

7    Muslims and the non-Muslims; the idea of creating a

8    perception of mainstream society that all Muslims

9    want to carry out attacks, which creates

10   depolarization in society which serves ultimately

11   ISIS purpose.

12       Finally I would say it's just a simple point of

13   revenge.  You attack us here, you kill us here, we

14   kill you back there.  It's provincial what you are

15   doing.  So all this -- this -- the series of attacks

16   we have seen in the West over the last five years,

17   basically, respond to these three dynamics.

18   Q.   How many attacks have we seen in the last --

19   over the existence of ISIS?

20            THE COURT:  Please ask the question again.

21   Q.   (By Ms. Meeks)  How many attacks has the West

22   experienced pursuant to ISIS?

23   A.   Since the declaration of the Caliphate, since

24   June 29, 2014, 80, 81, depends on what you count as

25   ISIS attacks, but around 80.

1    Q.    Would you still consider ISIS to be a threat to

2    the West?

3    A.    Yes, very much so.

4    Q.    Why is that?

5    A.    Because ISIS still exists.  It has lost its

6    territory in Syria and Iraq, but the group is still

7    there.  We have seen calls.  We have seen leadership

8    of the group emerging even in the last few days.  We

9    know that they have networks in western countries.

10   We see occasionally terrorist attacks in the West,

11   although less than a few years ago.  We see on a

12   weekly basis arrests by law enforcement intelligence

13   agencies in all western countries.

14        The assessment, public assessments by law

15   enforcement intelligence agencies in all western

16   countries are basically the same, but ISIS is still

17   very much around.

18   Q.    Okay.  Let's talk a little bit now about media

19   and the role it plays.

20        Does ISIS use traditional or nontraditional

21   forms of media or both?

22   A.    It uses both.  But where ISIS has really put a

23   lot of effort and has got a lot of good results from

24   their point of view is the internet and social media

25   in particular.

1  Q.   Let's talk first about the traditional media.

2  Are there traditional media aspects to the terrorist

3  organization?

4  A.   Yes.  They publish sort of magazines, and of

5  course some of them were distributed when ISIS was

6  controlling territory, it distributed them in

7  printed form among its population.  But all those

8  materials are also published online, so you can find

9  the magazines also online.

10  Q.   What were the magazines called?

11  A.   There's plenty.  I would say the two main ones

12  are called Dabiq, D-A-B-I-Q, and Roumiya,

13  R-O-U-M-I-Y-A.

14  Q.   What kind of content would you find in those?

15  A.   The quintessential propaganda material;

16  information about the group, about its operations;

17  whether on the ground in Iraq or globally, of course

18  from their point of view; pieces that are more, I

19  would say, ideological/theological.  That means

20  inciting people to join the group, encouraging them

21  to do so, encouraging people to carry out attacks.

22       A lot of it, of course, is framed to the lenses

23  of religion.  That's how ISIS sort of does.  It uses

24  the mental of -- of religion to frame all its

25  discourse, its narrative.  So it's informational,

1    but obviously with that propaganda aspect, which is
2    crucial.
3    Q.    What do you see on social media?
4    A.    So ISIS has always been, from the very
5    beginning, very good at using social media,
6    disseminating its propaganda.  And I think it's fair
7    to say from both a quantitative and qualitative
8    point of view.  ISIS propaganda has been,
9    comparatively speaking, very high, very high
10    quality.  We're talking about, you know, videos that
11    really look like some of the best video games one
12    would see or music videos; very, very high quality
13    production.
14        And they then disseminate them through a
15    variety of channels and platforms, from the largest
16    ones, FaceBook, Twitter, those that most people
17    would have, to sort of fringe smaller ones, lesser
18    known ones.  And they have done so both directly and
19    indirectly, meaning that ISIS had more than -- had
20    several formal affiliated publishing houses,
21    production companies that had their own websites and
22    channels and Twitter accounts and FaceBook pages and
23    so on and so forth.
24        But on top of that, ISIS counted on probably a
25    larger number of unaffiliated sympathizers who

1   disseminated the propaganda broadly.  That means

2   these individuals who were not necessarily

3   underground in Syria and Iraq, they could have been

4   in far-flung places around the world, not

5   necessarily formally affiliated with the group as I

6   said, but sympathizers who took it upon themselves

7   to disseminate the propaganda on a variety of

8   platforms.

9        We are talking about on platforms like Twitter.

10  For example, hundreds of thousands of accounts that

11  the company has shut down in what is a regular cat

12  and mouse game, where they shut down accounts, then

13  ISIS supporters reopen them.  But the magnitude of

14  it is pretty impressive.

15  Q.   Is it only propaganda or is social media used

16  to communicate as well?

17  A.   Well, there are different values to social

18  media.  Communication, meaning spreading the

19  propaganda.  Reaching as broad of an audience as

20  possible is obviously the first goal for a group

21  like ISIS, which has always tried to reach masses,

22  tried to reach as broad of an audience as possible.

23  Social media is the perfect place to do it.

24       But of course there's a second aspect, which is

25  for people who are serious about it, people who get

1    engaged in the propaganda and want to mobilize, as

2    we said earlier, want to do something.

3    Communicating, talking one to one in more groups

4    becomes very, very important.  So ISIS would put a

5    lot of resources in doing so, both directly and

6    indirectly.

7         Directly means that it had a fairly large

8    number of people, which are fighting on the ground,

9    but at the same time communicating with supporters

10   abroad, trying to reach them, trying to encourage

11   them to join the group.

12        And indirectly meant that there what some

13   people call fanbois at the time, it's sort of a

14   diminishing term, but supporters all over the world

15   who were kind of doing the same thing, which meant

16   creating all these platforms and reaching out to

17   people and communicating with them.  The more

18   serious the conversation --

19             MR. WHALEN:  Objection to the narrative,

20   Your Honor.

21             THE COURT:  Sustained.

22   Q.   (By Ms. Meeks)  Do some of the social media

23   platforms allow people to communicate directly from

24   the battlefield?

25   A.   Yes, they do.

1    Q.    And are you familiar with an online platform

2    called Zello?

3    A.    I am.

4    Q.    Are you aware that the defendant used Zello in

5    this case to communicate with others?

6    A.    I am.

7    Q.    And are you familiar with the Zello chat or the

8    Zello channel called State of the Islamic Caliphate?

9    A.    Yes.

10   Q.    Have you had the opportunity to review the

11   transcripts of the defendant's statements on that

12   Zello channel in this case?

13   A.    I have.

14   Q.    And what were your initial reactions to those

15   transcripts?

16   A.    Well, first reaction was the size of -- you

17   know, quantitatively, a lot of information, a lot of

18   activity taking place on that platform.  I would say

19   specifically when it comes to the -- the defendant,

20   it was pretty clear he was somebody with fairly deep

21   knowledge and understanding of ISIS, of its jargon,

22   of its strategy, of its priorities, of its

23   operations.

24        It wasn't somebody who was -- you know, we do

25   look at a lot of people on these platforms, and

```
 1   clearly comparatively, this was somebody who was
 2   very knowledgeable.  And that knowledge is
 3   acknowledged by a lot of other people on the
 4   platforms that look up to him.  I think that's also
 5   a dynamic that is pretty apparent, that he puts
 6   himself as somebody that is -- can impart knowledge,
 7   can motivate other people, and it's clear that
 8   people look up to him and ask him questions.  He
 9   does not ask questions.  He gives answers or gives
10   very long sermons, if you will.
11   Q.   And does it appear as though he would be in a
12   leadership position?
13   A.   Very much so.
14   Q.   What is the level of sophistication that you
15   normally see, and how does this compare to that?
16   A.   If we look at it in an American setting, I
17   would say this is very sophisticated; again, for the
18   size of it, but also for the knowledge that exists.
19   I mean, a lot of -- I used the term fanbois earlier,
20   because a lot of ISIS sympathizers in the U.S. are
21   not really knowledgeable about ISIS.  They may be
22   enthusiastic, but they don't really know much about
23   it.  Here the conversation is very different.
24   There's significant knowledge of, as I said, the
25   terminology, the strategy, the mindset behind it.
```

 1    It's significantly more professional than the
 2    average.
 3    Q.    Is there an operational aspect to it that you
 4    don't normally see?
 5    A.    Bears repeatedly the conversation about people
 6    who have mobilized from the platform; the idea of,
 7    first of all, that people start talking on these
 8    platforms, and several examples are mentioned
 9    throughout the conversations of people who started
10    their radicalization process on the platform but
11    then mobilized, went beyond talking and traveled and
12    joined ISIS.
13          And there is, in several conversations, this
14    idea that this platform is created on purpose, to
15    enforce the adherence to ISIS ideology, but then
16    also to do something; it's not just talk, it's been
17    to travel.
18            MS. MEEKS:  Your Honor, with permission, I
19    would ask that the witness and the jurors turn to
20    their transcript books.
21            THE COURT:  You know what?  I think it's
22    about time to take our morning break.  It's been an
23    hour and a half.  Let's take a 15-minute break.
24    Please remember not to talk about the case, and we
25    will see you back here in 15 minutes.

```
 1                    (Jury exits courtroom; recess taken.)

 2              THE COURT:  Everybody ready for the jury?

 3              MS. MEEKS:  We want the Court to know that

 4    at this stage we want to read in the transcripts

 5    that have already been admitted into evidence.  We

 6    do not intend to play the corresponding audio.

 7              THE COURT:  Okay.  All right.

 8              MS. MEEKS:  I just wanted to make the

 9    Court aware of that.

10              THE COURT:  All right.  Let's bring them

11    in.

12                    (Jury enters courtroom.)

13              THE COURT:  Okay.  Ms. Meeks, go ahead.

14              MS. MEEKS:  Thank you, Your Honor.

15    Q.   (By Ms. Meeks)  Dr. Vidino, before we turn into

16    going through the transcript book, I wanted to

17    publish Government's Exhibit 52, which has already

18    been admitted into evidence for your review.

19         Do you recognize what's marked as Government's

20    Exhibit 52?

21    A.   Yes.

22    Q.   And is this a map of a portion of the Middle

23    East?

24    A.   That's correct.

25    Q.   Can you just walk us through where the
```

```
 1  countries are in relation to one another?  And show,
 2  if you could for the jury, just discuss -- you had
 3  mentioned something about the border from Turkey to
 4  Syria.  Can you talk a little bit about that so we
 5  have a visual?
 6  A.    Yeah, sure.  So the top corner -- so
 7  basically -- well, Syria is right in the middle.
 8  The northern border is with Turkey, and that's a few
 9  hundred miles.  That's really the main border
10  through which most foreign fighters who joined ISIS
11  traveled to, because it was easier to get into
12  logistically, and ISIS operated mostly in the
13  northern parts of Syria.  So there's a -- that's a
14  few towns on the border there.  There's one called
15  Gaziantep, right there.  Those are the main border
16  towns to which volunteers travel to from all over
17  the world and then made the leap into Syria and
18  often, you know, ISIS would have his own network of
19  smugglers that could smuggle people across the
20  border.  But particularly at the beginning, it
21  wasn't that difficult to cross.  The Turkish
22  authorities were not really patrolling the border
23  very extensively.
24  Q.    And where is Jordan and the West Bank in
25  relation to Syria on the map?
```

```
 1   A.    The opposite side.  It's on the southern part.
 2   You see Jordan, and next to it -- it says Israel,
 3   and right up there is the West Bank.  So the border
 4   it shares is on the south.
 5   Q.    And then Iraq is over to --
 6   A.    Over to the west, that's correct.
 7   Q.    And does this comprise the Levant for what you
 8   were discussing earlier?
 9   A.    Yes, absolutely.  It's the Levant -- this is
10   basically a map of the Levant.  The Levant would be
11   basically all of Syria, Lebanon, which is the
12   country that is between Syria and the Mediterranean
13   and the sea; parts of northern Jordan and basically
14   the West Bank and Israel, parts of it.
15   Q.    Okay.  Now I would turn your attention to the
16   transcript binder, Dr. Vidino, specifically
17   Transcript Number 204.  It has corresponding audio,
18   Government's Exhibit 203, but 204 in the transcript
19   binders.
20   A.    Yes.
21   Q.    Okay.  I'm going to read through some of this,
22   Dr. Vidino, and then I will ask what your opinions
23   are on certain portions.  So this transcript
24   reflects narrative by Said Rahim, the SR on the
25   left.
```

1              THE COURT:  Can we have a date on that?

2              MS. MEEKS:  We do, Your Honor.  This is

3    September 24th, 2016.

4              THE COURT:  Okay.

5    Q.   (By Ms. Meeks)  "Peace be upon you so with the

6    mercy of God.  Good morning and greetings from God

7    to the supporters of the Islamic State, the

8    supporters of the Islamic Caliphate State, special

9    greetings full of the scent of er, musk, er, of the

10   martyrs and shame and dishonor to the nation of

11   infidels."

12        In your expert opinion, what does it mean when

13   they are talking about the nation of infidels and

14   martyrs in this context?

15   A.   So he's greeting those that he thinks are, you

16   know, people on the right side.  The martyrs are

17   people who die fighting jihad, martyrs of the

18   Islamic State, and of course to greetings full of

19   scent, musk; shame and dishonor to the nation of

20   infidels.  Infidels are non-Muslims.

21   Q.   It continues:

22        "Greetings from God to the brother supporters

23   and greetings from God to the lions of loyalty and

24   disavowel, the lions of monotheism."

25        What does that mean?

1    A.    Those are two terms that probably translated

2    into English make very little sense.  But they are

3    two very common images used by ISIS and main

4    jihadist circles.  Loyalty and disavowel is a

5    concept that means -- again, used by ISIS, not by

6    all Muslims -- that Muslims should be loyal only to

7    other Muslims and disavow and hate all non-Muslims.

8    So a good Muslim, according to ISIS and ISIS

9    supporters would be somebody that, you know, hates

10    all non-Muslims.

11    Q.    What is the lions of monotheism?

12    A.    Again, lion is an image often used by ISIS.

13    That's, you know, of course, somebody of value.  And

14    monotheism is, again, we discussed it earlier, the

15    concept of believing in one God but in a very

16    extreme form that ISIS adopts.  So lions of

17    monotheism would be true Muslims the way ISIS would

18    see them.

19    Q.    It continues:

20        "Greetings from God to those who pledge

21    allegiance to the Emir of the believers, Abu-Bakr

22    al-Baghdadi to listen and obey."

23        What is an Emir of the believers, and again,

24    can you remind us about Baghdadi?

25    A.    Baghdadi is the leader of ISIS.  And in June of

1    2014, Baghdadi declared himself to be the Caliph,

2    the leader of all Muslims.  So the Emir -- Emir

3    means the guide, the leader of the believers, of

4    Muslims.

5        Here, clearly, there's an allegiance to

6    Baghdadi and to ISIS.  The vast majority of Muslims

7    worldwide did not and do not recognize Baghdadi as

8    the leader of all Muslims.  Only an ISIS supporter

9    would do so.  So saying this clearly shows

10   allegiance to ISIS.

11   Q.   It continues:

12       "Greetings from God on the suicidal projects,

13   greetings from God to the lone wolves, greetings

14   from God to all the brothers, and greetings from God

15   to the supporters."

16       What does he mean, suicidal projects or lone

17   wolves?

18   A.   Those, again, are sort of categories of

19   individuals that in a way work for ISIS, if you

20   will, or ISIS members.  Suicidal projects

21   interpreted to be the individuals that want to be

22   martyrs, want to die for the cause of ISIS.

23       The lone wolves, that's, again, a term of art.

24   It means individuals that carry out attacks on

25   behalf of ISIS by themselves independently, as we

1    have seen often in terrorist attacks in the West.

2    Q.    Continuing on line 21:

3         "Greetings from God to all the families of the

4    martyrs, their parents, the children and relatives,

5    greetings from God to them."

6         What does that mean in this context?

7    A.    Again, there's the -- of course the idea of

8    martyrs, those that die fighting for ISIS, occupy a

9    special place in paradise, have a special honor.

10   And the honor that comes with the martyrdom is also

11   extended to their family, their parents, their

12   relatives.  There is this idea which is very common

13   in jihadist circles, that if you die for God, if you

14   die fighting jihad, you can intercede for your

15   relatives, and you can reserve for them a special

16   place in paradise.

17   Q.    So is it an honor, then -- would it be

18   considered an honor in the extremist communities if

19   a relative had died in jihad.

20   A.    Dying in jihad is the highest honor, again, in

21   jihadist circles.  And if you believe, of course,

22   that interpretation of Islam, then having a relative

23   who has died fighting jihad is a very big honor,

24   yes.

25   Q.    Continuing:

1          "Greetings from God to our mothers who brought

2     up lions and did not ... not sheep, brought up lions

3     with sharp teeth and sharp nails, to attack and tear

4     apart the enemies of the nation and the enemies of

5     Islam from the Magi, Nusayris, and the Crusaders."

6          What is the enemy of Islam from the Magi, the

7     Nusayris and the Crusaders?

8     A.    Those are three terms of art used by the

9     jihadist community to define three religious groups

10    that ISIS doesn't like and fights.  The Magi are the

11    Zoroastrian.  That's a very small religious group in

12    Syria and Iraq that ISIS has been fighting.  The

13    Nusayris are the Ismael (phonetice) Shia, the other

14    big sect in Islam, which also ISIS has been

15    fighting, and the Crusaders are the Christians.

16    Q.    And then we skip ahead to line 8 on this page

17    2, where is says:

18          "I mean, we know that the martyr can also

19    mediate for 70 of his relatives.  So wait and keep

20    on, keep on raising these lions."

21          Does that reference what you were talking about

22    earlier?

23    A.    Yes.  Yes, that's exactly what I meant.  So the

24    martyr, somebody who dies fighting can mediate, can

25    intercede for up to 70 of his relatives, meaning

1    he's -- up to 70 of his relatives can have a place

2    in paradise because of his actions.

3    Q.   Now I would ask you to turn to Government's

4    Exhibit 294 in the transcript book, which has

5    corresponding audio, 293, but 294 in the transcript

6    book.

7            MS. MEEKS:   The date of this transcript,

8    Your Honor, is June 15th, 2016.

9            THE COURT:   Thank you.

10   Q.   (By Ms. Meeks)   Again, starting with "SR" as

11   representing Said Rahim on line 7, saying:

12       "Noted, noted; noted.  Okay, er, the ones on

13   mute should pray upon the Prophet Muhammad, may God

14   bless him and grant him peace, and appease upon

15   Abu-Bakr, 'Umar, 'Uthman and 'Ali, and upon our

16   mother, 'A'ishah, may God be pleased with her, and

17   then we will un-mute you."

