TRANSCRIPT ORDER FORM - READ INSTRUCTIONS ON LAST PAGE BEFORE COMPLETING

District Court: Northern District of Texas                                   District Court Docket No. 3:17-cr-00169
Short Case Title: USA v. Said Azzam Mohamad Rahim

**ONLY ONE COURT REPORTER PER FORM** Court Reporter: Digital

Date Notice of Appeal Filed by Clerk of District Court: 12/13/2019        Court of Appeals No.: _____

PART I. (To be completed by party ordering transcript. Do not complete this form unless financial arrangements have been made, see instructions on page 2.)
A. **Complete the Following:**
☐No Hearings  ☐Transcript is unnecessary for appeal purposes  ☐Transcript is already on file in the Clerk's Office
**OR**
**Check All of the Following that Apply, Include date of the proceeding.**
This is to Order a Transcript of the following proceedings: ☐Bail Hearing:_____  ☐Voir Dire:_____
☐Opening Statement of Plaintiff:_____  ☐Opening Statement of Defendant:_____
☐Closing Argument of Plaintiff:_____  ☐Closing Argument of Defendant:_____
☐Opinion of court:_____  ☐Jury Instructions:_____  ☐Sentencing:_____

| Hearing Date(s) | Proceeding | Judge/Magistrate |
|---|---|---|
| 03/06/2017 | INITIAL APPEARANCE | RENEE HARRIS TOLIVER |
| 03/13/2017 | DETENTION HEARING | RENEE HARRIS TOLIVER |
| 03/15/2017 | DETENTION HEARING | RENEE HARRIS TOLIVER |
| 05/04/17; 09/14/18; 07/31/19 | EX PARTE MOTION | IRMA CARRILLO RAMIREZ |

**Failure to specify in adequate detail those proceedings to be transcribed, or failure to make prompt satisfactory financial arrangements for transcript, are grounds for DISMISSAL OF APPEAL.**

B. This is to certify that satisfactory financial arrangements have made. **Method of Payment:**
☐Private Funds;  ☒Criminal Justice Act Funds (**Enter Authorization-24 to USDC eVoucher**);
☐Other IFP Funds;  ☐Advance Payment waived by reporter;  ☐U.S. Government Funds
☐Other_____

Signature /s/ James P. Whalen                              Date Transcript Ordered 12/17/2019
Print Name James P. Whalen                                  Phone: 214-368-2560
Counsel for SAID AZZAM MOHAMAD RAHIM
Address 9300 John Hickman Parkway, Suite 501, Frisco, Texas 75035

----

**PART II. COURT REPORTER ACKNOWLEDGEMENT** (To be completed by the Court Reporter and filed with the Court of Appeals within 7 days after receipt. Read instructions on page 2 before completing.)

| Date Transcript Order Received | If arrangements not yet made, date contact made w/ ordering party | Estimated Completion Date | Estimated number of Pages |
|---|---|---|---|
|  |  |  |  |

☐Satisfactory Arrangements for payment were made on _____
☐ Payment Arrangements have NOT been made. Reason: ☐Deposit not received  ☐Unable to contact ordering party
☐Other (Specify)_____

Date:_____  Signature of Reporter:_____                                Tel._____
Email of Reporter:_____  Address of Reporter:_____

----

**Part III. NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN THE DISTRICT COURT** (To be completed by court reporter on date of filing transcript in the District Court and this completed form e-filed with the Court of Appeals.)

This is to certify that the transcript has been completed and filed at the District Court today.

Actual Number of Pages:_____                Actual Number of Volumes:_____

Date: _____  Signature of Reporter:_____