```
                    IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF TEXAS
                            DALLAS DIVISION

UNITED STATES OF AMERICA,     )    Case No. 3:17-mj-00171-BK
                              )    (Merged into 3:17-cr-169-B-1)
             Plaintiff,       )
                              )    Dallas, Texas
v.                            )    March 13, 2017
                              )    2:00 p.m.
SAID AZZAM MOHAMAD RAHIM,     )
                              )    PRELIMINARY HEARING
             Defendant.       )    DETENTION HEARING
_____)
```

```
                    TRANSCRIPT OF PROCEEDINGS
           BEFORE THE HONORABLE RENEE HARRIS TOLIVER,
                 UNITED STATES MAGISTRATE JUDGE.
```

APPEARANCES:

For the Government:          Errin Martin
                             UNITED STATES ATTORNEY'S OFFICE
                             1100 Commerce Street, Third Floor
                             Dallas, TX  75242-1699
                             (214) 659-8600

For the Defendant:           James P. Whalen
                             WHALEN LAW OFFICE
                             9300 John Hickman Parkway,
                              Suite 501
                             Frisco, TX  75035
                             (214) 368-2560

Court Recorder:              Jane W. Amerson
                             UNITED STATES DISTRICT COURT
                             1100 Commerce Street, Room 1611
                             Dallas, TX  75242-1003
                             (214) 753-2360

Transcription Service:       Kathy Rehling
                             311 Paradise Cove
                             Shady Shores, TX  76208
                             (972) 786-3063


            Proceedings recorded by electronic sound recording;
                transcript produced by transcription service.
```

```
 1              DALLAS, TEXAS - MARCH 13, 2017 - 2:37 P.M.
 2              THE COURT:  The Court next calls Case No. 3:17-mj-
 3  171-BK, United States of America versus Said Azzam Mohamad
 4  Rahim.
 5              MS. MARTIN:  Errin Martin for the Government, Your
 6  Honor.
 7              THE COURT:  Good afternoon.
 8              MR. WHALEN:  James Whalen standing by, Your Honor.
 9              THE COURT:  Sir.
10       Good afternoon, sir.
11              THE DEFENDANT:  Good afternoon.
12              THE COURT:  And today you're not appearing with a
13  retained attorney.  So is it my understanding you were unable
14  to retain an attorney?
15              THE DEFENDANT:  No.  Things went through, wasn't
16  through as I planned, so I would like to --
17              THE COURT:  You would like a court-appointed
18  attorney?
19              THE DEFENDANT:  Yes, Your Honor.  --
20              THE COURT:  Let me show you the --
21              THE DEFENDANT:  We've no --
22              THE COURT:  -- the financial affidavit I received in
23  your case.  It appears you completed it and signed it at the
24  bottom.  Is that your signature?
25              THE DEFENDANT:  Last week.  Yes.  Yes.
```

1          THE COURT:  And do you swear or affirm that the

2     information in the financial affidavit is true?

3          THE DEFENDANT:  Yes, it's true.

4          THE COURT:  Based on your financial affidavit, I do

5     find that you qualify for the appointment of an attorney.

6          THE DEFENDANT:  Thank you, Your Honor.

7          THE COURT:  And I'm going to appoint Mr. Whalen to

8     represent you.

9          THE DEFENDANT:  Yes, Your Honor.

10         THE COURT:  Now, I also believe that you might be

11    able to contribute to the cost of providing you an attorney.

12    That will be dependent on the issue of whether or not you are

13    detained, because the Government has filed a motion to detain

14    you.  So I will consider that after I have determined whether

15    or not you will be detained.  Okay?

16      And so, Mr. Whalen, I know you're in a situation because

17    you were just appointed.  But, of course, we were scheduled

18    for detention and preliminary hearings today.  What's your

19    position regarding having those hearings today?

20         MR. WHALEN:  Your Honor, we would request, for good

21    cause, that the hearings be continued to Wednesday.

22         THE COURT:  Wednesday?

23         MR. WHALEN:  And we'd be prepared for Wednesday, Your

24    Honor.

25         THE COURT:  Okay.  Well, I believe that having an

1    attorney and having an attorney who's prepared to go to your

2    hearing constitutes good cause, and so I am going to continue

3    the hearings until Wednesday.

4         And you know the situation regarding Pretrial.

5              MR. WHALEN:  I do, Your Honor.  Yes.

6              THE COURT:  Okay.

7              MR. WHALEN:  And Your Honor, I did speak to Pretrial

8    and we're going to be able to address that probably Wednesday

9    morning --

10             THE COURT:  Okay.

11             MR. WHALEN:  -- when they bring him back over.

12             THE COURT:  Okay.

13             MR. WHALEN:  And also, for the record, I did speak to

14   Mr. Rahim.  He understands the continuance and is in agreement

15   with continuing the hearing until Wednesday.

16             THE COURT:  Okay.  Well, Mr. Rahim, we are going to

17   continue the detention and preliminary hearings in your case,

18   then, until this Wednesday, March 15th.  And you're going to

19   remain in custody again, sir, until -- at least until that

20   time.  Okay.

21             MR. WHALEN:  2:00 o'clock, Your Honor?

22             THE COURT:  2:00 o'clock.

23             MR. WHALEN:  Okay.  Thank you, Your Honor.

24             THE COURT:  Okay.  The attorneys are excused.  And

25   you are remanded back to the custody of the U.S. Marshals,

1   sir.

2       (Proceedings concluded at 2:40 p.m.)

3                  --oOo--

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19                 CERTIFICATE

20     I certify that the foregoing is a correct transcript from
the digital sound recording of the proceedings in the above-
21  entitled matter.

22   **/s/ Kathy Rehling**               **01/16/2020**

23  _____     _____

24  Kathy Rehling, CETD-444              Date
Certified Electronic Court Transcriber
25

6

INDEX

PROCEEDINGS                                          2

WITNESSES

-none-

EXHIBITS

-none-

RULINGS                                             4

END OF PROCEEDINGS                                  5

INDEX                                               6