18       What does that mean?

19   A.   It fairly means extreme Islam salutation, I

20   would say, because they are early followers of the

21   Prophet Muhammad, the first companions of the

22   Prophet Muhammad.

23   Q.   Go down to line 23 on page 1, where a "UM",

24   which is cited as an unknown male says:

25       "Upon our master 'Umar.  Sheikh, er, I swear I

1  do not know, I do not know.  I mean I read, so I
2  want to learn from you."
3      What does that imply to you, and what does the
4  word "Sheikh" mean?
5  A.    Sheikh is a title that is given to somebody who
6  is particularly knowledgeable and wise.  It's an
7  honorific title.  So to refer to somebody as Sheikh,
8  particularly in a religious context, means somebody
9  that has, you know, important knowledge about
10 religion.  And the fact that this individual says,
11 "I want to learn from you," that tells me that he's
12 clearly looking up to the defendant as somebody who
13 has important knowledge and from which he can learn.
14 Q.    It continues on, then, with the defendant
15 stating:
16     "All right, then, stay on mute to learn, that's
17 better; stay on mute so you can learn how to listen
18 to the brothers, to the scholars and learn and then
19 we will look into your position."
20     To which the UM states:
21     "May God bless you, fine, Sheikh."
22     What does that tell you?
23 A.    That this could be a subordinate position that
24 this individual is taking in relation to the
25 defendant.  The defendant is clearly telling him

1    that this person being less knowledgeable about

2    religion and about ISIS in general should just not

3    speak and learn, and the other person clearly

4    accepts that and calls him Sheikh, which, again, is

5    a title that you would give to somebody who is very

6    knowledgeable.

7    Q.   Now I would like to turn your attention to

8    Government's Exhibit 208, corresponding audio 207.

9    But 208 in the transcript binder.

10        On 208, I will actually turn to page 2,

11   starting at line 2.

12            MS. MEEKS:  And the date on this, Your

13   Honor, is September 24, 2016.

14            THE COURT:  Okay.  The participants are,

15   again, the defendant and a user by the user name

16   aaaa100.

17        So aa states on line 2:

18        "May God reward you, my brother, I am listening

19   to your wonderful talking, God bless you."

20        To which the defendant replies:

21        "May God bless you, may God reward you with

22   goodness.  We ask God that these words I mean will

23   enter your hearts and be beneficial, by the will of

24   God, that these words will be beneficial, may God

25   bless you.

```
 1          "As we said, we, by the favor of God, glorified
 2     and exalted be He, er, are supporters and by the
 3     will of God, to be suicidal projects and jihadists
 4     for the cause of God, when I mean God facilitates
 5     the way for us.  I mean be acknowledged my dear
 6     brothers, do not lightly -- do not take lightly
 7     these channels; do not take lightly these channels
 8     and/or the programs that support the Islamic
 9     Caliphate, whether on Zello, Paltalk, or Twitter or
10     other communication means."
11          What does this reference to you?  What does
12     this mean to you?
13     A.   The first individual who is thanking the
14     defendant for his speeches, his wonderful talking.
15     And what the defendant is saying, particularly in
16     the second paragraph, is that everything that
17     happens on this channels -- and he's referencing
18     Zello, but also Paltalk, which is another platform
19     that is very common among jihadists, or Twitter.
20          The conversations there are very important to
21     basically create members of the Islamic State, to
22     create individuals who become members of the Islamic
23     State.  When he says, "to be suicidal projects and
24     jihadists for the cause of God," meaning do not take
25     lightly what happens on these platforms, which is
```

1   not just talk, it is the talk that then brings to

2   action.

3   Q.   Does this reflect the importance of social

4   media, as you were mentioning earlier?

5   A.   I'm sorry?

6   Q.   Does this reflect the importance of social

7   media used by ISIS, as you were mentioning earlier?

8   A.   Yes, absolutely.  This is, again, what ISIS,

9   itself, says constantly, that it's crucially

10  important to have a presence on social media to

11  create followers, to attract people, and to have

12  sympathizers graduate to the next level, which means

13  joining ISIS or carrying out attacks on behalf of

14  ISIS.

15  Q.   Continue on line 21, again the defendant:

16       "So praise be to God, the Lord of the Two

17  Worlds, how many brothers mobilized, how many

18  brothers mobilized with the grace of God, glorified

19  and exalted be He, after they heard the words of the

20  sheikhs of jihad! By God they mobilized..."

21       What is a sheikh of jihad?

22  A.   Sheikh of jihad would be the knowledgeable

23  individuals who know about jihad.  Of course,

24  according to the defendant's interpretation of

25  those -- of who would be those, of course.

1   Q.   Okay.  And continuing on:

2        "I mean brothers; they used to say, 'What-what

3   is this?'  I mean in the beginning they used to say:

4   'What-what is this? This is not doing me any good,

5   it is just empty talk, empty words.  They just talk

6   and don't do-they do nothing.'  But, when you see

7   the honesty of those who talk about loyalty and

8   disavowel, about loving for the sake of God and hate

9   for the sake of God, you see these truthful mouths

10  which speak of what God and the messengers said.

11  You see the truthfulness, and you know that these

12  individuals are truthful, and of course God is

13  sufficient unto them."

14       Does this represent sort of a growth or a

15  change or an evolution to you in the social media

16  platform?

17  A.   Yeah, because it just shows that the defendant

18  is following exactly, taken a page from ISIS book,

19  sees the importance of social media, that this is

20  just not empty talk.  This is the way to radicalize,

21  recruit, and mobilize individuals.

22       The idea that individuals who, according, of

23  course, to the defendant's interpretation, have

24  honesty or are honest about their desire to please

25  God, true social media can do something.  That is

1    the gist of it.

2    Q.   So it continues on line 13:

3         "So you hear them talking, but many of the

4    brothers mobilized for the cause of God, glorified

5    and exalted be He, and I am honored to be in this

6    channel; some of the brothers who mobilized, and

7    they are martyrs, we consider them alive in the

8    presence of their God; martyrs.  They are martyrs.

9    They were in this channel, in this channel."

10        When he says, "they are martyrs, but we

11   consider them alive in the presence of God," what

12   does that mean?

13   A.   According to the belief a martyr doesn't really

14   die, dies in this world, but is still alive and very

15   much occupying a place of honor next to God.

16        What he is saying is these martyrs who started

17   their trajectory, their process on these channels,

18   they went on, they died in battle, but they occupy

19   this place of honor next to God.  And they were in

20   this channel, in this channel.  So it really makes

21   the point that its true channel -- to this specific

22   channel and channels like this, that people join

23   groups like ISIS and may achieve what is the highest

24   honor, which is dying for God.

25   Q.   Continuing on line 22, again the defendant here

1    saying:

2        "They would listen, listen, answer the doubts

3    and defend the Caliphate State, but they detested

4    themselves when they remained as speakers and feared

5    on themselves as hypocrisy, as one of the brothers

6    told me, we ask God to protect him, he is now

7    jihadist with the Islamic Caliphate State.  I do not

8    want to-I do not want to mention his name for fear

9    of hypocrisy, but he is one of the jihadists and was

10   on this channel.  We used to communicate.  I would

11   talk to him, and used to tell me he did not want to

12   be one of the hypocrites that God talked about O ye

13   who believe!"

14       What is he referring to here in terms of a

15   hypocrite?

16   A.   Hypocrite has a specific meaning, the original

17   word in Arabic.  The value of it is, those who claim

18   to be Muslim but are not really Muslims because they

19   don't act according to the tenets of Islam.  This

20   concept of hypocrisy, which groups like ISIS would

21   use, which basically entails that only those who

22   that really act as Muslims -- and according to ISIS,

23   that would mean fight jihad -- are real Muslims.

24       So what the defendant here is saying is that

25   there are other people that are on this channel,

1    including one specific individual, who are -- this

2    fear of hypocrisy.  So they fear that they're just

3    all talk and they are not really doing anything,

4    they are not really acting to further God's will.

5        But through those channels, it says, you know,

6    we used to communicate, I would talk to him and then

7    he mobilized and then joined ISIS.  So he is no

8    longer a hypocrite because he, you know, acted.

9    Q.   Sure.  It goes on, starting on line 18, to say:

10       "Yes, this is what he wanted; so God

11   facilitated for him so he went to the land of the

12   Caliphate, and he is now a soldier among the

13   soldiers of the Islamic Caliphate State.  Glory be

14   to the Almighty God."

15       Continues on line 24:

16       "I swear, I am embarrassed to speak with him.

17   By God, I am embarrassed.  What am I going to say to

18   him?  I swear by God, what would I say?  What would

19   I say to him?  That is it; he is now doing, doing,

20   doing and not speaking much.  He used to speak on

21   this channel, but when he mobilized, that was it.

22   His actions beat his words, and now his actions

23   still beat his words.  What should I say about

24   myself, and what would you say about yourself?  What

25   do I say about myself?  I judge myself:  Am I a

 1   hypocrite, am I one of those where God assigned unto
 2   my heart to be amongst those who lag behind?  Does
 3   God hate my going?  We perceive that I am not that
 4   ... that I am not that, and neither would you be.
 5   We perceive that God, I mean, will facilitate the
 6   time God, glorified and exalted be He, sees
 7   appropriate for you to say to you; mobilize and
 8   fight for my cause and be supporters of God."
 9        What does it mean to you here when he's talking
10   about not being a hypocrite?
11   A.   He's mobilizing, means moving from talk to
12   action.  What he's saying is that he used to talk to
13   one person and had these long conversations, and
14   this person put his money where his mouth is; he
15   actually mobilized and did something.
16        And what he's then saying -- and this is, I
17   would say, quite standard recruitment incitement
18   technique, in a sense that he's acting in sort of
19   modesty, where he's saying, I'm not worth it.  I'm
20   not as good as these other brothers who mobilized.
21   I'm all talk.  And how about you?  Why are we all
22   talk and we're basically hypocrites because we're
23   not acting.
24        So as much as he acknowledges the importance of
25   the platforms, the platforms are propaedeutic; they

1    are the first step of what is really important,

2    which is mobilization.

3    Q.   What about the lines, "I mean, God will

4    facilitate the time" -- it says, "I mean, will

5    facilitate the time God."  What does that mean to

6    you?

7    A.   Well, obviously, everything is perceived to be

8    in God's hands, and it's God that will dictate the

9    right time for when people mobilize.  But of course

10   there's a balance between what God decides, but also

11   it's up to the individual to make the decision.

12   Q.   And I point you, then, to line 25 on the same

13   page.  Again, the defendant:

14        "Some are businessmen.  I mean, there was one

15   whose social status was great, glory be to God,

16   excellent, had everything from the world's goods;

17   money, wife, and has the offspring, he had

18   everything, and a profitable business, he had

19   everything.  He could have said, that's it, I will

20   help the orphans and build mosques."

21        And then it skips a couple of lines, saying he

22   went to mobilize.

23        What is the importance of leaving behind sort

24   of what he was referring to as everything, a

25   business, wife, worldly goods?

1    A.    Yeah.   There's this deep belief in sort of the
2    jihadist community that worldly possessions and
3    even, you know, family life and everything,
4    everything is less important than fighting jihad.
5    There is nothing in this world that is as important
6    as fighting for God and dying for God.  So the
7    brother should leave behind whatever their life is,
8    even if it's successful and happy and they have a
9    good business, a good family life, that should be
10    left behind to fight jihad.  That's a very common
11    belief.
12    Q.    I will point you, then, to line 14 where it
13    continues:
14          "Yes, honorable brothers, we incite you to go,
15    especially those who are near the areas of the
16    Islamic State.  I am thousands of miles away from
17    the Islamic State.  But, those brothers who are
18    close to the areas, to the areas by the Caliphate,
19    the authority of the Caliphate, we incite and plead
20    with you to mobilize for the sake of the God,
21    glorified and exalted be He."
22          What kind of impact does this have?
23    A.    I would say this is quite, quite powerful.  It
24    comes at the end of the whole speech, where
25    basically calls hypocrites, which is a big insult in

1    sort of jihadist culture, for not doing, not acting

2    and just being all talk, and here it's sort of the

3    conclusion of that speech.  It's very rhetorical, if

4    you will, which is, we openly incite you, join the

5    Caliphate.  It's your duty.  Leave behind your

6    worldly possessions.  Don't be a hypocrite, because

7    that's a major sin in Islam.  Go and join ISIS.

8    That's pretty straightforward.

9    Q.    Now, I turn to you Government's Exhibit 136

10   with corresponding audio, 135.

11         And the date on this -- 136?

12   A.    Yes.

13   Q.    And the date on this is May 3rd, 2016.  And

14   this is an unknown male.  States:

15         "Brother this channel is not for fatwas.  This

16   channel is to communicate with the Islamic State."

17         What is a fatwa again?

18   A.    Fatwa is a religious decree.

19   Q.    And does it mean to you, "This channel is to

20   communicate with the Islamic State," does that have

21   any significance to you?

22   A.    I would interpret this as saying this channel

23   is not for deep and long-winded theological debates,

24   it's to actually talk to the Islamic State.

25   Q.    And I will now ask that you turn to

1    Government's Exhibit 132 -- 132, with corresponding

2    audio, 131.

3              MS. MEEKS:  The date on this, Your Honor,

4    is October 21st, 2016.

5              THE COURT:  All right.

6              MS. MEEKS:  And the participant is

7    Ibn Dawla.

8    Q.  (By Ms. Meeks)  For this I just point you to

9    line 15, where he says:

10        "As for those who want to create discord, we

11    tell them this is the wrong channel.  We do know one

12    another, right or not?  We know each other well.  So

13    take the mic and tell me why did you enter this

14    channel?  Did you go on this channel for the subject

15    specifically or for something else?  I mean, the

16    subject you entered for must be more important than

17    to talk about this subject.  Go ahead and take the

18    mic."

19        What does this mean, especially about discord?

20    A.   Discord, I assume it's, again, an Arabic

21    concept with the fitna, F-I-T-N-A, which is

22    basically lack of consensus, sort of chaos.  And the

23    idea here is, this is not a channel to question

24    ISIS, this is not a channel to have conversations

25    about its merits, this is for supporters.  So we are

1    not here to discuss the pros and cons of it.  We are

2    supporters, basically.

3    Q.    So in what ways, based on what you have seen in

4    the transcripts, would this channel be a benefit to

5    ISIS?

6    A.    On many levels I would say.  It reinforces the

7    belief -- I mean, people here tend to be already

8    supporters.  This is not a channel for people who

9    are remotely interested, have some curiosity for the

10   group.  This is for people who are to -- supporters

11   of the group already.  It can be more or less

12   enmeshed in it, but for people who have a fairly

13   high degree of belief in the group's message.

14        It helps reinforce it.  It helps these

15   individuals feel like they belong to a community

16   that could work for any kind of online chat, but

17   obviously on any topic.  And additionally, it gives

18   them access to people who are part of the Islamic

19   State, who are physically part of it.  It allows

20   them to communicate with individuals who can

21   facilitate their recruitment by the group.  That's

22   the two bonuses that come with it.

23   Q.    Now I request that you turn to Government's

24   Exhibit 140, the corresponding audio of 139.

25        140, and the date on this September 19, 2016.

1    The participant is Said Rahim.

2        And actually specifically turn to page 2, and

3    starting on line 20:

4        "Lately, I mean, two knights ascended and

5    disembarked, two leaders, matchless leaders, great

6    leaders, leaders of Loyalty and Disavowel,

7    al-Shishani and al-'Adnani.  We ask God to accept

8    them both, both of them.  They faced their death,

9    one of them in the battles of Sharqat, God knows,

10   and the second in Aleppo as he was checking on his

11   soldiers.  We are talking about al-'Adnani in a raid

12   by the Cross, so praise be to God."

13       What is he talking about here with al-Shishani

14   and al-'Adnani?

15   A.   He's talking about two of the most prominent

16   leaders of ISIS who were killed, both of them.  So

17   he's praising them highly and discussing their

18   martyrdom.

19   Q.   What was their significance with ISIS?

20   A.   'Adnani was de facto number two of ISIS and the

21   main spokesperson, the one who ran external

22   operations for ISIS and the one who called for

23   attacks in the West.  That was one of his main

24   roles.

25       Shishani was arguably the best commander on the

1    ground; was a foreign fighter, was of Chechen

2    background and was a very skilled commander and

3    managed to become sort of a hero for ISIS supporters

4    worldwide because of his skills and courage on the

5    battlefield.

6    Q.    Turn to page -- same exhibit, Government's

7    Exhibit 140, but page 4 towards the bottom of the

8    page, line 25:

9        "Attack them; disperse them, for this is the

10   chance!  There here see the infidel unite against us,

11   so come on, unite and support one another to fight

12   these.  Come on and let us be one hand.  Come on,

13   let us fulfill the conditions of faith, complete the

14   requirements of fate and jihad for the cause of God.

15   We ask God, glorified and exalted be He, to open

16   your hearts and that you mobilize to the land of the

17   Islamic State.  Or, if you are in infidel countries,

18   that you become a lone wolf, a real lion in the area

19   you live.  As our sheikh al-'Adnani said, kill and

20   do not consult anyone and do not seek anyone's

21   fatwa.  Yes, descend on the armies of the cross and

22   kill them, because the origin about the infidel's

23   blood is that it is to be shed and it is

24   permissible."

25       What is he referencing here as, "our sheikh,

 1    al-'Adnani said"?

 2    A.    It is a famous speach that 'Adnani, who is the

 3    spokesperson of ISIS gave in September 2014 where it

 4    called for attacks, and it was the first of a long

 5    series of speeches where it called for attacks on

 6    infidels, on non-Muslims, Christians in particular.

 7         And the idea is that what 'Adnani stated and

 8    what the defendant is repeating here is that there's

 9    no need for fatwas, for religious decrees.  There's

10    no need for sophisticated mechanisms behind it, just

11    go and kill.  Kill them wherever they are with

12    whatever tools you have.  And what it says there

13    is -- it's at the very beginning of page 5:  "Let us

14    fulfill the conditions of faith, complete the

15    requirements of faith," meaning that it's a

16    God-mandated duty.  In order to be a true Muslim, a

17    good Muslim, you have to kill infidels.  It's

18    mandated.

19    Q.    And he mentions the lone wolf in regards to

20    'Adnani as well.

21         Explain to us how 'Adnani's speech opened up

22    the recruitment tool for ISIS?

23              THE COURT:  How whose speech?

24              MS. MEEKS:  'Adnani, Your Honor.

25    A.    The way -- ISIS was always, from the beginning,

```
 1    before 2014, fairly open in the way that it accepted
 2    new members compared to other groups.  But
 3    particularly after the speech that 'Adnani gave, the
 4    bar was set even lower, meaning that the message
 5    that 'Adnani put out is that anybody who carries out
 6    an attack on behalf of ISIS is basically an ISIS
 7    member.  Even if that person has never traveled to
 8    Syria and Iraq, has never met an ISIS member, never
 9    interacted with an ISIS member, if in his heart he
10    wants to be an ISIS member and if his actions
11    reflect that, he kills infidels, basically he's a
12    member of ISIS.  That has been the model of many of
13    the attacks we have seen in the West.  So
14    individuals who have no formal affiliation
15    whatsoever to ISIS carry out the attack as a lone
16    wolf -- that's a term that is often used --
17    independently, complete operational independence.
18    But ISIS, posthumously, after the fact, accepts them
19    as members, as soldiers of ISIS.  So ISIS would put
20    out a press release saying, the soldier of the
21    Caliphate -- meaning the ISIS member -- so-and-so
22    carried out the glorious operation, so on and so
23    forth.
24         So in a way, ISIS members should become
25    something very open.  The bar, as I said, is set
```

1    very low.  Anybody that acts to further ISIS's
2    agenda is a member of ISIS.
3    Q.    Now, if you could turn to Government's Exhibit
4    172, corresponding audio 171.  172, the date is
5    September 22nd, 2016.  The participants are the
6    defendant, Said Rahim, Ibn-Dawla, and then another
7    person with the moniker, Abo-Malek1992.
8         I would ask you to turn to page 2, if I could
9    direct you to turn to page 2 of that exhibit, line
10   13, starting with the ID, Ibn-Dawla, saying:
11        "You lost the mic brother Angousha.  You told
12   the truth had this -- I mean, had this religion not
13   been an ideology, it would have been that when the
14   Prophet, God's peace and blessings be upon him,
15   died, Islam would have ended.  But Islam is an
16   ideology, and it is not related to persons, but,
17   glorified and sublime be God, it relates to God
18   Glorified and Sublime be He.  Go on, continue, you
19   lost the mic."
20        In terms of this discussion about an ideology,
21   why is that important?
22   A.    What he's saying is that even those certain
23   members of ISIS died, specifically 'Adnani, the
24   message is still there, the ideology is still there.
25   Everybody should pick up what -- what jihadists

 1  would call the banner of jihad and fight.  So it's

 2  not about affiliation, not about specific

 3  individuals, it's about an ideology that anybody

 4  anywhere can adopt.

 5  Q.   And it continues on line 22 with Defendant Said

 6  Rahim:

 7       "May God bless you, God bless you.  Our

 8  brothers, may God bless you and reward you with

 9  goodness for listening.  May God bless you all.  We

10  do not deny that we love al-'Adnani.  We love this

11  lion.  We always waited for his words, but I mean do

12  we start with this martyrdom?  No!  No, I swear by

13  God."

14       Does the defendant frequently discuss

15  al-'Adnani in these transcripts?

16  A.   Yes, very frequently.

17  Q.   And does this -- is this also -- would you

18  describe -- does it relate to an importance of

19  carrying on -- you had mentioned that ISIS was

20  losing territory at some point.  Does this help

21  support ISIS being relevant even without territory?

22  A.   Yes, that is exactly the strategy behind ISIS

23  in 2015, 2016, as they start to go on the decline.

24  The idea is that anybody can pick up the banner and

25  fight.  Take the fight to the enemy.  It doesn't

```
 1   need to be in a structured way, but anybody can do
 2   it.  And again, if people die, first of all it's a
 3   big honor to die in jihad.  But the message goes on,
 4   the mindset goes on, and the ideology goes on.  So
 5   it's not dependent on a specific individual.
 6   Q.    Now, I turn you to page 3, please, line 15.
 7   Again, the defendant:
 8        "This one, understand it:  This man is going to
 9   his death, done, so how do you stop him.  This one
10   you cannot stop him unless you kill him.  But Glory
11   be to God.  God facilitates and respites to these
12   Inghimasi fighters so that they storm and leap over
13   those wicked hyenas and kill them.  I, one of the
14   brothers told me Abu-al-Faruq, of course,
15   Abu-al-Faruq, the channel's Admin, he sent me some
16   pictures and sent some to the channel."
17        What is an Inghimasi fighter?
18   A.    Inghimasi fighter is somebody who goes to a
19   mission -- on a mission to kill as many enemies as
20   possible, and it's a mission that is clearly going
21   to lead to his death.  So it's not like a suicide
22   bomber where death is immediate, but it's basically
23   the next thing, somebody goes, let's say, with a
24   weapon, kills as many people as possible, but it's
25   clear that the outcome is going to be death.
```

```
 1   Q.   Can you now turn to Government's Exhibit 222,
 2   with corresponding audio 221.
 3        The date on 222, is May 31, 2016.  The
 4   participants are Said Rahim and three unknown males.
 5   Starting on line 9 with Unknown Male:
 6        "Oh, Islam, we are all willing to sacrifice for
 7   you."
 8        Unknown Male 1 continues:
 9        "Peace be upon you so with the mercy and
10   blessings of God.  Brothers:  What...what is the
11   legality of jihad in the land of the Caliphate
12   State?  May God reward you."
13        What is -- Dr. Vidino, what does it mean,
14   "legality of jihad"?
15   A.   The concept "legal" is very important.
16   Everything that ISIS does has to be approved by --
17   under Shari'a, under, of course, their own
18   interpretation of Shari'a, which is fringe.  But
19   they have their own jurisprudence on a lot of terms,
20   on the concept of jihad.  When is it legal to fight
21   jihad?  When can you attack the enemy?  When can you
22   kill the enemy?  Who is the enemy, and all these
23   things.
24        So somebody is asking, what are the legal
25   parameters of fighting jihad.  It's a very normal
```

1    question.  But people who are sympathizers of a

2    group and not necessarily extremely knowledgeable

3    about it ask whether their behavior is compatible

4    with Islamic law.

5    Q.    And then on line 15, the defendant responds:

6          "You said in the land of the Caliphate.  It is

7    a land where the Shari'a of glorified and exalted

8    God rules.  It is a land hounded by all nations of

9    disbelief and all the powers of polytheism,

10    atheists, seculars, Jews, and Christians to try to

11    break this religion.  Yes, this is what the Caliph

12    and the official spokesman said, he mobilized

13    people.  This is what the soldiers of the Caliphate

14    State say when we talk to them, that they mobilize

15    people, not for a small number, but to attain this

16    honor.  This honor is not attained except by those

17    whom God wills to honor and bless them with:  To

18    become a jihadist with God."

19          There's a lot there, but can you explain what

20    this means, "the nations of disbelief and all the

21    powers of polytheism, atheists, seculars, Jews, and

22    Christians"?

23    A.    It encapsulates ISIS worldview, which is only

24    ISIS members and supporters are true Muslims, and

25    they are building the real Islamic society, the real

```
 1    Islamic State ruled by Shari'a, by Islamic law.  So

 2    there is this sort of giant conspiracy against them,

 3    and these are some of the enemies that they see.  So

 4    polytheism, which we discussed earlier; atheists,

 5    which don't believe in God; seculars; Jews;

 6    Christians; everybody that, according to their

 7    worldview, tries to attack true Islam and attack the

 8    Caliphate.

 9    Q.   Continuing on the second page, line 1,

10    continuing with the defendant's statement:

11         "Jihad is an individual duty, it, jihad is now

12    an individual duty, a duty, a mandate to defend or

13    to raise the banner of 'There is no other God but

14    Allah, the One and Only.'  This is not just in the

15    Caliphate land, but in every place where an

16    unbelieving atheist exists, jihad is a duty.  In any

17    area where Christians exist, they are legal targets,

18    or a Jew or atheist, or crusader, or where a

19    Christian missionary preacher is, not a missionary,

20    but someone who converts people to Christianity.

21    All those are legal targets of the Islamic Caliphate

22    State."

23         What is the importance of specifying a legal

24    target?

25    A.   Again, everything that ISIS does, from the
```

1    tiniest thing to biggest thing, which is killing

2    people, has to be justified under Islamic law.

3    That's how the group operates.  Because they claim

4    to hold Islam in its highest esteem, and everything

5    needs to be done according to the parameters of

6    Islamic law.

7        So what the defendant here is doing is de facto

8    issuing a religious degree, a fatwa, where he is

9    saying what is legal and what is not legal.  You

10   have other people on the chat room, on the channel,

11   asking him for an opinion, and he's basically saying

12   these are the legal targets, this is what is legal,

13   this is what is not legal.

14   Q.   Continuing on line 13 with the Unknown Male 1:

15       "May God reward you with all goodness to your

16   brother.  Brother, I have another question:  What is

17   the legality of pledging allegiance to the Emir of

18   Believers in the land of the Caliphate, is it an

19   individual or collective duty?"

20       To which the defendant responds:

21       "But there is an Emir of Believers, and the

22   pledge to him is a must, and the pledge is

23   obligatory to the Emir of the Believers.  Pledge, I

24   do not know where you are.  And if you can immigrate

25   to that land, then go, immigrate and pledge.  Er,

1  the brothers beat you from Caucasia and crossed

2  thousands of miles, and now they are in the land of

3  the Caliphate.  So I mean, pledge, because the

4  pledge is obligatory."

5      What is the legality of this pledge they are

6  discussing?

7  A.   Again, exactly like he did for jihad earlier,

8  he's issuing a decree, saying what is legal, what

9  is -- and by "legal," we mean permissible under

10  Islam or, more specifically, what is obligatory

11  under Islam.  What he's saying is that giving the --

12  pledging allegiance to Baghdadi, to the head of

13  ISIS, to the Caliph, is something obligatory at the

14  individual level; that every Muslim should be

15  pledging allegiance to the head of ISIS.

16  Q.   And is that what Emir of the Believers

17  represents?

18  A.   Emir of the Believers means -- Emir means head,

19  chief of the believers of the Muslims.  And again,

20  from an ISIS supporter's point of view, that means

21  the head of ISIS who calls himself the Caliph;

22  nobody else does.

23  Q.   Does this type of legal advice further the ISIS

24  mission?

25  A.   Very much so, because it legitimizes what the

1    group does.

2    Q.    Can I direct you now to Government's Exhibit

3    214, with corresponding audio 213.   The date on

4    Government's Exhibit 214 is October 7th, 2016.   The

5    participants are Said Rahim, a user by the name of

6    Abdul zuuuuz and an unknown male.

7         Starting on line 8 with the user AZ:

8         "May God reward you with goodness, may God

9    reward with you goodness.   May God reward you, God

10   willing, glorified and sublime be He.   But, sheikh,

11   you, it is true, I mean, for the sake of the woman

12   and two kids.   I hope to conquer this thing, and

13   I...willpower, I must have an excess of willpower.

14   By God, the times I watch the video and chants

15   thrills me and instigates me more to wage jihad.   I

16   swear by God and by God's will, I beseech God, that

17   my destiny be in those lands there."

18        Is this -- what is he talking about?   What is

19   the importance of videos and propaganda?   And how do

20   you see that reflected here?

21   A.    Textbook example of the power of propaganda.

22   This is somebody who -- well, first of all,

23   referring to the defendant as "sheikh," the honorary

24   title who you give to somebody whose wisdom you

25   trust, clearly says that the ISIS propaganda, he's

 1    been watching the videos, the chants, they instigate

 2    me, they push me, they motivate me.  And clearly

 3    this is somebody who was a consumer of propaganda

 4    and bad propaganda is pushing him to mobilize and

 5    wage jihad and move him from talk to action.

 6    Q.    I will ask you to turn on the same exhibit to

 7    page 4.  So Government's Exhibit 214, page 4,

 8    starting on line 9.  This is the defendant speaking:

 9         "All right.  What is the text of the pledge?

10    The text is:  'We pledge allegiance to the Emir of

11    Believers, Abu-Bakr, al-Baghdadi, to hear and obey,

12    in times of difficulty and comfort, in hardship and

13    ease, and to endure being discriminated against, and

14    not to dispute about rule with those in power,

15    except in the case of clear signs of disbelief,

16    which there is a proof about it from Allah.'"

17         What is this pledge here?  What does that mean

18    to you?

19    A.    This is one of the ways in which one pledges

20    allegiance to ISIS.

21    Q.    Is it also known as Ba'yat?

22    A.    Ba'yat, yeah, in Arabic.

23    Q.    Can I ask you to turn to Government's Exhibit

24    128.

25         128 is dated April 23rd, 2016, and the

1    participants are Ibn Dawla and an unknown male.  In

2    this case, the unknown male is asking on line 7:

3         "Peace be upon you brothers.  I have a friend

4    who is present in European countries, and he wants

5    to pledge allegiance to the Islamic State.  What is

6    the first thing that needs to be done?  Peace be

7    unto you brothers; may I ask a question?  Honorable

8    brother, by God, I have a friend present in Europe,

9    and he wants to pledge allegiance to the Islamic

10   State.  Can he pledge allegiance while he is in the

11   countries of Europe or when he comes or goes down to

12   Syria."

13        And then I would just skip ahead slightly to

14   page 2, if you could follow on line 11.  And this is

15   the other unknown male -- or the unknown male,

16   rather:

17        "Dear brother, in about two or three months,

18   God willing, he will immigrate to Syria.  But now

19   the opportunity is not -- or the opportunity is not

20   available now.  He wants to pledge allegiance.  So

21   can he now, while in the European countries, to

22   pledge allegiance or not?"

23        Ibn Dawla responds:

24        "Abu-Bakr, forgive me, by God, I did not meant

25   to.  Take over, take over."

1    The unknown male says:  "Don't worry, honorable

2    brother, don't worry.  No problem, God willing, no

3    problem."

4    Then Ibn Dawla continues:

5    "As I told you brother, he can pledge

6    allegiance, he can pledge allegiance brother.  We

7    all pledged, even though some of us are not in

8    Muslim countries.  Pledge allegiance brother; tell

9    him to pledge allegiance and may God accept this

10   from him."

11   Why is this important to be discussing why

12   people are in Muslim countries to pledge allegiance?

13   A.   Well, again, the idea is that -- the

14   conversation here is, how do you pledge allegiance

15   to the Islamic State, and can you do so even if you

16   are living very far away, in European countries and

17   Western countries and so on.  And Ibn Dawla is sort

18   of giving explanation to the person who is asking

19   those questions, saying that is not a problem, it

20   can be done in any place.  You can pledge allegiance

21   where you are.

22   Q.   Next page, page 3, starting on line 4 --

23   actually starting on line one with the unknown male:

24   "Okay.  So what is the thing he must do after

25   he pledges allegiance, or before he pledges

1    allegiance now?"

2        To which Ibn Dawla replies:

3        "Brother Abu-Qatadah, seems you did not

4    understand the brother.  I mean, to begin with, he

5    has to know why he is pledging allegiance.  If he

6    pledges allegiance, then it has to be to listen and

7    obey.  If they say strike, then he strikes.  If they

8    say come, he comes.  And if they say do that, he

9    does.  Because you pledge to listen and obey, you

10   pledge unto death, and fighting for the cause of God

11   wherever you are."

12       Now, what is the importance of what he is

13   saying here?

14   A.   It tells the -- his interlocutor what the

15   consequences of pledging allegiance is, the

16   importance of it, and that basically once you pledge

17   allegiance, you blindly obey to the group.

18   Q.   This is different from the statement that was

19   given earlier -- or that we read last time with an

20   actual pledge of certain words.

21       In your experience, is there more than one way

22   to pledge allegiance or to pledge Ba'yat?

23   A.   Yes, very much so.

24   Q.   And what do you find to be the most common

25   theme in them?

1    A.    There's almost an individualized way of

2    pledging allegiance.  We often see, for example,

3    when individuals carry out attacks, and then they

4    release a video that they have taken.  They are a

5    very almost a personal individualized way of

6    pledging allegiance, because obviously you declare

7    your full faith and obedience in the Baghdadi, the

8    head of ISIS, but there are different wordings being

9    used.

10   Q.    Can there be formal or informal process to it?

11   A.    Yes.

12   Q.    And is it necessary to pledge allegiance in

13   order to be a member of ISIS?

14   A.    I would say there's this two-tier system, where

15   there's a formal way in which you pledge allegiance

16   and so on and so forth.  But as we said earlier,

17   actions matter more than words.  So if you do

18   something on behalf of ISIS and clearly state that

19   that is to further ISIS agenda, the formalities of

20   pledging become secondary.

21   Q.    Is there any typical age that you see of people

22   who would either pledge or who would consider

23   themselves members of ISIS?

24   A.    Generally people in -- I mean, there's all

25   kinds of groups.  There's people in their early

1    teens, if not actually preteen, and people in their

2    50s and 60s are sort of the outliers.  I would say

3    the majority are in their early- to mid-20s.

4    Q.   Let me direct you now to Government's Exhibit

5    190, with corresponding audio, 189.

6         Government's Exhibit 190 is dated December 16,

7    2016, with a participant Rami Rhal and a participant

8    Said Rahim, the defendant.

9         Starting on line 7, the defendant is saying:

10        "Okay, greetings and may God bless you my

11   brother, may God bless you.  By God, I mean you can

12   my dear brother...God's greetings and we thank, I

13   mean for the kind words.  We do not look at your

14   age, may God bless you, whether you are eight years

15   old or four years or ten years; it does not matter,

16   rather what your creed down deep in your heart is,

17   the creed of al-Wala' wal-Bara'."

18        First, what does he appear to be talking about

19   here?

20   A.   He's talking to somebody that seems to be of a

21   very young age.  And what he's saying -- and I think

22   it's interesting that it says, "We do not look,"

23   which he does often, which shows he clearly

24   identifies with ISIS.  We do not look at your age,

25   we do not look at your background, how young you

1    are, which is pretty much how ISIS has acted.  ISIS

2    has accepted very, very -- some ISIS propaganda

3    videos show children who must be nine, ten, who are

4    fighting for the group.

5    Q.    And do you know what the creed of al-Wala'

6    wal-Bara' means?

7    A.    That is the expression we have used before but

8    not translated, which is loyalty and disavowel.  It

9    is a doctrine that states that all loyalty should be

10   to Muslims and to non-Muslims, one should have only

11   hatred and disavowel.  So we used it before, it's

12   used very often, just in most other transcripts it

13   was translated into English, but it was originally

14   in Arabic.

15   Q.    Continuing on line 15, again, the defendant:

16        "Meaning, may God bless you, you can now, I

17   mean according to the area, to attack, I mean, as

18   the Emirs of the Islamic State and the official

19   spokesman of the Islamic State said, 'Be a lone

20   wolf,' if you are able to do something in Turkey, so

21   I mean attack the infidels and the apostates, the

22   Turks, the Turkish police; if you are able to kill

23   them, then do so.  If you can burn their businesses

24   or burn their homes, I mean the government officials

25   and police cars, to kill police individuals.  If you

1    can do that, then do it.  If you cannot, then

2    immigrate to the Islamic State, immigrate to the

3    Islamic State and train there.  And by the will of

4    God, the Lord of the Worlds, you will be, I mean,

5    you will be an active member that wages jihad

6    against the infidels.  I do not know if you have

7    anything available to you, I mean, police or such,

8    attack and kill them, good riddance, good riddance!"

9         Does it appear he's still talking to the same

10   individual?

11   A.   Yes.  The same conversation, yes.

12   Q.   Same conversation.

13        And what is he saying here?

14   A.   It's basically highlighting what is the

15   two-prong course of action that ISIS has constantly

16   consistently put out.  If you are an ISIS supporter,

17   whatever your degree of membership, whether you are

18   a formal member or not, you can do two things to

19   further ISIS' agenda.  Either you migrate, you join

20   the group physically, you travel to territory where

21   ISIS operates and fight in jihad military, or you

22   stay where you are, but you carry out attacks.  And

23   you pick your targets.  In this case he's talking

24   about police, but you pick your targets, your

25   methods of attack, the way you see fit.  Both

 1    decisions, both choices further ISIS agenda.

 2    Q.    Even to -- for young people, even to children.

 3    A.    Yes.  And we have seen cases of minors involved

 4    in attacks.  We have seen a case in Germany of a

 5    12-year-old who built an explosive device that

 6    almost went off in a Christmas market in Germany.

 7    Q.    Does the defendant often call for attacks

 8    against Turkey?

 9    A.    Yeah, very commonly.

10    Q.    Tell us about Turkey.  Is it predominantly

11    Muslim?

12    A.    Yes, 99 percent Muslim.

13    Q.    What is it about Turkey that is important in

14    relation to ISIS?

15    A.    Turkey had sort of a big change in policy when

16    it comes to ISIS.  In the early days of the ISIS

17    mobilization of the Syrian conflicts of 2011, 2012,

18    2013, Turkey had, let's say, a lax migration policy.

19    Maybe it allowed a lot of people to go from Turkish

20    territory to Syria.  And then with time, it changed

21    and reversed that policy and started cracking down

22    on ISIS networks.  They were smuggling people from

23    Turkey to Syria and ISIS support networks throughout

24    Turkey.  So that caused, of course, a lot of anger

25    within ISIS and a lot of retaliation.  So we have

 1  seen many attacks, planned or successfully carried

 2  out by ISIS in Turkey over the last few years.

 3  Q.   Can I turn you now to page -- I'm sorry, to

 4  Government's Exhibit 176, 176, with corresponding

 5  audio 175.

 6       And in this Government's Exhibit 176, the date

 7  is December 16, 2016, and participant is Said Rahim.

 8  Actually, turn to page 2, starting at line 10, the

 9  defendant saying:

10       "So, I mean, I know there is a large number of

11  the brothers are present, I mean in the Syrian land.

12  In Turkey, I don't know, maybe there is a million, a

13  few million.  Let's say there is a 100,000, 100,000.

14  I mean, if about 20- or 30,000 of those were lone

15  wolves -- and by the way, I am being modest with

16  numbers -- if there were 30,000 lone wolves, oh,

17  man, that is it.  It will be raised.  The call to

18  prayer will be at the forebearing mosques, and over

19  there the Caliphate banner will be raised.  Attack

20  them.  But we ask God for that, we ask God for

21  that."

22       And the next line he says:

23       "Take this matter seriously, and I mean not

24  jokingly."

25       How do you interpret this?

 1    A.    He's basically saying that there is a large

 2    presence of ISIS supporters in Turkey.  When he

 3    talks about brothers, that means ISIS supporters.

 4    He guesstimates the numbers, but it's an imaginative

 5    20- to 30,000 lone wolves, so individuals that carry

 6    out attacks independently, were to do so, were to

 7    carry out attacks.  So imagine what kind of upheaval

 8    that would cause in Turkey, and the banner of the

 9    Caliphate would be raised.  So basically Turkey

10    would be defeated, would be conquered and would

11    become part of the Caliphate.

12         The Caliphate has always been that of

13    expanding.  ISIS always saw the territory occupied

14    as Syria and Iraq as the starting point of the much

15    larger conquerors.  So imagine if we had 20-, 30,000

16    terrorist attacks in Turkey carried out by lone

17    wolves, that would lead to the conquest of Turkey to

18    the Caliphate.

19    Q.    And do you interpret this to be a matter to be

20    taken seriously?  What does that mean to you?

21    A.    It openly calls for attacks in Turkey.

22    Q.    Can I now ask you to turn to Government's

23    Exhibit 182?  182.  The date on this is July 15th,

24    2016.  The participant is Said Rahim.  And actually

25    on 182, please turn to page 7, starting on line 5.

1  The defendant saying:

2      "Okay.  What did al-'Adnani say?  His words has

3  a huge impact, by God's grace, and very, very, very

4  good effect.  Every monotheist Muslim who kills

5  those unbelievers is a good deed and a reward

6  according to our sheikh al-'Adnani.  And more, call

7  it what you want from God, may he be glorified and

8  exalted.  Because, I mean, we remember when he said:

9  'Kill and do not consult anyone and don't ask for

10  any fatwa, er, kill him by any means.  Smash his

11  head on the wall, spit in his face, burn his plant,

12  I mean anything, anything; poison him, anything.

13  Praise be to God, the Lord of the Worlds.  This

14  person who carried out this operation, I mean this

15  is a truck.  The truck is not a car.  The truck, our

16  brothers, is very huge.  I mean it weighs tons.  It

17  weighs hundreds of tons.  And if it was on a

18  specific speed, I mean a high speed, then glory be

19  to God this one, glory be to God.  God blessed this

20  operation."

21      Do you know what he's referring to here?

22  A.    He is referring to the terrorist attack that

23  took place in Nice, France, the day before.

24  Q.    What does he mean by 'Adnani -- what do you

25  interpret it to mean by when he says 'Adnani's words

1    had a huge impact?

2    A.   'Adnani, starting September of 2014, but

3    repeatedly issued calls, very public calls to all

4    ISIS supporters to carry out attacks, to take

5    matters in their own hands and carry out attacks

6    independently.  And some of the language here is

7    very much the language originally used by 'Adnani

8    which is, take any tool you have, a car, a truck, a

9    knife, a weapon, poison, punch them, carry it

10   wherever you find the enemy, which is in infidel

11   territory everywhere, kill them, no matter how, no

12   matter where you do it.  That's very much the

13   language and clearly here is talking about the

14   truck, the attack with the truck.  That's the day

15   after Nice.

16   Q.   Can you please turn to Government's Exhibit 208

17   with corresponding audio, 207.

18        The date on 208 is September 24th, 2016.  The

19   participants are Said Rahim and the user aaaa100.

20        Please turn to page 2 of Government's Exhibit

21   208, starting at line 2 with user aa:

22        "May God reward you my brother.  I am listening

23   to your wonderful talking.  God bless you."

24        To which the defendant says:

25        "May God bless you.  May God reward you with

 1  goodness.  We ask God that these words I mean enter

 2  your hearts and be beneficial by the will of God

 3  that these words will be beneficial.  May God bless

 4  you.

 5      "And as we said, we, by the favor of God,

 6  glorified and exalted be He, are the supporters, and

 7  by the will of God to be suicidal projects and

 8  jihadists for the cause of God, er, when er, I mean

 9  God facilitates the way for us.  I mean, be

10  acknowledged my dear brothers, do not take lightly

11  these channels, do not take lightly these channels

12  and the programs we support on Zello and Paltalk.

13  How many brothers mobilized?  How many brothers

14  mobilized with the grace of God?"

15      What is he talking about here?

16  A.   He's talking about the importance of platforms,

17  like Zello, Paltalk and Twitter in solidifying the

18  adherence to ISIS message by -- by people on those

19  platforms; how everybody is sort of a suicidal

20  project, aspiring jihadists for the cause of God,

21  and that the conversations, the communications and

22  the contacts on those platforms help creating actual

23  soldiers of the Caliphate.

24  Q.   Can you please turn to Government's Exhibit

25  140.

1          On page -- Government's Exhibit 140 is

2     September 19, 2016.  Participants Said Rahim.  On

3     page 2, line 9, the defendant stated:

4          "How many of the brothers in this channel are

5     martyrs?  We believe them to be so, and God is their

6     witness...Martyrs, they are martyrs; they were here

7     and they mobilized to the Caliphate country and

8     pledged allegiance to listen to and to obey the

9     Qurayshi, the Emir of the believers, Abu-Bakr

10    al-Baghdadi.  They pledged allegiance to him and

11    became the best soldiers to the best state."

12         Again how do you interpret this?

13    A.   This is probably a very open way of saying that

14    many of the brothers who are on this channel, on

15    Zello, on the specific channel on Zello, moved

16    from -- again, just speaking to actions.  So we

17    became martyrs.  We joined the Caliphate, became

18    martyrs.  They died while fighting for ISIS.  And

19    after pledging allegiance to Abu-Bakr al-Baghdadi,

20    Qurayshi is the name of the tribe to which the

21    prophet Mohammed belonged to and to which he claimed

22    to be a member of.  So people on this channel, they

23    mobilized, they died.

24    Q.   Can you now turn to Government's Exhibit 160,

25    please.  Government's Exhibit 160, with

 1    corresponding audio, 159, dated August 16th, 2016.

 2    The participants are Said Rahim and an unknown male.

 3         Starting on line 7 with the unknown male:

 4         "Praise be to God.  Blessed be to God.  Praise

 5    be to God.  Blessed be to God.  This is elating

 6    news, Angoushah, that there are brothers from the

 7    room who have mobilized, and I mean arrived.

 8    Paltalk.  I left Paltalk.  Paltalk has a lot of

 9    problems you, er, I mean, you are aware of such.  So

10    for this reason I left it.  Abu-'Abd-al-Raham

11    al-Jazrawi, I hope by the will of God that he

12    mobilized and arrived to --"

13         And the defendant interrupts, saying:  "No, no,

14    no, no, no.  No.  Not like that, and then I told you

15    on the private, I mean, I will tell you who.  No,

16    no, Abu-Uways is a long time ago, too.  He last

17    entered a few months ago."

18         What does this mean, "on the private"?

19    A.   On the private means on the one-on-one

20    conversations.  A lot of communications among

21    jihadists, ISIS supporters, have been on two levels

22    online.  One is more public settings like this.  But

23    when the setting becomes more operational, they move

24    to a private setting because they are aware that law

25    enforcement might be monitoring those conversations.

1    So they move it from where it's fairly easy for law

2    enforcement to detect the conversation, to a private

3    setting where they think they cannot be detected.

4    Q.    Is that common behavior that you see?

5    A.    Very common.  Most people in the space would

6    have a variety of accounts on different platforms.

7    And again, operate on the more public ones in a

8    fairly open way, because that's where you need to

9    operate to recruit new people, to interact with new

10   people.  But once you have established a trust-based

11   relationship with your interlocutor, you are going

12   to move to places like Snapchat or different other

13   platforms where there is a high level of encryption

14   and it's more difficult for law enforcement to

15   monitor the conversation; very common.

16   Q.    Can I now point you to page 2 of the same

17   exhibit, Government 160, line 6.  This is, again,

18   the defendant speaking, saying:

19        "There are brothers that mobilized...there are

20   brothers that were on our side in the West Bank that

21   mobilized, one of them mobilized, praise be to God.

22   There is one from the land of the two Holy sites

23   mobilized a while ago, too.  By God, those are good

24   brothers and mobilized, I mean mobilized, and the

25   reason behind it was the channel, I mean praise be

1    to God.  Some...by the grace of Almighty God of

2    course, the channel, those who mobilized did so

3    because of the channel, that is what I mean."

4         First, can you tell us what he means by West

5    Bank and the two Holy sites?

6    A.    The West Bank is Palestinian territories west

7    of the River Jordan, so Jenin, Guatemala, part of

8    the Palestinian territories, the West Bank.

9         And the land -- I'm sorry, and the land of the

10   two holy sites are in Saudi Arabia.  The two holy

11   sites in Islam are Mecca and Medina.  Both cities

12   are in Saudi Arabia.  So it's a way of saying Saudi

13   Arabia.  So basically here, it means it was two

14   individuals, one from Palestinian territories and

15   one from Saudi.

16   Q.    Would those also be considered foreign

17   fighters, what you were talking about earlier?

18   A.    Yes.  They are not from Syria and Iraq, so they

19   are foreign fighters, yes.

20   Q.    Do foreign fighters -- do you ever see, in your

21   experience, foreign fighters go the battlefields and

22   then return to their homeland later?

23   A.    Yes, that happens.

24   Q.    What is -- what is the result of that -- or

25   rather, why -- why would a person travel to -- to

1  commit jihad or to fight on the battlefield and then
2  return to their homeland?
3  A.    Different reasons.  Every case is different.  I
4  mean, people go and fight to help the cause, of
5  course.  And then whether it's personal reasons,
6  that conflict is over or, you know, the person no
7  longer wants to participate in that conflict or he
8  thinks that he can carry out a mission somewhere
9  else.  So there are different reasons people go
10 back.
11 Q.   Will they typically become more radicalized
12 while in the Caliphate lands?
13 A.    Again, every case is different.  But generally
14 speaking, yes, of course, big and better
15 environment; fighting surrounded by like-minded
16 individuals; generally that mindset.  You have cases
17 of people who actually abandon the mindset after
18 that experience, they become very disenchanted with
19 it.  But in most cases, yes, it enforces the
20 allegiance to the group.
21 Q.   Please turn to Government's Exhibit 152; 152 of
22 corresponding audio 151.  Government's Exhibit 152.
23 The date is August 17th, 2016, and the participant
24 is Said Rahim.
25        Please turn to page 2, starting on line 15:

1    "This is the pathway.  So brothers, where are

2    the men!  Where are the men!  Where are those who

3    gave Almighty God the pledge of death!  Where are

4    those who will respond to the one calling for jihad!

5    Come to jihad.  Where are you men?  Where are you?

6    Days and years keep passing and time is running out

7    quicker than lightning.  Jihad has been there for

8    many, many years.  Some mobilized and some stayed

9    behind.  Er, brothers are trying, and we perceive

10   you to be from those who try to mobilize to jihad

11   for the cause of God."

12       Would you consider this to be recruitment for

13   ISIS?

14   A.  Yeah, very much so.  I think he's striking a

15   cord.  Basically what he's appealing to is sort

16   of -- almost making fun of people, egging on people

17   who haven't mobilized.  Where are the men?  Where

18   are the men?  It's appealing to that sense of

19   manhood, if you will.  You have to stop just

20   talking, and you have to mobilize.

21       It's -- again, there's different tactics to

22   radicalize and recruit and push the mobilization of

23   individuals.  There's at times a softer approach, at

24   times the more explaining things, and at times

25   there's almost the egging on, almost making fun of,

```
 1    where are the men?
 2    Q.   So can you please turn to page 3 of the same
 3    exhibit, line 6.
 4         The defendant continues:
 5         "Where are those who rolled or will roll their
 6    sleeves or those who will throw themselves!  Where
 7    are those who tied or will tie the red headband on
 8    their foreheads, the death headband!  Where are you?
 9    Where you are?  'Verily those who plight their
10    fealty to thee do no less than plight their fealty
11    to Allah:  The hand of Allah is over their hands...'
12    Give pledge of allegiance to God so you could
13    witness the blessing -- so you could witness the
14    blessing of jihad for the cause of God, glorified
15    and exalted be He.  Where are you men?  We heard the
16    screams of our sisters, in the West and the East.
17    We heard the calls for help of the children.  Yes,
18    we saw the houses...we saw bodies as they burn and
19    houses being destroyed.  We saw Quran being burned.
20    So where you are men of Quran!  'Go ye forth,
21    whether equipped lightly or heavily, and strive and
22    struggle...in the cause of Allah,' before that day
23    comes where you may deeply regret it brothers.  Our
24    brothers, and we specify those brothers that are
25    close, the close ones that are only centimeters away
```

1    from the Caliphate Islamic land.  Brothers!  What
2    are you waiting for?  What are you waiting for?"
3         Does this fit within the techniques used by
4    ISIS to motivate new recruits?
5    A.   Yeah, very much so, like the above.  It's
6    pushing people to go trying -- first of all, using
7    certain imagery of the suffering of Muslim
8    population in Syria and Iraq, the children, the
9    house being burned, the Quran being desecrated.
10   Those are very common motivational tactics used by
11   recruiters, you know, trying to motivate people in
12   that way.  And then again it reverts to the sort of
13   the approach, where are the men, the men of the
14   Quran, sort of egging on.  And as you are referring
15   specifically to people who are close to the land of
16   the Caliphate, so those in the region.
17   Q.   Would that also include the region of the
18   Levant that we saw a map of earlier?
19   A.   Yes.
20   Q.   Please turn to Government's Exhibit 194; 194,
21   with corresponding audio 193.  The date on this is
22   December 19th, 2016.  The participant is Said Rahim
23   and another participant with the shorthand AE.
24        Please turn to the bottom of the page of 1 on
25   line 28, where the defendant is saying:

1    "So when will you rise up?  When will you rise

2    up?  I mean, attack the policemen with shoes,

3    slippers and stones.  Do anything, but do not stand

4    idle doing nothing.  I mean, you are being consumed,

5    for here come the Magi.  I mean they expropriated

6    your homes and lands.  So rise up, rise up!  I mean

7    there are many millions in Turkey, so rise up.  I

8    mean, what are you waiting for?  Here we appeal to

9    the brothers in al-Sham land that are present

10    currently in Turkey; we appeal to them to attack the

11    false leaders, members, government establishments,

12    airline companies, police stations, government

13    centers, movie theaters and tourism places, attack

14    them.  Set fire to Turkey.  Damn Erdogan, damn the

15    infidel."

16    Can you tell us who Erdogan is?

17 A.    President of Turkey.

18 Q.    It continues:

19    "I mean, they sold you.  'Allush sold you out

20    and this...Erdogan sold you out, he sold you out.

21    So when will you stab him with a dagger as he

22    stabbed you?  God is the one sought for help.  I

23    mean, God willing, I would find listening ears.  I

24    mean, we addressed the appeal days ago in the Arabic

25    language, so I mean in the Arabic language so the

1   Arabs who would understand the Quran language would
2   respond, but only one of the Turkish brothers
3   responded; there is no power and no might except by
4   God.  What are you waiting for?"
5       "I would find listening ears," what does that
6   mean to you?
7   A.   He is making repeated appeals to mostly Arabs,
8   ISIS supporters living in Turkey, to carry out
9   attacks to rise up against Turkey, particularly
10  trying to mobilize the Syrian refugee community,
11  which is very large, that exists in neighboring
12  Turkey, to rise up against the government and carry
13  out attacks and so on.
14  Q.   And on the next page, the user AE responds on
15  line 5, page 3:
16      "Peace be upon you with the mercies and
17  blessings of God.  May God grant you long life
18  Angousha.  May God bless you; what you say is
19  correct."
20      What's the importance of a response like that?
21  A.   It creates a sense of community.  This is not
22  a -- the channel here is not a place for dissent.
23  People agree, creates a cohesive community there,
24  and it reinforces the belief of everybody.  So the
25  defendant is often the one making the longest

```
 1   speeches and the one sort of pushing the envelope,
 2   and everybody else in the community agrees, praises
 3   him and looks up to him.  That's sort of the normal
 4   dynamic here.
 5   Q.   And do you see that several times throughout
 6   the transcripts that you have reviewed?
 7   A.   Consistently.
 8   Q.   Can you please turn to Government Exhibit 122,
 9   the date on the corresponding audio 121.  The date
10   is September 19th, 2016.  The participants are Said
11   Rahim, a user Hammudi44, and a participant
12   Ibn Dawla.
13        Starting on line 8 with the defendant:
14        "Okay, peace be upon you, greetings from God.
15   I mean it seems like this person is a neighbor of
16   mine, but I don't know...are you from the 48 region"
17        What does that mean, 48 region?
18   A.   It refers here to the war of 1948, when the
19   state of Israel was created.  And the -- so the 48
20   region would be the region of Palestine that has
21   become Israel.
22   Q.   So he continues:
23        "You, the user who wrote that you speak Hebrew
24   and Arabic, are you from the regions of Hamas, Gaza
25   or from the West Bank regions of 'Abbas?  You don't
```

 1   have to be specific exactly, but from which region?

 2   Arabs of 48, the West Bank, Hamas or Gaza."

 3        Can you explain this to us?

 4   A.   It's the three main jurisdictions in which

 5   Palestinians live in the region.  So Arabs of 48

 6   would be the Arabs that live in what is today

 7   Israel.  West Bank is the part where Palestine

 8   authority rules.  And then Gaza is the part where

 9   Hamas rules, and it's the part between Egypt and

10   Israel.  So the Palestinians basically live in these

11   three adjacent areas, but from a legal point of view

12   separated.  He's trying to localize where this

13   individual is from; he's Palestinian, but from what

14   territory in which the Palestinians live.

15   Q.   Is that part of the Levant that we saw earlier,

16   the map of the Levant?

17   A.   Yes.

18   Q.   Ibn Dawla responds:

19        "He's all yours Angousha, please forgive me, by

20   God brother.  He's all yours, he's all yours, bring

21   us good news about him my brother.  I mean he's from

22   the region and you know its people better."

23        Then the individual replies:

24        "The best Mike, no, by God, I'm from the West

25   Bank and forgive me."

1      Then if you can turn to you page 2, please,

2  starting on line 1, the defendant says:

3      "Then you are from the West Bank.  He's a

4  neighbor, a neighbor of mine; a neighbor of mine.

5  Greetings from God; welcome.  I am from the West

6  Bank regions but a supporter for the Islamic State;

7  a supporter of the State of the Islamic Caliphate.

8  Er, greetings from God.  Okay, you, now, may God

9  bless you."

10      Again, so the West Bank, what does that

11  represent?

12  A.   It's the region between where the Palestinians

13  live, where the Palestinian authority rules, and

14  it's between Israel and Jordan.

15          THE COURT:  Ms. Meeks, I think it's time

16  to take our lunch break, so I would like to break

17  until 1:30.

18          Before you go -- step down, please.  Go

19  ahead and step down.

20          THE WITNESS:  Yes.

21          THE COURT:  Thank you.  I just want to

22  remind you again, don't talk to anyone about the

23  case or let anyone talk to you about the case.

24  Don't receive or send electronic messages about the

25  case, and avoid outside information or any other

```
 1   sources of information about the case.  All right?

 2   Have a great break.  We will see you at 1:30.

 3             (Jury exits courtroom.)

 4             THE COURT:  Does the government have

 5   anything?

 6             MS. MARTIN:  Your Honor, there was one

 7   exhibit, the audio, 113, and I wasn't sure if, when

 8   I read off the list, I think I included it, but I

 9   wanted to make sure that one was admitted.  It was

10   in the list that was --

11             THE COURT:  No, because you did 114 to

12   312.  I don't have 113 here anywhere.  So do you

13   want to offer 113.

14             MS. MARTIN:  Yes, Your Honor, I would

15   offer 113.

16             THE COURT:  Any objection?

17             MR. WHALEN:  No, Your Honor.

18             THE COURT:  113 is admitted.

19             MS. MARTIN:  Thank you, Your Honor.

20             THE COURT:  Mr. Whalen?

21             MR. WHALEN:  Just real briefly.  Do you

22   have an estimate when you will take the afternoon

23   break?

24             THE COURT:  I don't know yet.

25             MR. WHALEN:  We will have one?
```

 1              THE COURT:  Yes, 15 minutes.  And we --
 2   there's a little newspaper article that came out
 3   last night.  I don't think it's too important.  I do
 4   want to make you aware of it, and maybe I will talk
 5   to the jury about it.  It's just minor, but I just
 6   wanted to let you know.  Okay?
 7              MR. WHALEN:  And I was aware of it, and I
 8   did have the thought of -- and now that you mention
 9   it -- whether you wanted to inquire whether or not
10   anybody reviewed it or looked at it.
11              THE COURT:  I think I will just tell them
12   not to read anything before I get into that.  We
13   will talk to them about it.
14              MR. WHALEN:  Okay.  Thank you, Your Honor.
15              THE COURT:  Anything else?
16              MS. MARTIN:  No, Your Honor.
17              THE COURT:  See you at 1:25.
18              (Recess taken.)
19              THE COURT:  Both sides ready for the jury?
20              MR. WHALEN:  Yes, Your Honor.
21              MS. MARTIN:  Yes.
22              THE COURT:  Okay, let's bring them in.
23              (Jury enters the courtroom.)
24              THE COURT:  Ms. Meeks, if you will
25   continue with your direct examination of this

1   witness.

2          MS. MEEKS:  Thank you, Your Honor.

3   Q.   (By Ms. Meeks)  Dr. Vidino, will you please

4   turn to Government's Exhibit 124 in your transcript

5   binder, with the corresponding audio of 123.  And

6   the date on Exhibit 124 is October 8th, 2016, with

7   participants Said Rahim, the defendant, and a

8   participant by the initials of KK.

9          Starting from line 7, with the user KK saying:

10         "Our brother, Angousha, greeting from God.  I

11  mean, I am trying I mean...we met with...I met with

12  the Media Committee and we met with the Coordination

13  Committee and what is left is the Discussion

14  Committee.  I sent to the Discussion Committee, but

15  not all of them got on; Ibn Dawla got on and

16  Abu-'Uday also got on, and you were the third one.

17  So I need to meet with them, but they did not get

18  on.  To get over with the matter of the meeting and

19  determine the thing."

20         To which the defendant replied:

21         "There are two right now, Peace be upon you and

22  greetings from God.  I swear I am here and present.

23  You just sent me the invitation and you just told

24  me, because I was driving the car, I mean I did not

25  pay attention.  But I looked ten minutes ago and

1    there was no invitation.  Though I mean I got the

2    one that you have sent me er, the password, that you

3    had mentioned.  Greetings from God.  All right, is

4    any of them available on the channel?  Those

5    individuals.  Those are...who are they?  Ibn Dawla,

6    Abu-'Uday and and who else?  Er, al-Hadrami?  Who

7    are they, can you name them for me, if you please."

8         So in this section here, they are discussing

9    the committees on the channels.  What does that mean

10   to you?

11   A.   It shows a level of sophistication and

12   structure within the channel, meaning that there are

13   multiple individuals that organize in committee to

14   organize certain parts of the channel's inner

15   workings, and clearly the defendant is part of that

16   organizing team.

17   Q.   And let me now, if you don't mind, direct you

18   to Government's Exhibit 142.  142, with the

19   corresponding audio exhibit of 141.  The date is

20   October 9th, 2016.  The participants are an unknown

21   mail, Said Rahim, the defendant, and Ibn Dawla.

22   Starting with Ibn Dawla:

23        "Peace upon you with the mercy blessings of

24   God."

25        And the unknown male:

```
 1          "Peace upon you so with the mercy and blessings
 2     of God.  Praise be to God, it's emerging.  The
 3     Dialogue Committee emerged, and they all came out.
 4     May God help us!  All right, our brothers in the
 5     Dialogue Committee, we talked in the matter of a
 6     dialogue committee whose official Emir is Angousha,
 7     who designates, who er, carries the dialogue based
 8     on jurisprudence and reality er, the Levant people
 9     to the Levantines, er, the Yemenis people to the
10     Yemenis people, the Pen- --"
11               THE COURT:  Hold on a second.  Did you get
12     that?
13               Start again.
14               MS. MEEKS:  Come up to line 10:
15               "Peace upon you so with the mercy and
16     blessings of God.  Praise be to God, it's emerging.
17     The Dialogue Committee emerged, and they all came
18     out.  May God help us!  All right, our brothers in
19     the Dialogue Committee, we talked in the matter of a
20     dialogue committee whose official Emir is Angousha."
21          Let me actually stop there for now.
22          What does it -- again, what does it mean by,
23     "whose official Emir is Angousha"?
24     A.   Means the official leader, chief.
25               THE COURT:  And that is spelled how?
```

1              MS. MEEKS:  E-M-I-R, Your Honor.

2              THE COURT:  Okay.  All right.

3    Q.   (By Ms. Meeks)  And who do you know Angousha to

4    be?

5    A.   The defendant.

6              THE COURT:  And that's spelled -- trying

7    to get it for her.

8              MS. MEEKS:  A-N-G-O-U-S-H-A.

9              THE COURT:  Okay.

10   Q.   (By Ms. Meeks)  And then it continues:

11        "The official Emir is Angousha, who designates

12   who carries the dialogue based on jurisprudence."

13        Dr. Vidino, what does that mean?

14   A.   That's an important part.  As we said this

15   morning.  Everything ISIS does and ISIS supporters

16   do is based on law, or at least what they believe to

17   be the correct interpretation of law.  Everything

18   needs to be sanctioned under Shari'a, under Islamic

19   law.  So here it basically says that Angousha

20   carries the dialogue based on jurisprudence, which

21   means that he has that knowledge, or at least the

22   other people believe him to have the knowledge on

23   Islamic law, which would make him the Emir, would

24   make him somebody definitely above the others.

25   Q.   Then it continues on line 18:

1          "The Levant people to the Levantines, the

2     Yemenis people to the Yemenis people, the Peninsula

3     people to the Peninsula people, and Iraqi people to

4     the Iraqi people, and so on.  So, he assigns them."

5          Can you explain to us what the Levant people

6     and the Levantines, what those mean?

7     A.    Basically they are dividing different people

8     according to sort of the dialects, the region within

9     the Arabic world and the dialects they speak.  So

10    the Levant people to the Levantines, so the people

11    from Levant, Syria, Jordan, Palestine and Lebanon

12    would speak, because they speak a similar dialect,

13    they would be speaking to one another.  The Yemenis,

14    that's another region of the dialect.  The Peninsula

15    people means the people from the Arabian peninsula,

16    so Saudi Arabia, Kuwait, the United Arab Emirates,

17    so different parts of the Arabic world.

18              THE COURT:  Will you spell Levant?

19              MS. MEEKS:  Yes, Your Honor.  It's

20    L-E-V-A-N-T.

21              THE COURT:  Thank you.  Just like it

22    sounds.

23    Q.    (By Ms. Meeks)  Dr. Vidino, you were saying?

24    A.    It's a geographical division.  So it seems that

25    the committee, the leadership of the group to which

1    the defendant definitely belongs, is dividing the

2    different people who frequent the channel based on

3    the region where they come from in the Arabic world

4    and based on the dialect they speak.

5    Q.    Okay.  And then continuing on line 23:

6         "The quick things will be discussed by those

7    who know the Shari'a matters, this means that do not

8    interfere in other committees.  The Coordination

9    Committee is for coordination, so the Dialogue

10   Committee will not interfere with the Coordination

11   Committee, whether in muting, blocking, confirmation

12   or otherwise, unless there is no one present, then

13   all committees can interfere with each other.  That

14   is in case nobody is available.  These are just the

15   points and to be patient as we told our brother

16   al-Raqam al-Sa'b to be patient with the speaker and

17   also our brother Ibn Dawla.  We have to be patient

18   and not to utter bad words and such, since this will

19   weaken our cause, although we have a strong cause,

20   praise be to God."

21        On line 13, the defendant Said Rahim says:

22        "And peace be upon you.  God willing, I will

23   speak in a little while because I am a little busy

24   right now.  I mean just a little while, because, God

25   willing, I have a word to say.  I mean, I was

1  supposed to be speak after Abu-Hamzah, but God

2  willing, the other person is listening."

3      With regard to the structure of the channel, is

4  this a sophisticated structure in terms of what you

5  have seen?

6  A.    Yeah, in comparative terms I would say so.  The

7  majority of channels one would see on other

8  platforms would not have this division, the

9  committees would be very horizontal.  Of course you

10 might have some personalities who will emerge,

11 people who will post more frequently or be more

12 charismatic will emerge, but it will be more

13 democratic, more horizontal.  Here there's really a

14 formalized structure.  It's somewhat different and

15 more elaborate.

16 Q.    And does that demonstrate to you that the

17 channel is organized in such a way to have a

18 purpose?

19 A.    Yes, I would say so.

20 Q.    Is that consistent with what you have seen

21 elsewhere?

22 A.    Yes.  Generally the more sophisticated ones

23 tend to be the more operational.

24 Q.    Please turn to Government's Exhibit 174 with

25 the corresponding audio exhibit of 173.  The date on

 1    this is December 30th, 2015, and the participant is

 2    Said Rahim.  I will direct you to line 23 on the

 3    first page:

 4        "We see who from those are I mean following the

 5    right path, and I mean violations...I can give you

 6    the Shari'a language regarding the religious

 7    fallacies that Hamas fell into and that the brothers

 8    fell into.  I mean this is Shari'a talk and not an

 9    opinion.  I asked the question, meaning Hamas has

10    this thorn in Gaza, then why doesn't Hamas implement

11    the God's Shari'a, what's preventing it?"

12        Let's back up to the first part where it talks

13    about the Shari'a language and the religious

14    fallacies of Hamas.  Can you interpret that for us?

15    A.   Yes.  Basically Hamas is another group that I

16    would say is Islamist, meaning that it adopts a very

17    politicized and extreme version of Islam for

18    political purposes, sort of like ISIS and al-Qaeda.

19    But Hamas is criticized by groups like ISIS as being

20    too soft, too compromising.  I mean, it's all

21    relative.  It's still a group that is a designated

22    terrorist organization.  But it is criticized by

23    al-Qaeda and by ISIS as being too engaged in

24    politics, too compromising and not just devoted to

25    outright violence as ISIS is.

1          And the language here seems to say that the

2     defendant can give the Shari'a language -- so,

3     again, everything needs to be interpreted through

4     Shari'a, through Islamic law.  The defendant has the

5     ruling, Islamic-based ruling as to why Hamas is not

6     a legitimate group, why Hamas has swayed from the

7     right path.

8     Q.   And the same exhibit, Government 174, please

9     turn to page 3, starting on line 13.  Again, this is

10    the defendant stating:

11         "Then why doesn't Hamas take advantage of the

12    state of humiliation and misery that God has

13    disgraced them with eternally?  Why doesn't Hamas

14    take advantage of it?  Why don't they take advantage

15    of it?  But Hamas takes everybody into account.  And

16    I used to be from Hamas, I used to be Hamas, but I

17    had enough of it and denounced it.  'Denounce the

18    Tyrannical rulers as your Gods and kill all the

19    countrymen and direct your heart to the only

20    worshiped God.'  That's it.  I was done with Hamas.

21    I was Hamas, I used to defend it, but praise be to

22    God, the Lord of the Worlds, I became aware of the

23    Islamic nullifications, I got to know the rules of

24    there is no god but Allah, the One and Only."

25         We will stop there.  Can you explain to us, the

1  first part of that paragraph we discussed, what does

2  it mean, "Why doesn't Hamas take advantage of the

3  state of humiliation and misery"?  What is he

4  getting at there, or what do you interpret that to

5  be?

6  A.    It's fairly common criticism that is leveraged

7  by members of ISIS and other groups against Hamas as

8  to Hamas being, A, too soft and compromising against

9  Israel; and B, not implementing Shari'a law fully in

10 the territory controls, which is the Gaza Strip.  So

11 basically Hamas, according to this interpretation

12 has gone astray; it's not hard enough, it doesn't

13 follow the right path.  It's Islamically -- what

14 it's doing is not Islamically justified; it

15 compromises too much.

16 Q.    What does it mean to, "I used to be from Hamas,

17 I used to be Hamas.  I had enough of it and

18 denounced it"?

19 A.    I either used to be from Hamas or at least I

20 used to be a supporter of Hamas, but I am

21 disenchanted of what I've seen of the way Hamas

22 operates, and so I denounced it.  And there's,

23 again, a religiously-based justification as to why

24 Hamas is not legitimate and the Islamic State is.

25 Q.    So what does this tell you about the defendant

 1    by stating this?

 2    A.    That he has moved from Hamas, to being a

 3    supporter of the Islamic State of ISIS.

 4    Q.    Please turn to Government's Exhibit 182 now;

 5    182, with the corresponding audio Government

 6    Exhibit 181.  182 it is dated July 15, 2016, and the

 7    only participant is Said Rahim.  Please turn to page

 8    12 of Government Exhibit 182.

 9          Starting on line 2 on page 12, the defendant

10    says:

11          "I advise you to think and pull your army, pull

12    your army from the region of the Muslims and that is

13    it, and you pay the jizyah."

14          Am I saying that right?

15              THE COURT:  Spell that, please.

16              MS. MEEKS:  It's J-I-Z-Y-A-H, Your Honor.

17    Q.    (By Ms. Meeks)  What does that mean?

18    A.    Jizyah is the tax that non-Muslims are --

19    special tax that non-Muslims are supposed to pay to

20    the Islamic State, to the Islamic ruler; it applies

21    only to non-Muslims.

22    Q.    How does that fit within the frame of ISIS in

23    terms of ruling on a non-Muslim state?

24    A.    That's the way ISIS would apply it.  So people

25    who are non-Muslims are given three choices,

1    basically.  ISIS has made the case repeatedly, has

2    published countless literature about it, gives you

3    three choices:  You either convert to Islam; you pay

4    the jizyah, special tax; or you get killed.  That's

5    one of the three.

6    Q.    It continues on line 5:

7        "I mean as I said, which is the best solution,

8    for is there no other choice, there is no other

9    choice, there is no other choice.  Nobody is going

10   to negotiate with you.  Nobody is going to negotiate

11   with you.  The State of the Caliphate is not going

12   to send anyone to negotiate with you.  No, no, no,

13   there won't be.  This will happen with the Muslim

14   brotherhood and Hamas, but not with the State of the

15   Caliphate.  We negotiate with you with the sword,

16   the booby trap and the truck."

17       What does this mean to you?

18   A.    It's, again, the criticism -- the debate that

19   exists within the Islamist movement; again, within

20   groups that use Islam for political purposes.  But

21   you have two currents.  One is what I would call the

22   jihadist current, groups like ISIS and al-Qaeda,

23   that don't believe in any kind of negotiation, any

24   kind of politics, it's just violence and what they

25   would call jihad.

 1        And then you have groups like Hamas, like the

 2   Muslim brotherhood, that are still very extreme in

 3   their world view, but do adopt a mix of violence, of

 4   terrorism, but at the same time of politics.  So

 5   they run for elections.  They will still use

 6   terrorism as they run for elections, the Hamas do.

 7        Here it seems very clear that the defendant

 8   finds that hybrid approach used by Hamas is not

 9   acceptable, not Islamic and that the only one

10   acceptable is the no negotiations.  There's a very

11   famous way of putting it, which is bullets over

12   ballots, meaning only fighting is the right way to

13   achieve the goal, no negotiations, no dialogue.

14   Q.   Okay.

15        MS. MEEKS:  Your Honor, at this time I

16   would request to publish a demonstrative exhibit.

17   It's a map that defense has seen.

18        THE COURT:  Do you have an exhibit number?

19        MS. MEEKS:  It's a demonstrative aid.  I'm

20   sorry, Your Honor.

21        THE COURT:  All right.  Any objection?

22        MR. WHALEN:  No, Your Honor.

23        THE COURT:  All right.

24   Q.   (By Ms. Meeks)  We're going to be talking --

25   and we have talked a lot about terrorist attacks in

1   Nice, France and Orlando, Florida and Istanbul,

2   Turkey.  I thought it would be helpful for the jury

3   to get a geographic view of this.

4         Can you sort of point out for the jury,

5   starting at the top, where these locations are?

6   A.    Start with the U.S.?

7   Q.    Yes, sure.

8   A.    So we have Dallas -- I don't think I need to

9   point it.  We have Dallas, Texas.  And then we have

10  Orlando, Florida.  That's where the June 2016 attack

11  against the Pulse Nightclub took place.  Then we

12  move to Europe, Nice, France, that's where the

13  July 14th, 2015 -- '16, I'm sorry, attack took

14  place.  And then moving further east, Istanbul,

15  Turkey, January 1st, 2017, New Year's Eve attack

16  against the Reina Nightclub in Istanbul.

17  Q.    Okay.  Let's start, if we can pull up the map

18  of Nice, France.

19        Are you familiar with the attack that occurred

20  in Nice, France, as I think you said you are?

21  A.    I am.

22  Q.    And where did that occur?

23  A.    So what's the Promenade Des Anglais, sort of

24  the big boulevard right on the sea, very famous

25  boulevard, very trendy, where all the restaurants

1    are in Nice.

2         So on the evening of July 14th, which is the

3    Bastille Day, it's a French national day, big

4    celebration in France, there were fireworks taking

5    place.  And a truck driven by an ISIS supporter

6    drove through what was supposed to be a pedestrian

7    only area and mowed down everybody on the boulevard.

8    Q.   How many deaths did that result in?

9    A.   Eighty-seven.

10   Q.   Do you know how many people were injured?

11   A.   In the hundreds.  I forget the exact number.

12   Q.   Did ISIS claim responsibility for that attack?

13   A.   ISIS did claim responsibility for that.

14   Q.   Can you please turn to Government's Exhibit

15   170.

16        I'm specifically starting on page 2.  170 is

17   dated July 15th, 2016.  And the participants are

18   Said Rahim, the defendant, and an unknown male.

19        Just as a reminder, Dr. Vidino, when did the

20   Nice attack occur?

21   A.   July 14th.

22   Q.   Fourteenth.  So the day before?

23   A.   Yes.

24   Q.   Start on page 2, on line 11, where the unknown

25   male says:

1           "This is not going to be the last operation.

2    All this is on the shoulders of the wicked French

3    president.  If they refrain from hurting the

4    Muslims, the Muslims will refrain from hurting them.

5    And there is no jizyah between them and us now, but

6    blood is between us, between them and us is

7    vengeance, between them and us is blood, more like

8    valleys of blood."

9           Again, how does this fit within the concept of

10   ISIS desired control over a non-Muslim area?

11   A.    That is exactly reflecting the mindset that

12   ISIS has been expressing and formulating for a long

13   time.  Basically he's saying that there is no jizyah

14   agreement between the Islamic State and France, so

15   the French are not paying this special tax that the

16   non-Muslims are supposed to pay to the Islamic

17   State; therefore, the alternative is blood.  They

18   are non-Muslims, they haven't converted to Islam,

19   they are not paying the tax.  The alternative is

20   blood, so valleys of blood, as he put it -- as he

21   puts it.

22   Q.    Can you turn to the next page, page 3?  And

23   this is, as you can see, the defendant talking in

24   this section here, starting on line 18:

25           "This is what al-'Adnani said, if you recall.

1    Al-'Adnani when he said something to the effect that

2    the nonbeliever will turn, he will turn towards the

3    right, to the right and the left in fear, and this

4    is what is happening.  Oh man, now the French and

5    all the Europeans are in extreme state of terror.

6    Everybody is living in fear.  Are they going to

7    prevent everyone from driving trucks?  Then go ahead

8    and stop, stop them from driving trucks.  Praise be

9    to God, the Lord of the worlds.  I was really happy

10   for this act, I was happy for this act, those dogs."

11       Is he talking about the attack that occurred

12   the day before?

13   A.   Yes.  And he's referencing France, the fact

14   that the French people and the Europeans in general

15   are living in fear.  That is very much the rhetoric

16   of al-'Adnani whose message said, fear their

17   neighbor, that was really the main theme.

18       And then the idea of driving trucks, that's how

19   the attack took place in Nice.  He's also

20   referencing the concept that by using weapons, which

21   are not really weapons, are tools that everybody has

22   access to on a daily basis, a car, a truck in this

23   specific case, makes it almost impossible for law

24   enforcement to stop those acts.  And it's what

25   'Adnani, the number two in ISIS, had called for, use

1   any kind of weapon -- any kind of tool as a weapon.

2   Q.    And how is that fear helpful to ISIS?

3   A.    It helps, as we said this morning, in different

4   ways.  It helps because it makes potentially

5   Governments change their policy and withdraw from

6   attack from the coalition and withdraw from

7   attacking ISIS; it's a fear that brings polarization

8   in society.  What ISIS wants is really a divide of

9   an us versus them mentality in the West between

10  Muslims and non-Muslims in which non-Muslims will

11  see Muslims as all terrorists and all dangerous.

12  And Muslims, in reaction, will see all non-Muslims

13  as against them.  This generalized fear that these

14  kinds of attacks bring about is exactly what ISIS

15  aims to achieve.

16  Q.    Okay.  Next page, on page four, starting on

17  line 5, which is again often the defendant:

18      "Praise be to God, the Lord of the worlds,

19  al-'Adnani's words, may God preserve him, were

20  fruitful.  I mean from the early days when he said,

21  'Do not ask anyone for fatwa and do not consult with

22  anyone, kill them in any way possible, kill them in

23  any way possible.'  So Praise be to God, the Lord of

24  the Worlds, this Muslim monotheist did not consult

25  anyone.  He did not call al-Qardawi --" is that how

1  you say that "--

2  A.   Yes.

3  Q.   "-- and tell him, well, al-Qardawi, I want to

4  do such and such.  No, no, no, he did not do that,

5  and that's it.  He took the fatwa from the trusted

6  ones, the scholars, the trusted scholars, the

7  frontier scholars, like the jihadist scholar

8  al-'Adnani."

9       Is he talking again about the attack on France?

10 A.   Yes.  And he's explaining how that fits into

11 what 'Adnani, ISIS leader 'Adnani had called for,

12 which is do it yourself, jihad.  You don't need to

13 be part of the group.  You don't need to get some

14 special decree or authorization from some scholar,

15 just do it.  You have the general blessing from ISIS

16 that's sort of a polemical attack against some of

17 the more mainstream clerics in Islam, the scholars

18 of jihad, people like 'Adnani.  So scholars that

19 belong to ISIS are the ones that give authorization

20 to carry out attacks indiscriminately everywhere,

21 and those are the only people you should listen to.

22 There's no point in asking for opinions, so on and

23 so forth, just carry out the attacks.

24 Q.   Can we turn to Government's Exhibit 226, with

25 corresponding audio 225.  Turning to page 3 of 226

1    dated July 19th, 2016 and the participant is Said

2    Rahim, the defendant, starting on line 12, saying:

3        "Now there are people, lone wolves, that think

4    about operations that will affect the biggest or the

5    largest number possible of those.  How much did this

6    one, the one who used the truck earlier... Oh man,

7    he killed a lot.  I swear that he killed many, I

8    mean, er, I mean the success of this operation was

9    better than a nuclear bomb...that act that he

10   carried.  We will wait and see."

11       What is he talking about, "the biggest or

12   largest number possible"?

13   A.   He's praising the effectiveness of the action

14   of the attacker in Nice, just one person, no

15   organization, no operational backing.  One person

16   rents a truck, cheap operation, yet he kills 87

17   people; very powerful operation.

18           MS. MEEKS:  Your Honor, permission to post

19   a demonstrative aid?

20           THE COURT:  Fine.  Mr. Whalen, do you know

21   what it is?

22           MR. WHALEN:  Yes, I do, Your Honor.  I

23   have no objection.

24   Q.   (By Ms. Meeks)  This is a map here, Dr. Vidino.

25   Can you describe what we're looking at here?

1    A.    That's Europe and parts of the Middle East, and

2    the focus is on Istanbul, the largest city in

3    Turkey.

4    Q.    Are you familiar with a terrorist attack that

5    occurred in Istanbul on January 1st, 2017?

6    A.    Yes, I am.

7    Q.    Can you tell us about that?

8    A.    One known member of ISIS entered a nightclub

9    where people were celebrating New Year's Eve.  He

10   killed the security guard at the front door.  And

11   armed with automatic weapons, went and -- dressed as

12   Santa Claus, went inside and killed almost 40

13   people.

14            THE COURT:  40 or 14?

15            THE WITNESS:  40; four, zero.

16            THE COURT:  Okay.

17   A.    And then he left the site; was not killed in

18   the operation and left the site and was later

19   arrested.

20   Q.    (By Ms. Meeks)  How many people were injured,

21   do you know?

22   A.    Less than a hundred if I am correct.

23   Q.    And did ISIS claim responsibility for that

24   attack?

25   A.    It did.

 1    Q.   Can you please turn to Government's Exhibit

 2    176?  Government's Exhibit 176, the corresponding

 3    audio 175.  The date on this is December 16th, 2016,

 4    and the participant is Said Rahim, the defendant.

 5    Starting on line 6:

 6         "May God prolong your lives.  Yes, now, now the

 7    brothers in Syria, I mean those that are now present

 8    in Turkey, God willing --"

 9              THE COURT:  Who did you say the speaker

10    was?

11              MS. MEEKS:  It's the defendant, Your

12    Honor.

13              THE COURT:  Okay.

14    Q.   (By Ms. Meeks)  "Those that are now present in

15    Turkey, God willing now, they must...that's it,

16    pledge allegiance to the Islamic State and be lone

17    wolves and attack the Turkish government, its

18    individuals, its constituents, its police, its

19    quarters, its banks, its tourist sites, its vessels,

20    its nightclubs, and everything.  Let everything that

21    pertains to Turkey become a target for you.

22    Meaning, fend off on behalf of your jihadist

23    brothers.  They want to make your brothers in Syria

24    victorious, and some have fled to Turkey.  Fine,

25    make penance for your misdeeds by fleeing to Turkey,

1    make penance, maybe God then will forgive your

2    misdeed and I mean cleanse your sin.  Attack the

3    army of unbelief in Turkey, attack it.  Don't be

4    among those that stand in queue waiting for a bread

5    handout, the queue of disgrace, but be in the

6    martyrs' queue, the ones who I mean...be in the

7    martyrs' queue of those who are standing at the

8    doors of paradise, awaiting the opening of the doors

9    so they can go in from any door they like."

10        We will stop at this section.

11        Dr. Vidino, what is he calling for here?

12   A.   He's openly calling for attacks against Turkey.

13   He's calling for the kind of attacks that 'Adnani

14   has outlined, so against any possible target, sort

15   of anything works from, you know, soft targets, like

16   nightclubs, tourist sites to police and so on and so

17   forth, so basically any kind of target.

18        He's particularly trying to reach out to people

19   who might live in Turkey as refugees.  The part

20   where it talks about people are fleeing to Turkey,

21   there's a queue waiting for a bread handout, it's

22   probably a reference to refugees, Syrian refugees

23   who live in Turkey.  And what he is saying is, is

24   don't be there like a begger, but strike Turkey as

25   revenge for what Turkey did against the Islamic

 1    State, but also to turn Turkey into a part of the
 2    Caliphate.
 3    Q.    And does the date have any significance to you?
 4    A.    It's two weeks before the attacks in Istanbul.
 5    Q.    Can I ask you to turn to Government's Exhibit
 6    166.
 7          Can you please, instead, turn to Government's
 8    Exhibit 192; 192 first.  192, with the corresponding
 9    audio of 191.  The date for Government's Exhibit 192
10    is January 3rd, 2017.  The participants are Said
11    Rahim, the defendant, and an unknown male.
12          Starting on line 7, the defendant says:
13          "May God bless you.  Praise be to God, the Lord
14    of the Worlds.  No, we will see now what the news
15    is.  There is a statement; I do not know if you saw
16    the statement, I mean there is an official statement
17    that I read yesterday where the Islamic State claims
18    responsibility for the club, this nightclub in
19    Istanbul.  Praise be to God, the Lord of the Worlds.
20    I mean, this is the beginning."
21          What's he talking about here?
22    A.    About the communique ISIS issued two days after
23    the attack in Istanbul.
24    Q.    And that's the attack we were just talking
25    about?

1    A.    I'm sorry?

2    Q.    That's the attack you were just talking about?

3    A.    Yes.  ISIS, as it normally does, it issues a

4    communique a day, a couple of days after the attack,

5    claiming responsibility.

6    Q.    Can you then turn to page 2 of the same

7    exhibit, Government's Exhibit 192, starting at line

8    11.  This is the defendant:

9         "Also, if you recall, before from...I mean less

10   than a month -- less than a month, I called upon the

11   brothers, I mean, to target Turkey.  But I...who am

12   I to be heard, but I mean, praise be to God, the

13   Lord of the Worlds.  I ask God to grant me reward

14   for it, for inciting brothers to perform jihad for

15   the cause of God, for inciting brothers to perform

16   jihad for the cause of God and to fight the enemies

17   of Almighty God."

18        What does this mean to you?

19   A.    There's some degree -- in the first part he

20   takes some responsibility for having called for the

21   attack.  The fact that, "less than a month, I called

22   upon the brothers to target Turkey," then he sort of

23   had this moment of humility, if you will, like, "Who

24   am I to be heard?"  And at the same time, one line

25   after that, it says, "I ask God to grant me a

 1    reward."  So I did something right.  I called for

 2    attacks in Turkey, the attacks took place, and I

 3    asked God to reward me for that.

 4    Q.    And can you turn now to Government's Exhibit

 5    166.  It's got the corresponding audio of 165, Your

 6    Honor, and the date on this January 2nd, 2017.  The

 7    participant is Said Rahim, the defendant.

 8         And, Dr. Vidino, is this date significant to

 9    you?

10    A.    What part?

11    Q.    The date?

12    A.    The date, the day -- it's the day after the

13    attack.

14    Q.    I'm starting at line 27 on page 1.  The

15    defendant saying:

16         "in continuation of the blessed operations

17    waged by the Islamic State against the protector of

18    the cross, Turkey, one of the Caliphate hero

19    soldiers demolished one of the most famous

20    nightclubs where Christians hold their polytheistic

21    celebrations.  He attacked them with hand grenades

22    and his machine gun, exchanging their joys for

23    sorrows, reaping a hundred fifty people dead and

24    wounded, in revenge for Almighty God's religion, and

25    at the behest of the true believers' Emir, to target

1    the protector and servant of the cross:  Turkey."

2        What does he mean, "servant of the cross:

3    Turkey"?

4    A.   It's the accusation that ISIS may have cut

5    Turkey off being in cahoots with Christian

6    countries.  Turkey is a member of NATO.  It has

7    political alliance and military alliances with the

8    United States and Western countries; therefore, it's

9    seen by ISIS and ISIS supporters as a traitor, as a

10   Muslim country, because it is a Muslim majority

11   country, that sides with Christians against Muslims.

12   Q.   And what does this mean, "the polytheistic

13   celebrations"?

14   A.   The attack took place on New Year's Eve.  That

15   obviously, from a strictly Islamic point of view, is

16   not an Islamic holiday.  And so what people were

17   doing there is celebrating something non-Muslim in a

18   Muslim land.  The majority of people actually killed

19   in the nightclub were mostly Muslims.

20   Q.   Please turn to page 7 of the same exhibit.

21       This is the defendant speaking, starting on

22   line 10 on page 7:

23       "That is it.  As al-'Adnani said:  "Kill them

24   and do not ask for anyone's fatwa.  Kill them and do

25   not seek a fatwa from anyone.  This one killed them.

 1    He killed them, spilled their filthy blood and

 2    offered his soul.  I do not know, I mean we ask God

 3    to accept him if he was martyred."

 4         And then a few lines down, on line 23:

 5         "Yes, honorable brothers, those...this is the

 6    nature of these jihadists who Almighty God enabled

 7    and they attacked those; they attacked and devoured

 8    them, and viciously devoured them.  This is our

 9    terrorism, it extends -- our terrorism extends and

10    the State is strong, by the grace of God, glorified

11    and exalted be He.  'This is terror:  Terrorism

12    reaches Turkey.'  Yes, our terrorism as decreed by

13    God, glorified and exalted be He, it is to terrorize

14    you, to kill you and to spill your blood, seeking

15    closeness to God, glorified and exalted be He.

16    Servant of the cross, Erdogan, take note that the

17    Caliphate will not leave you alone, you started, and

18    we will finish the war with you, God willing."

19         Remind us who Erdogan is?

20    A.    The president of Turkey.

21    Q.    What is he saying here?

22    A.    It's pretty open, as open as it gets; basically

23    saying that Turkey needs to be punished, but this

24    is -- what's striking is that he clearly identifies

25    with ISIS as our terrorism, our -- that basically

 1    Turkey, by virtue of its foreign policy, its

 2    positions, is a target, and he keeps praising the

 3    attack as, "our terrorism."

 4             MS. MEEKS:  Your Honor, permission to

 5    publish a demonstrative aid?  The defense has seen

 6    this.

 7             THE COURT:  Any objection?

 8             MR. WHALEN:  No, Your Honor.

 9             THE COURT:  All right.

10    Q.   (By Ms. Meeks)  Dr. Vidino, can you just tell

11    us what we are looking at here?

12    A.   A map of Orlando, Florida.  And that is the

13    Pulse Nightclub, where the attack of June 2016 took

14    place.

15    Q.   Okay.  Can you pull the microphone a little

16    closer to you?

17    A.   Yes.

18    Q.   Are you familiar with the terrorist attack that

19    occurred on June 12th, 2016 --

20    A.   Yes.

21    Q.   -- in Orlando, Florida?

22         Can you describe that attack, please?

23    A.   Yeah.  What happened is that an individual

24    named Omar Mateen entered the nightclub when it was

25    full with people.  And with automatic weapons, he

```
 1    started shooting pretty much the same model that we
 2    saw in Istanbul and killed people for basically
 3    three hours; made a phone call after having killed a
 4    few people to the local police department, the local
 5    dispatch, saying that he was doing that on behalf of
 6    the Islamic State.
 7    Q.    Do you know how many people ended up dying?
 8    A.    Around 40.
 9    Q.    How many were injured?
10    A.    Less than a hundred, if I'm not mistaken.
11    Q.    Can you please next turn to Government Exhibit
12    178; 178, with the corresponding audio exhibit of
13    177.  The date on Government's Exhibit 178 is
14    June 13th, 2016, and the participant is Said Rahim,
15    the defendant, and another participant with the
16    letters Asd1999135.
17         Dr. Vidino, is this date of June 13th
18    significant to you?
19    A.    The day after the attack in Orlando.
20    Q.    Okay.  Please look at, starting at line 18, the
21    defendant speaking:
22         "There are news state that an attack in the
23    state of...in Orlando, Florida State.  The city of
24    Orlando is a touristic city.  The news state that an
25    attack led to killing 50 Americans.  This is the
```

 1  initial news.  I mean, God willing, we will follow
 2  up with the news and pass it on to you as it comes.
 3  I mean, you remember what al-'Adnani said, may God
 4  protect him."
 5      And then if you will turn to the second page,
 6  line 18; again, the defendant:
 7      "Glory be to God, this is the lion and these
 8  are the lions.  Glory be to God.  This city, I mean,
 9  it brings America, I mean, a bunch of money, and it
10  is a tourist city, and it is all tourism.  It has
11  the city of Orlando, an entertainment city, this
12  city.  I mean it is a strong vein, this city, so
13  glory be to God.  We have to follow up on the
14  consequences of this subject."
15      Why would he mention it being a tourism city?
16  A.   He's trying to contextualize the attack in
17  explaining to maybe people who are less knowledgable
18  about America that Orlando is a very famous tourist
19  destination and that carrying out an attack is a
20  consequence of the economy.
21      It's one of the reasons why groups like ISIS
22  carry out terrorist attacks in certain locations is
23  also to damage the economy.  The attacks of 911
24  caused a major damage to the tourism industry in New
25  York.  Doing something in Orlando, a tourist

1   destination, might cause the same sort of damage

2   from an economical point of view.

3   Q.    Please turn to page 3 of the same exhibit,

4   starting on line 19.  Again, this is the defendant:

5       "I swear by God, this attack shook them

6   violently.  Pictures of the attacker here.  There is

7   a picture of the guy who did it.  Glory be to

8   Almighty God.  Blessed be to Almighty God.  Now

9   starts the outreach activity at all the mosques,

10  especially in America, to publicize, to publicize

11  this operation, hey, oh boy, yet praise be to God."

12      Why is publicity important?

13  A.    ISIS recruits.  They need recruits.  It's all

14  about propaganda.  It's all about attracting new

15  members and new sympathizers.  So here what the

16  defendant is saying is the next step is to do

17  outreach to all mosques and explain what happened,

18  explain that ISIS carried out the attack in order to

19  attract sympathy and to attract recruits.

20  Q.    Can you turn to page 4?  Starting on line 7;

21  again, the defendant:

22      "I mean, this is a message we send to the

23  agents of the Intelligence at the FBI and CIA, I

24  mean, to tell their bosses.  Enough America, stop

25  and remove your tarnished hands from Muslims.

1    Enough, pull back and do not interfere."

2        What does he mean there?

3    A.    It's another common theme in ISIS propaganda.

4    The idea that ISIS carries out the attacks and sends

5    a message to America, American leaders, to stay away

6    from the Middle East.  In this specific case, of

7    course, ISIS is under attack by the United

8    States-led coalition.  And the idea is, we bring

9    terrorism to your homeland because you are attacking

10   us is Syria and Iraq.

11   Q.    Can we please turn to page 5, and I will point

12   you to line 24, same exhibit, and it's the

13   defendant:

14       "I mean, what makes it easy er living in

15   America and the United States to execute these

16   operations...is, of course, first and foremost, and

17   always and ever, God's facilitation and

18   conciliation.  I mean, this goes without saying or

19   discussion.  But the nature of America and the

20   nature of the United States, it is easy for someone

21   to get weapons.  To acquire a weapon is very, very,

22   very easy.  Just about any person can have a weapon.

23   I mean, most everyone is armed, everyone is armed.

24   I mean they would have weapons.  I mean it is not

25   hard to get a weapon.  You can be...go anywhere

1    carrying a weapon.  You can go the airport carrying

2    weapons because, for example, no one inspects or

3    anything."

4         And it continues:

5         "There is no inspection, and the clubs,

6    restaurants, anywhere, no weapons are there, weapons

7    are not present.  These are I mean the elements,

8    which I mean help these things.  Even if they become

9    strict it will not work, because it is a big

10   country."

11        How does this align with the ISIS message?

12   A.   The ISIS message is, carry out attacks wherever

13   you are according to the modalities that you see

14   fit.  And in countries, like some European countries

15   where guns are not easy to obtain, getting a truck

16   or using a knife might be the best way to do so.  In

17   the United States where guns are fairly easy to

18   obtain, then, you know, guns are probably the best

19   way to carry out an attack, and he's explaining that

20   situation.

21   Q.   Can you turn to page 7?  It's the same exhibit.

22   It's the defendant speaking, and starting on line

23   11 -- or 10:

24        "Does Trump need something like this to reach

25   the White House?  And is there an American reply,

1    how and where?  I mean look at this.  To begin with,

2    this operation is in response to what America is

3    doing.  It means that we are not waiting for America

4    to respond to this operation.  What the Islamic

5    Caliphate State did is in response.  I mean it is

6    well known to what America is doing in the land of

7    the Muslims.  Now the battle has moved, the battle

8    has moved."

9        What does that mean?

10   A.   It's, again, taking a page from ISIS book and

11   completely identifying what ISIS says.  Not only the

12   fact that the defendant says "we," but the argument

13   is that all the attacks would take place here in

14   America in response to the presence of American

15   troops or the interference that America carries out

16   in the Middle East.  So we, ISIS, are responding to

17   what America is doing in the Middle East by carrying

18   out acts of terror here in America.

19   Q.   And by saying -- using the word "we," is that

20   significant?

21   A.   It shows that it identifies with ISIS.  It's

22   not a neutral position, Islamic State is doing bad,

23   America is doing bad, it's that "we" are doing this

24   against America.

25   Q.    Okay.  Can you please turn to Government's

1    Exhibit 290; 290, with the corresponding audio of
2    289.  The date on this is June 12th, 2016.
3    Participants are Said Rahim, the defendant, unknown
4    males 1, 2, 3 and 4.
5        Please turn to page 3, starting on line 24.
6    This is the defendant speaking:
7        "Today or yesterday, the Islamic Caliphate
8    State executed an operation in the state of Orlando,
9    Florida, in the United States, and killed 50 or
10   more.  Okay, and this is the thumbprint of the
11   Islamic State on them, all right then, this is proof
12   that it is, I mean is taking revenge on America and
13   that America is its enemy."
14       How do you interpret that?
15   A.   Exactly like I said earlier, that the Islamic
16   State is taking revenge for what America is doing in
17   the Middle East and that the Islamic State is --
18   America is the enemy of Islamic State and
19   vice versa.
20   Q.   So if someone belongs to the Islamic State or
21   purports to belong to the Islamic State, would their
22   enemy be the same as the Islamic State's enemy?
23   A.   Yes, absolutely.
24   Q.   So America would be the enemy.
25   A.   Absolutely, yes.

1    Q.   Can you please now turn to Government's Exhibit

2    184; Government's Exhibit 184, the corresponding

3    audio is 183.  Date of this is July 15th, 2016, and

4    the participant is Said Rahim, the defendant.

5        Can you please turn to page 3?  And starting on

6    line 7:  And here he's referencing -- and I'm

7    summarizing because it's very long -- but the Nice

8    attack that we were talking about earlier.  Here it

9    says:

10       "We hear some people say terrorism has no

11   religion.  No, terrorism's religion is Islam.

12   Terrorism's religion is Islam.  And the Quran

13   confirmed it when it said '...to strike terror into

14   (the hearts of) the enemies, of Allah and your

15   enemies...'  Yes, Terrorism is Muslim, terrorism is

16   Muslim.  It does have a religion; I mean it does

17   have a religion.  Praise be to God and thank you to

18   the terrorists, thank you O terrorists."

19       Now this is -- would this be a correct

20   interpretation of Islam broadly?

21   A.   I'm not in a position to say correct, I'm not a

22   theologian.  I would say it's very fringe, of

23   course, vast majority of Muslims would not believe

24   that is the right way to interpret it.  There is the

25   person, the Quran, that talks about terrorizing the

1    unbelievers.  The vast, vast majority of Muslims

2    would contextualize that verse; there's a historical

3    reason it's written.  You can take a verse from any

4    kind of text, and read out of context would make it

5    mean something.  This is what ISIS does, takes a

6    verse that has a historical meaning, the Quran, and

7    refers to a certain, specific battle that took place

8    14 centuries ago.  But it applies it to today's

9    Florida, to today's Germany, to today's Syria, which

10   is taking things out of context.  But it is a very

11   common interpretation among the jihadists.  This is

12   how ISIS justifies its actions.  Everything that

13   ISIS does is justified through verses of the Quran,

14   of course interpreted in a certain way, which is

15   very fringe.

16   Q.   And would this demonstrate the extremist level

17   of that interpretation?

18   A.   Very much so, yes.

19   Q.   Can you please turn to Government's

20   Exhibit 302; Government's Exhibit 302, with the

21   corresponding audio of 301, dated July 9th, 2016.

22   The participant is Said Rahim, the defendant, and

23   unknown male.  And starting on line 7, the defendant

24   says:

25        "All right.  Peace be upon you.  May God grant

1    you long live al-Zarqawi."

2        Can you remind us again, Dr. Vidino, who

3    al-Zarqawi is?

4    A.    Zarqawi was the founder of the organization

5    that then became ISIS.

6    Q.    It continues:

7        "May God bless you.  Greetings to all.

8    Hundreds of black Africans were killed by the

9    American police.  A few days ago they killed, I

10   mean, they killed someone black in front of his

11   family.  I mean, they stopped his car -- his car,

12   and they got him out of his car, placed him on the

13   floor, and they shot them.  This hatred between the

14   white and black, that is old, I mean old."

15       And then turning to page 2, starting on line 6,

16   again, the defendant:

17       "But, God willing, this incident that took

18   place the day before yesterday in Dallas, I mean

19   that they were not expecting it, they were not

20   expecting it to happen in such a way, in such a

21   tactic and such a...I mean the person who did it was

22   a sniper, a sniper.  He killed five.  Man, this had

23   never happened before, to kill five or six

24   policemen.  So, God willing, it will happen, I mean,

25   and will increase; matters will increase and will

 1   get complicated more and more."
 2       How does -- how does this fit inside the ISIS
 3   mission of creating discord?
 4   A.   Yeah, I mean the incident to which the
 5   defendant is referring has nothing to do with ISIS
 6   per se.  I mean, it has to do with dynamics that are
 7   better known to everyone in Dallas.
 8       But of course the ISIS narrative exploits any
 9   kind of division and seeks to increase any kind of
10   polarization within enemy societies, America being
11   one of the main enemies of ISIS.  So the idea of
12   sowing that discontent, increasing that
13   polarization, showing that American Society is
14   inherently flawed, it's a tactic that ISIS uses to
15   its own advantage.
16   Q.   And you have had the opportunity to review the
17   transcripts in this case?
18   A.   Yes, I have.
19   Q.   And is there much more than we discussed here
20   in court contained in these documents?
21   A.   Yes; very much so, yes.
22   Q.   Is it similar in nature?
23   A.   Very much so, yes.
24   Q.   In your expert opinion, would the defendant's
25   actions as an administrator or a moderator in this

1    channel, would that supporter be of use to ISIS?

2           THE COURT:  Hold on a second.  Do you have

3    any objection?

4           MR. WHALEN:  No.

5           THE COURT:  Go ahead.

6    Q.   (By Ms. Meeks)  Would that supporter be of use

7    to ISIS?

8    A.   Very much so, yes.

9    Q.   And why is that?

10   A.   Because it would -- having such a structured

11   large and sophisticated channel allows for many

12   people to increase their belief in ISIS mindset and

13   create that community, which allows them to solidify

14   their commitment to the cause.

15          And then the second part is it allows some of

16   these individuals to establish contact with people

17   that would allow them to make the leap from talk to

18   action, to mobilize as the term that we have used

19   today.

20          A chat room like this, again because of the

21   level of the conversation and the access that some

22   of these people have, it's something that definitely

23   allows people to mobilize and become part of ISIS,

24   which is clearly an ISIS interest.

25          MS. MEEKS:  Okay.  I have no further

```
 1   questions, Your Honor.
 2            THE COURT:  All right.
 3            Mr. Whalen.
 4                  CROSS-EXAMINATION
 5   BY MR. WHALEN:
 6   Q.   Dr. Vidino, how are you?
 7   A.   Good.
 8   Q.   The center that you started at George
 9   Washington, when did that program or that center
10   begin.
11   A.   2015.
12   Q.   2015?
13   A.   Spring of '15, yes.
14   Q.   And the center -- how is the center funded?
15   A.   We have basically foundations and private
16   donors that support us.  Some are alumni of the
17   university, private foundations.  We don't take
18   government money, we don't take foreign funding.
19   Q.   Okay.  Now, would you agree with me that a lot
20   of the things that we hear in those chats online are
21   things that have been said before by other people?
22   A.   Yes, of course.
23   Q.   Okay.
24   A.   Very much so.
25   Q.   And so would you agree with me that a lot of
```

1  what is being said is really mimicking what other

2  people have already said?

3  A.    Yes.

4  Q.    And would you agree with me that a lot of what

5  is said, too, is based in the Quran?

6  A.    Some of it.  I mean a very fringe

7  interpretation of the Quran.

8  Q.    But some of the language is in the Quran.  So

9  the point I'm getting at is that nothing that is

10  being said is really original; is that fair to say?

11  A.    No; it's replicating ISIS propaganda, which

12  uses mainstream Islamic terms in a fringe way.

13  Q.    Now, you've been studying social media,

14  different platforms of social media; is that

15  correct?

16  A.    Correct.

17  Q.    And when was the first time that you heard

18  about Zello?

19  A.    Year and a half ago.

20  Q.    Okay.  And is it related to this case?

21  A.    Correct.

22  Q.    Okay.  Prior to that, you had not heard of

23  Zello as a communication or social media platform

24  for ISIS, correct?

25  A.    Correct.

1    Q.    And you would agree with me that this group on

2    Zello, it's not an official group of -- it's not

3    sanctioned by ISIS.  Would you agree with that?

4    A.    As far as I know, it's not.

5    Q.    Okay.  So there's no direct connection between

6    the group ISIS and this group on Zello, correct?

7    A.    As far as I know, no.

8    Q.    Okay.  And when we talk about -- you've said

9    this before, and I just want to clarify.  These

10   people in this particular chat room were supporters,

11   you would call them supporters of ISIS, correct?

12   A.    Yes.

13   Q.    Okay.  So the people coming into it had already

14   formed an opinion or a belief that they supported

15   ISIS, correct?

16   A.    I can't attest to all of them.  I think there

17   are different degrees to which they supported ISIS.

18   Some of them had doubts and, in fact, you see that

19   in some cases the administrators say this is not a

20   place for doubts.  It's clearly people that are

21   sympathetic, all of them, I think that's the bar.

22   Q.    Right.  And so what you said is some people

23   who, if they had doubts, the administrators would

24   say, "This is not the place for you," correct?

25   A.    Correct.

1   Q.    So once again, it's people that were

2   sympathetic who had already formed that belief

3   independent of the chat room.  Would you agree with

4   that?

5   A.    Yes, probably.

6   Q.    Okay.  And you talked about -- you tried to

7   indicate that this was more sophisticated because

8   there was a hierarchy to it.  Do you remember saying

9   that?

10  A.    It's one of the reasons why I would say it's

11  more sophisticated.

12  Q.    Okay.  But would you agree with me that

13  different groups can come together and set up their

14  group however they want to, correct?

15  A.    Yeah, of course.

16  Q.    Okay.  And so just because they decided we're

17  going to have administrators and moderators and put

18  some structure to it, in and of itself doesn't mean

19  it's sophisticated.  Would you agree with that?

20  A.    It shows there are some -- some rules inside

21  and a structured hierarchy, and certain people call

22  the shots and others don't.  I think, generally

23  speaking, when you see most channels, chat rooms on

24  other platforms, it's more horizontal, more

25  democratic.  So this is a bit different.  How

1   functional that was, it's difficult to say, I agree

2   with you.

3   Q.    Just because it's different doesn't necessarily

4   mean it's necessarily sophisticated.

5   A.    It shows a level of structure, which I think is

6   indicative, together with a couple of elements, with

7   a level of sophistication.

8   Q.    I guess I'm not going to change your mind on

9   that.

10  A.    Sorry.

11  Q.    Would you agree with me also, looking at some

12  of these chats that you discussed, that sometimes

13  when you look at the transcript, it's just Mr. Rahim

14  speaking.  Do you see those?

15  A.    Yes.

16  Q.    And as far as you know, you have no idea

17  whether anybody else was listening; is that fair?

18  A.    I don't know.  Yeah, that's fair.  I don't

19  know, so yeah.

20  Q.    It could be simply just him pontificating,

21  correct?

22  A.    Yes.

23  Q.    And also would you agree with me in social

24  media, that sometimes people use social media to

25  come across or appear as something they are not.

1    A.    Yes, of course.

2    Q.    Okay.  And it's kind of the phrase I've heard

3    is, you know, the keyboard warrior.  Have you heard

4    that phrase before?

5    A.    I use it often, yes.

6    Q.    And the keyboard warrior is somebody who can

7    sit behind a keyboard and use a device of social

8    media and say things they normally wouldn't say or

9    mean in public; is that fair?

10   A.    Very normal.

11   Q.    Okay.  And would you also agree with me that

12   some people come to groups to then, for lack of a

13   better word, feel better about themselves.  Would

14   you agree with that?

15   A.    Yes.

16   Q.    Because with the value of the group, they can

17   build their own self-esteem, correct?

18   A.    Sure.

19   Q.    They can come across somebody that's

20   knowledgeable in order to seek praise because they

21   are not as confident about themselves as they should

22   be.

23   A.    Yes.

24   Q.    Okay.  Would you agree with me that the

25   organization of this channel was kind of an outlier

1   compared to what else you have seen?

2   A.   What do you mean exactly?

3   Q.   Well, you said before that certain things --

4   there's kind of some outliers in that, you know, as

5   far as age goes, if somebody who was older joining

6   this group would be somewhat of an outlier.  Do you

7   remember testifying to that?

8   A.   Yes.

9   Q.   Do you agree with me that this channel was

10  unique and somewhat outside the norm.  Would you

11  agree with me on that?

12  A.   From a couple of points of view, yes.

13  Q.   And would you agree with me that, as far as you

14  know, there is no direct connection between anything

15  that was said in this channel to any specific

16  terrorist attack?  Would you agree with that?

17  A.   From an operational point of view, I'm not

18  aware of a connection.

19  Q.   So there's no direct connection that anybody

20  who participated in a terrorist attack was a member

21  of this channel, correct?

22  A.   As far as I know, yes.

23  Q.   And also, as far as you know, there's no direct

24  connection between anybody who actually traveled to

25  Syria to join ISIS; is that correct?

1    A.    Correct.  There are several claims to that in

2    the conversations, but I have no evidence of that.

3    Q.    Okay.  And so as you sit here today, you cannot

4    say, even though there's discussion about

5    mobilization, whether or not that, in fact, is true;

6    isn't that correct?

7    A.    I don't have evidence, yeah, correct.

8    Q.    And you did talk about, as far as age goes

9    again, about people that may join ISIS.  What was

10   like the median age through your studies that you

11   determined?

12   A.    24, 25.

13   Q.    24, 25, okay.  And are you aware that Mr. Rahim

14   is 42 years old?

15   A.    I am.

16   Q.    Okay.  Now, the other thing I wanted to talk to

17   you about is, in some of these, if we talk about --

18   let me ask it this way:  Has there been occasions

19   where ISIS has taken responsibility for a terrorist

20   attack that they weren't really involved in?

21   A.    Yes.

22   Q.    Okay.  And is Nice one of those?

23   A.    It depends on what you mean by "involved."

24   Q.    Okay.  Well, let me ask it this way:  If

25   somebody who is a supporter of -- say they are a

1    supporter of ISIS and then commits a terrorist
2    attack or an attack of some kind, they are not
3    acting at the direction or control of ISIS, correct?
4    A.    Correct.
5    Q.    Okay.  And so they are not -- ISIS didn't --
6    the leadership of ISIS didn't plan it, formalize it,
7    and send this person to commit it, correct?
8    A.    Correct.
9    Q.    Okay.  And so in that situation, ISIS will take
10   credit for it, but they didn't actually plan it or
11   commit it, correct?
12   A.    Correct.  ISIS-inspired we generally call it.
13   The majority of plots we have seen in the West
14   follow exactly that module.  The individual who
15   carried out the attack was not operationally
16   connected to ISIS, it was simply ISIS-inspired.
17   Some cases might have had contact through social
18   media, but he's a consumer of ISIS.  Propaganda buys
19   into the message and activates himself
20   spontaneously.  That's statistically the majority of
21   attacks in the west.
22   Q.    Okay.
23   A.    ISIS sees them as members, though.  That's the
24   revolution that ISIS brought to terrorism.  Somebody
25   that carries out an action on ISIS behalf,

1    irrespective of any kind of physical contact with

2    the organization is a member of ISIS.

3    Q.    Okay.  But ISIS, the leadership, is not

4    directing or controlling or providing the tools to

5    commit it, correct?

6    A.    Correct.

7    Q.    And does Nice fall into that category?

8    A.    Purely inspired, yes; as far as what's publicly

9    known, yes, purely inspired.

10    Q.    Does Orlando fall into that?

11    A.    Yes.

12    Q.    Does Istanbul fall into that?

13    A.    Istanbul is slightly different, because if the

14    perpetrators in Nice and Orlando, as far as I know,

15    had no connection whatsoever to ISIS other than had

16    bought into the ideology.  The perpetrator of the

17    Istanbul attack had a long pedigree, long experience

18    with ISIS and other affiliated groups.  It's unclear

19    whether it was directed by ISIS, but it definitely

20    had connections to the attack; slightly different.

21    Q.    And you've talked about -- maybe you haven't

22    yet -- is the majority of people who actually went

23    to fight for ISIS in Syria came through the Turkish

24    border, correct?

25    A.    Vast majority, yes.

1    Q.    And if you were to join up with them through

2    Jordan, that would be an outlier or different,

3    correct?

4    A.    It would be an outlier, yes.

5    Q.    Okay.

6    A.    It has happened, but . . .

7    Q.    But that's not the norm, correct?

8    A.    The norm is through Turkey.

9    Q.    And in the transcripts that you read, do you

10   recall reading -- there was a section where one of

11   the people asked, "how do I get to Turkey?  How do I

12   immigrate to Turkey?"

13   A.    Yes.

14   Q.    And do you remember Mr. Rahim's response was he

15   did not know?

16   A.    Yes.

17   Q.    Okay.  You mentioned something else I just

18   wanted to ask more questions about.  You talked

19   about how sometimes on social media they were being

20   monitored or the government was listening, something

21   to that effect.  Do you remember that?

22   A.    Yes, sir.

23   Q.    And it related to if they had a password it

24   would be a private channel?

25   A.    (No audible answer.)

 1  Q.    Then if they then went to a private channel,

 2  they thought it wasn't going to be --

 3  A.    Encryption, not a password, it's about

 4  encrypted.  Certain platforms have a higher level of

 5  encryption.  They're more secure than others.  So

 6  generally when the conversation becomes more

 7  operational and sensitive, there's a tendency to

 8  move to platforms where the level of encryption is

 9  higher, where there's the belief it's more difficult

10  for law enforcement to monitor the conversation.

11  Q.    I'm just trying to, the way you said it is,

12  there's a belief that it's more secure, but is that

13  really true?

14  A.    Sometimes yes, sometimes no.

15  Q.    Okay.  Just so I'm clear, what all did you look

16  at to prepare for your testimony today?  What were

17  you provided to review?

18  A.    I was provided a large amount of the

19  conversations, I do believe all of them, the

20  conversations from the platform, from the channel.

21  Q.    And were you aware that those -- that the

22  origin of those conversations came from a website

23  where there were just maybe potentially snippets of

24  a larger conversation?

25  A.    Yes.

1  Q.   Okay.  Would you agree with me that, in order
2  to determine what's being said or the meaning of
3  things, context does matter?
4  A.   Of course.
5  Q.   And listening to an entire conversation gives
6  you more context than just a portion of it.
7  A.   Of course.
8         MR. WHALEN:  I will pass the witness.
9         THE COURT:  Redirect.
10        MS. MEEKS:  Thank you, Your Honor.
11              **REDIRECT EXAMINATION**
12  **BY MS. MEEKS:**
13  Q.   Dr. Vidino, the defense asked about other users
14  being on the channel.  Can you tell from the context
15  of the defendant's statements whether he was talking
16  to someone?
17  A.   He was, most of the time, yes, absolutely.  And
18  of course even the long sermons was obviously
19  intended for an audience.
20  Q.   And the people that there were certain -- that
21  we had read, and certainly there are other questions
22  from other users in those transcripts, what does
23  that show you with the questions that were asked of
24  the defendant?
25  A.   The interaction was very frequent.  There was

1    an expectation that the Q and A would go on, and the

2    relationship was that people looked up to the

3    defendant.  As I said, it wasn't a two-way street,

4    it was always people asking him questions.  I don't

5    think I've seen a single occasion where it is the

6    defendant who asks questions to somebody else.

7    Q.    And he was often called sheikh?

8    A.    Yes.

9    Q.    What would that mean to you?  How would you get

10   that title, "sheikh"?

11   A.    It is a title who is given to somebody who is

12   particularly knowledgeable and wise.  It's -- again,

13   it entails a relationship of subordination.  You

14   refer to sheikh as somebody who is above you and

15   whose wisdom you rely upon.

16   Q.    So someone you would presumably have listened

17   to.

18   A.    Absolutely.

19   Q.    And you had talked a little bit about the

20   encrypted applications.  Do you typically see that

21   when conversations go operational -- and please

22   describe what you mean by operational -- that they

23   go to those other platforms?

24   A.    Yes, that it is what normally happens when --

25   these platforms, these channels, serve a variety of

1    purposes.  There are always initial conversations

2    where people share propaganda, share thoughts, share

3    views.  And then, of course, at times the

4    conversation, particularly when two or more

5    individuals trust one another, they want to talk

6    about something more operational.  By operational I

7    mean mobilizing; I mean finding ways to travel to

8    join ISIS; finding ways to carry out the attacks;

9    things that are more sensitive and the people who

10   are active on these platforms know will be

11   incriminating and attract even further attention

12   from law enforcement.  So what happens is, these

13   individuals move the conversations to other

14   platforms that they believe to be more difficult for

15   law enforcement to monitor.

16        Now, of course, there are some individuals who

17   are extremely savvy in how they move from one

18   platform to the other, and others are not as clever,

19   as slick, but that's generally the modus operandi.

20   Q.   So when there is a reference to moving to the

21   private, is that what you believe that to indicate?

22   A.   Yes, that's exactly what it means.

23   Q.   The people that are in the room, the defense

24   had mentioned that they were like-minded, and you

25   had talked about spectrum of folks who would be

 1    listening.

 2        Do you see any of them as susceptible to

 3    influence or seeking information based on what you

 4    had seen?

 5    A.    There are quite a few that are asking

 6    questions.  Again, very, very clearly already ISIS

 7    sympathizer, they are not really in doubt.  But, of

 8    course, like anything, one can be a supporter of

 9    something to some degree, or one can be a diehard

10    supporter of something.

11        Clearly, these individuals who are less

12    enthusiastic are asking questions.  They are more in

13    the beginning of a radicalization trajectory and

14    they ask questions, and the defendant is the one --

15    him and a few others providing the answers.

16    Q.    So when you've seen recruitment efforts in your

17    studies and your experience, does recruitment

18    involve motivating?

19    A.    Yeah, absolutely.  That's a big component.

20    It's coaching, it's handholding, it's motivating in

21    different ways, because, of course, no two people

22    are alike.  So somebody would be more triggered by

23    something, by a more softer approach.  Somebody else

24    might be more motivated by almost egging him on.

25    Psychology is a big part of it, but that's how

1    recruitment works.  It's to some degree -- I mean a

2    lot of studies find the similarities with grooming

3    online with pedophiles or other dynamics.  You try

4    to create the bond.  You try to find what is the key

5    to motivate the person, and you try to push that

6    person in a certain direction.  That's basically how

7    these platforms work.

8    Q.   So would you consider a recruiter different

9    than a keyboard warrior?

10   A.   In the sense that what he is trying to achieve

11   is then move the target of his recruitment effort

12   into doing something in the physical world, moving

13   him to mobilize, moving him to travel, to carry out

14   attacks.  The online space is always linked to the

15   offline space.  One goes -- what happens online is

16   basically done to achieve something in the offline.

17   Q.   Okay.  One of the things that was mentioned is

18   this channel is unique, outside the norm.  In what

19   ways?

20   A.   I would say in the size of the individuals

21   involved in it.

22   Q.   Do you mean the membership size?

23   A.   Yeah.  If I compare it to other channels,

24   generally it's in the few-hundred individuals that

25   are part of it; here, the size seems to be much

1    bigger.  And then in -- yeah, the level of

2    sophistication, and I mean by that, both have sort

3    of a formalized structure in it.  It's not the only

4    case I have seen, but, generally speaking, you don't

5    see it.

6         And in the level of knowledge that the

7    defendant and a few other people have, they know

8    what they are talking about.  Sometimes, in

9    particular in a U.S. setting, a lot of ISIS

10   sympathizers really have very limited knowledge of

11   ISIS, even of Islam in many cases.  And I think in

12   this case it's quite different, there's a fairly

13   deep knowledge of all these dynamics.

14   Q.   And one of the things you were asked from the

15   defense also is that traveling from Turkey into

16   Syria was most common, but people do travel from

17   other locations; is that right?

18   A.   Yes.  There's been people that have traveled

19   from Lebanon, from Jordan, and a smaller number from

20   the Kurdish areas of Iraq.

21   Q.   Why would a person choose to travel from Jordan

22   or Lebanon or those other areas?

23   A.   Most of those that travel from Jordan or

24   Lebanon are Jordanian or Lebanese.  So if you are in

25   Jordan, which is a country that borders with Syria,

 1   it makes more sense.  You know the smuggling routes.

 2   Even the Jordanian government has patrolled the

 3   border between Jordan and Syria in a much better way

 4   to know than the Turks have done for their on

 5   border, any border can be crossed at the end of the

 6   day.  So particular individuals who are local, from

 7   Jordan, have found ways to cross the border.  In

 8   fact, Jordanian government estimates about 3,000

 9   Jordanians have crossed the border and joined ISIS

10   from Jordan.

11   Q.   So if a person was more familiar with Jordan

12   than Turkey, that might be a more logical choice.

13   A.   It might be, yeah.

14   Q.   And in your expert opinion, was the defendant,

15   in his statements and his actions, attempting to

16   recruit and radicalize for ISIS?

17          MR. WHALEN:  Objection, Your Honor.

18          THE COURT:  Okay.  Why?

19          MR. WHALEN:  I think it goes to the

20   ultimate issue, Your Honor.

21          THE COURT:  And your response?

22          MS. MEEKS:  The response would be, it's

23   not the defendant's intent that is being elicited

24   here, it's one of the actions that were consistent

25   with that of recruitment.

1          THE COURT:  Okay.  Overruled.

2    Q.   (By Ms. Meeks)  In your expert opinion, were

3    the actions and statements made by the defendant

4    consistent with recruitment efforts for recruitment

5    and radicalization for ISIS?

6    A.   Yes, very much so.

7          MS. MEEKS:  Okay.  Thank you.

8          THE COURT:  Mr. Whalen.

9                    **RECROSS-EXAMINATION**

10   **BY MR. WHALEN:**

11   Q.   We talked about, you know, they all come in,

12   they are all already -- they already have some

13   sympathy, correct?

14   A.   Okay.

15   Q.   And you mentioned it's kind of like the avid

16   fan versus the casual fan?

17   A.   Sort of, yes.

18   Q.   Is that kind of how you described it?

19   A.   Yeah.

20   Q.   Here's the way I understand that:  I love Penn

21   State football because I went to Penn State, so I

22   love Penn State football.  But there's also Penn

23   State football fans that can tell you the depth

24   chart, where we're weak, what plays are run, right?

25   Because they study it.  But it doesn't change the

1    fact that we are both equally fans.  Would you agree

2    with that?

3    A.    Yeah, sort of.

4    Q.    And the information that you talk about that he

5    says he has a lot of knowledge about, that

6    information is all readily available on the

7    Internet, in the Quran, and in multiple sources.

8    Would you agree with that?

9    A.    Not in the Quran, specifically; in ISIS

10    propaganda, yes.

11    Q.    You can find it.

12    A.    You can find it in other places, yes, of

13    course; yes.

14    Q.    And obviously, your organization puts papers

15    out that people can read and study those and

16    understand the dynamics of what goes on in the

17    world, correct?

18    A.    Sure, yes.

19    Q.    And if you have the interest, you can find it.

20    Would you agree with that?

21    A.    Yes, of course.

22    Q.    Now, getting to this other question about a

23    keyboard warrior could say -- could type the same

24    thing, just like somebody who may have the intent to

25    say the same -- to recruit people, the words on the

```
 1  paper are going to be the same, correct?
 2  A.   Correct.
 3  Q.   Okay.  But you can't determine what's in a
 4  person's head, can you?
 5  A.   No, of course not.
 6           MR. WHALEN:  All right.  I will pass the
 7  witness.
 8           THE COURT:  Anything else?
 9           MS. MEEKS:  No further questions, Your
10  Honor.
11           THE COURT:  You may step down.
12           May this witness be excused?
13           MS. MEEKS:  Yes, Your Honor.
14           MR. WHALEN:  Yes, Your Honor.
15           THE COURT:  Dr. Vidino, please remember
16  not to talk about the case until it's over.  Okay?
17           Thank you very much.
18           (End of requested record.)
19
20
21
22
23
24
25
```

```
 1                    C E R T I F I C A T E

 2              I, Shawnie Archuleta, CCR/CRR, certify

 3    that the foregoing is a transcript from the record

 4    of the proceedings in the foregoing entitled matter.

 5              I further certify that the transcript fees

 6    format comply with those prescribed by the Court and

 7    the Judicial Conference of the United States.

 8              This 5th day of December 2019.

 9

10

11                            s/Shawnie Archuleta
                              Shawnie Archuleta CCR No. 7533
12                            Official Court Reporter
                              The Northern District of Texas
13                            Dallas Division

14

15

16    My CSR license expires:  December 31, 2019

17    Business address:  1100 Commerce Street
                         Dallas, TX  75242
18    Telephone Number:  214.753.2747

19

20

21

22

23

24

25
```

**SHAWNIE ARCHULETA, CSR/CRR**
**FEDERAL COURT REPORTER - 214.753.2747**