```
          THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF TEXAS
                  DALLAS DIVISION

UNITED STATES OF AMERICA, )
                          )
          Plaintiff,      )
                          )
vs.                       )  3:17-CR-00169-B
                          )
SAID AZZAM MOHAMAD RAHIM, )
                          )
          Defendant.      )
```

               TRANSCRIPT OF PROCEEDINGS
                 JURY TRIAL - VOLUME 3
            BEFORE THE HONORABLE JANE J. BOYLE
                UNITED STATES DISTRICT JUDGE
                       MAY 2, 2019


                  A P P E A R A N C E S

For the Government:

      UNITED STATES ATTORNEY'S OFFICE
      1100 Commerce Street - 3rd Floor
      Dallas, TX  75242
      214/659-8600
      BY:  ERRIN MARTIN
and
      U.S. DEPARTMENT OF JUSTICE
      Counterterrorism Section, National Security
      Division
      950 Pennsylvania Avenue, NW
      Washington, DC  20530
      202/532-4162
      BY:  TARYN MEEKS

For the Defendant:

      WHALEN LAW OFFICE
      9300 John Hickman Parkway - Suite 501
      Frisco, TX  75035
      214/368-2560
      BY:  JAMES P. WHALEN
           RYNE T. SANDEL

```
COURT REPORTER:   SHAWNIE ARCHULETA, TX CCR No. 7533
                  1100 Commerce Street
                  Dallas, Texas 75242

proceedings reported by mechanical stenography,
transcript produced by computer.
```

JURY TRIAL - VOLUME 3

SEALED RECORD (filed separately)

Pretrial Matters                                      4

BARRY STREET

Direct Examination By Ms.n Meeks                      4
Cross-Examination by Mr. Whalen                      22

JAKE HAUSKE

Direct Examination By Ms. Martin                     28
Cross-Examination by Mr. Whalen                      31

NOLAN BLANCHETTE

Direct Examination By Ms. Martin                     33
Cross-Examination by Mr. Whalen                      38

GWEN DOVE

Direct Examination By Ms. Martin                     40

SPECIAL AGENT DWAYNE GOLOMB

Direct Examination By Ms. Martin                     55
Cross-Examination by Mr. Whalen                     226

PAUL AMACKER

Direct Examination By Ms. Martin                    248
Cross-Examination by Mr. Whalen                     258

Reporter's Certificate                              266

**ADMITTED GOVERNMENT'S EXHIBITS:**

| | |
|---|---|
| GX 42 - SIM cards | 10 |
| GX 55 - Security Records | 14 |
| GX 309 - DVD from FBI | 31 |
| GX 45 - SIM card extraction report | 47 |
| GX 44 - SIM card extraction report | 48 |
| GX 61 - HTC phone extraction report | 51 |
| GX 47 - iPhone 6S extraction report | 52 |
| GX 43 - SIM card extraction report | 54 |
| GX 307 Screenschots | 116 |
| GX 310 Suggested Readings | 180 |
| GX 307 Video of Interview at Airport | 200 |
| GX 65  Transcript of Video of Interview at airport | 219 |

```
 1      (Preceding Record sealed; filed separately.)
 2              (In open court at 9:00 a.m.)
 3              THE COURT:  Good morning.  We're going to
 4      continue with the government's case.
 5              Government, call your next witness.
 6              MS. MEEKS:  Yes, Your Honor.  The
 7      government calls Officer Barry Street.
 8              THE COURT:  And I don't think this witness
 9      has been sworn.
10              (Witness sworn.)
11              COURT SECURITY OFFICER:  Have a seat, and
12      state and spell your first and last name.
13              THE WITNESS:  My name is Barry, B-A-R-R-Y,
14      Street, S-T-R-E-E-T.
15                        BARRY STREET,
16      having been first duly sworn, testified as follows:
17                      DIRECT EXAMINATION
18      BY MS. MEEKS:
19      Q.   Officer Street, thank you for being here this
20      morning.
21           Can you tell us what your professional
22      background is and the job you currently hold?
23      A.   My professional background is, I have been
24      employed by Department of Homeland Security, U.S.
25      Customs and Border Protection since its inception in
```

1    2003, originally being hired as an Immigration

2    Inspector in the Department of Justice.  I've been

3    with the Federal Government for 21 years.  Currently

4    I'm at DFW Airport here in Dallas, and I'm assigned

5    to a counterterrorism team with my agency, and I

6    have been so since February of last year.

7    Q.   What does your job entail?

8    A.   Our job entails counterterrorism and national

9    security specific matters and interviewing

10   individuals that we believe to warrant a further

11   inspection upon their arrival or departure from DFW

12   Airport.

13   Q.   And you're physically located out of the

14   airport?

15   A.   Correct.

16   Q.   Were you involved in the investigation against

17   the defendant, Said Rahim?

18   A.   I was.

19   Q.   In what way?

20   A.   I was asked to participate in March of 2017,

21   surveillance of him arriving at Terminal D at DFW

22   Airport for a departure out of the country.

23   Q.   Were you also involved in a search of any of

24   the luggage?

25   A.   I was.  I searched one of his bags.

```
 1   Q.    And how did you go about -- can you describe

 2   how you went about getting the bag and what the

 3   search entailed?

 4   A.    After the defendant proceeded through security,

 5   I waited in the ticket counter area of Terminal D.

 6   And one of my fellow task force officers brought a

 7   piece of luggage to the police substation at

 8   Terminal D.  I followed him to the substation and

 9   searched one of the defendant's bags at the

10   substation.

11   Q.    Was it a standard piece of luggage?

12   A.    Yes; soft-sided roller suitcase.

13            MS. MEEKS:  Your Honor, permission to

14   publish what's been admitted as Government's Exhibit

15   41?

16            THE COURT:  Fine.

17   Q.    (By Ms. Meeks)  Do you recognize this

18   photograph?

19   A.    I do.  That's the suitcase that I searched.

20   Q.    That is the suitcase that you searched that

21   belonged to the defendant?

22   A.    Yes, ma'am.

23   Q.    And where was this photograph taken?

24   A.    It was taken in the police station at

25   Terminal D.
```

```
1   Q.   At the airport?

2   A.   At the airport, yes.

3   Q.   Can we see the next photo?

4        What is this a photograph of?

5   A.   Contents of the piece of luggage that I

6   searched.

7   Q.   This is the interior of the same piece of

8   luggage?

9   A.   Yes, ma'am.

10  Q.   And can we see the next photo, please?

11       What is this a photo of?

12  A.   It is a photo of a box I found within that same

13  piece of luggage.  It appears to be like a box you

14  might have some jewelry in possibly.

15  Q.   Okay.  Can we see the next photo, please?

16       What is this a photo of?

17  A.   It is of the same box, showing the contents,

18  which is a ring and three SIM cards for a phone.

19  Q.   Okay.  Was that inside the box that you found

20  in the luggage?

21  A.   Yes, that box was inside the luggage; yes.

22  Q.   Can I see the next photo, please?

23       What is this a photo of?

24  A.   Those are the three SIM cards that were in that

25  box which was in the luggage.
```

1    Q.    What can you tell us about these?

2    A.    They appear to be SIM cards for a company

3    outside the United States, not a U.S. cellular

4    provider.

5    Q.    Next photo, please?

6          What is this a photo of?

7    A.    Those are the same SIM cards, just on the

8    opposite side.

9    Q.    Are they flipped over?

10   A.    Yes, they are flipped over.

11   Q.    Next photo, please.

12         And what is this a photo of?

13   A.    This is the photo of the suitcase I searched,

14   which contained the box we just talked about.  And

15   in this picture here, the reason this picture was

16   taken was because there was a cell phone within the

17   clothes inside the suitcase.

18   Q.    And you did the search and you found it?

19   A.    Yes.  Yes.

20   Q.    Next photo, please.

21         What is this a photo of?

22   A.    That's the phone that I found in the luggage.

23   Q.    What is this blue tape on it?

24   A.    The blue tape is over the front and back camera

25   of the phone.  With my agency, we're trained to do

1    this on a phone in case we can't discount

2    remote-activated software on phones.  So just for

3    our protection, we put tape over the cameras.

4    Q.    Okay.  So you put that tape there?

5    A.    I did.

6    Q.    Next photo.

7          And again, what is this a photo of?

8    A.    That's the same phone, just flipped over,

9    showing the backside of it.

10   Q.    Okay.  And is that the entirety of the contents

11   of the luggage that you found significant?

12   A.    Yes.

13             MS. MEEKS:  Your Honor, at this time,

14   permission to approach the witness?

15             THE COURT:  Yes.

16             MS. MEEKS:  I'm handing the witness what

17   is marked as Government's Exhibit 42.

18             THE COURT:  It's in, yes.

19             No, it's not in.  I don't see it in.

20             MS. MEEKS:  It's not in, Your Honor.

21             THE COURT:  No.

22   Q.    (By Ms. Meeks)  Officer Street, do you

23   recognize what's marked as Government's Exhibit 42?

24   A.    I do.  These are the three SIM cards that were

25   in the pictures that I found in the luggage.

```
1   Q.   How can you tell they are the same SIM cards?
2   A.   They match the photograph, and from the
3   photograph I recognize these as the cards that I
4   found.
5   Q.   And those are the cards that you found
6   directly?
7   A.   Yes, ma'am.
8   Q.   Are they in substantially the same condition as
9   they were when you found them?
10  A.   They are.
11        MS. MEEKS:  At this time, Your Honor, the
12  government would move to admit Government's Exhibit
13  42 into evidence.
14        THE COURT:  Mr. Whalen?
15        MR. WHALEN:  No objection.
16        THE COURT:  Government's 42 is in.
17  Q.   (By Ms. Meeks)  If you could hold those up for
18  the jury so they get a chance to see them.
19  A.   This is the backside showing the chip that the
20  phone reads when you insert it.
21        And there's the front.
22  Q.   Thank you, Officer Street.
23        MS. MEEKS:  Permission to approach the
24  witness again, Your Honor?
25        THE COURT:  Yes.
```

**SHAWNIE ARCHULETA, CSR/CRR**
**FEDERAL COURT REPORTER - 214.753.2747**

1    Q.   (By Ms. Meeks)  Handing the witness

2    Government's Exhibit 60.

3              MS. MEEKS:  This has been preadmitted,

4    Your Honor.

5              THE COURT:  All right.

6    Q.   (By Ms. Meeks)  Do you recognize this?

7    A.   Yes.  This is the phone that I found in the

8    luggage that we saw the pictures of.

9    Q.   Can you hold that up for the jury so they can

10   take a look?

11   A.   (Witness complied.)

12   Q.   Okay.  Permission to retrieve that, Your Honor?

13             MS. MEEKS:  Thank you.

14   Q.   (By Ms. Meeks)  What did you do with the --

15   with Government's Exhibit 60 and 42, the SIM cards

16   and the phone once you retrieved them from the

17   luggage?

18   A.   I turned them over to Gwen Dove who works for

19   the North Texas Regional Forensic Laboratory of the

20   FBI here in Dallas.

21   Q.   Was Ms. Dove also at the airport with you?

22   A.   She was.

23   Q.   Why did you turn them over to her?

24   A.   For logical extraction of the cards in the

25   phone.

---

**SHAWNIE ARCHULETA, CSR/CRR**
**FEDERAL COURT REPORTER - 214.753.2747**

1    Q.    What does that mean exactly?

2    A.    It's commonly referred to as like dumping the

3    phone, retrieving the information from the card and

4    the phone through logical means that she had access

5    to.

6    Q.    Doing a digital analysis or pull from the

7    phone, would that be accurate?

8    A.    That's right.

9    Q.    And the same for the SIM cards?

10   A.    Correct.

11   Q.    And did that all occur at the airport?

12   A.    Yes.

13   Q.    What occurred after she did those searches?

14   A.    Once she was done and cataloged what she needed

15   to do for her part, we repacked everything.  I

16   repacked the bag as best I could, as I found it, and

17   turned it over to Agent Golomb.  And then he took

18   them back, I presume, to the defendant.

19   Q.    Did you have any other involvement that day?

20   A.    I did.  I was assigned surveillance of the

21   defendant.

22   Q.    Did you see the defendant later with the

23   luggage?

24   A.    I did.

25   Q.    In what way?  Can you describe it?

1  A.   We were made aware that he was departing the

2  secure side of the airport.  He exited the TSA

3  checkpoint.  And what I observed of him is he was

4  looking around to presumably make sure he had all of

5  his belongings, and he was heading towards the exit

6  to exit the terminal into the traffic area in front

7  of the airport on the sidewalk.

8  Q.   At that point was he arrested?

9  A.   He was.

10        MS. MEEKS:  Your Honor, permission to show

11 the witness -- approach the witness with

12 Government's Exhibit 55?

13        THE COURT:  Yes.

14 Q.   (By Ms. Meeks)  Officer Street, do you

15 recognize these documents?

16 A.   I do.  They are from a computer database that

17 we use every day at work.

18 Q.   What database is that?

19 A.   It's a Tax Treasury Enforcement Communication

20 System.

21 Q.   What does that database do?

22 A.   It does many make things, one of which is, the

23 airline is required, when they have an international

24 flight, to submit a manifest for international

25 flights other than Canada, Mexico or the Caribbean.

1    It's up to 72 hours.  As they build that manifest,
2    they submit it to my agency, CBP, for vetting,
3    inbound and outbound, and these are some of those
4    records.
5    Q.   Are you familiar with those individual records?
6    A.   I am.
7    Q.   And you recognize them to be from the database?
8    A.   That's right.
9    Q.   Are they in substantially the same form as you
10   had seen them previously?
11   A.   Yes.
12           MS. MEEKS:  Your Honor, at this time I
13   would move to have Government's Exhibit 55 admitted
14   into evidence.
15           THE COURT:  Any objection?
16           MR. WHALEN:  I'm not sure.  Can I see the
17   exhibit?
18           THE COURT:  Yes.  Come on up.
19           MR. WHALEN:  May I approach?
20           (Pause.)
21           MR. WHALEN:  May I talk to counsel?
22           THE COURT:  Yes, sure.
23           (Discussion off the record.)
24           MR. WHALEN:  No objection.
25           THE COURT:  Government's Exhibit 55 is in.

```
 1          MS. MEEKS:  Your Honor, permission to
 2   publish Government's Exhibit 55 to the jury?
 3          THE COURT:  Sure.
 4   Q.  (By Ms. Meeks)  Officer Street, what is it that
 5   we are looking at here?
 6   A.    This is information from APIS, Advance
 7   Passenger Information System.  And this is what the
 8   airline submits to Customs and Border Protection for
 9   vetting of passengers inbound or outbound the United
10   States on an international flight.
11   Q.  Can you take us through each section so we can
12   see?  And if it helps, I can highlight the section
13   so we know what we're looking at here.
14          Actually, I think we are going to make it
15   larger.  Perfect.
16          So this part here in this box, can you walk us
17   through what's in this box here?
18   A.    Yes.  This part is what was queried in the
19   database to produce the results underneath of it.
20   So here we have from January 1, 2002, to April 4,
21   2019, the last name, first name, date of birth of
22   the person being queried.
23          And with Customs and Border Protection, to get
24   these records as they are here today, the case agent
25   must be very specific in what they want queried,
```

1   because that's all that will be queried.  Whoever is
2   doing the query will not take it upon themselves to
3   try name variations in case they think something
4   might be misspelled.  That's what they were given to
5   query, that name, that date range, and the results
6   produced underneath.
7   Q.   How about these blocks down here on the side.
8   Can you take us through this first one with the last
9   name column?
10  A.   Yes.  As I said, the individual queried for
11  certified records this name, date of birth, date
12  range, so we have the defendant's last name.  And as
13  you see here, the first name all they put was Said,
14  they did not put a middle name.  But given that name
15  combination with that date of birth, it did return
16  result with the defendant's first, last name and
17  middle name.
18        And then what we have next to that is the date
19  of birth.  The document type next to the date of
20  birth, that's what returned as the document
21  presented on the defendant's behalf.  So the "P" is
22  for passport.  He has a U.S. passport.  That's what
23  he presented at check-in or to certify to the
24  airlines that he is indeed able to travel on an
25  aircraft with a document in his name and his date of

1  birth.

2        And then next to doc type is document number.

3  That is his passport number.

4        And the date-time, next to that, the dates are

5  all of the dates for scheduled travel.  And I say

6  "scheduled," because if you go over to the third

7  column, I/O, that's inbound or outbound.  On inbound

8  flights, when people do check in, they do make that

9  flight, we are for certain they are on board or not

10  on board.  With outbound flights, we are just

11  notified that they are scheduled to go outbound.

12        And the site next to that would be a code that

13  is specific to the computer database.  That shows

14  where the defendant arrived in the United States.

15  So for example, as you go down the site column, you

16  will see a number prefixed by the letter A.  That

17  means it was an airport.  A-557, for example, that's

18  the code in this computer system that signifies DFW

19  International Airport.  A-392 would be Chicago;

20  A-524 would be Houston; A-385 would be Detroit

21  International Airport in Detroit, Michigan.

22        And then the INSP column, that's the inspector

23  on the inbound trip that actually swiped the

24  document.  And they redacted that part because it's

25  the inspector's Social Security number.

1     And then the type, APIS, Advance Passenger
2  Information System, that's what this database is
3  drawing from that the airline is required by law to
4  submit the information to.
5     And then status, March 2017 being the recency
6  of that date, that's how we know -- we know for a
7  fact that he was not on board.  As travel dates get
8  older, some of the information does drop off.
9  Q.   And March 5th, 2017, was that the date that you
10 were at the airport also to conduct the search?
11 A.   Correct.
12 Q.   And then these last two columns here, the
13 arrival location and departure location, is that
14 what that stands for?
15 A.   That's right.  So it will be the first -- if
16 it's an outbound international flight, that would be
17 the first foreign airport that an individual would
18 arrive to.  So FRA would be Frankfurt.  And then it
19 also tells us what the last U.S. airport he was at,
20 where he departed from, so DFW.
21     So as you go down with the I/O column, it
22 correlates, outbound/inbound, outbound/inbound.  And
23 then that would also correlate with the arrival and
24 departure locations.  If it's an outbound flight,
25 your arrival location will be a foreign airport.

```
 1   Q.   So will this reflect all of the international
 2   travel via plane that the person identified here had
 3   taken?
 4   A.   Within the date range specified for the query,
 5   yes.
 6   Q.   Okay.  And from this can you tell prior to that
 7   day, on March 5th, 2017, the last time that the
 8   defendant had traveled internationally?
 9   A.   Yes; it was 2011.
10   Q.   And is that reflected in that box there?
11   A.   That's right.
12   Q.   Can we see the next page, please?
13        What is -- Officer Street, what is this that we
14   are looking at here?
15   A.   This is just an explanation of the codes for
16   the previous page for airports, for location codes
17   and for document codes.
18   Q.   So the codes that are on the left would
19   correspond with the next column, which would be the
20   name of the airport?
21   A.   That's right.
22   Q.   Okay.  And can we see the next document,
23   please?
24        What is this that we are looking at here?
25   A.   This is, as I explained with the first document
```

1    you saw, the date range, name queried by the

2    individual who does this for record certification

3    for these purposes.  From January 1, 2002, to April

4    4th, 2019, they searched the last name Musbah and

5    first name Mena, with March 21, 1989, as date of

6    birth.  There were no filter criteria, so it was

7    first name, last name, date of birth, and it

8    returned no results for any type of inbound/outbound

9    international travel.

10   Q.   So if the individual identified in here had

11   made international travel between those dates, would

12   it have been reflected?

13   A.   It would have been reflected like the first

14   page you saw with inbound/outbound documents and

15   what I explained about arrival code/departure code,

16   that type of table would be under these search

17   results.

18   Q.   What can you tell from the negative returns?

19   A.   That given this name with this date of birth,

20   there is no international travel for that person.

21   Q.   Can we see the next page, please?

22        Is this a similar form?

23   A.   Similar form.  It appears that whoever

24   submitted the query to CBP headquarters for

25   certification of records, as I said, whoever

1    conducts this in Washington, D.C., is only searching

2    what is provided to them.

3    Q.    And what name are they searching in this case?

4    A.    Daras, D-A-R-A-S, first name Minas, M-I-N-A-S,

5    and the date of birth, March 21, 1989.

6    Q.    What does this tell you having negative

7    results?

8    A.    That the person with this name spelling and

9    this date of birth has not had any international

10   travel in- or outbound.

11   Q.    Can we see the next page, please?

12         Once again, Officer Street, what are we looking

13   at here?

14   A.    Same thing as described before, just a name

15   variation.  This one being Daris, D-A-R-I-S, first

16   name Minas, M-I-N-A-S, March 21, 1989, for date of

17   birth.  And again, the way this record is and as it

18   appears, there is no international travel in- or

19   outbound for a person with this name and date of

20   birth.

21   Q.    Okay.  Next page, please.

22             MS. MEEKS:  That's all the questions I

23   have for you, Officer Street.

24             THE WITNESS:  Thank you.

25             THE COURT:  Cross-examination, Mr. Whalen.

```
 1                    CROSS-EXAMINATION
 2   BY MR. WHALEN:
 3   Q.    Officer Street, how are you?
 4   A.    Pretty well.
 5   Q.    Okay.  Just so I understand it, on March 5th,
 6   2017, you were at the airport, correct?
 7   A.    That's right.
 8   Q.    And you were in Terminal D?
 9   A.    Terminal D as in David, yes.
10   Q.    And were you outside TSA or past TSA?
11   A.    I was outside TSA on the nonsecure side.
12   Q.    And at the nonsecure side, were you at the
13   Luftansa desk?
14   A.    In front of the seating in front of it, yes,
15   sir.
16   Q.    Did you see Mr. Rahim check in at the Luftansa
17   desk?
18   A.    Yes.
19   Q.    How many bags did he have with him?
20   A.    Two roller suitcases and I believe some
21   carry-on luggage.
22   Q.    And after he checked in at Luftansa, what
23   happened to his two -- did Luftansa personnel touch
24   his two roller bags?
25   A.    From what I recall, I believe they had -- he
```

```
 1   had left them there at the counter to proceed
 2   through security once he received whatever it was
 3   that permitted him to go through security from the
 4   airline.
 5   Q.   So when he went through security, he did not
 6   have the two roller bags at that point.
 7   A.   No.
 8   Q.   And then you took possession of one of the
 9   roller bags, correct?
10   A.   Correct.  It was brought to me.  I followed my
11   fellow task force mate to the substation where,
12   then, we did the search there.
13   Q.   Who brought it to you?
14   A.   I believe it was a fellow task force officer
15   with TSA.
16   Q.   Who?
17   A.   Fellow task force officer with TSA, Tony
18   McLemore, I believe.
19   Q.   And the bag that you searched, isn't it true
20   you were -- there was already a search warrant for
21   that bag?
22   A.   I believe there was.
23   Q.   Okay.  Because you couldn't just search it
24   without it, correct?
25   A.   Either consent to search the bag or the search
```

1    warrant, one or the other would have to be obtained.
2    Q.    At that time you did not have any personal
3    contact with Mr. Rahim, correct?
4    A.    I did not.
5    Q.    So there wasn't any consent -- you didn't get
6    any direct consent from him, correct?
7    A.    No.  I was told by the task force mate that
8    brought the bag to me, "We have consent," and I took
9    his word for it that consent was obtained and did
10   the search.
11   Q.    Let me back up, because you shrunk the time
12   here.
13         So he checks in at the Luftansa gate.  What
14   time was that?
15   A.    From the best of my recollection, possibly 10,
16   11 o'clockish maybe.
17   Q.    And he goes through TSA security, correct?
18   A.    Correct.
19   Q.    Then how much soon after that did the bag come
20   to you to search?
21   A.    Maybe 30ish minutes, give or take a few
22   minutes.  I'm not 100 percent on that.
23   Q.    And you searched the bag and you found what we
24   saw in the pictures, correct?
25   A.    Correct.

1  Q.   And you gave the bag back, right?

2  A.   I gave it back to Agent Golomb, yes, sir.

3  Q.   And at some point, Mr. Rahim comes out of TSA

4  into the nonsecure area?

5  A.   That's correct.

6  Q.   And isn't it true that when he comes out, he

7  goes to the Luftansa gate to see about getting on

8  another flight?

9  A.   I believe he might have talked with Luftansa

10 for a minute or two, but from what I remember

11 observing of him, he had started walking to the exit

12 door.

13 Q.   But you do recall at some point he did talk to

14 somebody from Luftansa.

15 A.   I believe he did.

16 Q.   Okay.  And did you know at that point when you

17 were at the airport that he was not getting on that

18 plane.

19 A.   We had an idea that it was a possibility, yes.

20 Q.   Did you know he was on a no-fly list and he

21 wasn't going to be allowed to board?

22 A.   It had been talked about, but I did not know

23 100 percent.

24 Q.   And then you placed him under -- you -- you

25 transported him to the Dallas County Jail, correct?

1    A.    Postarrest, I did, yes.

2    Q.    Did you place him under arrest?

3    A.    I did not.

4    Q.    And is that the extent of your participation in

5    this case?

6    A.    The following day, I transported him from the

7    FBI offices for his initial appearance in this

8    building.

9    Q.    So other than searching the bag and pulling

10   Exhibit 55, that's all you did, correct?

11   A.    Correct.

12   Q.    Okay.  Now, as it relates to Exhibit 55, if you

13   put in names and the names are not spelled exactly

14   correct, will it hit sound-alike records or just --

15   or it will not?

16   A.    With this particular search, the way it was for

17   these records, it's exact only.  So as you put the

18   name in, it will return results based off that

19   specific spelling.

20   Q.    So if it's misspelled or a letter is off, it's

21   not going to pull any results.

22   A.    That's right.

23   Q.    And if we look at Exhibit 55, it shows the

24   travel document he had was a passport; is that

25   correct?

1   A.    That's correct.

2   Q.    It's a United States passport; is that correct?

3   A.    Correct.

4   Q.    It's your understanding he is a United States

5   citizen, correct?

6   A.    Yes.

7   Q.    Born here in New Jersey?

8   A.    Correct.

9           MR. WHALEN:  I'll pass the witness.

10          THE COURT:  Redirect?

11          MS. MEEKS:  Nothing further, Your Honor.

12          THE COURT:  You may step down.  You are

13  excused.  You cannot talk about the case until it's

14  over.

15          Call your next witness.

16          MS. MARTIN:  Yes, Your Honor.  The

17  government calls Jake Hauske.

18          (Witness sworn.)

19          THE WITNESS:  I do.

20          COURT SECURITY OFFICER:  Have a state, and

21  state and spell your first and last name.

22          THE WITNESS:  My name is Jake Hauske.

23          THE COURT:  Okay.  Talk out this way.

24          THE WITNESS:  My name is Jake Hauske.

25

```
 1                        JAKE HAUSKE,

 2   having been first duly sworn, testified as follows:

 3                      DIRECT EXAMINATION

 4   BY MS. MARTIN:

 5   Q.    Will you spell your last name, please?

 6   A.    H-A-U-S-K-E.

 7   Q.    Mr. Hauske, where do you work?

 8   A.    I am currently at the FBI's Fort Worth Resident

 9   Agency.

10   Q.    What do you do there?

11   A.    I am a staff operation specialist.

12   Q.    What does that mean?

13   A.    I provide tactical analysis to investigations.

14   Q.    And what squad are you assigned to?

15   A.    I am assigned to an intel squad, IN3.

16   Q.    How long have you been an SOS with the FBI?

17   A.    I've been an SOS for approximately six years.

18   Q.    And are you currently working in Dallas?

19   A.    I'm currently working in Fort Worth.

20   Q.    Did you previously work in Dallas?

21   A.    I did, yes.

22   Q.    Have you worked anywhere else for the FBI?

23   A.    In the Detroit Division.

24   Q.    What types of cases are you typically assigned

25   to?
```

1  A.   Almost entirely counterterrorism cases.

2  Q.   Did you assist in the investigation of Said

3  Rahim?

4  A.   Yes, ma'am.

5  Q.   And was it research type of assistance?

6  A.   Yes, it was -- it was specific.  On one

7  occasion I assisted with request from the case

8  agent.

9        MS. MARTIN:  Your Honor, may I approach

10  the witness?

11        THE COURT:  Yes.

12        And is it all right if the last witness is

13  in here?

14        MS. MARTIN:  He's been excused.

15        THE COURT:  All right.

16  Q.   (By Ms. Martin)  Mr. Hauske, I just handed you

17  what's been marked as Government's Exhibit 309.

18        What is that?

19  A.   It is a DVD containing the contents from an

20  archive that was hosted on archive.org.

21  Q.   And why did you go to the archive.org?

22  A.   So in October of 2018, I was approached by the

23  case agent, Special Agent Dwayne Golomb.  I was told

24  that they had identified the owner of a pro-ISIS

25  Zello chat room, entitled, "The State of the Islamic

1    Caliphate."

2        Within that user's profile, there was a link to

3    an archive hosted at archive.org.  I was requested

4    to memorialize the content from that archive.  So on

5    October 23rd, 2018, I navigated to the website.  I

6    took screenshots of all the content appearing on

7    that website.  And then I downloaded 73 files, all

8    of which were in Arabic, and then I burned them to

9    this DVD.

10   Q.   You linked the archive directly from the web

11   page?

12   A.   Yes, ma'am.  The link contained in the user's

13   profile was to that archive.

14   Q.   And what was the website or application of the

15   owner's profile?

16   A.   I'm sorry?

17   Q.   Do you recall what the application was where

18   the link was --

19   A.   It was a Zello profile.

20   Q.   And have you reviewed the contents of that DVD?

21   A.   Yes, ma'am.

22   Q.   And does it contain the information that you

23   downloaded on that date in October?

24   A.   Yes, ma'am.

25   Q.   Had it been altered in any way?

1    A.    Not to my knowledge, no.

2    Q.    Do you recognize that specific DVD?

3    A.    Yes, ma'am.

4    Q.    How do you recognize it?

5    A.    I reviewed the contents in your presence

6    yesterday.

7    Q.    And are there any markings that suggest that's

8    the same CD?

9    A.    My initials are on it.

10            MS. MARTIN:  At this time, the government

11   moves to admit Government's Exhibit 309.

12            THE COURT:  Mr. Whalen?

13            MR. WHALEN:  Your Honor, we would object

14   to 309.

15            THE COURT:  Do you have any questions to

16   ask him?

17            MR. WHALEN:  I don't.  Not at this time.

18            THE COURT:  I'm going to admit 309.

19   Government's Exhibit 309 is in.

20            MS. MARTIN:  Your Honor, I will pass the

21   witness.

22            THE COURT:  All right.  Cross-examination.

23                    **CROSS-EXAMINATION**

24   **BY MR. WHALEN:**

25   Q.    When did you do this?

---

**SHAWNIE ARCHULETA, CSR/CRR**
**FEDERAL COURT REPORTER - 214.753.2747**

1    A.    It was October 23rd of 2018.

2    Q.    October 23rd of 2018.

3    A.    Yes, sir.

4    Q.    And you went to archive.org?

5    A.    It was a longer link.  It was -- the main

6    domain was archive.org, and I believe the archive

7    was A underscore 912, I believe.

8    Q.    Okay.  And how did you get to this again, just

9    so I understand it?

10   A.    I was provided the link from the case agent,

11   Special Agent Dwayne Golomb.

12   Q.    Okay.  And so basically all that you did was,

13   on October 23rd, 2018, take that link, put it into a

14   browser and downloaded what you found?

15   A.    Pretty much, yes, sir.

16            MR. WHALEN:  All right.  I will pass the

17   witness.

18            THE COURT:  Anything else?

19            MS. MARTIN:  No, Your Honor.

20            May this witness be excused?

21            THE COURT:  Mr. Whalen, do you agree?

22            MR. WHALEN:  Yes, he can be excused.

23            THE COURT:  You may be excused.  Just

24   remember not to talk about the case until the case

25   is over.

```
1              Next witness, please.
2              MS. MARTIN:  Yes, Your Honor.  The
3   government calls Special Agent Nolan Blanchette.
4              THE COURT:  Come on up here, please.
5              (Witness sworn.)
6              THE WITNESS:  I do.
7              COURT SECURITY OFFICER:  Have a seat and
8   state and spell your first and last name for the
9   record.
10             THE WITNESS:  First name is Nolan
11  N-O-L-A-N.  Last name is Blanchette,
12  B-L-A-N-C-H-E-T-T-E.
13             THE COURT:  Sit a little closer to the
14  microphone.  Go ahead.
15                   NOLAN BLANCHETTE,
16  having been first duly sworn, testified as follows:
17                   DIRECT EXAMINATION
18  BY MS. MARTIN:
19  Q.   Special Agent Blanchette, where do you work?
20  A.   I'm employed by the U.S. Department of State's
21  Diplomatic Security Service.
22  Q.   And where are you currently assigned?
23  A.   I'm currently assigned to the JTTF with the FBI
24  here in Dallas.
25             THE COURT:  You've got to sit closer to
```

1    the microphone.  Go ahead.

2    Q.    (By Ms. Martin)  And does JTTF mean Joint

3    Terrorism Task Force?

4    A.    It does.

5    Q.    How long have you been with the State

6    Department?

7    A.    12 years.

8    Q.    What did you do before you joined the State

9    Department?

10   A.    I was a border patrol agent, U.S. Border Patrol

11   agent.

12   Q.    Where were you assigned as a border patrol

13   agent?

14   A.    I was assigned to El Paso sector, Tucson

15   sector, and Yuma sector.

16   Q.    With the State Department -- what have your

17   assignments been as a special agent with the State

18   Department?

19   A.    I've been assigned to our Violent Crimes Unit,

20   which investigates crimes against or by Chief

21   Admission Personnel overseas:  Afghanistan,

22   Pakistan, Iraq; and again, in Afghanistan, Trinidad

23   and Tobago and Honduras.

24   Q.    Have you ever worked as a special agent in

25   Syria?

1   A.    In a protective format, yes.

2   Q.    So you've been in and out.

3   A.    Yes.

4   Q.    What type of work did you do in Trinidad and

5   Tobago?

6   A.    I primarily worked on -- in an investigative

7   capacity on travelers either trying to come

8   illegally to the United States or the foreign

9   fighter issue.  Trinidad has a number of foreign

10  fighters that had traveled to Syria.

11  Q.    And what about with respect to your work in

12  Iraq?  What types of duties did you have?

13  A.    My last tour there was as the Protective

14  Operations Chief, so I oversaw basically any -- any

15  movement of U.S. Government personnel in Northern

16  Iraq as far as the security protection details.

17  Q.    What about Afghanistan?

18  A.    In Afghanistan, I was a regional -- like a

19  security -- protective security measures.  So it

20  would be anything from the barriers that protect the

21  Embassy to the outlying guard posts to the foreign

22  nationals that we used to man those guard posts at

23  the different facilities; so Herat, Mazar-i-Sharif

24  and Kabul.

25  Q.    What was going on in the Middle East while you

1   were serving there?

2   A.   Are you referring to being a War Zone?

3   Q.   Yes.

4   A.   Yes, very much so.

5          MS. MARTIN:  May I approach the witness?

6   Q.   (By Ms. Martin)  Special Agent Blanchette, I

7   have handed you what's been marked as Government's

8   Exhibit 54.

9        What is that?

10  A.   This appears to be a United States passport.

11  Q.   If you could open it, please.

12         MS. MARTIN:  And, Your Honor, this exhibit

13  has --

14         THE COURT:  It's in.

15         MS. MARTIN:  If we could publish it,

16  please.

17  Q.   (By Ms. Martin)  Special Agent Blanchette,

18  whose passport is this?

19  A.   This passport is issued to Said Azzam Mohamad

20  Rahim.

21  Q.   If we could see the next page, please.

22       And the next page.

23       Is that what you are looking at in the

24  passport, Special Agent Blanchette?

25  A.   Yes.

37

```
 1   Q.    And when was this passport issued?

 2   A.    Twenty-third of October 2007.

 3   Q.    And when did it expire?

 4   A.    22nd of October 2017.

 5   Q.    And this U.S. Passport reflects that Mr. Said

 6   Rahim is a United States citizen?

 7   A.    Yes, by virtue of birth in New Jersey.

 8   Q.    Now, if you will take a look at Government's

 9   Exhibit 69.

10         If we could publish that, please.

11         What is this?

12   A.    This is a birth certificate from the State of

13   New Jersey.

14   Q.    And whose birth certificate is it?

15   A.    I'm looking for the name on it.  Rahim -- or

16   Said Rahim.

17   Q.    And does this match up with the passport?

18   A.    It does by date of birth and name, yes.

19   Q.    Now, you worked for the Border Patrol and the

20   State Department for more than 10 years?

21   A.    Yes.

22   Q.    Any reason somebody would need to travel with

23   their birth certificate internationally?

24   A.    It can be indicative of intending emigrant.  So

25   having a passport conveys your citizenship.  So if
```

```
 1   you are taking your additional documents with you,
 2   at times it does indicate that they are intending to
 3   immigrate.
 4   Q.   When you say "intending to immigrate," you mean
 5   stay at the destination?
 6   A.   Correct.
 7   Q.   But if you have a U.S. passport and U.S.
 8   citizen, can you always come back to the United
 9   States?
10   A.   Yes.
11           MS. MARTIN:  Pass the witness, Your Honor.
12           THE COURT:  Cross-examination.
13                   CROSS-EXAMINATION
14   BY MR. WHALEN:
15   Q.   Is it Agent Blanchette?
16   A.   Yes, sir.
17   Q.   Would it also make sense to bring your birth
18   certificate with you if you are trying to get a Visa
19   for your daughter who was not a U.S. citizen?
20   A.   For her to immigrate to the U.S.?
21   Q.   Yes.
22   A.   Generally that would be generated in the United
23   States with a petition for her to immigrate.
24   Q.   But if you started it in the country where she
25   was, it would make sense to have it just in case?
```

```
 1    A.    Yes.
 2              MR. WHALEN:  Okay.  Pass the witness.
 3              THE COURT:  Anything else?
 4              MS. MARTIN:  No more questions, Your
 5    Honor.
 6              THE COURT:  You may step down.  I will
 7    tell you that you just can't talk about the case
 8    until it's over.
 9              THE WITNESS:  Yes, ma'am.
10              THE COURT:  Call your next witness.
11              MS. MARTIN:  Your Honor, may this witness
12    be excused as well?
13              THE COURT:  Yes.
14              MR. WHALEN:  Yes, Your Honor.
15              THE COURT:  Yes, you may be excused.
16              MS. MARTIN:  The government calls Gwen
17    Dove.
18              (Witness sworn.)
19              THE WITNESS:  Yes.
20              COURT SECURITY OFFICER:  Have a seat, and
21    state and spell your first and last name for the
22    record.
23              THE WITNESS:  Gwen Dove, G-W-E-N, D-O-V-E.
24
25
```

40

| | |
|---|---|
| 1 | **GWEN DOVE,** |
| 2 | **having been first duly sworn, testified as follows:** |
| 3 | **DIRECT EXAMINATION** |
| 4 | BY MS. MARTIN: |
| 5 | Q.   Ms. Dove, where do you work? |
| 6 | A.   I have been employed by the FBI for almost 22 |
| 7 | years, and I'm currently working at the NTRCFL. |
| 8 | That's the North Texas Regional Computer Forensics |
| 9 | Laboratory. |
| 10 | Q.   And do you have a special assignment at the |
| 11 | RCFL? |
| 12 | A.   Yes; basically to image and preserve the |
| 13 | evidence of different computers, different digital |
| 14 | evidence that's involved in crimes. |
| 15 | Q.   And are you on any specific response teams? |
| 16 | A.   Yes.  On CART.  It's Computer Analysis Response |
| 17 | Team. |
| 18 | Q.   And what is your -- do you have any |
| 19 | certificates or licenses? |
| 20 | A.   Yes.  I have certifications in Windows, |
| 21 | Macintosh, Linux and cell phones.  And each one of |
| 22 | those disciplines requires a certain amount of |
| 23 | training and testing, depending on, you know, the |
| 24 | year and what's involved. |
| 25 | Q.   What is your -- your official title -- or what |

1    is your official position?

2    A.    Computer Forensics Examiner.

3    Q.    How long have you been doing that?

4    A.    Almost -- let's see, about 20 years now.

5    Q.    Are you trained in any specific types of

6    forensic examinations?

7    A.    Yes.  Like I said, I have certifications in

8    Linux, Windows, Macintosh and cell phones.  So each

9    one of those, like if it's a Windows system,

10   operating system, then I, you know, would use my

11   certification in Windows to examine that.

12         And Macintosh, the same thing for Macintosh

13   systems.  Linux systems, the same way.  If it's a

14   Linux operating system, then a Linux examination has

15   to be done.  Cell phones are the same thing, whether

16   it be an iPhone or an Android phone.

17   Q.    Now, when you talk about cell phones

18   specifically, when you get a cell phone and you are

19   going to do a forensic examination on it, what's the

20   first thing you do?

21   A.    That's a complicated question to answer.  So it

22   depends if it's an iPhone or an Android phone.  It

23   also depends if it's locked or not.  Android phones,

24   you can pretty much turn them off when you receive

25   them.  We always put them in airplane mode first to

1    make sure there's no WiFi going on, and we remove

2    the SIMs.

3    Q.    What is your goal when you get these phones?

4    What ultimately are you trying to do?

5    A.    To extract the data from the phones.

6    Q.    And do you use software to do that?

7    A.    Yes.  Yes, we do.

8    Q.    Do you have to take a lot of training on phones

9    in order to stay up to date on the different types?

10   A.    Yes.  It's constantly evolving.  I'm sure

11   everyone knows how technology is growing so fast.

12   So, yes, it's a constant battle.

13   Q.    Now, you've been working with the FBI for 20

14   years; is that right?

15   A.    Yes.  Well, 22 almost.

16   Q.    Do you typically -- are you involved with

17   particular cases or do you just take the evidence as

18   it comes in?

19   A.    It depends.  Like we do -- we have a

20   collaboration with the state and local police, too.

21   So on a lot of those cases, we do the analysis, you

22   know, for the detective, depending on what he's

23   looking for.

24        Most of the FBI cases, though, the agents do

25   the analysis.  And so we have a dedicated network

43

1    that we can present the results of these
2    examinations up on the desktop, in a virtual desktop
3    for the agents so they can just view it from their
4    desk.  They can't manipulate it in any way, but they
5    can view it.
6    Q.    Essentially you are extracting the information
7    and giving it to the agent?
8    A.    In this case, yes, I believe so.
9    Q.    Let's talk about this specific case.
10        When do you recall first becoming involved in
11   evidence collection in this case?
12   A.    It was when a phone, a Sony Xperia was brought
13   in prior to this search.
14   Q.    At some point, were you required to go to the
15   DFW Airport?
16   A.    Yes.
17   Q.    Why were you asked to go to the DFW Airport?
18   A.    To extract data from an iPhone, an HTC phone --
19   well, whatever was found, and there was three SIMs
20   also.
21   Q.    Was that on March 5th, 2016?
22   A.    Yes.
23   Q.    And you said, "whatever was found."  Did you
24   have search warrants ahead of time for whatever
25   might be found?

44

```
1    A.    Yes.
2    Q.    And I believe you mentioned the -- you
3    mentioned three SIM cards; is that correct?
4    A.    Yes.
5              MS. MARTIN:  Your Honor, may I approach?
6              THE COURT:  You may.
7    Q.    (By Ms. Martin)  Ms. Dove, do you see
8    Government's Exhibit Number 41?
9    A.    Yes.
10   Q.    Are those the SIM cards you performed
11   extractions on?
12   A.    Yes.
13   Q.    And if you will take a look at Government's
14   Exhibit 43 that I have placed in front of you as
15   well?
16   A.    (Witness complied.)
17   Q.    I believe it's on the ledge, Ms. Dove.
18   A.    Oh, 43.  Okay.  Gotcha.  Uh-huh.
19   Q.    What is Government's Exhibit 43?
20   A.    This is a SIM card extraction -- no, this is
21   the HTC extraction.
22   Q.    Is that Government's Exhibit 43?
23   A.    Yes.
24   Q.    If you can take a look the Government's Exhibit
25   45, please.
```

4.5

```
1    A.    Okay.
2    Q.    What is that?
3    A.    This is the SIM card extraction.
4    Q.    And who performed that extraction?
5    A.    I did.
6    Q.    And what software did you use?
7    A.    I was using -- it's called UFED 4PC.  It stands
8    for -- UFED stands for Universal Forensic Extractor
9    Device, and it's made by a company called
10   Cellebrite.  It's widely used throughout the
11   industry.
12   Q.    And did you use that software to extract data
13   from that SIM card?
14   A.    Yes.
15   Q.    And did you use the process and the procedure
16   that you normally use when you extract information
17   from a SIM card?
18   A.    Yes.
19   Q.    Was this extraction report generated as a
20   result of your use of that software?
21   A.    It was.
22   Q.    Is that extraction report in the same or
23   substantially the same state as it was when you
24   performed the extraction and generated the report?
25   A.    Yes.  And they do create a hash of the report.
```

46

```
 1    Q.   And are you able to verify that that is your
 2    report?
 3    A.   Yes.
 4              MS. MARTIN:  Your Honor, at this time I
 5    move to admit Government's Exhibit 45.
 6              THE COURT:  Any objection?
 7              MR. WHALEN:  Your Honor, I do have an
 8    objection.  And I can't say it in one or two words,
 9    so if we can approach.
10              THE COURT:  Yes.
11              (Bench Conference:)
12              MR. WHALEN:  Your Honor, we would object
13    to the SIM cards, because there's no authenticity
14    that Mr. Rahim -- even though he possessed the SIM
15    cards, the data on the SIM cards is related to him
16    in any way, because it's just the SIM cards.  So we
17    would object to relevance and then 401 and 403 as it
18    relates to that.  But that's the basis of the
19    objection, as it's not related to him.
20              THE COURT:  Ms. Martin?
21              MS. MARTIN:  Your Honor, they were in his
22    possession and it's an extraction.
23              THE COURT:  I think it goes to the weight
24    and not the admissibility.  I will admit it.
25              (Bench conference concluded.)
```

```
 1              THE COURT:  45 is admitted into evidence.
 2              MR. WHALEN:  And Your Honor, just so the
 3    record is clear, the objection is overruled?
 4              THE COURT:  Overruled.
 5    Q.   (By Ms. Martin)  Ms. Dove, if you can look at
 6    Government's Exhibit 44 that's in front of you as
 7    well?
 8    A.   Yes.
 9    Q.   And what is that?
10    A.   This is another SIM card extraction.
11    Q.   Okay.  And who performed this SIM card
12    extraction?
13    A.   I did.
14    Q.   And what software did you use to do this
15    extraction?
16    A.   The same UFED 4PC, Version 6.
17    Q.   Is this report in the same or substantially the
18    same form it was when you performed the extraction
19    and generated the report?
20    A.   Yes, it is.
21    Q.   Has it been altered in any way?
22    A.   No.
23              MS. MARTIN:  Your Honor, at this time I
24    move to admit Government's Exhibit 44.
25              THE COURT:  Any objection?
```

```
 1              MR. WHALEN:  Your Honor, same objections
 2     as to 44 as we had to 45.
 3              THE COURT:  Same ruling.  It's overruled
 4     and 44 is in.
 5              MS. MARTIN:  May we publish page 1 of
 6     Government's Exhibit 44, please?
 7              THE COURT:  43 is not in, right?
 8              MS. MARTIN:  Yes, Your Honor.
 9              THE COURT:  Okay.
10     Q.   (By Ms. Martin)  Ms. Dove, if you could look at
11     the top.  And right up here it says -- right here,
12     what does it say under Evidence Number?
13     A.   "SIM Number 2."
14     Q.   Okay.  And right here on Notes, what does it
15     say here?
16     A.   It was a password-protected SIM.
17     Q.   So the SIM was password-protected?
18     A.   Yes.
19     Q.   Were you able to extract information?
20     A.   No.  You can password-protect SIMs.
21     Q.   Okay.  Thank you.
22     A.   If anyone doesn't know what SIM stands for --
23              MR. WHALEN:  Objection.  Nonresponsive,
24     Your Honor.
25              THE COURT:  Sustained.
```

```
 1              Wait for a question.
 2              MS. MARTIN:  I will ask you.
 3   Q.   (By Ms. Martin)  What is a SIM card?
 4   A.   It's a Subscriber Information Module.  It tells
 5   the provider how to -- you know, to talk to this
 6   phone.
 7   Q.   And can you take SIM cards out of phones and
 8   then put them in other phones?
 9   A.   Yes, you can.
10   Q.   Okay.  If you will look at Government's Exhibit
11   60 that's in a plastic bag.  Do you see that?
12   A.   Yes.  I don't see the exhibit -- oh, there it
13   is.  60?
14   Q.   Yes.
15   A.   Okay.
16   Q.   Is that one of the phones that you performed an
17   extraction on?
18   A.   Yes, this is the HTC phone.
19        (Discussion between counsel off the record.)
20   Q.   (By Ms. Martin)  Ms. Dove, is 60 the phone you
21   performed an extraction at the airport as well?
22   A.   Yes.
23   Q.   You said it was the HTC phone?
24   A.   Yes.
25   Q.   If you will take a look at Government's Exhibit
```

1    61 in front of you?

2    A.    Okay.  I have it.

3    Q.    And what is this?

4    A.    This is the extraction report for the HTC

5    phone.

6    Q.    Okay.  And did you generate this report?

7    A.    Yes.

8    Q.    And what software did you use to generate this

9    report?

10   A.    After you run 4PC on the initial extraction, it

11   creates a binary file that then you pull into

12   physical analyzer.  It's made by the same company.

13   It's just a -- it puts it into human readable

14   format.  So this binary file from the extraction is

15   put into human readable format.  That's what creates

16   this report.

17   Q.    And is this the software that you generally use

18   for this type of phone?

19   A.    Yes.

20   Q.    And so you are familiar with that?

21   A.    Yes.

22   Q.    Is this report in the same or substantially the

23   same form as it was when you generated it upon

24   extracting the data from the phone?

25   A.    Yes, it is.

1    Q.   Has it been altered in any way?

2    A.   No.

3              MS. MARTIN:  Your Honor, the government

4    moves to admit Exhibit 61.

5              THE COURT:  Any objection?

6              MR. WHALEN:  I have no objection.

7              THE COURT:  61 is admitted.

8              MS. MARTIN:  May I approach again, Your

9    Honor?

10             THE COURT:  Yes.

11   Q.   (By Ms. Martin)  Ms. Dove, I've handed you

12   what's been marked as Government's Exhibit 46, which

13   has been previously admitted.

14        What is that?

15   A.   This is the iPhone, iPhone 6S.

16   Q.   IPhone 6S?

17   A.   Yes.

18   Q.   Did you perform an extraction on the iPhone 6S?

19   A.   Yes.

20   Q.   What software did you use to perform that

21   extraction?

22   A.   The same as the SIM and the HTC, the 4PC.

23   Q.   And if you will take a look at Government's

24   Exhibit 47.

25             MS. MARTIN:  May I approach, Your Honor?

1    I apologize.

2            THE COURT:  You may.

3    A.    Thank you.

4    Q.    (By Ms. Martin)  Ms. Dove, when you performed

5    the extraction of the iPhone, was it a large report?

6    A.    Oh, yes.  It was like over 300 pages.

7    Q.    So it had to be condensed and put on a CD?

8    A.    Yes.

9    Q.    What is Government's Exhibit 47?

10   A.    The CD that contains the report.

11   Q.    And did -- has that report been altered since

12   you performed the extraction using the software on

13   the iPhone?

14   A.    I have seen a printed copy; and no, it hasn't.

15           MS. MARTIN:  Your Honor, at this time we

16   would move to admit Government's Exhibit Number 47.

17           THE COURT:  Any objection?

18           MR. WHALEN:  No, Your Honor.

19           THE COURT:  Government's Exhibit 47 is

20   admitted.

21   Q.    (By Ms. Martin)  Ms. Dove, if you will take a

22   look at Government's Exhibit 43 again.

23   A.    Yes.

24   Q.    This one is not admitted.  But if you look in

25   the Source Extraction section, can you tell the

```
 1    Court and the jury what type of device this was --
 2    this extraction was performed on?
 3    A.    Did you say 43?
 4    Q.    Yes.
 5    A.    This was an HTC phone.
 6    Q.    An HTC phone?
 7    A.    Yes.
 8    Q.    If you will take a look in the middle of the
 9    page.
10    A.    Yes.  Oh, this is a -- I'm sorry, this is a SIM
11    card.
12    Q.    So there was an HTC phone; is that correct?
13    A.    Yes, uh-huh.
14    Q.    Was there also an HTC SIM card?
15    A.    This was not one in the phone.
16    Q.    Okay.  In the SIM cards that you reviewed?
17    A.    Yes.
18    Q.    Okay.
19    A.    We just don't know exactly which phone I think
20    they went to.
21    Q.    And did you perform an extraction on that SIM
22    card?
23    A.    Yes.
24    Q.    And did you use the same software?
25    A.    Yes.
```

1  Q.   And is that report in the same or substantially

2  the same form as it was when you performed the

3  extraction?

4  A.   Yes.

5          MS. MARTIN:  Your Honor, at this time the

6  government would move to admit Government's Exhibit

7  43.

8          THE COURT:  Mr. Whalen?

9          MR. WHALEN:  Your Honor, same objection to

10  43 that I had to 45 and 44.

11         THE COURT:  43 is in.  Overruled.

12  A.

13  Q.   (By Ms. Martin)  And Ms. Dove, if you could go

14  back to Exhibit 47 for one moment.

15      And -- oh, that's the CD.  I apologize, never

16  mind.

17         MS. MARTIN:  At this time, I will pass the

18  witness, Your Honor.

19         THE COURT:  All right.

20         MR. WHALEN:  I have no questions, Your

21  Honor.

22         THE COURT:  You may step down.

23         Both sides agree to excuse this witness?

24         MS. MARTIN:  Yes, Your Honor.

25         MR. WHALEN:  Yes, Your Honor.

```
 1              THE COURT:  Just remember not to talk
 2    about the case until it's over.
 3              THE WITNESS:  Yes.  Thank you.
 4              THE COURT:  Call your next witness.
 5              MS. MARTIN:  The government calls Special
 6    Agent Dwayne Golomb.
 7              (Witness sworn.)
 8              THE WITNESS:  I do.
 9              THE COURT:  Have a seat and state and
10    spell your first and last name for the record.
11              THE WITNESS:  First name is Dwayne
12    D-W-A-Y-N-E.  Last name Golomb, G-O-L-O-M-B.
13              SPECIAL AGENT DWAYNE GOLOMB,
14    having been first duly sworn, testified as follows:
15                   DIRECT EXAMINATION
16    BY MS. MARTIN:
17    Q.   Special Agent Golomb, you've testified
18    previously in this trial?
19    A.   I have, yes.
20    Q.   And could you remind the jury how long you've
21    been with the FBI?
22    A.   I've been with the FBI for 15-and-a-half years.
23    Q.   And what has been your primary assignment in
24    that 15-and-a-half years?
25    A.   I've been investigating international
```

5-6

```
1   terrorism.
2   Q.   And within the last five or so years, have you
3   focused more of your attention on one specific
4   group?
5   A.   In the last five years, more specifically on
6   ISIS or ISIL, yes.
7   Q.   And do you do any training to keep up with the
8   latest information on the threat groups?
9   A.   We do.  We have constantly ongoing training,
10  either through the FBI, bringing experts in or
11  courses from other universities and such.
12  Q.   And can you tell the jury how this -- your
13  investigation of Said Rahim was initiated in this
14  case?
15  A.   Yeah.  In around the early part of April 2016,
16  we received information from another field office of
17  a channel, of an internet channel called The State
18  of Islamic Caliphate.  And on that channel there was
19  a great deal of concern over propaganda, recruiting
20  efforts on this channel and, in particular,
21  individuals that we believed to be in the United
22  States.
23  Q.   And was this hosted by a particular application
24  or website?
25  A.   Yes.  It was an application called Zello.
```

1    Q.   And you discussed it previously, is it
2    primarily utilized through a phone?
3    A.   It's primarily utilized through a phone, yes.
4    Q.   So why would another office contact the Dallas
5    FBI about this channel?
6    A.   In this particular case, when we start to
7    receive records back where we can start identifying
8    IP addresses -- which are kind of like your home
9    address just for the internet -- we start to get an
10   idea of where people may be located who are
11   participating in the room.  In this case, we were
12   getting IP addresses that were coming back to
13   Dallas, Texas.
14   Q.   So did you open up an investigation based on
15   that?
16   A.   We did, yes.
17   Q.   When you opened the investigation, did you
18   start learning about Zello?
19   A.   Yes.
20   Q.   In fact, have you tried to use Zello yourself?
21   A.   I did.  I have downloaded it and tried to
22   become familiar with the application, yes.
23   Q.   So you know how it works?
24   A.   I do.
25   Q.   And you know specifically how this channel

1    works?

2    A.   I do, yes.

3    Q.   You spent a lot of time working on this

4    channel?

5    A.   A lot of time, yes.

6    Q.   The State of the Islamic Caliphate channel was

7    a public channel or private channel?

8    A.   As the expert talked about, Zello has a variety

9    of --

10            MR. WHALEN:  Objection, nonresponsive.

11            THE COURT:  Overruled.

12   A.   Yes, this particular channel is what we call an

13   open channel.  If you had the Zello application and

14   you searched for that name in the room or you

15   searched for similar terms of that room, any

16   individual who had the Zello app could begin

17   listening to the content of that room.

18            THE COURT:  Ask another question.

19   Q.   (By Ms. Martin)  And you said they could begin

20   listening to the content of that room.  And in this

21   particular room, was the content of speakers

22   controlled?

23   A.   It was, yes.

24   Q.   When I say, "was the content of the speakers

25   controlled," were there members in the room who had

59

1   the ability to control who could talk and who could
2   not talk?
3   A.   Right.  This particular channel was at the
4   lowest level.  So any user could listen by logging
5   into the channel.  And then moderators and
6   administrators could then control whether you could
7   speak into the channel, but anybody could listen to
8   the channel.
9   Q.   Now, do you have to use your real name if you
10   join Zello and download the application and join the
11   room, do you have to have your real name displayed?
12   A.   No.  Zello I would characterize as an anonymous
13   app.  You don't have to have verified identification
14   to join Zello.
15   Q.   When you say, "you don't have to have verified
16   identification," what does that mean?
17   A.   A lot of times when you download apps, whether
18   it's FaceBook or Twitter account, you log in with an
19   email or telephone number.  And that provider -- or
20   that application will send you an email saying, Hey,
21   is this you?  Did you sign up for this account?
22   When you click on that link, then you get access to
23   the application.  On Zello if you just provided an
24   email or phone number, you got access regardless if
25   it was an accurate email or phone number.

```
 1  Q.   So they didn't do anything to check it?
 2  A.   No.
 3  Q.   What were some of the user names you initially
 4  identified as coming back to the Dallas area?
 5  A.   We had IP addresses tied to user names
 6  angousha@, hola isis, all way isis and
 7  safer-alshahadah.
 8  Q.   Did you tie those user names to other user
 9  names?
10  A.   Yes.  Shortly after the investigation began, we
11  tied the IP addresses and voice identification to
12  the monikers, Dr. sa7wat and trip W amojahed.
13  Q.   When you say voice ID, were you able to make a
14  voice ID initially?
15  A.   No, it was a team of linguists.
16  Q.   Ultimately did you become familiar with the
17  defendant's voice?
18  A.   I did.
19  Q.   So even though you couldn't understand it, you
20  could recognize the voice?
21  A.   Yes, I could.
22  Q.   Now I'm going to talk a little bit about roles
23  of members on this channel.
24       We've had some testimony about the owner of the
25  channel.  What was the owner?  How did that work?
```

1    A.    So for a user to set up their own channel,

2    there is one owner of the channel.  So one user

3    begins the channel in his name.  So he is the main

4    proprietor of that channel, and he can assign roles

5    out from there, too, other administrators.

6    Q.    So what is an administrator?

7    A.    The administrator, a tier down from the owner,

8    administrator has the ability -- pretty much the

9    only difference there is he has the ability to

10   assign moderators or remove moderators.

11   Q.    He can't change the password to the channel?

12   A.    No, the administrator has no ability to change

13   the profile picture of the channel page.  They

14   cannot delete the channel.  They cannot make any

15   adjustments to the channel.

16   Q.    How about moderators, you mentioned those.

17   What is that?

18   A.    Moderators had more everyday action in the

19   room.  Moderators were allowed to control who became

20   a trusted member in the room so that they could

21   speak.  They could mute users if they didn't like

22   what they were saying.  They could block users from

23   speaking.  Things of that nature.

24   Q.    If we could see Government's Exhibit 15,

25   please.

1          Special Agent Golomb, what is this?

2    A.   This appears to be one of the server logs that

3    Zello provided to us.

4    Q.   And we went over this earlier with

5    Mr. Gavrilov; is that correct?

6    A.   Yes.

7    Q.   What does this log contain?

8    A.   This log is a collection of all the actions

9    that has taken place on the channel.  So all of the

10   actions conducted by admins, moderators, owner of

11   the room, during the duration of the channel.

12   Q.   And this particular log was over 6,000 pages?

13   A.   Very long, yes.

14   Q.   If we could see Government's Exhibit 16.

15        And what is this?

16   A.   This is additionally -- additional server logs

17   from the Zello State of Islamic Caliphate channel.

18   Q.   Well, again, reflects different actions taken

19   by different users in the room?

20   A.   Exactly, yes.

21   Q.   Now, these first two logs, were they connected

22   to the same channel?

23   A.   They were connected to the first channel, the

24   first iteration of the channel as we call it.

25   Q.   Let's explain that a little bit.  We're calling

1   it the iteration.  Why are their different

2   iterations of the channel?

3   A.   It can happen through varied reasons that the

4   channel might be shut down.  In this case, I believe

5   the first iteration of this channel was shut down by

6   Zello for violation of their agreements.  And then

7   what happens is, the channel owner quickly creates

8   the channel again, almost exactly the same name,

9   provides that to the admin and the moderators and

10  they quickly migrate everybody over to the same

11  channel essentially but in a slightly different

12  location.

13  Q.   How many total iterations of The State of the

14  Islamic Caliphate channel were there?

15  A.   There were four iterations.

16  Q.   And were you able to say, yeah, it's the same

17  channel, for a reason?

18  A.   Yes.  It had the same name as translated in

19  Arabic, same photos, same group owner, same admin,

20  same moderators.

21  Q.   So the personnel was the same?

22  A.   Personnel was the same.

23  Q.   If we can see Government's Exhibit 19.

24       What is this?

25  A.   This is another channel server log, probably

64

```
1    another iteration of The State of the Islamic
2    Caliphate channel.
3    Q.   At the top it says, "Channel 1 Server Log."
4    A.   Channel 1 Server one.
5    Q.   The first iteration starts at what number?
6    A.   Zero.  So this would be the second iteration of
7    the channel, correct.
8    Q.   Okay.  If we could see Government's Exhibit 20.
9         What is this?
10   A.   A second server log for that same first
11   iteration -- second iteration of the channel.
12   Q.   And then Government's Exhibit 23.
13        What is this?
14   A.   Description of Channel 2 Server One Log.  This
15   would be the third iteration of the channel; again,
16   all of the moderator/administrator actions that had
17   occurred on the channel.
18   Q.   Government's Exhibit 24, please.
19        What is this?
20   A.   Again, the second server for the third
21   iteration, additional logs of
22   administrator/moderator actions on that channel.
23   Q.   Government's Exhibit 27, please.
24        What is this one?
25   A.   By the name Channel 3 Server One Log, this
```

```
 1    would be the fourth iteration of the channel and all
 2    of its moderator/admin actions.
 3    Q.    And finally, Government's Exhibit 28.
 4    A.    And again, the second server log for the fourth
 5    iteration of the channel.
 6    Q.    Have you reviewed these logs?
 7    A.    I have, yes.
 8    Q.    What size are they?
 9    A.    They are very large.  Each log is probably a
10    thousand pages or so, more than a thousand pages.
11    Q.    So we are talking about tens of thousands of
12    actions by the different people in the room?
13    A.    Yes.
14    Q.    Did you do anything to kind of condense this
15    information to try to make it more manageable in
16    this case?
17    A.    I did.  In dealing with this kind of
18    information, I imported it into like an Excel file
19    so I could sort through all the moderator and the
20    admin actions.
21    Q.    And did you prepare a summary chart?
22    A.    I did.
23    Q.    And did you prepare that summary chart based on
24    the exhibits that we've talked about and that are
25    admitted in Court here today?
```

66

```
 1    A.   I did.  All the information is pulled from

 2    these exhibits.

 3              MS. MARTIN:  Your Honor, I believe this

 4    one has been preadmitted.

 5              THE COURT:  What exhibit?

 6              MS. MARTIN:  Exhibit Number 36.

 7              THE COURT:  36.  Just a second.  Yeah,

 8    it's in.  It's in.

 9              MS. MARTIN:  If we could publish

10    Government's Exhibit 36, please.

11    Q.   (By Ms. Martin)  Special Agent Golomb, is this

12    the summary chart that you prepared?

13    A.   It is.

14    Q.   And what's contained in your summary chart,

15    your condensed chart?

16    A.   So what I did is merged all of the thousands

17    and thousand of pages and then began a search by the

18    defendant's known monikers and pulled all of his

19    specific moderator/admin actions out of the

20    channel -- out of those server logs.

21    Q.   So we see some of the monikers on this first

22    page; is that correct?

23    A.   That's correct.

24    Q.   See all way isis?

25    A.   All way isis, safer-alshahadah.
```

67

1   Q.   Okay.  And then if you continue on pages 1
2   through 4, do we see more acts by safer-alshahadah?
3   A.   Yeah.  You can see that he's continually adding
4   trusted users on the channel.  He is muting and
5   unmuting people, blocking users from speaking many
6   hundreds, thousands of times.
7   Q.   Okay.  And then if we could see page 4, please.
8        Who is primarily on the top part of this page
9   of the logs?
10  A.   It's primarily actions taken by the moniker
11  safer-alshahadah.
12  Q.   And at the bottom of page 4, who do we start to
13  see?
14  A.   We start to see the logs from hola isis.
15  Q.   If we could go to page 7, please.
16       So what is this page?
17  A.   This page is entirely the hola isis actions on
18  the channel.
19  Q.   Were there other pages of hola isis actions?
20  A.   Yes, there were.
21  Q.   How about page 8, please.
22       Who do we see making an appearance on page 8?
23  A.   At the bottom of page 8, we start to see
24  angousha@ moniker start to conduct actions on the
25  channel.

68

1    Q.    And if we could go to Government's Exhibit --
2    same exhibit, page 37, please.
3          Which moniker do we see on this one?
4    A.    On this one we start to see the moniker
5    Dr. sa7wat.
6    Q.    And if with could see Government's Exhibit 36,
7    page 46.
8          We again see safer-alshahadah?
9    A.    Yes, you can see safer-alshahadah.
10   Q.    We just looked at specific pages of this
11   summary exhibit, but is it 47 pages in total?
12   A.    It is, yes.
13   Q.    How is it organized?
14   A.    In this case probably organized by date.  If I
15   recall, the server logs were all by date, so they
16   are all by date and time.
17   Q.    Do you recall how many different actions by
18   Said Rahim's monikers you recorded in this summary
19   exhibit?
20   A.    Exact number, I can't recall, but it was well
21   over 2,000.
22   Q.    And those were actions taken by one of his
23   monikers on The State of the Islamic Caliphate
24   channel?
25   A.    That is correct, yes.

```
1    Q.    What did -- did you have to do anything to be
2    able to participate in The State of Islamic
3    Caliphate channel?
4    A.    To participate, you have to become what we call
5    a trusted member of the room.  So as I said, anyone
6    can listen to the channel, you know, anyone.  Twelve
7    years old, 13 years old; if they see the channel,
8    they can start listening.
9          But in order to speak on the channel, you have
10   to be approved by moderators and administrators.
11   And there's a series of things, whether it's giving
12   them the oath privately to them, and then they will
13   allow you and assign you as trusted status, and then
14   you can begin speaking in the room as well.
15   Q.    If we could get out our transcript books.
16             MS. MARTIN:  Your Honor, may I approach
17   the witness?
18             THE COURT:  You may.
19   Q.    (By Ms. Martin)  If we could go to Government's
20   Exhibit 212, please.  The date on this audio is
21   May 31, 2016, and the participants are Said Rahim
22   and an unknown male.
23             THE COURT:  Okay.
24   Q.    (By Ms. Martin)  If we could begin on line 17.
25   The Unknown Male says:  "Your brother Muhannad, er,
```

SHAWNIE ARCHULETA, CSR/CRR
FEDERAL COURT REPORTER - 214.753.2747

70

1   from Syria and Aleppo.  And right now, I am now in
2   al-Raqqah with our brothers the jihadists.  And
3   deliverance is only through God, soon, God willing."
4       Special Agent Golomb, where is al-Raqqah?
5   A.   City in Syria, at this time controlled by ISIS.
6   Q.   If we continue on to page 2, line 5.  Said
7   Rahim says:  "May God reward you with goodness.
8   Thank you for abiding by the condition of joining
9   the channel.  Er...the channel of the supporters,
10  The Islamic Caliphate State."
11      Is that condition you were referring to when
12  you said "The rules of the channel"?
13  A.   Correct.
14  Q.   Do you often in the recordings or the
15  transcripts hear Rahim telling people to abide by
16  the rules of the channel?
17  A.   Yes.  He is quite often very strict about the
18  rules of the channel and that members obey them.
19  Q.   And if someone does obey them, what level do
20  you have to have to permit someone to speak?
21  A.   You have to be a trusted user to be able to --
22  oh, to allow someone to speak, you need to be a
23  moderator.
24  Q.   And does the moderator have other control over
25  the channel or other abilities to control the

1  channel?

2  A.   Yes.  As I stated earlier, he can block users

3  from becoming trusted users.  He can mute people if

4  it's something that -- you know, if they hear

5  something they don't like being said, they can mute

6  them.

7  Q.   Can we look at Government's Exhibit 144 and the

8  audio is corresponding 143.

9       And the date of this audio is?

10             THE COURT:  Are you sure 144 is in?

11             MS. MARTIN:  Yes, Your Honor.

12             THE COURT:  Okay.

13  Q.   (By Ms. Martin)  June 9th, 2016.  And there are

14  eight participants in this one and Said Rahim and

15  the rest are unknown males.

16       And beginning on page 1, line 21 Said Rahim

17  says:  "Weren't you the one laughing?  Did you laugh

18  on the channel?  Er, you were the one who laughed,

19  er.  I think if you were the one, you were muted for

20  five minutes only."

21             THE COURT:  Ms. Martin, I want to be

22  careful.  Is it 144 or 44?

23             MS. MARTIN:  144.

24             THE COURT:  I don't think it's in.  Look

25  at the list you've got, and you don't have 144 on

72

```
 1    there.
 2              MS. MARTIN:  Your Honor, may I approach?
 3              THE COURT:  Yes.
 4              (Bench conference:)
 5              MS. MARTIN:  Are you talking about this
 6    list.
 7              THE COURT:  Yes.
 8              MS. MARTIN:  The first page is the audio
 9    and the second is --
10              THE COURT:  Okay.  I got it.  I will look
11    at it.
12              MR. WHALEN:  It's in.
13              THE COURT:  All right.  Go ahead.
14              (Bench Conference Concluded.)
15              THE COURT:  I see it.  Go ahead.
16              MS. MARTIN:  Thank you, Your Honor.
17    Q.   (By Ms. Martin)  Line 21, Said Rahim says -- I
18    apologize.  I just read that.  But here where he
19    says, "You were the one muted for five minutes only,
20    just five minute muting, er, just five minute
21    muting."
22         Is this the muting that you are talking about?
23    A.   Yes, that is correct.
24    Q.   And on page 3 of the same transcript, line 27,
25    unknown male 3 says:  "May God reward you brother.
```

1   I mean, er, you are talking with someone on mute,

2   you mean?  Because I see that you are responding,

3   but er, I do not hear the voice of the other party

4   you are talking to!"

5       Line 4 Said Rahim responds:  "Oh, right, he is

6   on mute.  Okay er, you who are muted..."  And then

7   continues on line 9:  "I am telling you this, do not

8   talk about anything else except to adhere to these

9   conditions.  If you do not adhere to these

10  conditions a procedure will be applied to you."

11      What kind of procedure would be applied to the

12  users if they don't adhere to the conditions?

13  A.   In this case, I assume he would be blocking him

14  from the channel from speaking further.

15  Q.   And then on page 5, line 15, Said Rahim

16  continues:  "He is kicked out, let him go out

17  Abul-al-Mu'taz.  Let him go, er, just let him go.

18  He is, just like I told you man, I told you man,

19  from the moment he got in.  It's done.  Do not, do

20  not let him back in the channel; do not allow him

21  back to the channel."

22      Is Said Rahim controlling who can come in the

23  channel?

24  A.   No, he's controlling who go can speak on the

25  channel.

74

1    Q.   Is he telling others not to allow him back in

2    the channel?

3    A.   Basically other admins and moderators know not

4    to make him a trusted member.

5    Q.   Because someone has to make him a trusted

6    member in order for him to speak.

7    A.   Exactly.

8    Q.   Now, if we could go back to Government's

9    Exhibit 36, please.

10        Special Agent Golomb, the audio we just heard,

11   are these types of actions the type of actions

12   reflected in this summary chart?

13   A.   Yes, they are.

14   Q.   The muting and the blocking?

15   A.   Yes, they are.

16   Q.   And the adding of the trusted users?

17   A.   That is correct, yes.

18   Q.   And, again, there are thousands of actions by

19   Said Rahim.

20   A.   At least over 2,000, yes, ma'am.

21   Q.   Now, if we could go to Government's Exhibit

22   218, and the corresponding audio is 217.

23        The date of the transcript is November 14th,

24   2016.  And the participant is Said Rahim.

25        On line 19, Said Rahim begins:  "We beseech God

75

1    to find this work, time, and effort, which you are

2    exerting, that God would write it down for you as

3    reward of the martyrs er... as reward of the

4    jihadists.  Er, and may our end and yours be

5    martyrdom for the cause of God.  Of course, er, with

6    you is er, Abu 'Abd-al-Shahid Al-Inshitari.

7    Naturally, I am an Admin in Zello, channel of the

8    Islamic Caliphate State, and I am not priding myself

9    over someone, but just so you know who I am."

10        Who, again, is talking?

11   A.   This is the defendant, Said Rahim.

12   Q.   And he's telling everyone he's an admin?

13   A.   He's telling everyone the importance he has on

14   the channel, yes.

15   Q.   And in addition to his administrative status on

16   the channel where he controls content, do the users

17   view him in a certain way on the channel?

18   A.   They do.  Through the transcripts, you can see

19   the users refer to him as "sheikh" quite a bit.

20   They refer to him and ask him questions and look up

21   to him for his advice on many things.

22   Q.   If we can go to Government's Exhibit 220, and

23   the corresponding audio would be at 219.

24        The date on that audio is December 2nd, 2016.

25   The participants are an unknown male and Said Rahim.

```
 1        If we take a look at page 2, beginning at line
 2   8, the unknown male says:  "It is my privilege, I am
 3   proud of, it honors me to have you.  And...no one
 4   will talk against you; if you see something wrong,
 5   you can immediately kick them out.  Hopefully with
 6   God's will, I will give you, I mean, a hexagon star,
 7   because I see when you are given Supervision, but
 8   you quit it.  So, I want someone who will support
 9   me, a person who is a real supporter, may God bless
10   you, and I'm sure you are a real supporter, may God
11   bless you.  I beseech God to protect you, Lord.  And
12   if you do not want to enter the channel, you...I
13   mean...may God be praised, praise be to God, I mean,
14   your opinion.  I respect your opinion.  I am not
15   good.  But, I love you in God.  God is my witness
16   that I mean, I love you more than myself, oh brother
17   er, Angosha, because I... my love is for the true
18   supporter brothers, I love them more than myself."
19        What is a hexagon star?
20   A.   In this case, he's asking Angosha, the
21   defendant, to be even more powerful in the room;
22   that he should be the top moderator, the top admin,
23   because he's more knowledgeable than others.
24   Q.   Who is he talking to?
25   A.   He's talking to the defendant.
```

77

1    Q.    How do you know that?

2    A.    Because he calls him by the name Angosha.

3    Q.    If we could move to Government's Exhibit 168,

4    please.

5         The date on this transcript is -- and the audio

6    corresponds at 167 -- is October 7th, 2016.  And the

7    participants are Said Rahim and three unknown males.

8         On page 1, beginning at line 21, Said Rahim

9    says:  "We ask God to protect our Caliph er, this

10   scholar, worshiper and jihadist.  We ask God to

11   accept our leaders.  Er, Bin-Ladin is not their

12   first and al-'Adnani and al-Shishani is not the

13   last."

14        Who is bin Laden?

15   A.    Bin Laden is the recognized head -- or was the

16   recognized head of Al Qaeda.

17   Q.    Who is al-'Adnani again?

18   A.    Al-'Adnani was the second in command for ISIS,

19   and he also was the spokesperson for ISIS.

20   Q.    And who is al-Shishani?

21   A.    Al-Shishani, as prefaced yesterday, was a

22   highly regarded foreign fighter, a Chechen fighter

23   who -- pretty much the Syrian military commander for

24   ISIS.

25   Q.    If we could turn to page 2.

1      Now, Rahim -- Said Rahim is continued for a
2  page.  And then we have at line 26 the unknown male
3  says:  "Amen!  Amen!  Amen!  May got accept your
4  supplication and answer, O Lord of the Worlds!  But
5  brother, I just want to ask a few questions and I
6  hope you will answer them for me and I hope that you
7  will give me spiritual resolve so that I would tell
8  you, may God grant you long life."
9      What is he asking Said Rahim to give him?
10 A.   He's asking for guidance.  And in this context,
11 he's asking for guidance to mobilizing for jihad.
12 Q.   That's the spiritual resolve?
13 A.   Yes.
14 Q.   And if we continue on page 4, line 5, an
15 unknown male says:  "Amen!  Amen!  God willing, but
16 Sheikh, I mean, you need to give me the answer.  I
17 asked you a question, but you did not respond."
18     Then Said Rahim responds:  "Amen O Lord! Amen O
19 Lord!  Okay, what -- what is the question?  What was
20 your question?"
21     How does he address Said Rahim there?
22 A.   The unknown male addresses the defendant as
23 Sheikh.
24 Q.   What is a Sheikh?
25 A.   A Sheikh in broader Islamic sense is a term of

1  endearment or term of someone with high regard,

2  respect to someone who may have much more knowledge,

3  specific knowledge, may it be of religion or other

4  matters.

5  Q.   And the unknown male continues at line 11:  "I

6  swear by God Sheikh, praise be to God who honored us

7  with Islam who made us make er, I mean talk on such

8  subjects, I mean, praise be to God.  I mean, other

9  than these matters."

10      And then he says:  "I reside in Turkey.  I er,

11  did not...I was in Syria in the past, from a year

12  and a half ago.  The Islamic State was there so er,

13  I asked to join them many times and my family did

14  not allow me to do this.  Then my family brought me

15  to Turkey, and now I want to go to Syria.  But if I

16  moved one meter, my mother will go sick and, and,

17  and et cetera.  I mean, I don't...I mean this is,

18  er, what makes me hesitant, which is my family and

19  my mother solely.  So what can one do in regards to

20  these matters?"

21      And Said Rahim responds.  Can you begin reading

22  his response at line 27, Agent Golomb?

23  A.   Sure.  The defendant responds:  Okay.  May God

24  bless you.  Er, obeying -- er obeying the Creator is

25  more deserving, more important and takes priority

1  over obeying the created.  Obeying the Creator is to

2  obey 'Him Who created thee, fashioned thee in due

3  proportion, and gave thee a just bias.  In whatever

4  form He wills, does He put thee together.'  To obey

5  him, er, is more deserving than obeying the created.

6  Er, so you obey er, the command of Almighty God in

7  of jihad, which is the pinnacle of Islam in waging

8  jihad for the cause of God.  It is the pinnacle of

9  Islam.  It is the deed that is unequal and is unlike

10 any worship.  It is the jihad for the cause of God."

11      Then he stated:  "The Hadith stated what is to

12 the effect that er, a man came to the prophet, peace

13 and prayers be upon him, and said 'Guide me to what

14 other good deed could be, I mean, an equivalent or

15 compares to jihad.'  He said; 'I cannot find one--I

16 cannot find one...' Or, 'guide me to a worship that

17 equals jihad,' he said; 'I cannot find one.'  So as

18 the prophet peace and prayers be upon him er, had

19 said. So as I told you, obedience is to the God,

20 glorified and exalted be He, first.  Er, when do you

21 obey the-the parents and it would be obligatory to

22 do so?  Er, in the regular er, matters - regular

23 matters that have no, I mean disobedience to God."

24 Q.   So is the Rahim telling him you have to obey

25 God before your parents?

```
 1   A.   In this case, in terms of jihad toward
 2   mobilization, he is only to obey God, he is not to
 3   listen to his parents.
 4   Q.   And on page 6, Said Rahim continues at line 7:
 5   "I mean, when your mother tells you…..threatens you
 6   and tells you she will be sick and so and so I mean,
 7   and the likes; these are just words, I mean er, if
 8   you were truthful in your jihad and if your mother
 9   was truthful in her love to you and we do not doubt
10   that, then er, the Almighty God er, will turn er,
11   the sadness that she will be in into joy er, joy and
12   will await impatiently the news of your martyrdom."
13   Q.   What is martyrdom?
14   A.   Martyrdom is dying for jihad, for God.
15            THE COURT:  Ms. Martin, we will go ahead
16   and take our morning break.  Ladies and Gentlemen,
17   we will break for 15 minutes.  Please remember not
18   to talk about the case, and we will see you back
19   here in 15.
20            (Jury exits courtroom.)
21            THE COURT:  Either side need me?
22            MS. MARTIN:  No, Your Honor.
23            MR. WHALEN:  No, Your Honor.
24            THE COURT:  Be back in 15 minutes.
25            (Recess taken.)
```

1          THE COURT:  Ms. Martin, continue with the

2    witness, Agent Golomb.

3    Q.   (By Ms. Martin)  Special Agent Golomb, before

4    the break, I believe we were talking about other

5    users referring to Said Rahim as Sheikh.  Do you

6    recall that?

7    A.   I do, yes.

8    Q.   And if you will flip to Government's Exhibit

9    150 and the corresponding audio at 149.

10        The date on the transcript is September 8th,

11   2016, and the participant here is Said Rahim.

12        Special Agent Golomb, when there's only one

13   participant and it says one person's name, either

14   Said Rahim or another individual, does that mean

15   that there's nobody else on the channel at the time?

16   A.   No.  And these transcripts, they represent

17   active participants in the conversation, like who

18   can be logged in and talking.  But at any given

19   time, there could be hundreds of thousands of people

20   listening.

21   Q.   Okay.  We will begin on page 1, line 8.

22        Said Rahim says:  "God, brothers.  Brothers,

23   anyone who has any inquiry or questions about the

24   Islamic Caliphate State er, please go ahead and take

25   the mic, and you will not be banned or kicked out of

83

1    the channel. Meaning, as long as you behave, even if

2    you call the State Kharijites or infidels."

3         He continues on line 20:  "This channel existed

4    to-to remove suspicions eliminate doubts and grays

5    stuck in the minds of people who hear that the

6    Islamic State is this this and that. So this is your

7    chance to see and know the truth from the mouths of

8    the supporters of the Islamic Caliphate State, er,

9    and hear from them instead of hearing from er…"

10        Special Agent Golomb, what is Said Rahim asking

11   other users to do?

12   A.   I mean, at this point he's using the room, not

13   just to recruit those that want to travel, that want

14   to mobilize, but he's taking those who may have

15   stumbled upon the room, who may be doubters, who may

16   just be passive supporters of the Islamic State and

17   using it to get them to talk so he can build their

18   support, build their motivation for further support

19   devices.

20   Q.   Does he regard himself an expert on ISIS and

21   and the Islamic State?

22   A.   I believe he does; and others in the room by

23   calling him "Sheikh" also have that knowledge.

24   Q.   And does he use that position to promote the

25   ISIS agenda?

84

1  A.   He does.   He uses that position in this room to

2  recruit and to preach the ISIS propaganda.

3  Q.   If we could turn to Government's Exhibit 156,

4  and the audio corresponding is at Government's

5  Exhibit 155.

6       The date on this transcript is October 7th,

7  2016, participant is Said Rahim.

8       Line 6 he says:  "May God bless you brother.

9  As I told you, God's command takes priority over

10 mankind."

11      When he says, "May God bless you brother," does

12 that indicate he's talking to someone?

13 A.   It indicates he's answering a question or

14 talking to other brothers in the room.

15 Q.   He continues on line 10:  "Er, so your mother

16 is supposed to incite you to wage jihad for the

17 cause of God, of course, this is directed to all, to

18 incite you to wage jihad for the cause of God, to

19 fight for the cause of God and to acquire this great

20 honor and this er, great gain.  Er, yes, they are

21 supposed to incite you to do it and not to, I mean,

22 tell you;"

23      What does "incite" mean?

24 A.   Incite means to encourage it, to call for it;

25 to do something more than just say you need to do

85

```
 1    it.

 2    Q.   Continues on line 27:

 3         "Have you spent your life as a jihadist for the

 4    cause of God fighting the enemies of the Almighty

 5    God?  Or are you living in leisure and bliss er, I

 6    mean, obeying mankind in the disobedience of the

 7    Almighty God?"

 8         Then on line 9, page 2:  "I mean to say, I know

 9    one of the brothers who mobilized to the land of the

10    Caliphate and his problem was like yours. Er 'I'll

11    be angry with you and I'll do so and so.'  He did

12    not care about what they said he mobilized to the

13    land of the Caliphate er, and he said to his

14    parents; 'Pray a couple of units of prayers' I mean,

15    'pray a couple of units of prayers and your hearts

16    will soften,' meaning that I went to-to carry out

17    the command of God, glorified and exalted be He."

18         Is Rahim again addressing reluctant parents?

19    A.   Yes.  He's addressing those in the room and

20    kind of using a recruit tactic to use an example of

21    someone who had previously mobilized and disobeyed

22    his parents.  But in the end, the parents will be

23    proud.  So trying to get others who may have that

24    reservation get over that fact, because in the end

25    it will be worth it.
```

1  Q.   Continues on line 21:  "I mean now they are

2  pleased with him and proud that they have a son in

3  the jihad arenas, waging jihad for the cause of God

4  and fighting the enemies of God glorified and

5  exalted be He."

6       Page 3, line 2:  "Er, so this is a command for

7  obedience if it were a travel, yeah, 'Don't travel

8  to study whatchamacallit, don't go whatchamacallit,'

9  yes I would obey my parents because there is no

10 disobedience to God in doing so. In such case,

11 parents' obedience takes precedence. But as far as

12 jihad for the cause of God, this is a disgrace, this

13 is a disgrace. God will make disgrace prevail over

14 some...over them disgrace and God will make disgrace

15 prevail over those who sit at home."

16      What does disgrace mean?

17 A.   Disgrace means if you don't follow what God

18 wants you to do, wage jihad, to become this martyr

19 to mobilize, then you will be disgrace to God and to

20 other believers around.

21 Q.   Said Rahim continues on line 22, page 3:  "Go

22 and wage jihad for the cause of God.  Glorified and

23 exalted be He.  Mobilize and wage jihad for the

24 cause of God."

25      Is he telling -- giving a specific order for

1   someone to go and wage jihad?

2   A.   Here he is in the channel telling people,

3   giving them the order to go out and wage jihad for

4   the cause of God, to mobilize for the cause of God.

5   Q.   Page 4, line 3:  "Er, I mean, the jihadist has

6   a great status with God, glorified and exalted be

7   He. So go, we do not know er, how your parents and

8   our parents end is going to be but go and wage jihad

9   for the cause of God and ask God to grant you one of

10  two glorious things martyrdom or victory in the

11  hopes that you will die as a martyr and be an

12  intercessor for your relatives, to intercede for

13  your parents."

14       Is it beneficial to family members if someone

15  martyrs themselves for the cause of God in ISIS

16  ideology?

17  A.   It is.  In this context, he's trying to reach

18  those who may have doubts from their parents telling

19  them not to do such a thing.  He's saying, "It

20  doesn't matter.  Once you become a martyr, your

21  parents, brothers and sisters will already be taken

22  care of, and they will thank you for that in the

23  end."

24  Q.   Go to Government's Exhibit 186.

25       The date on this transcript is December 17th,

88

1   2016.  The participants are an unknown male and Said

2   Rahim.

3        Line 7 Said Rahim says:  "If you can burn their

4   businesses or burn er, their homes, I mean the

5   government officials and police cars… to kill police

6   individuals. If you can do that then do it. If you

7   cannot, then immigrate to the Islamic State

8   immigrate to the Islamic State and train there.

9   And, by the will of God, the Lord of the Worlds you

10  will be, I mean, you will be an active member that

11  wages Jihad against the infidels. I do not know if

12  you have anything available to you, I mean, police

13  or such, attack and kill them, good riddance, good

14  riddance!"

15       Does Said Rahim give an alternative to

16  immigrating to the Islamic State here?

17  A.   Yes.  He's basically saying if you cannot get

18  to the Islamic State, then stay where you are, and

19  you can also carry out jihad where you are.

20  Q.   Is that similar to what we heard the

21  coconspirator Ibn Dawla saying yesterday?

22  A.   It is.  It was a common theme that Ibn Dawla

23  spoke about, and Said Rahim is using the same words

24  to say the same things.

25  Q.   What's the origin of that idea or that

1  ideology?

2  A.   It's -- you know, the ultimate goal is to

3  travel to the Caliphate Land, to die in battle for

4  God, for jihad.  But if you cannot do that, if you

5  are restricted from doing that, you're not any less

6  if you go ahead and carry out in your homeland or

7  where you are, it's the same thing.  If you martyr

8  yourself in your homeland, it's similar to traveling

9  to jihad and the Islamic Caliphate.

10  Q.   And that's an ISIS leadership message?

11  A.   It's ISIS's propaganda.  It's ISIS's propaganda

12  to the world telling them that.

13  Q.   From one of their top leaders.

14  A.   Pardon me?

15  Q.   From one of their top leaders.

16  A.   From al-'Adnani.  I mean, this specific

17  instruction came out as it got tougher to enter into

18  parts of Syria and Iraq.  And as a response to that

19  was, you don't have to come here, you can stay where

20  you are and help us as well.

21  Q.   If we could go to Government's Exhibit 196.

22       The date on that transcript is July 15, 2016.

23  The participants are Said Rahim, and an unknown

24  male.

25       And on line 7, Said Rahim says:  "God bless

1    you.  Any method of killing created — created by any

2    of the brothers, should post it on Twitter. Post it

3    on Twitter, on social media and it will reach them,

4    it will reach the jihadists it will reach them."

5         What does posted on Twitter or social media

6    mean?

7    A.   It means similar to what they are doing in this

8    channel, The State of the Islamic Caliphate, is

9    trying to reach as many people as possible to

10   promote that message.  You know, not just doing it

11   in the channel, to try to get it out on Twitter,

12   PalTalk, YouTube, whatever they can find.

13   Q.   Specifically when you say "post something,"

14   what does "post" mean?

15   A.   Post is to -- whether it's posting the speeches

16   of al-'Adnani, videos of these martyrdom operations,

17   examples of individuals martyring themselves and

18   carrying on those actions.

19   Q.   So that would include putting a link up on

20   these social media platforms.

21   A.   Yes, putting links up, exactly.

22   Q.   Continues on line 11:  "Because this, I mean,

23   will open up the path for more operations, more."

24        What are operations?

25   A.   Whether they be lone wolf attacks here in the

91

1   states, Europe, or more mobilizing.

2   Q.   And then it continues on line 13:  "Meaning,

3   because er, in France, Glory be to God the

4   monotheist brothers sacrificed themselves over

5   there.  Glory be to God, I mean, lots of operations.

6   Er, and if we do the math, France got the lion's

7   share when it comes to those operations.  So any

8   person with an advice - er has an idea er, to kill

9   those infidels, post it on social media.  He will be

10  rewarded and will be granted goodness er, given with

11  jihad intentions for God's cause, glorified and

12  exalted be God."

13       What does he want people to share on social

14  media?

15  A.   He wants to have them share their ideas, their

16  creative ideas to carry out attacks.  We heard

17  Adnani's message talking about rocks and knives and

18  sorts.  Well, when people execute these truck

19  attacks, he wants to get the message out to others.

20  "Hey, if you haven't thought about this, here's

21  another way to continue these attacks."

22  Q.   Said Rahim continues on line 2 and says:  "Do

23  you know the -- the big machine that mulches the

24  trees?  Where you put in the tree and it comes out

25  as wood shavings.  The same thing, where they can

1    put in a French person or an infidel in this
2    machine, and he comes out a perfect cocktail, huh,
3    he comes out smashed.  I mean, this is just a plan
4    of many plans.  There are lots of plans, lots and
5    lots of plans…"
6         What is a mulching machine?
7    A.   Mulching machine we have seen them here in
8    Dallas.  They are used to basically turn a tree into
9    mulch, bark, little pieces.
10   Q.   And an unknown male at line 7 says:  "They say
11   what?  They say terrorists, murderers, savages are
12   those Muslims.  Glory be to God, O God.  Aircrafts
13   are shelling Muslims and burning Muslims in their
14   own houses, at their residences, a vicious war.  The
15   French warships and French aircrafts, soldiers and
16   what not are killing Muslims and they don't er, they
17   don't want a reaction to that?  Meaning they secured
18   their borders but there are lone wolves out there.
19   Glory be to God and if one of them was killed they
20   say those are terrorists, those are savages.  Yes,
21   we are terrorists, and terrorism is a duty. We
22   terrorize the enemies of God.  Terrorism is
23   terrorizing the enemies of God, taking the rights of
24   Muslims avenging and equal punishment is a duty for
25   Muslims."

1        And he continues on line 27:  "Meaning it has

2    become where a lone person takes has fatwa from

3    God's book and the Prophet's Sunna."

4        What is a fatwa again?

5    A.   A fatwa is a religious decree and order.

6    Q.   What's the order here?

7    A.   The order here is -- what he's saying is

8    unlike, you know, previous organizations like

9    Al Qaeda, where those directions, those orders came,

10   you know, sanctioned from up high, here he is

11   saying, "It's no longer necessary.  Lone wolves

12   already have their fatwa.  It's okay to just go out

13   and kill.  Don't consult or talk to anybody.  Go out

14   and do it.  You have permission."

15   Q.   And if we go to page 3, towards the bottom of

16   the page, Said Rahim at line 25 starts:  "Protect

17   God…er, we ask God to protect him, meaning, er Glory

18   be to God, when the Caliphate was established, the

19   fruits of the Caliphate er, were not condemnation

20   and rejection, but actions, actions at--at the

21   battlefields or at -- at the Infidels' own home.

22   Glory be to God, the Great.  It is not a candle

23   vigil or a homosexuals' march those er, people who

24   are vile…"

25        Who are the infidels again?

94

```
1  A.   The infidels are anyone, in defense opinion,
2  that are not of the same mindset of the fringe of
3  Islamic extremism he's espousing here.
4  Q.   On page 4, Said Rahim continues on line 7:
5  "Despicable. No, no, here er, they rally through
6  bombings.  Meaning he goes in a-and d-detonates
7  himself up, his pure body."
8       What does detonate mean?
9  A.   It means to -- you know, you're wearing a bomb
10 or a suicide vest and you ignite it.
11 Q.   Line 18, Said Rahim continues:  "That's it, it
12 is as you have said, I mean, there is no need to ask
13 so and so; that's it, just take off.  Depend on God
14 and take off."
15      So he's saying there's no need to ask for an
16 official word?
17 A.   Yeah, al-'Adnani has given the speech, but in
18 this particular the defendant uses his own words to
19 relay that message.
20 Q.   These two individuals are talking about France
21 quite a bit in this video; is that correct?
22 A.   Yes, that's correct.
23 Q.   The date of this was July 15th, 2016.
24 A.   Yes.
25 Q.   What happened on the day before?
```

```
 1   A.    July 14th was the terrorist attack that was
 2   claimed by ISIS that happened in Nice, France.
 3   Q.    This is additional celebration by Said Rahim of
 4   that attack?
 5   A.    It is.
 6   Q.    If we could go to Government's Exhibit 180.
 7         The date on this transcript is August 28th,
 8   2016.  And the participant is Said Rahim.
 9         Line 6 Said Rahim says:  "Okay, God bless you.
10   I wanted to take the mic so that I would tell that
11   one er, in Manchester."
12         What is he saying right there?
13   A.    He's speaking to an individual who stated that
14   he was in Manchester United Kingdom.
15   Q.    And the mic is the control of the audio?
16   A.    Exactly.  He had given that person, probably a
17   trusted user at this point, permission to ask a
18   question.  He's now answering that question.
19   Q.    Said Rahim continues in line 8:  "Okay, kill
20   and do not seek anyone's fatwa and do not consult
21   anyone, kill.  Kill them and do not have mercy or
22   compassion towards them.  Just as the civilian
23   attire does not shield him from the bloodshed, the
24   military attire does not condone his bloodshed; they
25   are all equal in blasphemy.  Kill them and er, I
```

1   mean, don't even consult anyone. Go kill.  If you

2   get a chance now kill him, poison him, throw a

3   stone, push from a building er, do whatever you do,

4   most importantly is to kill.  Kill with the

5   intention of jihad for the cause of God and with the

6   intention that your banner is clear; the banner of

7   'There is no God but Allah, the One and Only, and

8   that Muhammad is the messenger of God.'  Er, kill

9   them, that is with the intention of jihad, the

10  intention of being a jihadist for the cause of God.

11  I mean perhaps by this act, you will be forgiven of

12  past and future sins.  Rely upon God.  If you get a

13  chance, kill. God riddance; those English!"

14       Where is Manchester located?

15  A.   United Kingdom in England.

16  Q.   Is he again reciting a version of Adnani's

17  command?

18  A.   Part of it.  He is using his own words here

19  to -- basically where he tells them not to seek a

20  fatwa, but it seems like he's giving his own order

21  to go and kill.

22  Q.   And I think that you have referred to Said

23  Rahim recruiting on the channel?

24  A.   Yes.

25  Q.   And recruiting people to kill nonbelievers and

```
 1   infidels?

 2   A.    That's correct.

 3   Q.    We heard several examples of that yesterday?

 4   A.    Yes.

 5   Q.    Does he also express his own desire to do

 6   something himself?

 7   A.    He has.  He uses "we" or "I" a lot in talking

 8   about mobilizing to the land of the Caliphate.

 9   Q.    If we could go to Government's Exhibit 164.

10   And the corresponding audio is 163.

11         The date on this transcript is September 16th,

12   2016, and the participant is Said Rahim.

13         Line 6 Said Rahim says:  "Peace be upon you

14   with the mercy of God.  If there are -- are you

15   done?"

16         Does that suggest that someone else was

17   speaking?

18   A.    Yes, that's correct.

19   Q.    "Brothers if there are… the media committee may

20   God reward you well.  I mean, I swear these are

21   excellent words, er, you know this is the kind of

22   talk we need whether we are supporters or

23   dissenters.  Er, the supporter to increase his

24   support and er, for God to educate him when he

25   debates the heresies and the Murji'ites er, and the
```

98

```
 1    - the dissenters, until…hopefully God glorified and
 2    exalted be He, enters these words into their hearts
 3    so that their hearts would be humble for the
 4    remembrance of God."
 5        And then he continues on page 2 at line 20:
 6    "There are those who believed in His words er, in
 7    their deeds and waged jihad in the cause of God and
 8    were martyred, praise be to the Almighty God.  Er,
 9    also dear brothers, there are those who wish er, to
10    mobilize to the Islamic Caliphate State; as myself
11    and many brothers they wish to mobilize to the
12    Islamic State to the land of the Islamic Caliphate
13    State to wage jihad for the cause of God; er, to
14    kill and be killed."
15        Is he saying he also hopes to mobilize for
16    jihad?
17    A.   Yes.  He basically says, "I hope to mobilize
18    and kill or be killed."
19    Q.   If we could go to Government's Exhibit 224.
20        The date on this transcript is November 28th,
21    2016.  This is Said Rahim.
22        Line 14, Said Rahim says:  "We ask God,
23    glorified and exalted be He, to grant you and us
24    success to support the methodology of loyalty and
25    disavowel."
```

99

```
 1          He continues on line 22:  "We ask God,
 2    glorified and exalted be He to er, to - to affirm us
 3    to support this methodology and to stay amongst the
 4    faithful supporters and then for God to join us with
 5    the jihadists so we can wage jihad for the cause of
 6    God with them; we kill and be killed so God would
 7    accept us as martyrs.  We will not accept but to die
 8    as Inghimasis, or in a booby trap, or with a sticky
 9    bomb. We ask God, glorified and exalted be He…. or
10    with a rocket to shatter our bodies and then our
11    bodies will go to gardens of bless and God."
12          He continues on page 3, line 12:  "Those who
13    left everything and mobilized to make victorious the
14    religion of God, glorified and exalted be He."
15          Does Said Rahim talk about "us" and "we" in
16    this audio?
17    A.   He is, yes.
18    Q.   Now, with respect to the Zello platform, is
19    Said Rahim defensive of the importance of the
20    platform?
21    A.   He is, very.
22    Q.   And has he expressed a belief that social media
23    platforms are important to ISIS?
24    A.   Yeah.  And in this clip alone, I think he's
25    talking about, "What we're doing here is still very
```

```
 1   important.  We are raising the support.  We are
 2   providing the propaganda.  We are recruiting.  And
 3   then at that point, when it's our turn, we will be
 4   called upon by God to mobilize and call to jihad,"
 5   yes.
 6   Q.   If we go to 154; audio is at 153.
 7        The date on the transcript is August 17th,
 8   2016.  And the participant is Said Rahim.
 9        Line 6 Said Rahim says:  "The best places on
10   earth for two people to meet, I mean if the best
11   places are the land and battlefields of jihad."
12        He continues on line 20:  "Yes, how many er,
13   how many brothers were here talked to each other by
14   voice, and then met together in the land of Jihad.
15   Glory be to Almighty God, what a feeling, I mean it
16   is an unfelt and unrecognized except by those who er
17   tasted the sweetness of er, meeting the brothers in
18   God in the lands of Jihad."
19        What do you understand "here" to mean?
20   A.   It's a recruiting tactic that he's using.
21   "While the channel is a great place to meet other
22   brothers who wish to mobilize and wish to wage jihad
23   as you do, it's even better once you meet them on
24   the battlefield.  There is no higher place to meet
25   and than to be friends on the battlefield."
```

```
 1   Q.   And he continues on page 2, line 1:  "The other
 2   issue honorable brothers, is do not, I mean
 3   underestimate these program, programs like Zello on
 4   which we are talking right now.  Do not take them
 5   for granted at all.  Er, how many persons mobilized
 6   because of Paltalk and Twitter, or… I swear by God,
 7   if you use these sites for what pleases God, they
 8   will be extremely useful.  How much more useful
 9   would they be when those who use them do so for
10   Jihad, and for inciting for waging Jihad for the
11   cause of God!"
12        Is Zello a social media app?
13   A.   Yes, it is.
14   Q.   What about PalTalk?
15   A.   PalTalk is also a social media app, similar to
16   Zello, but a much earlier version.
17   Q.   And how about Twitter?
18   A.   So is Twitter, yes.
19   Q.   And he's saying that they should be used for
20   incitement to jihad?
21   A.   He gets very excited in saying that the
22   importance of these social media platforms to
23   incite, to recruit the members needed for ISIS.
24   Q.   If we can continue on line 15:  "You confront
25   them and your body takes the shot for the jihadist's
```

1    body.  Yes, honorable brothers, many mobilized as a
2    result of one word on this channel, they mobilized
3    because of a Qur'anic verse, because of a Hadith,
4    er, or a chant, I mean, a chant which revived the
5    fervor and the jihadists mobilized or the monotheist
6    believers mobilized to support the religion of God,
7    glorified and exalted be He.  Er, bless you then,
8    and do not underestimate these sites."
9         What again is he saying here?
10   A.   Again, he's says saying that these sites are
11   very important for the mobilization, for the
12   recruitment of ISIS; they are needed for the members
13   that they need to wage their jihad.
14   Q.   Continuing on line 25, Said Rahim says:  "Do
15   not think that the land of Jihad is a picnic -- a
16   picnic.  That is to say, 'Oh I want to go to Jihad,
17   hold the machinegun, and kill the enemy.'  This
18   issue is not like that.  It is not like that.  It is
19   testing from God glorified and exalted be He.  When
20   you are in the land of Jihad, you have to stand firm
21   er, against your own demon and win."
22        He continues in line 9:  "There will be testing
23   and afflictions; many trials will come your way, I
24   mean, it might make you think of abandoning Jihad
25   for the cause of God.  Er, but all these are

1   calamities and tests er, s-so that God, glorified

2   and exalted be He, will find out the truthful ones

3   among you.  Only those who have waged jihad with

4   their belongings and their persons in the cause of

5   God, and have never since doubted, such are the

6   sincere ones. In order for you to prove er, that you

7   are truthful, you have to wage Jihad for the cause

8   of God, faithfully er, and be sure that er, you do

9   this act to please God, glorified and exalted be He,

10  and to get closer to Him."

11      And then on page 4, he continues at line 24:

12  "This is the jihadist's state for the cause of God,

13  glorified and exalted be He.  I call upon myself and

14  you to have a pure intention so that God will

15  facilitate for us to do Jihad for His cause."

16      Is Said Rahim talking about himself committing

17  jihad right there?

18  A.   Yes, he is.

19  Q.   If we could turn to Government's Exhibit 210,

20  corresponding audio is 209.

21      Date on this transcript is June 5th, 2016.  The

22  participants are Said Rahim and an unknown male.

23      Line 7, the unknown male says:  "They are

24  waging a campaign, deleting the accounts of the

25  supporters, so God is our Helper, now may God

1    annihilate them without exception."

2         What do you believe accounts mean?

3    A.   Accounts in this case could mean accounts on

4    Zello, Twitter, Telegram, YouTube, FaceBook.

5    Q.   Social media accounts?

6    A.   Social media accounts, yes.

7    Q.   And then if we go to line 23, Said Rahim says:

8    "Whether you are Arabs or non-Arabs, may God grant

9    you all long lives, may God grant long lives to the

10   supporter of the Islamic Caliphate State."

11        It continues:  "Exclude from this greeting er,

12   the traitors and the sinful deceitful hands, er, and

13   the enemies of God and His Messenger, er, who fought

14   against God and His Messenger.  God's soldiers are

15   the victorious...

16        "... of course, dear brothers, these are normal

17   things that are happening. Some of the brothers'

18   Twitter accounts were banned a hundred and two

19   hundred times, and three hundred times, but should -

20   should our support to the Caliphate Islamic State

21   stop, or, I mean, do we stop or weaken? No, by God,

22   rather this increases our strength and

23   determination, because we know we are on the side of

24   the truth."

25        Is he acknowledging that the accounts of the

1    ISIS supporters are being deleted?

2    A.    He is, yes.

3    Q.    And then in line 21 he says:   "Also, we say

4    that you are good and that you are the trenches --

5    in the trenches supporting your jihadist brothers."

6          Who is he talking about when he says, "you are

7    in the trenches"?

8    A.    Talking to members of that channel are already

9    over in the State of Islamic conflict, fighting in

10   the trenches, fighting the infidel.

11   Q.    We've talked about recruiting.   And in

12   Government's Exhibit 162, the corresponding audio is

13   Government's Exhibit 161.

14         Participants are Said Rahim, Unknown Male 1,

15   and Unknown Male 2.   And beginning on page 2, line

16   21, does Said Rahim again use recruiting techniques

17   here?

18   A.    Yes, he does.

19         He specifically states:   "For a person to be

20   with the truth, and defend it with his tongue until

21   God enables him to mobilize and perform Jihad with

22   his tongue and with his sword."

23         So there he's saying you can perform jihad now

24   in this room.   You can assist ISIS.   You can help

25   recruit, help mobilize, and then when it's your

1  turn, you can wage jihad.

2  Q.   On line 24 it continues:  "And his weapon and

3  his machine gun as our brother Gharib al-Diyar did."

4      Is he saying another brother from the channel

5  did mobilize?

6  A.   Yes, he is.  Brother Gharib al-Diyar was also a

7  prominent member of the channel who was said to have

8  mobilized and traveled to this area.

9  Q.   He continues at line 28:  "Yes, this is the one

10 who is among us and with us on this channel, but he

11 mobilized.  He mobilized to the Caliphate lands,

12 praise be to God, Lord of the World.  He is

13 sharp-tongued with forceful statement and argument

14 and now he is on the battlefields."

15     Said Rahim says at line 10:  "And many

16 brothers, by God for real er, who were on this

17 channel, mobilized. So praise be to God.  Do not

18 underestimate this forum and in this er channel — in

19 this channel. Do not underestimate...".

20     And he continues at line 18:  "I swear by

21 Almighty God, many mobilized… His affair because of

22 it after … maybe one word, I mean, a word changed

23 the life course of a person after he heard… or heard

24 a Qur'an verse or a lesson or story from the

25 Prophet, God's prayer and peace be upon him, or---or

1    a sermon or, I mean, something which moved his heart

2    because of a word or a stand.  Praise be to God…"

3          Is he talking about words on the channel?

4    A.   He's talking about members of the channel

5    mobilized, and they've mobilized based on the words

6    spoken in that channel; mostly by him in this

7    regard, in which he's taking credit for.

8    Q.   And does he even become defensive at some

9    points about the importance of the channel?

10   A.   He does.  He constantly defends the channel and

11   the importance of the channel and the importance of

12   his role in the channel in furthering that

13   propaganda and message.

14   Q.   If could you look at Government's Exhibit 138,

15   corresponding audio is 137.

16         Date on this transcript is June 4th, 2016.  And

17   the participants are eight unknown males and Said

18   Rahim.  It's a larger group talking in this one; is

19   that correct?

20   A.   Yes.

21   Q.   Okay.

22         On line 14, Unknown Male 1 says:  "Brothers, I

23   have a question.  So are you a state or commoners,

24   Muslims or what?

25         Line 23, Unknown Male 3 says:  "Just so you

1  would know, no one can hear you but the moderators.

2  Apply the channel conditions.  You talk and no one

3  can hear you but the moderators."

4      Why is it that no one can hear him except for

5  the moderators?

6  A.   He has not yet become a trusted user.  Only the

7  trusted users can hear him talk.

8  Q.   He continues on line 26:  "I mean, Just keep

9  this in mind, glorified be the Almighty God.  God is

10  the One sought for help over you.  If you enter the

11  channel, you can hear it. Abide by the channel

12  rules, may God bless you, so we can unmute you.:

13          Line 5 Said Rahim says:  "Okay er, the

14  person that is asking if this is a State channel and

15  whatnot, you are a trusted person. I don't know but

16  you did enter the channel and it seems that you

17  fulfilled the conditions some time ago, not sure

18  when but you are trusted."

19      What does trusted mean?

20  A.   It means that the moderators or admin of that

21  channel has given him status to speak in the room.

22  Q.   So the one talking has at some point gotten the

23  trusted?

24  A.   That's what it appears, yes.

25  Q.   "I don't know.  I mean is this your device or

1 are you using someone else's device?"

2     What does device mean?

3 A.   Device in this case would be a mobile phone.

4 Q.   "You mean you don't know this channel?  I want

5 to know.  How did you enter the channel and

6 fulfilled the conditions if you don't know what the

7 channel is?"

8     Is Said Rahim suspicious of this user?

9 A.   Yes, he is.

10 Q.   On page 3, Unknown Male 4 says:  "I mean, In

11 the last caption, the State shows off the spoils,

12 and I mean with the er debilitating Saudi Arabia

13 printed on the boxes.  Those low life Sahawat, but

14 praise be to God everything is now a spoil for the

15 State. They don't know, I mean they don't know how

16 to use those things. They don't know."

17     Unknown Male 5 responds:  "May God bless you

18 brother, correct, correct brother and may God bless

19 you. I am Ibn…I am not only Ibn al-Dawlah but I am

20 Dawlah and praise be to God, I am the son of the

21 State at the same time.  Praise be to God, it is all

22 by His favor the Almighty.  I am there at the

23 outpost and do return home every now and then.  May

24 God bless you.  I would like to ask er, a question,

25 one that has been confusing me.  Praise be to God,

```
 1    there are lots of supporters, there is no one…. but
 2    if you want to support, do support by fighting, as
 3    well.  May God bless you."
 4         Now, is this the Ibn Dawla we were talking
 5    about from Italy?
 6    A.   No, not in this case.
 7    Q.   What is Dawlah?  Is Dawla a significant word?
 8    A.   Dawla means from the State.
 9    Q.   And so when he says here, "I'm at an outpost,"
10    what does "an outpost" mean?
11    A.   Most likely he's referring to an outpost in
12    Syria after having left the battlefield.
13    Q.   And then he says:  "But if you want to support,
14    do support by fighting as well."
15         What he is saying?
16    A.   He's encouraging others that you can support
17    online here, but also do so by making your way and
18    fighting for ISIS.
19    Q.   And Said Rahim responds, beginning on line 28:
20    "Okay.  May God bless you.  Meaning er, many
21    brothers on this channel have mobilized and God
22    willing all the brothers on this channel are a
23    Mujahidin project.  Everyone on this channel,
24    everyone on this channel is a Mujahidin project.
25         What is a Mujahidin?
```

1   A.   Mujahidin is fighter, one who wages jihad.

2   Q.   He continues on line 5:  "Supporting the

3   Mujahidin by word is not less important than that of

4   er, the sword, the cannon, or the machine gun. So,

5   Praise be to the Lord of the Worlds.  How many

6   people on this channel were set to the right path by

7   God glorified and exalted be He, and became

8   supporters of the Islamic Caliphate State.  But we

9   ask God, glorified and exalted be He, to -- to

10  expedite our mobilization, this media battle."

11       What is he saying, that the channel is equal to

12  what?

13  A.   The channel is equal to mobilizing and to

14  fighting.  But like any war, you need recruits; you

15  need people to mobilize.  He has taken people, all

16  these listeners, whether they had support or no

17  support, and hopefully excited them to make that

18  decision to travel.

19  Q.   And then in line 13 he asks God to expedite

20  "our" mobilization; is that correct?

21  A.   Yes.

22  Q.   And then in line 23, Said Rahim says:  "Many of

23  the brothers had suspicions and did not know the

24  Caliphate State and did not know anything about the

25  Caliphate State, they only listen to the media. When

```
 1  they came to this channel, I mean, we directed them
 2  to er, the A'maq news agency, and er, to the
 3  available links on Telegram and Twitter, and I mean,
 4  a-and er, as well as the Al-Bayan news bulletin."
 5       What is A'maq?
 6  A.   A'maq is the official news press agency for
 7  ISIS.
 8  Q.   And he's saying many brothers on the channel
 9  didn't really know about ISIS when they were on it;
10  is that correct?
11  A.   Correct.
12  Q.   And then on the top of page 5, he again
13  references Telegram and Twitter.
14       Is this the same Telegram that Marshal Major
15  Napoletano was referring to yesterday?
16  A.   Yes, it is.
17  Q.   If we could see -- if everyone could turn to
18  Government's Exhibit 158.
19       And the date on this is September 22nd, 2016.
20       The participants are three unknown males, Said
21  Rahim, Abu-Haffs and SW or saw...saw12.
22       On line 15, Said Rahim says:  "Yeah, tell him
23  we are ISIS, could we be friends?  Tell him could we
24  be friend?  I am ISIS."
25       And then AH says:  "May God keep you laughing,
```

1   Doctor, it does not look like this one understands."
2        What does he mean by "Doctor"?
3   A.    In this case, the moniker he's using
4   Dr. sa7wat.  He is proud of himself.  He sees
5   himself as someone who can judge the true believers
6   on the channel from those who aren't, so. . .
7   Q.    And did we see the Dr. sa7wat name frequently
8   in the channel actions?
9   A.    We did, yes.
10  Q.    Now, if we could publish the audio, beginning
11  at line 25, which is in English.
12       While we're waiting for that audio.  On the
13  transcript, page 2, line 6, Said Rahim says:  "No,
14  no, those... may God bless you, no, no, kick those
15  out.  Those should be kicked out, meaning to be
16  kicked out, kicked out.  You don't know if they are
17  hacker or anything else."
18       What is hacker?
19  A.    Hacker in this case is there were those that
20  obviously are not supporters of the Islamic State
21  and, in fact, did not like that support.  And they
22  would try to enter the room and hack it and shut the
23  channel down if they could.
24  Q.    And then in line 15, SW says:  "Brothers, there
25  is a publication called 'Massacre of Courage-3.'  I

1    mean, what a publication.  Praise be to God!  The

2    brothers hunting er Rafidah like er, I mean as if

3    they are on hunting trip in a way."

4         Said Rahim responds:  "...the tourism of the

5    Nation of jihad."

6         And he continues on page 3, line 14:  "Welcome

7    to the channel of the supporters of the Islamic

8    State."

9         Is that correct?

10   A.   That is correct, yes.

11             MS. MARTIN:  Now, if we could please hear

12   the audio of Government's Exhibit 157.

13             (Audio played.)

14   Q.   (By Ms. Martin)  Special Agent Golomb, did you

15   review the profile picture of the owner of the

16   channel of the State of the Islamic Caliphate?

17   A.   Yes, I did.

18   Q.   And what types of things are on the profile

19   page?

20   A.   Of the owner?

21   Q.   Yes.

22   A.   I believe the owner's profile is a flag that

23   represents the Islamic State.

24   Q.   What else?

25   A.   There are also links that the channel owner

```
 1   provided for users.
 2   Q.   And were -- did you review those links?
 3   A.   I did.
 4   Q.   And did you ask people in your office to help
 5   you review those links?
 6   A.   Yes.  I asked Jake Hauske to go online and to
 7   go to that link and look at those documents and
 8   download them for us.
 9   Q.   Is that the disk of documents that he testified
10   about previously?
11   A.   Yes, it was.
12   Q.   And did you take screenshots of that portion of
13   the owner's profile page?
14   A.   I did, yes.
15           MS. MARTIN:  Your Honor, may I approach?
16           THE COURT:  You may.
17   Q.   (By Ms. Martin)  Special Agent Golomb, I just
18   handed you what's been marked as Government's
19   Exhibit 307.
20       Do you recognize that?
21   A.   Yes, I do.
22   Q.   What is it?
23   A.   These are actually screenshots taken by Jake
24   Hauske of the archive site on the owner's page.
25   Q.   And did you take those screenshots?
```

1    A.    I remember being on the page and taking

2    screenshots as well.  I don't know if these are his

3    or mine, but yes, I did take screenshots, myself, of

4    this page.

5    Q.    Does that represent exactly what you saw on the

6    screen when you took the screenshot?

7    A.    Yes.

8    Q.    Has it been changed or altered in any way?

9    A.    No.

10   Q.    And you're comfortable that that's what you saw

11   on the screen?

12   A.    Yes, I am.

13              MS. MARTIN:  Your Honor, the government

14   moves to admit Government's Exhibit 307.

15              THE COURT:  Mr. Whalen?

16              MR. WHALEN:  We object as to predicate,

17   Your Honor.

18              THE COURT:  Would you like to ask him

19   anything?

20              MR. WHALEN:  No.

21              THE COURT:  All right.  307 is admitted.

22   Q.    (By Ms. Martin)  If we could publish 307,

23   please.

24        Special Agent Golomb, what is running on the

25   bottom of Government's Exhibit 307?

117

```
 1   A.    On the bottom begins the list of approximately
 2   73 documents that have been published to that site.
 3   Q.    And do you read Arabic?
 4   A.    I cannot.
 5   Q.    So you haven't read these documents?
 6   A.    No.
 7   Q.    Once Mr. Hauske downloaded each one of these
 8   documents, each one to a list, did you go through
 9   the documents?
10   A.    We went through the titles of all the documents
11   with the linguist, yes, as well as portions of the
12   documents.
13   Q.    And were there -- did you, yourself, do screen
14   captures and print out specific documents within
15   these 72?
16   A.    I did, yes, from Jake's disk I did; yes.
17   Q.    And when you printed out those documents, did
18   you -- did you review the pages that you were
19   printing out?
20   A.    Yes, I did.
21   Q.    And did you place them onto a disk?
22   A.    Yes, I did.
23   Q.    And about how many documents did you take
24   screen captures of to place on a separate disk?
25   A.    I think we took about five of those documents
```

1    off.

2    Q.   So five of the documents from --

3    A.   From the 73.

4    Q.   That Mr. Hauske downloaded?

5    A.   Correct, yes.

6    Q.   They were exact downloads from the one

7    Mr. Hauske captured?

8    A.   Yes, they were.

9              MS. MARTIN:  May I approach the witness,

10   Your Honor?

11             THE COURT:  Yes.

12   Q.   (By Ms. Martin)  Special Agent Golomb, I hand

13   you what's been marked as Government's Exhibit 310.

14   A.   Yes.

15   Q.   What is that?

16   A.   This is the CD containing the five documents I

17   pulled off Jake Hauske's disk.

18             MS. MARTIN:  Your Honor, at this time the

19   government would ask to move to admit Exhibit 310.

20             MR. WHALEN:  We object under 401 and 403,

21   Your Honor.

22             THE COURT:  Ask more questions.  I'm not

23   sure why this is relevant.

24   Q.   (By Ms. Martin)  Special Agent Golomb, were you

25   able to get a sense, based on the information

```
 1   provided to you from the linguist what type of
 2   documents were provided on this?
 3   A.   Yes.  The linguist provided a title of all the
 4   documents on this page, to start.
 5   Q.   And were these documents that would be
 6   important to ISIS's mission?
 7   A.   They were.  They had been posted on the owner's
 8   page.  These were linked to these documents, which
 9   basically provide information on how to become a
10   martyr, how to pledge allegiance to ISIS, how to
11   pledge allegiance to Osama bin Laden, how to
12   maneuver around Telegram, how to hide yourself on
13   Telegram, how the Islamic State works, things of
14   that nature.
15   Q.   All of these documents were for furthering
16   ISIS?
17   A.   Yes.  Many of these documents were documents
18   produced by ISIS media, yes.
19            MS. MARTIN:  We would move to admit
20   Exhibit 310.
21            THE COURT:  Overrule the objection.
22            MR. WHALEN:  I object -- I still --
23   objection -- additional objection would be hearsay,
24   Your Honor.
25            THE COURT:  How do you get around the
```

```
 1   hearsay?
 2              MS. MARTIN:  Your Honor, these are on the
 3   channel.  These are contained on the channel,
 4   itself.  The links are on the channel --
 5              THE COURT:  They are still out-of-court
 6   statements, aren't they?
 7              MS. MARTIN:  They are not offered for the
 8   truth of the matter asserted, Your Honor, they are
 9   offered to show the information that is contained on
10   the channel that is being distributed to anyone that
11   can access it.
12              THE COURT:  Mr. Whalen?
13              MR. WHALEN:  Your Honor, I think it would
14   still have the same effect.
15              THE COURT:  I think you say that, but I
16   think it is offered for the truth.  I'm not going to
17   let it in right now.
18              MS. MARTIN:  Okay.  Thank you, Your Honor.
19   Q.   (By Ms. Martin)  Special Agent Golomb, I
20   believe you testified earlier that your
21   investigation started in the spring of 2016; is that
22   correct?
23   A.   That is correct, yes.
24   Q.   And early on in your investigation, or even
25   before you opened yours, did the FBI reach out to
```

```
 1   the Italian authorities?
 2   A.    They did.  Before they reached out to us, they
 3   were made aware of another user in the room,
 4   Ibn Dawla.  And his records, his IP addresses had
 5   come back to Italy, so we began to send information
 6   immediately to Italian authorities.
 7   Q.    What was particularly disturbing about
 8   Ibn Dawla's activity in the room?
 9   A.    Ibn Dawla is an individual who would be
10   discussing booby traps, making of bombs.  He had
11   discussions about possibly executing knife attacks
12   in Europe.
13   Q.    And during the course of your investigation,
14   did you come to share information with the Italian
15   authorities on a regular basis?
16   A.    We did.  We had an exchange of information
17   during this time.
18   Q.    And, in fact, you were able to obtain some of
19   their evidence in this case?
20   A.    I was, yes.
21   Q.    If we could go to Government's Exhibit 114 and
22   the corresponding audio at 113.
23         The date on this transcript is November 13th,
24   2015.  The participant is Ibn Dawla.
25         Line 6, Ibn Dawla says:  "...Brother, this is
```

1    one of the easiest bombs, it is called a booby trap
2    explosive.  It is called a booby trap explosive.  It
3    is done, er, I mean er it op-operates by pulling a
4    cord or by-by defusing it. I mean, it does have a
5    er, hand grenade detonator. Meaning, er, I mean, it
6    is inside a-a regular bomb, an adhesive explosive
7    bomb, a circuit television or a scattered one or all
8    types of bombs.  As long as it is er, in the hand
9    grenade, the detonator is pulled out from the hand
10   grenade, and it would have er, a quick filament and
11   not a slow one.  The filament would be er, highly
12   flammable and not-not a slow one.  So, upon pulling
13   the filament would disconnect instantly and it
14   explodes.  We ask God, glorified and sublime be He,
15   to keep our jihadist brothers."
16        Was this shared on the Islamic Caliphate
17   channel?
18   A.   Yes, it was provided on the public channel.
19   Q.   What does it suggest he's talking about or
20   showing?
21   A.   This is one of the clips that concerned us when
22   he's talking about how easy it is to build the bombs
23   and give descriptions of them.
24   Q.   This is the Ibn Dawla from Italy that we
25   identified yesterday?

1   A.   We identified him to be that, yes.

2   Q.   Page 2, line 27, Ibn Dawla said:  Give us some

3   time.  I mean, once we invade the entire world and

4   the internet becomes run by Muslims and world

5   communications become in the hands of Muslims, then

6   God willing, we will change applications.  We will

7   change sites and change everything.  But it is not

8   that time.  One thing at a time."

9        Does this reflect the importance of the

10  internet to the ISIS mission?

11  A.   It does.

12  Q.   If we could turn to Government's Exhibit 116,

13  the audio at 115.

14       The date on this transcript is November 20th,

15  2015.  The participant is Ibn Dawla.  Ibn Dawla

16  begins at line 6:  "No one put you on mute brother

17  Abu-Mus'ab, no one put you on mute.  You are our

18  brother and you are beloved by us.  No one put you

19  on mute, no one put you on mute.  And God willing,

20  they will not do it either, as long as you are er,

21  with us, our brother and beloved by us."

22       So is Ibn Dawla talking about the muting of the

23  users on the channel?

24  A.   Yes.  At that point, Ibn Dawla was

25  moderator/admin on the channel.

1   Q.   So he and Said Rahim were moderators on this
2   group?
3   A.   Yes.
4   Q.   If we could turn to page 2, line 22, Ibn Dawla
5   says:  "You were the first ones to fight it.  You
6   wanted God to send a new Saladin?  And God made
7   Saladin available but you chose the corrupted
8   religion."
9        Did we hear testimony yesterday that Saladin
10  was a user name associated with the Ibn Dawla
11  moniker?
12  A.   It was.  He used it for an email, yes.
13  Q.   If we could turn to page 3.
14       At line 25, Ibn Dawla says:  "God willing we
15  are all jihadists and we are all the Islamic State.
16  O God!  Send us with the ones we love and send them
17  with the ones they love.  Oh believers, have faith."
18       And Ibn Dawla is saying they are all jihadists?
19  A.   Yes, yes, the channel.
20  Q.   And is he referring to the channel?
21  A.   Yes.  He's referring to the State of the
22  Islamic Caliphate channel.
23  Q.   If you could turn to Government's Exhibit 120.
24  The corresponding audio is 119.
25       The date on this transcript is February 23rd,

1   2016, and the speaker is Ibn Dawla:

2       On page 2, line 8, Ibn Dawla says:  "By God,

3   the one and only America, er, I mean has spent so

4   much money I mean that if burnt you can't be done

5   with it -- you can't be done with it.  All to

6   slander and destroy Islam, using movies and stuff

7   you cannot even think of."

8       It continues on line 26:  "But glory be to God

9   as he brought them a thorn in their throat called

10  the Islamic State.  Yes, you are mighty.  You are a

11  super power country, and I will not give you oil.

12  I'm not scared of you, nor will I concede.  If you

13  kill a Muslim akin to me, I will kill ten of you.

14  There's no such thing as to kill a Muslim and have

15  us say, er, never mind.  And because Obama was

16  considerate and such...no, I will fight you.  If I

17  can't today, I will tomorrow.  I will enter your

18  country and er, with a suicide belt and a bomb and

19  such.  By God, Glorified and Sublime be He, meaning

20  blood will be met with blood and destruction with

21  destruction.  This is the Islamic State.  May God

22  reward you.  I kept you very long, but this is the

23  Islamic State.  Do not listen to those corruptors my

24  dear brother.  If they were any good, they would

25  have been in the jihad."

1      Ibn Dawla is talking about traveling to America
2  to commit an attack?
3  A.   He is, yes.
4  Q.   How many users, again, were on the State of the
5  Islamic Caliphate channel?
6  A.   Well over 10,000 subscribers.
7  Q.   And we heard Said Rahim telling people to share
8  ideas on the channel about killing infidels; is that
9  correct?
10 A.   That is correct.
11 Q.   If we continue on line 19, Ibn Dawla says:  "It
12 is against them.  If they know the rightness, they
13 will perform jihad.  If the Islamic State is not
14 performing jihad for rightness, then tell him to
15 leave and perform jihad for rightness."
16      Line 25:  "By God, the One and Only, you are
17 sitting in a coffee shop with your legs crossed and
18 badmouthing the Islamic State and slanders whoever
19 drives a 50-ton truck and has a body shredded for
20 God."
21      What is he referring to when he's talking about
22 the 50-ton truck?
23 A.   Talking about the attack in Nice, France.
24 Q.   How many casualties, do you remember, in
25 that --

```
 1            MR. WHALEN:  Objection, asked and
 2   answered.
 3            THE COURT:  Overruled.
 4   A.   I believe upwards of 70 or more.
 5   Q.   (By Ms. Martin)  Let's go to Government's
 6   Exhibit 122.
 7        The corresponding audio is Government's Exhibit
 8   121.  The date on the transcript is September 19th,
 9   2016.  Participants are Said Rahim, Hammudi44 and
10   Ibn Dawla.
11        Line 8, Said Rahim says:  "Okay, Peace be upon
12   you, greetings from God.  I mean it seems like this
13   person is a neighbor of mine, but I don't know...
14   Are you from the 48 region?"
15        Is this the transcript that we did refer to
16   yesterday with Mr. Dr. Vidino?
17   A.   It is, yes.
18   Q.   And Ibn Dawla responds:  "He's all yours
19   Angousha, please forgive me, by God brother.  He's
20   all yours brother, he's all yours, bring us good
21   news about him my brother.  I mean he is from er-er
22   the region and you know er its people better."
23        Is Ibn Dawla passing off a new user to Angousha
24   or Said Rahim here?
25   A.   He is, yes.  He understand where Angousha is,
```

1   where he's from, quite familiar with him.  And

2   explains to the user, "He's better to tell you about

3   these things, he's from that region."  Yes.

4   Q.   Let's see.  Let's turn to Government's Exhibit

5   130.  The corresponding transcript is Government's

6   Exhibit 129.

7        The date on the transcript is May 20th, 2016.

8   The participants are Ibn Dawla and Said Rahim.

9        Ibn Dawla says:  "Peace be upon you with the

10  mercy and blessings of God.  My question -- my

11  question is as follows:  It says, did it go down on

12  its own or was it shot down?"

13       And Said Rahim responds:  "There is

14  non-confirmed news that I mean they say it was shot

15  down.  Fine, so now they are late and analyze this.

16  First off, they were late to announce it, because

17  they have nothing.  They have nothing.  They have

18  nothing, so they are just sitting there, awaiting to

19  see if the State or someone will announce it.  Er…so

20  then we wait and God willing, it is the State."

21       What are they talking about here?

22  A.   They are having discussions about ongoing

23  attacks and whether they were going to claim

24  responsibility for them.

25  Q.   And then on page 2, line 20, Said Rahim

1    continues -- I'm sorry Ibn Dawla begins on line 20:

2    "I am with you and for you, same thing, same thing.

3    We wait and ask God, glorified and sublime be He,

4    that it is reserved for the jihadist, that it is in

5    the Jihadist basket, by the will of God, glorified

6    and sublime be he."

7         Said Rahim responds:  "Follow up and see.

8    Follow up and call, see, make some calls.  Call news

9    agencies and see.  Look, call the newspapers and

10   find out.  This, I mean, follow up on the subject.

11   Look up the news broadcasters in Egypt.  What do

12   they say and so on and such."

13        Ibn Dawla responds:  "Yes, yes, God willing,

14   God willing.  Our eyes are on the news of every

15   kind.  We will listen to all kinds until we find

16   out, God willing, whether this was the state, praise

17   be to God, I mean that this act will find a very

18   strong residence, more than taking a risk, a

19   residence, a residence, God is our helper."

20        Are they talking about some attack that they

21   don't know who is responsible for?

22   A.   Yeah, I believe there was an attack at that

23   time in Egypt.

24   Q.   And is it important for them to find out who

25   did it?

1   A.   It is.  They want to find out so they can be

2   the first to claim it on the channel; to let the

3   others know, "Look what we did," show their

4   importance.

5   Q.   And we heard some testimony yesterday about

6   media committees; is that correct?

7   A.   Correct.

8   Q.   And so this would fall into that importance of

9   getting out the media message?

10  A.   It would.  Direction and control of the

11  channel, what are we putting out?  What is the

12  propaganda we are going to show the room?

13  Q.   And if we could turn to Government's Exhibit

14  172.  The corresponding audio is Government's

15  Exhibit 171.

16       This transcript is on September 22nd, 2016.

17  The participants are Said Rahim, Ibn Dawla, and

18  Abo-Malek1992.

19       In line 8, Said Rahim says:  "May God bless you

20  Ibn-al-Dawla.  Er…I mean, we say the verse from the

21  poem we recite always: 'And leapt on the army of

22  deception severing its evil soldiers' joints.'  I

23  mean, the unbelievers, hypocrites, and apostates and

24  the International Intelligence Systems, er, as well

25  as the inferior Arabic ones, the Hebrew, thought

1   that er, I mean, with the martyrdom of the two

2   leaders: Al-'Adnani and previously al-Shishani, may

3   God accept them both, that this is the end of the

4   Caliphate State, like the produce cart flipped over

5   and that it will take them 20,000 years to be

6   revived again.  But, by the grace of God, glorified

7   and sublime be He, we er, follow an ideology and do

8   not follow persons. This is what our sheikh er…Asad

9   al-Tawhid said, may God protect him, I mean, when he

10  came on the channel a while ago and I told him, I

11  mean, to speak."

12        Who is al-'Adnani again?

13  A.   Al-'Adnani is the second in command and

14  spokesperson for ISIS.

15  Q.   Did something happen to him?

16  A.   I believe he was killed in battle.

17  Q.   And then, again, he's referring to al-Shishani

18  as well?

19  A.   He is.

20  Q.   And who was al-Shishani?

21  A.   Al-Shishani was the Chechen foreign fighter,

22  famous amongst ISIS fighters, military commander in

23  Syria.

24  Q.   On page 2, Said Rahim continues:  "But he said

25  some words, and these are the words he said, with

1   God's grace, was fruitful er, that for, this martyr,

2   is done, if he ascended, he disembarked his horse,

3   and it is not er, it is the one who comes after him

4   that will be stronger than him er, and they will

5   continue the Jihad.  Jihad will not stop er, even

6   for one second if one person dies or if one person

7   is martyred. On -- on the contrary, and God,

8   glorified and sublime be He, showed that."

9       Who is he talking about being martyred?

10  A.   He's talking about 'Adnani being martyred.  And

11  it doesn't stop with that.  "We will take up his

12  place.  We will push out the propaganda that he

13  started."

14  Q.   When he says "we," who is he referring to?

15  A.   The admin and moderators of that channel,

16  authorized supporters, anywhere across the world.

17  Q.   And Ibn Dawla responds on line 13:  "You lost

18  the mic brother Angousha.  You told the truth, had

19  this er... I mean had this er religion not been an

20  ideology, it would have been that when the Prophet,

21  God's peace and blessings be upon him, died, Islam

22  would have ended."

23      And Said Rahim responds on line 24:  "May God

24  bless you all.  We do not deny that we love

25  al-'Adnani, we love this lion.  We always waited for

 1    his words, but, I mean, do we stop with his

 2    martyrdom?  No!  No, I swear by God.  No, but we

 3    wait er, for the conquests which these great leaders

 4    will accomplish, er, the Godly leaders er, after

 5    him.  I mean, we saw three martyrdom seekers er, I

 6    mean, a whole village they freed few villages, or

 7    few villages; three of them, only three.  This, now,

 8    er, the name of the Islamic State became an

 9    international brand, er… feared, er, feared by the

10    Crusaders and unbelievers.  When you say 'The

11    State,' I mean you see their faces darkens, we take

12    refuge in God, I mean, when they hear 'The State.'

13        What is Said Rahim talking about, the fear?

14    A.   He revels in and enjoys the fact that when

15    others hear the Islamic State or ISIS, they look

16    fearful, they look scared.

17    Q.   Is it because of the violence of the Islamic

18    State?

19    A.   It is.  It's because of the violence that he

20    projects, that he propagates on this channel, that

21    same exact violence.

22    Q.   Were Said Rahim and Ibn Dawla both members of

23    multiple committees within this State of the Islamic

24    Caliphate channel?

25    A.   Yes, they were.

1   Q.   And did these committees seem to formalize an

2   agreement between the controllers of the channel?

3   A.   Yeah.   They often had conversations doling out

4   responsibilities, putting certain moderators and

5   certain committees to help spread the message, share

6   the burden of providing the message on the channel.

7   Q.   If we can turn to Government's Exhibit 124, the

8   corresponding audio at 123.

9        On October 8th, 2016, and the participants are

10  Said Rahim and Kalid Al Potete.

11       Line 7, Khalid al-Khatib says:   "Our brother,

12  Angousha, greeting from God.   I mean I am er, trying

13  I mean ... we met with ... I met with the Media

14  Committee and we met with the Coordination Committee

15  and what is left is the Discussion Committee.   I

16  sent to er, the Discussion Committee but not all of

17  them got on; Ibn al-Dawla got on, Abu-'Uday also got

18  on and you were the third one.   So I need to meet er

19  with them er, but they did not get on.   To get over

20  with the matter of the meeting and determine er, the

21  thing."

22       And Said Rahim says:   "There are two right now,

23  Peace be upon you and greetings from God.   I swear I

24  am here and present. You just sent me the invitation

25  and you er just told me, because I was driving the

1    car, I mean I did not pay attention.  But I looked

2    ten minutes ago and there was no invitation.  Though

3    I mean, I got the one that you have sent me er, the

4    password, that you had mentioned.  Greetings from

5    God.  All right, is any of them available on the

6    Channel?  Those individuals.  Those are...who are

7    they?  Ibn al-Dawlah, Abu-'Uday and who else?  Er,

8    al-Hadrami?  Who are they, can you name them for me,

9    if you please?"

10        What are they talking about coordinating here?

11   A.    The defendant is conspiring with these other --

12             MR. WHALEN:  Objection.  That's a legal

13   conclusion.  I object to that.

14             THE COURT:  Overruled.

15   A.    -- conspiring with these other individuals,

16   admin/moderators to continue to discuss the

17   organization of the room, the responsibilities, who

18   is on these committees, you know, how the propaganda

19   is going to disseminate out of the room.

20   Q.    Was the goal to more effectively run the ISIS

21   channel?

22   A.    Yes, it was.

23   Q.    Now, we see in this transcript that Said Rahim

24   says, "I got the one that you have sent, er, the

25   password."

1      Does it take a password just to get on the

2  channel itself?

3  A.    No, it does not.

4  Q.    So this is some separate, more secretive

5  conversation they are alluding to?

6  A.    Yeah, using maybe other password-protected

7  social media platforms, such as Telegram.

8  Q.    If we could see Government's Exhibit 198 or

9  turn to that exhibit.  Corresponding audio is at

10  197.

11      And the date on this transcript is

12  September 19th, 2016.  Participants are Said Rahim

13  and Abu all with a lead all gentlemen note tea and

14  Said Rahim says beginning on line 21:  "Praise be to

15  God, the Lord of the Worlds, meaning er, a stabbing

16  operation er, in one of the-the23 er, shops in the

17  state of Minnesota carried out by one of the heroes

18  of the Somalian young men er, who stabbed nine

19  people.  Er, and finished ... he was er martyred,

20  this hero.  We ask God to accept him, er, and praise

21  be to God the Lord of the Worlds, I mean, the

22  brothers are playing their roles, I mean, er, most

23  importantly is the media aspect, I mean praise be to

24  God, to do a great job, er, and God willing, the

25  Lord of the Worlds that things are well.  Blessings,

```
 1    God bless you- God bless you Abu-al-Walid
 2    al-Janubi."
 3         What happened in Minnesota?
 4    A.    In and around this time, I believe a Somalian
 5    male had went into a Minnesota mall and using knives
 6    and had attacked patrons there.
 7    Q.    Was he ultimately killed?
 8    A.    He was.
 9    Q.    And Said Rahim is talking about how important
10    what is as a result of this event?
11    A.    The promotion of it really is what he's talking
12    about.  It's even maybe more important than the act
13    itself.
14    Q.    That's what he means when he said, "most
15    importantly is the media aspect"?
16    A.    Yes.
17    Q.    And Abo alwaleed aljnobe says in line 9:
18    Doctor, and may God bless you er and I ask the God,
19    glorified and sublime be He, to receive him as a
20    martyr and to reward him ... and to grant him to
21    give him what he wished for."
22         He continues in line 15:  "This is the nature
23    of the jihadist and fighters for the cause of God.
24    They accept, they do not seek to please people but
25    to please the God of people.  May God reward him.  I
```

1    ask the God, exalted and sublime be He, to grant him

2    his reward and to grant him, to make him, to accept

3    him as a martyr."

4         What is Abo alwaleed aljnobe doing here?

5    A.   Asking that those, you know, the individuals in

6    the Minnesota attack are accepted as martyrs,

7    accepted by God for this act.

8    Q.   And he continues in line 23:  "It is the nature

9    of heros and the nature of those who seek martyrdom

10   for the cause of God.  Martyrdom is not just on the

11   battlefield but everywhere."

12        Including Minnesota?

13   A.   Yes, reinforcing that idea that waging jihad

14   can be done at home where you are living.  You don't

15   need to be in the State of the Islamic Caliphate.

16   Q.   This continues on line 13, and this is still

17   Abo alwaleed aljnobe speaking:  "Of course, yes, I

18   er, follow up on some things and I find, of course,

19   that the Media Cadre in this channel er, is an

20   outstanding cadre by all means and er, of course it

21   is regarded when it comes to events and what it er,

22   presents and for er, for this... and is cautious, of

23   course, er to present things as they happen on this

24   channel and er, minute by minute."

25        He continues on line 22:  "We consider all the

1    brothers in good faith and everyone is according to

2    what they do on this channel."

3         Is he acknowledging the importance of the media

4    committees on the ISIS channel?

5    A.   He is.  To the general public in the room, he's

6    raising their importance and the role it plays in

7    inspiring in the room.

8    Q.   If we could turn to Government's Exhibit 147;

9    the corresponding audio is 145.

10        On October 6th, 2016, participants are an

11   Unknown Male, Said Rahim, khaled-Khateeb and Abo

12   Alwaleed Aljnobe.

13        Said Rahim starts on line 9:  "I have the

14   floor.  My apologies, I don't want to have an

15   overlap."

16        And then Khaled-Khateeb responds:  "As for

17   Ahmad al-'Iraqi, if he comes on, he talks at times

18   and at times he does not.  He needs to be warned

19   that at this age, he should be little more energetic

20   and active.  As for al-Zarqawi if he comes on he

21   does talk, I find him that he does talk and responds

22   but his interjections are few.  He also needs to be

23   notified to be a bit active."

24        Are they talking about different users here on

25   the channel?

1   A.   Yeah.   They are talking about other trusted

2   users, maybe prominent speakers in the room that

3   they want to speak more, that they believe have a

4   great message to give to everyone else on the

5   channel.   They are coordinating that.   They are

6   coordinating the message of the channel.

7   Q.   Line 23 continues:   "The information I have

8   indicates th--that his interjections too er, are

9   few, he has 21 cal, er , 21, er, conversations

10  during the 6 days covered in the statistics we have

11  on him. Then he needs to be notified to be more

12  active."

13       So this committee is keeping statistics on

14  users in the channel?

15  A.   Yeah.   The sophisticated coordination between

16  the admins and moderators of this room.   It's not

17  just something that they do once in a while.   This

18  almost seems like daily task, a job for them.

19  Q.   And on page 2, line 6, an unknown male says:

20  "Okay, brother, do we have permission to talk in

21  regards to Abu-Mu'awiyah, we will be taking away the

22  star from him."

23       What, again, is the star?

24  A.   A star in this case could be a moderator.

25  Q.   "That's what we agreed on regarding

 1   Abu-Mu'awiyah.  You mentioned the names of those
 2   that you want to take the star away from.  So,
 3   brother Angusha, what about Ahmad al-'Iraqi and
 4   al-Dawlawi?"
 5        What does that indicate to you?  Who is making
 6   the decision to take stars away?
 7   A.   They are asking questions to Angousha, the
 8   defendant, not in just a normal or regular
 9   participant, but as someone seen in an authoritative
10   position on this committee.
11   Q.   And Said Rahim responds in line 13, page 2:
12   "They are good but we need to give them ... engage
13   the gear, just like we do to a car with an almost
14   dead battery.  Meaning, they need a push, they need
15   a p-push so their performance ... more like to
16   increase their performance and not improve on it.
17   Their performance is good, but more like a push to,
18   at least, meaning hear them participate more often
19   and contribute more."
20        And Khaled-Khateeb1 says:  "Okay then, you will
21   advise al-Dawlawi since you have him added and you
22   communicate with him."
23        What is he saying, "you need to push them"?
24   A.   He needs to get those users that have a strong
25   voice on the channel to talk more, to get them more

 1   involved, to get their message out you.
 2   Q.    And Khateeb1 says to Said Rahim:  "You will
 3   advise al-Dawlawi since you added him and
 4   communicate with him."
 5        What are we talking about "added" again?
 6   A.    In that context, he probably added him as a
 7   contact, somebody he has regular contact with.  So
 8   they may exchange more personal information, whether
 9   that be Telegram accounts, WhatsApp accounts, things
10   of that nature.
11   Q.    And on page 3, line 9, A.J. continues:  "Well,
12   of course Abu-Khattab comes on depending on the
13   circumstances, but when he comes on, the channel
14   becomes more active, meaning he energizes the
15   channel."
16        Khaled-Khateeb1 responds:  "He's very weak. I
17   even tried to contact him privately, to send him
18   programs, to strengthen his net connection, but he
19   did not receive it due to the weak net connection."
20        What is he talking about here that it's weak?
21   A.    As we talked about with Zello, it's a low
22   bandwidth application.  It means it can be used in
23   parts of the world that doesn't have great
24   connectivity, places like Syria and Iraq.  So a user
25   who may have poor connectivity like this is most

1    likely located in Syria and has poor communication
2    on the channel.
3    Q.   If you go to page 4, line 1, A.J. says:  "Of
4    course, the coordination committee contains Angusha,
5    Musafir, Abu-Qutada and Abu-bara' al Gharib from
6    whom a star was withdrawn, as well as Layth
7    al-Tawhid, Abu-Islam and Abu-Hassan al 'Asqalani.
8    And Angusha is withdrawing from the coordination
9    committee."
10        Is the A-N-G-U-S-H-A another way of spelling
11   Angousha?
12   A.   It is, yes.
13   Q.   And so he's also affiliated with the
14   coordination committee?
15   A.   This particular conversation assumes that, yes.
16   Q.   And he's withdrawing himself from that
17   particular committee.
18   A.   According to A.J., yes.
19   Q.   We've also seen him affiliated with other
20   committees?
21   A.   Yes.  The Dialogue Committee, as well, and the
22   Media Committee.
23   Q.   And that's Said Rahim we're talking about.
24   A.   That is the defendant, Said Rahim, yes.
25   Q.   And line z A.J. continues obviously the

1    coordination role is a strong one on the channel

2    because it involves coordinating all of the issues

3    on the channel; is that correct?

4    A.    That is correct.

5    Q.    If we could turn to transcript 140.

6          And the date on this is September 19th, 2016,

7    and the speaker is Said Rahim.  And if we can go to

8    page 2, line 3.  And he -- Said Rahim says:  " I

9    mean ... er let this be an opportunity for you where

10   you may hear a few words, which will mobilize you to

11   perform Jihad for the cause of God, er ... and you

12   would be better in the sight of God than I am.  Huh

13   ... you would be better than me in God's sight.  Er,

14   how many of the brothers in this channel are

15   martyrs, we believe them to be so and God is their

16   witness... Martyrs, they are martyrs; they were here

17   and they mobilized to the Caliphate country, and

18   pledged allegiance to listen to and to obey the

19   Qurayshi, er, Emir of Believers: Abu Bakr

20   al-Baghdadi. They pledged allegiance to him and

21   became the best soldiers to the best state."

22         Who, again, is al-Baghdadi?

23   A.    He is the leader of ISIS.

24   Q.    And then on page 4, line 21, Said Rahim

25   continues:  "Maybe God has prepared something for

SHAWNIE ARCHULETA, CSR/CRR
FEDERAL COURT REPORTER - 214.753.2747

```
1    you Jihads, something which is awaiting you,
2    something of which you have not dreamt of.  Come on,
3    get going and descend upon the straying army,
4    honorable brothers.  Attack them; disperse them, for
5    this is the chance!"
6         When he talks about he's prepared something for
7    you, something that is waiting, what does he mean?
8    A.   That there's a reward for the jihads in
9    paradise.  He has prepared them in paradise and what
10   that may entail.
11   Q.   Now, when you initially started this
12   investigation, did you do a great deal of research
13   on trying to locate the defendant and determine his
14   true identity?
15   A.   Yes, lots of research.
16   Q.   And I believe you testified earlier that you
17   had certain user names that you associated with him?
18   A.   That's correct, yes.
19   Q.   And is that how you began?
20   A.   It was.
21   Q.   If we could have Government's Exhibit 11.
22        If we could publish it, please.
23        What is this?
24   A.   This is a record return from Zello on the
25   moniker, hola isis.
```

1  Q.   And do you see here the email address

2  associated with that moniker?

3  A.   Yes.  The email is angousha@gmail.com.

4  Q.   If we could see Government's Exhibit 6.

5       What is this?

6  A.   This is a record return from Google or Gmail

7  for the email angousha@gmail.com.

8  Q.   And what is this name at the top?

9  A.   The name listed for the account is Angusha with

10  a last name of Shsns.

11  Q.   Now, what about this phone number?  Did this

12  phone number ever return to anyone that you

13  associated with this case?

14  A.   No.  Records return did not attach that phone

15  number to the defendant.

16  Q.   And why, again, is the name Angusha

17  significant?

18  A.   Angusha is a name he used, was referred to on

19  the channel several times.  He called himself

20  Angusha to Dallas Police Detective Jay Darst at one

21  time.  And during our interview at the airport, we

22  asked what his business was, and he said, "My

23  business is Angusha Trading."

24  Q.   And what about on the channel?  Was the Angusha

25  recurring name on the channel?

```
 1   A.   Yes.  Almost everyone on the channel knew him
 2   as Angusha.
 3              THE COURT:  Ms. Martin, I think it's about
 4   time for our lunch break.  We're going to break
 5   until 1:30, Ladies and Gentlemen.  Please remember
 6   not to talk about the case.  We'll see you at 1:30.
 7              (Jury exits courtroom.)
 8              THE COURT:  Do you have anything for me,
 9   Ms. Martin?
10              MS. MARTIN:  Your Honor, just with respect
11   to Government's Exhibit 310.  I would like to also
12   argue that it's also a coconspirator statement.
13              THE COURT:  Yeah, I know it is.  I was
14   ready for you to say that.  You think it's a
15   coconspirator statement.  Go ahead.
16              MS. MARTIN:  Yes, in furtherance of the
17   conspiracy.  The government has charged the
18   defendant with conspiring to provide material
19   support.  Part of that is part of this channel
20   and --
21              THE COURT:  What exhibit is that?
22              MS. MARTIN:  310.
23              THE COURT:  Okay.  Okay.  I'm sorry about
24   this, Class.  Good-bye.  I hope you enjoyed it.
25   Bye.
```

**SHAWNIE ARCHULETA, CSR/CRR**
**FEDERAL COURT REPORTER - 214.753.2747**

1                All right.  Go ahead.

2                MS. MARTIN:  We would just move to admit

3     it based on non-hearsay as a coconspirator

4     statement.

5                THE COURT:  Mr. Whalen?

6                MR. WHALEN:  Your Honor, as far as those

7     exhibits, I don't think they've established who

8     wrote them.

9                THE COURT:  Yeah, they haven't.  So I

10    think you need to ask some more questions along

11    those lines.  Go ahead.

12               MR. WHALEN:  And so -- but it also brings

13    me to the point that the Court needs to at some

14    point decide whether or not a conspiracy has been

15    established.

16               THE COURT:  A conspiracy has been

17    established, and I do agree with that.  Yes, I do

18    agree that a conspiracy has been established.

19               MR. WHALEN:  And then the second issue is

20    scheduling.  I think the government is going -- it's

21    going faster than they expected.

22               THE COURT:  Yeah, yeah.

23               MR. WHALEN:  I don't want to get caught

24    with witnesses of whether I would need somebody

25    here.

```
 1              THE COURT:  Do you have any witnesses
 2    after him?
 3              MS. MARTIN:  Just one, and it will be a
 4    short one, Your Honor.
 5              THE COURT:  Do you have your witnesses
 6    here today?
 7              MR. WHALEN:  Not yet.  Not today.  So my
 8    point was if we got finished with some time left in
 9    the day, could we use that time to work on the
10    charge and then we could have our witnesses here
11    first thing Friday morning if we chose to bring
12    somebody.
13              THE COURT:  I don't know.  I just -- I
14    would really rather you have a witness here.
15              MR. WHALEN:  Okay.
16              THE COURT:  All right.  All right.
17    Anything else?
18              MR. WHALEN:  No, Your Honor.
19              THE COURT:  All right.  We will be in
20    recess.
21              (Recess taken.)
22              THE COURT:  Okay.  Ladies and Gentlemen,
23    we're going to continue with the direct examination
24    of this witness.  Go ahead, Ms. Martin.
25              MS. MARTIN:  Thank you, Your Honor.
```

1   Q.   (By Ms. Martin)   Special Agent Golomb, I

2   believe when we left off we were talking about the

3   records for all way isis and Zello; is that correct?

4   A.   That's correct.

5   Q.   If we could see Government's Exhibit 7.

6        Can you tell what this is?

7   A.   These are records from Zello regarding the

8   all way isis moniker.

9   Q.   And can you see here what the email address

10  associated with that is?

11  A.   Yes.  Zello provided the email address for that

12  moniker as omershishani1976@gmail.com.

13  Q.   And if we could see Government's Exhibit 8.

14       And again, what is the email address associated

15  with this account?

16  A.   These are also Zello records produced for the

17  moniker safer-alshahadah and email address of

18  omershishani1976@gmail.com.

19  Q.   Is that the same email address for

20  all way isis?

21  A.   It is.

22  Q.   Did you obtain records for the Gmail account

23  omershishani1976@gmail.com?

24  A.   Yes, sir.

25  Q.   And Omer Shishani, we have heard it.  Can you

1    remind the jury what that name is?

2    A.    Yes.   The name Omer Shishani is the famous

3    foreign fighter that left Chechen to go fight with

4    the Islamic Caliphate Lands and became the military

5    commander in Syria for ISIS.

6    Q.    What about the date 1976, is that relevant?

7    A.    1976 is the year of birth for Said Rahim.

8    Q.    Can we see Exhibit 6, please?

9          What are these?

10   A.    These are records that Google provided us for

11   the account omershishani1976@gmail.com.

12   Q.    What is the name associated with that account?

13   A.    Musleh Hueh.

14   Q.    What is the phone number associated with that

15   account?

16   A.    The phone number associated is (214)414-4244.

17   Q.    What about that Musleh name?  Did that come up

18   in your investigation?

19   A.    Yes.   In the database searches of the

20   defendant, the Musleh name is a family name of the

21   defendant.  His brothers go by that name, as well.

22   Q.    Did you try to obtain cell phone records or the

23   subscriber records for (214)414-4244?

24   A.    Yes, I did.

25   Q.    And who held those records?

1   A.   Cricket Wireless, which is owned by AT&T.  So

2   AT&T ultimately did.

3   Q.   If we can see Government's Exhibit 4, page 1.

4   And who is the subscriber for that phone number?

5   A.   Subscriber is defendant, Said Rahim.

6   Q.   And then, again, what is the number?

7   A.   For the telephone number (214)414-4244.

8   Q.   Do these phone records also reflect the type of

9   device an individual may be using with a specific

10  account?

11  A.   Yes.  As part of the phone records, they

12  provide the carrier records, the type of device

13  that's communicating with it, yes.

14  Q.   Now, Ms. Hussein testified about the voice ID

15  of the different monikers affiliated with Said

16  Rahim.  Do you recall that testimony?

17  A.   Yes, I do.

18  Q.   Did you do additional analysis to corroborate

19  her voice ID?

20  A.   We did initial analysis with the IP addresses

21  of all of the monikers from both Gmail and Zello.

22  Q.   And if we could see Government's Exhibit 7

23  again.  What is contained in Exhibit 7?

24  A.   So the records from Zello are kind of

25  repetitive lines, but you will get date and time,

153

1   the moniker.  And then you will see in quotes,

2   "Android."  That would be not so much the device

3   used but the software on the device.  So for an

4   Android, you are looking at Samsung, HTC, Sony.  If

5   it says IMS, that's like an Apple, Apple iPhone.

6   Then there's the version number of the Zello

7   software, followed by an IP address they used to

8   connect to Zello.

9   Q.   And is this the logs of the all way isis

10  account that Zello provided to you?

11  A.   Yes, it is.

12  Q.   Let's go to Exhibit 8.  What is this?

13  A.   These are the records that Zello provided for

14  moniker safer-alshahadah.

15  Q.   Is this the same thing, IP addresses and phone

16  software used with that moniker?

17  A.   Yes; logs are similar in their display.

18  Q.   If we could see Government's Exhibit 9.

19       What is this?

20  A.   These are the records provided by Zello for

21  moniker Dr. sa7wat.  And again, they show the type

22  of platform, Android software, as well as the IP

23  addresses he used to log into the Zello account.

24  Q.   And how about this email address?  What is

25  that?

1  A.   Yes.   The email address that Zello provided for

2  this account was mostafaaple1977@gmail.com.

3  Q.   Were you ever able to determine who that email

4  address belonged to?

5  A.   When we requested addresses from Google, they

6  had no records of that email account.

7  Q.   Do you have to have a real email to sign up a

8  Zello account?

9  A.   You do not have to verify your email address,

10  no.

11  Q.   If we could see Government's Exhibit 11,

12  please.

13       What is this?

14  A.   These are the records provided by Zello for the

15  moniker hola isis, where they show the email

16  angousha@gmail.com.   And again, it shows the IP

17  addresses that that moniker used to log into the

18  platform.

19  Q.   And again, that name "Angousha" has come up a

20  lot in this investigation.

21  A.   Yes.   In the chat room, everyone knew the

22  defendant by the nickname Angousha.

23  Q.   And if we could see Government's Exhibit 12.

24  Now, these IP logs, we're only showing one page.

25  Are they actually multi-paged?

1   A.   Yes, as many times as you would log into the

2   application, there are pages and pages and pages, so

3   hundreds and hundreds of log ins.

4   Q.   Were you able to condense that information down

5   to something more usable than just the hundreds and

6   hundreds pages of the logs?

7   A.   Yeah, similar to what I did with the moderator,

8   I was able to take these logs and put them in Excel.

9   So I could sort by IP addresses, date and time and

10  monikers.

11  Q.   If you will look at Government's Exhibit 12.

12       What is that?

13  A.   These are Zello records that they provided in

14  the moniker angousha@, similar to the other exhibits

15  where you will see the Android software, the version

16  of Zello and the IP address that the moniker logged

17  in.

18  Q.   And were you also provided in those Google

19  records we saw, some IP logs for

20  omershishani1976@gmail.com?

21  A.   Yes, I was.

22  Q.   Did you include those in the condensed version

23  or the summary version that you prepared?

24  A.   I do -- in addition, I should say this as well.

25  On these logs, you will see on the line immediately

1    following each IP there's a long ID, numbers and

2    letters, like an md5 hash we call it.  That's kind

3    of a proprietary ID that Zello uses to help identify

4    users.

5    Q.   When you prepared this chart that included all

6    of the defendant's monikers, did you categorize them

7    by each of the monikers we have heard associated

8    with the defendant by voice?

9    A.   Yes.

10   Q.   And does that summary chart that you prepared

11   accurately reflect all of the logs as you received

12   them from Zello and from Google?

13   A.   Yes, they contain all of the logs.

14         MS. MARTIN:  Your Honor, I believe

15   Government's Exhibit 35 is already in evidence.

16         THE COURT:  35 is in evidence.

17         MS. MARTIN:  If we could have Exhibit 35,

18   please.

19   Q.   (By Ms. Martin)  Is this the chart that you

20   prepared?

21   A.   Yes, it is.

22   Q.   And what do we see here on the far left, left

23   column?

24   A.   On the far left is all the common IPs that came

25   up during the logs.  And when I define "common," I

1    only included IPs that had more than seven to ten

2    occurrences or log ins.

3    Q.    What do we have running across the top?

4    A.    Across the top are a list of all of his Zello

5    monikers followed by the two Gmail email accounts

6    that he used.  And then the last column is a

7    description of the provider for which that IP

8    address subscribed to or came back to, registered

9    to.

10   Q.    Let's take a look at this IP address,

11   70115128170.  It's at line 5.

12   A.    Yes.

13   Q.    Who -- what monikers used that IP address to

14   log in?

15   A.    For that IP address, hola isis,

16   safer-alshahadah, and trip W amojahed, hola isis, in

17   addition to the Omer Shishani 1976 email.

18   Q.    If we could have Government's Exhibit 5.

19         What is this?

20   A.    These are record returns from Time Warner

21   Cable.

22   Q.    If we could see page 2, please.

23         Do you see that address that we just saw, the

24   70.115.228.170 on these records?

25   A.    Yes.  It's the first IP address listed there.

1   Q.   And who is that IP address listed to?

2   A.   It's listed for a customer called Colorado

3   Stop, with an address of 640 East Colorado

4   Boulevard, in Dallas, Texas.

5   Q.   Why is that address significant?

6   A.   That is the address of the building where the

7   defendant, Said Rahim, had his business Angousha

8   Trading.

9   Q.   Is this a high-speed internet?

10   A.   It's a broadband high-speed internet line.

11   Q.   And during this investigation, were you able to

12   conduct surveillance on the defendant and his

13   business?

14   A.   Yes, we were.

15   Q.   What did you observe?

16   A.   We would observe about seven days a week, from

17   around 9:30 a.m. to around 10 p.m., the defendant

18   was at the business conducting small transactions.

19   But the majority of that time was spent either

20   sitting out front or on his phone outside the

21   business.

22   Q.   And when you say "observed," how did you

23   observe?

24   A.   We had both -- some days physical surveillance,

25   and we also installed a pole camera across from the

```
 1   business so it could be monitored 24/7.
 2   Q.    And what kind of IP address is this?
 3   A.    We refer to that as a static IP address.
 4   Q.    What does that mean?
 5   A.    There's two kind of IP addresses.  If you have
 6   a home DSL and a broadband, when you purchase an
 7   account, they issue you that IP address.  It kind of
 8   stays with that account for the entirety of your
 9   account, like your home address.
10         Whereas, we have what we call dynamic IP
11   address.  If you're using your cell phone and
12   traveling around state to state or city to city, you
13   are constantly connecting to cell towers, and you're
14   getting different IP addresses with each connection
15   based on your location.
16   Q.    If we could see Government's Exhibit 58.
17             MS. MARTIN:  And I believe that one has
18   been admitted, Your Honor.
19   Q.    (By Ms. Martin)  What is this a photo of, Agent
20   Golomb?
21   A.    This is a photo of the 640 East Colorado
22   building.  And in the middle you will see the
23   Angousha Trading Center little shop that he had.
24   Q.    This right here?
25   A.    Yes, that right there.
```

1   Q.   If we could have Government's Exhibit 35 again,

2   please.  I want to direct your attention to line 4,

3   that IP address, 70.121.52.67.  Do you see that one?

4   A.   Yes, I do.

5   Q.   What monikers were affiliated with that IP

6   address?

7   A.   For that IP address, monikers hola isis,

8   safer-alshahadah, trip W amojahed and the email

9   omershishani1976 were associated with that address.

10  Q.   And if we could again see Government's Exhibit

11  5, page 2.

12       And do you see that IP address on this exhibit?

13  A.   Yes.  It is the second IP address that Time

14  Warner Cable lists, 70.121.52.67.

15  Q.   Who is that registered to?

16  A.   To an individual named Shahed Musleh at address

17  3814 Barrington Drive in Richardson, Texas.

18  Q.   And where have we seen that Musleh name before?

19  A.   It was the name associated with the

20  omershishani1976 gmail account.

21  Q.   Now, were you able to determine whether or not

22  the defendant lived at 3814 Barrington Drive in

23  Richardson?

24  A.   Yes.  We had physical surveillance observing

25  him returning to that residence daily.  We also

1    established a pole camera on the front and the back

2    of the house.

3    Q.    If we could see Government's Exhibit 35 again.

4          Now, if we can take a look at that line number

5    3, the IP address 76.183.1.8, what accounts were

6    this IP address associated with or was this?

7    A.    It was associated with monikers angousha@ and

8    Q-O-Q-A-Z-I, qoqazi, as well as Gmail account

9    angousha@gmail.com.

10   Q.    Now, we see that it's the Angousha.  When,

11   during the course of the defendant's use of the

12   Zello chat room, did he use that angousha@?

13   A.    That was the -- outside of QoQazi, the first

14   moniker he began using in the room around 2014.

15   Q.    If we could see Government's Exhibit 12.

16         And do we see those dates here reflected in the

17   far left?

18   A.    Yes.  You can see the first date was

19   October 11th, 2014.

20   Q.    And that was the angousha@?

21   A.    That would be angousha@, correct.

22   Q.    Now, did you analyze the logs for this

23   angousha@ moniker?

24   A.    I did.

25   Q.    And was there an IP address that reappeared

1  over and over in these logs?

2  A.   Yes, the 76.183.1.8.

3  Q.   And what type of phone does this reflect he

4  used for the angousha@?

5  A.   That he used an Android application, which

6  would suggest that he was using some type of Samsung

7  or HTC or Sony phone.

8  Q.   Can we see the last page, please?

9       What is the date of the last log on with that

10 moniker?

11 A.   That moniker, July 25th, 2015, was the last log

12 on to the app.  And then the last line shows that he

13 deleted that account on July 25th, 2015, from the IP

14 address 76.183.1.8.

15 Q.   And if we, again, could see Government's

16 Exhibit 6, page 1.

17      And we've seen these.  These are the Google

18 returns for the angousha@gmail.com address?

19 A.   That's correct.

20 Q.   Can you tell the IP address used for the terms

21 of service?

22 A.   Yes.  When he created that account for terms of

23 service, the IP address was 76.183.1.8.

24 Q.   And then it also had the same name, angousha?

25 A.   Angousha, yes, uh-huh.

1  Q.   Can you see what date this email address was

2  created?

3  A.   It was created on August 3rd, 2015.

4  Q.   And so how long after he deleted the Angousha

5  account at that same IP address?

6  A.   Six or seven days, eight days.

7  Q.   If we can see Government's Exhibit 11.

8       And the hola isis account, what email address

9  was used to create the hola isis account?

10  A.   Created the hola isis moniker at

11  angousha@gmail.com.

12  Q.   Okay.  And we discussed this ISIS account

13  earlier.  What IP address was it associated with?

14  A.   The 70.115.228.170, which was one of the

15  broadband accounts.

16  Q.   At the home and work?

17  A.   Yes.

18  Q.   Was it actually associated with both of those?

19  A.   The account was, but that particular IP address

20  I believe is to the business.

21  Q.   Yes.  But the other static IP address was also

22  associated with hola isis?

23  A.   I believe so.

24  Q.   Now, if we could see Government's Exhibit 4,

25  page 205.

---

**SHAWNIE ARCHULETA, CSR/CRR**
**FEDERAL COURT REPORTER - 214.753.2747**

1        And if we look on June 5th, 2016, does

2    something change on June 5th, 2016?

3    A.    Yeah.  You can see about the third or fourth

4    entry down he switched communication devices from a

5    Samsung to a Sony telephone, mobile phone.

6    Q.    And what else occurred on that date, June 5th,

7    2016?

8        If we can have Government's Exhibit 9.

9    A.    On that same day was the creation of the

10   moniker Dr. sa7wat.

11   Q.    And then what kind of phone was Dr. sa7wat?

12   A.    It was Android software phone, which would have

13   been a Samsung Sony or HTC phone.

14   Q.    What IP address is used to create that account?

15   A.    The IP address used to create that account was

16   128.177.161.166.

17   Q.    If you can go back to Government's Exhibit 35,

18   please.

19       And that IP address, 128.177.161.166, what

20   other of the monikers is that one associated with?

21   A.    Yeah.  Other monikers used that same exact IP

22   to connect to the mobile platform Zello was

23   angousha@, hola isis and the email omershishani1976.

24   Q.    The Dr. sa7wat moniker, did you analyze those

25   IP records?

---

**SHAWNIE ARCHULETA, CSR/CRR**
**FEDERAL COURT REPORTER – 214.753.2747**

1    A.    I did.

2    Q.    Was there something different about that

3    moniker from the other monikers?

4    A.    Yes.  The Dr. sa7wat moniker, the defendant

5    never connected to the broadband either at the home

6    or at the business.  He kept it solely on cell phone

7    networks.

8    Q.    And that was in October of 2015; is that

9    correct?

10   A.    Correct.

11   Q.    What does that indicate to you?

12   A.    As we look at these records, as he creates more

13   and more monikers, we see that in approach of

14   tradecraft.  At first, the monikers were created

15   with static IPs, which could be traced back to

16   physical addresses.  And then eventually escalates

17   to a point where you are creating a moniker with not

18   a valid email account, a new telephone and not

19   connecting to what we call a static IP.  So a lot

20   more difficult to track.

21   Q.    But you did obtain all of the IPs; is that

22   correct?

23   A.    We did obtain all the IPs, yes.

24   Q.    And you logged them.

25   A.    Yes.

166

1    Q.   When you did that, were you able to see overlap

2    between Dr. sa7wat and all of these other monikers?

3    A.   Yes.

4    Q.   With the exception, I believe, of Qoqazi?

5    A.   Pardon me?

6    Q.   With the exception of the Q-O-Q-A-Z-I?

7    A.   That's correct.  The addresses used by

8    Dr. sa7wat were often used by the other monikers

9    over time.  Again, these are just a portion of the

10   multiple occurrences of it, like seven to ten or

11   more; sometimes 40, 70, 60 occurrences of it, yes.

12   Q.   For example, this 128.177.161.166 was used by

13   angousha@?

14   A.   Yes.

15   Q.   And hola isis?

16   A.   Yes.

17   Q.   And the omershishani1976@gmail?

18   A.   That's correct.

19   Q.   And that was tied to his residence.

20   A.   Yes, the other monikers were tied to the

21   residence, correct.

22   Q.   Now, the changing of the monikers and email

23   addresses you just testified is a type of

24   tradecraft.  Is that common in the investigations

25   that you do?

1    A.   It's common not only in counterterrorism

2    investigations but also our criminal investigations,

3    yes.

4    Q.   Why is that?

5    A.   Well, as a user becomes more savvy, more aware

6    of their actions being discovered by law

7    enforcement, whether on their own or whether they

8    learn from others, how to protect their identity

9    online.  So they get more creative.  They find ways

10   to hide identities, create fake email accounts and

11   find ways to work around the system.

12   Q.   So that's your experience.  But in this case,

13   did you actually hear audio where members of the

14   State of the Islamic Caliphate channel are talking

15   about tradecraft and operational security?

16   A.   Yes.  There are a number of discussions in the

17   Zello Islamic State of the Caliphate chat room where

18   they are talking to each other and talking to the

19   members about how to work on the tradecraft, how to

20   make yourself more anonymous online to avoid law

21   enforcement and the intelligence, as they refer to

22   it.

23   Q.   If we could turn to page -- or, excuse me, tab

24   188 of the transcripts in your transcript binder.

25        This is May 20th, 2016, and six unknown males;

1    is that correct?

2    A.    That is correct.

3    Q.    All of these are members of the State of the

4    Islamic Caliphate channel that we have been

5    discussing.

6    A.    Yes.  This is happening in the channel, yes.

7         And on line 22, Unknown Male 2 says:

8    "Brothers, you who are exchanging the numbers, God

9    bless you, it is not allowed on this channel and at

10   your own risk -- on your own risk -- on private.

11   Communicate on the private amongst each other on the

12   private and at your own risk.  Pay attention to this

13   matter.  Communicate amongst each other on ... and

14   take care of each other.  Sufficient unto us is God;

15   so you will not fall into trouble."

16        Is this what you are talking about, trying to

17   keep it like anonymous?

18   A.    Exactly.  They would have discussions on how

19   to -- the security on the public forums was taken

20   very seriously to avoid subscribers of the channel

21   to be known, to be made known to law enforcement.

22   Q.    If we could see Government's Exhibit 216.  Turn

23   to Government's Exhibit 216.

24        The date of this is November 11 -- excuse me,

25   November 3rd, 2016, and the participant is Said

1    Rahim.

2        Line 6 he starts:  "No doubt your question is a

3    smart aleck question; it is a smart aleck question.

4    Man this is a site where everyone puts their lives

5    in danger of being imprisoned, or subject to be

6    arrested or tortured at any time, and here you are

7    coming to say:  Where are you from?"

8        And line 13 says:  "Just be a supporter of the

9    Islamic State, and that's it.  This is what we are

10   here for."

11       He continues in line 18:  "This is not my

12   business.  This question does not move anything

13   backward or forward.  This question, where are you

14   from, this does not help or hurt."

15       What do you understand him to say when he says,

16   "Do not ask where anyone is from?"

17   A.   He is looking out for subscribers on the

18   channel; more importantly, some of the more

19   important members of the channels, so their

20   identities are not known.

21   Q.   And does he believe a channel is serious

22   business based on this statement?

23   A.   Yes, he does.

24   Q.   If we could see Government's Exhibit 93 -- or

25   turn to Government's Exhibit 93.

1      Special Agent Golomb, is this one of the audios

2   and transcripts obtained from the Italian

3   government?

4   A.    I believe that it is, yes.

5   Q.    And the date on the transcript is

6   December 19th, 2016.  Participants are Ibn Dawla and

7   "@" and several other symbols.

8      And Ibn Dawla in line 16 says:  "I mean, if you

9   can change the phone, it will be good.  I mean, just

10   so -- so that you will know yourself that you are

11   safe, God willing.  If you cannot, just take care.

12   Be careful, you got it?  And do not click on any

13   site which asks for the location or specifying a

14   location or anything like that."

15      And the @$3 says in line 26:  "Otherwise, the

16   number is not in my name.  But because the guy who

17   was arrested did have my number -- I mean the

18   apostates are trying to verify, for example, who has

19   FaceBook, who has Twitter, they are able to get it.

20   But if I changed it all, I removed it, got rid of it

21   and got another number also, WhatsApp, I will be

22   able to work everything on it."

23      And Ibn Dawla responds in line 6:  "Yes, yes,

24   yes.  Get a new number and work normally on it.  Do

25   you understand?  But watch out.  I mean, be cautious

1    in case he gave up your name or something, or gave

2    your number so they could be monitoring you and

3    listening on you and something.  Do you understand?"

4        He continues in line 15:  "Take this new number

5    you are getting.  Open all the accounts you want.

6    Then put it in waterproof plastic, small waterproof

7    plastic that can be closed.  And then place it in a

8    plastic can, you know the plastic cans or half-full

9    coke bottle and stick the number in it and seal and

10   it bury it underground.  And don't -- don't have it

11   in your account and not available, not in your own

12   device and not to be, I mean, too far from you.  I

13   mean, if your device was formatted or such and you

14   needed it -- I mean to retrieve any confirmation

15   message or such, confirmation, you go and retrieve

16   it, knowing where it is."

17       He continues on line 1 of page 3:  "In a sealed

18   place.  Do it in a half-liter -- a liter plastic

19   bottle, then close it.  It would be better if you

20   sucked the air out of it.  Suck the air out of it

21   with your mouth and close it.  Bury it underwater.

22   It does not matter whether it is underground or

23   underwater.  It's important it is hidden someplace."

24       What is Ibn Dawla discussing?

25   A.   I think he's describing the extreme measures

172

1    they take for security concerns on the channel.

2    Q.    And Ibn Dawla continues in line 11:  "You

3    should find a country, any country, where they sell

4    numbers without a -- I mean sold contraband without

5    a -- I mean a whatchamacallit, a SIM card."

6         Continues in line 17:  "If the card for this

7    number is worth 10 Euro or $10, whoever sells it

8    without documentations and without -- I mean your

9    documentation, that is your identification card or

10   something, then he will sell it for 15 to 20."

11        What does that mean, if it's a ten-dollar SIM

12   card someone will sell it for 15 or 20?

13   A.    Well, a user or someone could buy a SIM card in

14   their name, sell it to somebody else.  They're going

15   to sell it for more money, because now that user

16   buying it doesn't have record of that sale.

17   Q.    Continues in line 22:  "If you were able to

18   find it this way, attainable, then buy it, a

19   smuggled number, to be original but smuggled.  It

20   would be better for you than your own number,

21   because the number is always linked to the person,

22   to your identity.  Got it?"

23        He continues on page 4, line 1:  "You have to

24   create a lock.  And each time you have to leave the

25   house or the place where you are safe, you should go

1   into the archive, then into the folders,

2   specifically to a file named 'Telegram' and delete

3   the document and delete the image, the audio and the

4   video, delete these four folders.  Click continually

5   on them until you get to the blocks.  Select all and

6   then delete them.  Do you understand?"

7        What is Ibn Dawla telling him to do here?

8   A.   He's telling him that you have a phone and you

9   have these apps on them, you want to wipe that

10  phone.  You want to go in there -- don't just delete

11  the app, get into the files and delete everything

12  related to that app.

13  Q.   It continues in line 9:  "And if you have a

14  program that disconnects the apps from the net, that

15  would be better, to disconnect from the net so this

16  way it is not downloading the pictures or such for

17  you.  And in case someone should get into your phone

18  and into Telegram, he will find it empty at least

19  this way.  As to the lock, you know, there are apps

20  to create the lock, apps that create a lock to begin

21  with.  You did the lock in the Telegram, the one

22  available in the Telegram, so that that way you have

23  two safeguards with different numbers, meaning not

24  the same secret number.  This way it's a bit hard."

25        And then he continues in line 23:  "I'm even

1   looking for one myself, because I need it.  And I

2   even work officially on my number, and this is the

3   problem.  The official number is in my brother's

4   name, and, I mean, my brother does not know these

5   things."

6       What does he mean by "official number"?

7   A.   So the number that he uses to access the Zello

8   mobile app, he goes to great lengths to make sure

9   it's not in his name.  As the Italian investigator

10  discussed, he would use the roommate's name to get

11  these phones or these SIM cards.

12  Q.   Now, you testified that you conducted

13  surveillance on Said Rahim; is that correct?

14  A.   That is correct.

15  Q.   And you had pole cams up?

16  A.   We did.

17  Q.   Have you reviewed that pole camera footage?

18  A.   I have.

19  Q.   It ran for 24 hours a day for most of the year?

20  A.   Yes, ma'am.

21  Q.   And were you able to establish his routine or

22  times that he would be away?

23  A.   Yes.  As I stated earlier, we had him 24/7, and

24  we could observe his pattern of life, as we call it.

25  When he would leave the home to travel to the

1    office, the store, and what time he would leave the

2    store to travel home and how many days a week he

3    would do that.

4    Q.    Would that be consistent with what physical

5    surveillance was observed?

6    A.    Yes.

7    Q.    Would that be consistent with his Zello

8    activity?

9    A.    It would.  A lot of the times, the Zello would

10   capture the audio.  It would be during -- let's say

11   for the Dr. sa7wat cell phone at the store, we would

12   see him at the store on his phone.  Sometimes with

13   the static IPs at night, we might see a different

14   moniker, speaker on the channel, connected to static

15   IP at night when he was at home.

16   Q.    So your IP address analysis also identified

17   that as well.

18   A.    Yes.

19   Q.    Now, was the pole camera footage captured and

20   stored at the FBI?

21   A.    Yes, it was.

22   Q.    And was it maintained in FBI's care, custody

23   and control?

24   A.    It was, yes.

25   Q.    And were you able to review that?

1    A.    I was.

2    Q.    And did you create still photos from the pole

3    camera footage?

4    A.    I did.

5              MS. MARTIN:  Your Honor, at this time the

6    government would like to publish Exhibit 63.  I

7    believe it's been preadmitted.

8              THE COURT:  It's in.

9              MS. MARTIN:  If we could see Government's

10   Exhibit 63.

11   Q.    (By Ms. Martin)  Special Agent Golomb, what do

12   we see here?

13   A.    This is a still camera shot from our pole

14   camera footage that was across from the 640 East

15   Colorado Boulevard business, Angousha Trading, and

16   that is the subject sitting down in a chair looking

17   at his cell phone or using his cell phone.

18   Q.    This right here?

19   A.    Correct.

20   Q.    And that's Said Rahim?

21   A.    That is Said Rahim.

22   Q.    Next page, please.

23         What is this?

24   A.    Again, it's another still shot, a different

25   time.  Again, the subject sitting outside his store

1  on his cell phone.

2  Q.   Next page.

3       What do we see here?

4  A.   Well, you can see this is a photo from the

5  store again but at night.  And you can see in the

6  corner there the lit-up screen of the cell phone and

7  the defendant.

8  Q.   Next page, please.

9       What do we see here?

10 A.   Something similar, different time stamp, but

11 the defendant is sitting outside his business on his

12 telephone.

13 Q.   Next page, please.

14 A.   Again, another example of a different time of

15 the subject sitting outside the store on his cell

16 phone.

17 Q.   And that's the cell phone light again?

18 A.   That's the cell phone light again, yes.

19 Q.   Next page.

20 A.   Again, different time stamp.  This time the

21 defendant is standing.  You can faintly see the cell

22 phone light on and, again, using his cell phone,

23 actively using his cell phone.

24 Q.   Is that zoomed in?  Is that circle still

25 correct?

1    A.     Yes.

2    Q.     Thank you.

3           Special Agent Golomb, also as part of your

4    investigation, did you go on to the Zello website,

5    itself, and look at the different profiles?

6    A.     I did; the ones remaining, yes.

7    Q.     And --

8                MS. MARTIN:   One moment, Your Honor.

9    Q.     (By Ms. Martin)  And when you were going

10   through these screenshots or looking through these

11   profile pictures, what were you doing?

12   A.     I was on the Zello website trying to see if the

13   monikers associated with the defendant were still

14   active.

15   Q.     And were you also looking at the profile

16   pictures of other users of the Zello channel?

17   A.     Yes; other moderators and administrators,

18   correct.

19   Q.     Did you also review the profile picture and the

20   profile page of the owner of the Zello channel?

21   A.     Yes, I did.

22   Q.     What is the significance of the owner of the

23   Zello channel?

24   A.     So the owner is the creator of the channel.  He

25   controls everything.  He controls who is an admin,

1    there's a moderator, the profile picture, whether

2    the channel can be deleted or not.  He controls

3    basically what content, what message the channel is

4    sending out to the public.

5    Q.   And I believe you testified earlier that he had

6    some documents on that profile page.

7    A.   He did.  On his profile page was a direct link

8    to an archive site.

9    Q.   And is that the archive site that was

10   downloaded by SOS Hauske?

11   A.   Yes, it was.

12   Q.   Do you still have that exhibit before you?

13   A.   I do.

14   Q.   Exhibit 310.  And that was the downloaded

15   documents?

16   A.   Yes, it was.

17           MS. MARTIN:  Your Honor, at this time the

18   government moves to admit Government's Exhibit 310.

19           THE COURT:  Mr. Whalen?

20           MR. WHALEN:  Same objections, Your Honor.

21           THE COURT:  Make sure I know who in the --

22   ask him that, please.

23   Q.   (By Ms. Martin)  What type of documents are

24   these?

25   A.   So the documents are from the -- you know,

---

1    available to any public user of the channel;

2    basically were official ISIS media publication

3    documents describing a variety of things.  Whether

4    it would be how to use and operate Telegram, how to

5    pledge allegiance in --

6              THE COURT:  Who is the author?

7              THE WITNESS:  The author was various

8    official designated ISIS media publications.  So

9    El-wafa, different -- what the State Department

10   considers to be the official media of ISIS.

11             THE COURT:  I think it's hearsay.  Tell me

12   why you think it's coconspirator statements.

13             MS. MARTIN:  Your Honor, the defendant is

14   charged with a conspiracy to commit material

15   support, and these statements are in furtherance of

16   the ISIS mission.  And the FTO that he is supporting

17   is ISIS.

18             THE COURT:  All right.  It's close, but

19   I'm letting it in.  310 is in.  Overrule the

20   objection.

21             MS. MARTIN:  Your Honor, may we publish?

22             THE COURT:  Yes.

23   Q.  (By Ms. Martin)  If we could have page 1,

24   please.

25             Is this one of the publications that was on the

1    website of the State of the Islamic Caliphate?

2    A.   Yes, it was.

3    Q.   And does it appear to be a picture of an

4    explosion?

5    A.   It does, and I -- having the translators

6    translate each of the documents, this one would

7    translate roughly to --

8              MR. WHALEN:  Objection, that's hearsay,

9    Your Honor.

10             THE COURT:  Sustained.

11   Q.   (By Ms. Martin)  And do we see that it looks

12   like a car or something has been exploded?

13   A.   Yes.  You will see a car exploded and what

14   appears to be soldiers.

15   Q.   If we could see page 144, please.

16        Is this another document that was on the State

17   of the Islamic Caliphate channel profile page?

18   A.   Yes.

19   Q.   Who is this individual?

20   A.   That is Osama bin Laden, the former head of

21   Al Qaeda.

22   Q.   Do you recognize any of the other people in

23   this?

24   A.   I do.  The individual at the top is Abu Bakr

25   al-Baghdadi, leader of ISIS.

```
 1        In addition, you have to his -- down to the
 2   left would be al-'Adnani, the official spokesperson
 3   of ISIS.  Two pictures over to the right is a photo
 4   of al-Zarqawi, who was the original leader of what
 5   is now called ISIS.
 6   Q.   Okay.  If we could see page 201.
 7        What do we see right here in the middle?
 8   A.   That is the Islamic State flag.
 9   Q.   The ISIS flag?
10   A.   The ISIS flag, yes.
11   Q.   And do these appear to be Christian religious
12   figures in the bottom?
13   A.   Appear to be a monk, priest, and the Pope.
14   Q.   And if we could see -- I believe that's it,
15   thank you.
16        Special Agent Golomb, you explained there were
17   four iterations of this channel; is that correct?
18   A.   That is correct.
19   Q.   And each one was created either after it was
20   shut down or just to move to a different channel.
21   A.   Correct.
22   Q.   And I believe you testified that the members of
23   the channel remained consistent.
24   A.   They did, yes.
25   Q.   If we could see Government's Exhibit 13,
```

183

1    please.

2         What is this?

3    A.    These are records provided by Zello, which I

4    believe is a detailed log of the State of the

5    Islamic Caliphate channel.

6    Q.    What date was it created?

7    A.    It was created on June 30th, 2014.

8    Q.    Is that a significant time period?

9    A.    It's shortly after the Islamic State had

10   declared itself as a Caliphate.

11   Q.    And what do we see here in the middle of the

12   page?

13   A.    It says that the channel was disabled on

14   June 5th, 2016, as violating Zello terms of service

15   by Zello moderator.

16   Q.    And this also was the admins and the

17   moderators?

18   A.    It does.

19   Q.    If we could see page 3, please?

20         And what is the moniker we see here?

21   A.    The moniker is all way isis.

22   Q.    And whose moniker is that?

23   A.    That is the defendant's moniker.

24   Q.    And this list was the list when the channel was

25   shut down?

```
1   A.   Correct, yes, a snapshot of when the channel
2   was shut down.
3   Q.   Can we see Government's Exhibit 14?
4        Have you reviewed Government's Exhibit 14?
5   A.   I have.
6   Q.   How many -- do you recall how many subscribers
7   were in the first channel?
8   A.   I don't, but definitely I believe over 10,000.
9   Q.   Can we see page 199?
10       What is that moniker?
11  A.   That is moniker Q-O-Q-A-Z-I, Qoqazi.
12  Q.   Who is that moniker associated with?
13  A.   It was associated with the defendant.
14  Q.   If we could see page 586, please?
15       What is that moniker?
16  A.   That is the angousha@ Zello moniker for the
17  defendant.
18  Q.   And who is that -- oh, for the defendant.
19       If we could see page 546, please.
20       What is that moniker?
21  A.   That is the moniker all way isis.
22  Q.   Who is that affiliated with?
23  A.   The defendant.
24  Q.   Page 825.
25       What is that moniker?
```

1    A.    Hola isis.

2    Q.    And whose moniker is that?

3    A.    That moniker is also belonging to the

4    defendant, Said Rahim.

5    Q.    Page 226.  If we could see page 1273, I'm

6    sorry.

7          What is that moniker?

8    A.    That is the Zello moniker trip W amojahed.

9    Q.    If we could have Government's Exhibit 17.

10         What is this?

11   A.    This would be another record from Zello,

12   possibly a different iteration of the channel,

13   another detailed log of the channel.

14   Q.    If we could see page 2.

15         Who is that?

16   A.    That is the Zello moniker, Dr. sa7wat.

17   Q.    Whose moniker is that?

18   A.    That moniker belongs to the defendant, Said

19   Rahim.

20   Q.    And Government's Exhibit 18.

21         Is this another subscriber log?

22   A.    Yes.

23   Q.    And if we could see page 12, please.

24         And who is one of the subscribers to this

25   iteration?

1    A.    That is also the moniker Dr. sa7wat.

2    Q.    And if we could see Government's Exhibit 21.

3          Page 2, please.

4          If we could see page 3.

5          Do you see the word "Top Users" here?

6    A.    I do.

7    Q.    Who is one of the top users?

8    A.    The moniker safer-alshahadah.

9    Q.    And what does a top user mean?

10   A.    The way the CTO of Zello explained it is, these

11   are users who have been up-voted, like for FaceBook

12   where you can up-vote and give likes.  So users that

13   get a lot of likes with a lot of activity in their

14   talk.

15   Q.    And down here what's another moniker?

16   A.    The Dr. sa7wat moniker.

17   Q.    And that's also the defendant?

18   A.    That is also the defendant, yes.

19   Q.    Now, at some point in your investigation, did

20   defendant, Said Rahim's, behavior change?

21   A.    In terms of his talk on the channel or his

22   tradecraft.

23   Q.    Was his activity -- did his activity on the

24   channel change?

25   A.    It did, yes.

1   Q.   When did he join the channel?

2   A.   He joined the channel in early October 2014,

3   mid-October 2014.

4   Q.   And then when did his activity on the channel

5   cease?

6   A.   When did it -- excuse me.

7   Q.   When did his activity on the channel stop?

8   A.   It stopped around the end of January of 2017.

9   Q.   January, February, of 2017?

10   A.   Yes.

11   Q.   And did you see any more IP logs after that

12   time?

13   A.   I did not.

14   Q.   At some point, did you learn that the

15   defendant, Said Rahim, had purchased a ticket to

16   Jordan?

17   A.   Yes, we were made aware.

18   Q.   And if we could see Government's Exhibit 50.

19   What is this?

20   A.   This is a records request from Luftansa

21   Airlines showing the defendant, Said Rahim, with an

22   airline reservation.

23   Q.   What was the destination?

24   A.   The end destination was Amman, Amman Jordan.

25   Q.   And that's the AMM?

1  A.   Correct.

2  Q.   And where was he connecting through?

3  A.   Frankfurt, Germany.

4  Q.   And if we could see page 2.

5       What is the phone number associated with this

6  record?

7  A.   The phone number associated is (214)414-4244.

8  Q.   And this travel was to occur when?

9  A.   On May 5th -- sorry, excuse me.  On March 5th,

10 2017.

11 Q.   And when was he to return?

12 A.   If I recall, it was sometime around May, a

13 month or two.  I can't remember.  Oh, yes,

14 May 9th -- sorry, May the 9th of 2017.

15 Q.   Do you know when he initially booked this

16 travel?

17 A.   I believe maybe two or three weeks in advance,

18 possibly more.

19 Q.   Were you are aware that Mr. Rahim has as

20 daughter in Jordan?

21 A.   I was, yes.

22 Q.   What age roughly was she?

23 A.   I don't know about the exact age, but I think

24 in 2017 she would have been around 11 or 12 years

25 old.

1  Q.   Did you know him to have sent her and her

2  mother money?

3  A.   He did.  He had sent some Western Union

4  transactions to Amman, Jordan in the ex-wife's name,

5  yes.

6  Q.   And if he had gone to see her in Jordan, based

7  on the travel records that Officer Street reviewed

8  earlier, when would the last time have been that he

9  went to see her?

10 A.   I believe it was 2011.

11 Q.   Can we see Government's Exhibit 55?

12      If we could blow that up, please?

13      Are you speaking about his 2011 travel?

14 A.   I am.  Now that I remember, that might have

15 been to the Hajj in Saudi Arabia.  So it might have

16 been earlier than that.  It might have been 2009,

17 2010; yes, 2010.

18 Q.   Okay.  Thank you.  Now, if we could see

19 Government's Exhibit 52, please.

20      What is this?

21 A.   This is a map of what we call the Middle East

22 and zoomed in around Syria, Iraq, Jordan, Turkey.

23 Q.   And did Dr. Vidino testify that this map shows

24 the Levant?

25 A.   Yes, he did.

1  Q.    And is this the Syrian border with Jordan?

2  A.    Yes, that's correct, the Syrian border with

3  Jordan.

4  Q.    What city is that?

5  A.    That's Amman, Jordan, where the defendant was

6  flying to.

7  Q.    Do you also see -- what country is right here?

8  A.    That is Lebanon.

9  Q.    And then down here?

10 A.    We consider that the West Bank.

11 Q.    Did we hear the defendant reference the West

12 Bank in some of the audio?

13 A.    Yes, we did.

14 Q.    So the defendant planned to travel to Amman

15 through Germany on March 5th, 2017?

16 A.    That's correct, yes.

17 Q.    What did you do in preparation for that travel?

18 A.    We began to determine why he was traveling.

19 And we had planned to set up an interview at the

20 airport of the defendant to try to ask him questions

21 regarding the concerning content we found on Zello.

22 Q.    Did you obtain search warrants for his

23 belongings at the airport?

24 A.    We did.  In preparation for his flight, we had

25 some search warrants made for his baggage, yes.

1    Q.    What else did you do to prepare for him

2    traveling to the airport and arriving at the

3    airport?

4    A.    As the date approached, we also had physical

5    surveillance teams on the ground that began watching

6    him with the physical presence a couple of days

7    before the flight left.  We had also planned to have

8    our SWAT tactical team kind of behind the

9    surveillance team to follow them to the airport as

10   well.

11   Q.    And did you do that on that date?

12   A.    Yes, we did.

13   Q.    Were those people actually visible to Said

14   Rahim as he traveled to the airport, though?

15   A.    No, they were not.  All of our surveillance

16   teams are plain clothes, plain vehicles.  He would

17   not be made aware of that.

18   Q.    I believe you said your plan was to interview

19   Said Rahim when he went to the airport?

20   A.    That's correct.

21   Q.    Was Said Rahim ever going to be permitted to

22   get into a plane to Germany and then to Amman?

23   A.    Absolutely not, no.

24   Q.    Why not?

25   A.    Based on the evidence we had collected to date,

```
 1   we had a concern about the safety of citizens here,
 2   about the safety of individuals over there, about
 3   possibly him mobilizing for jihad.
 4   Q.   Was he on a no fly list?
 5   A.   He is.
 6   Q.   Did you have to do anything to allow him to get
 7   through the TSA checkpoint?
 8   A.   We did.  We had to request that he be given
 9   permission to receive a boarding pass to pass
10   through security, yes.
11   Q.   And was that granted?
12   A.   It was.
13   Q.   Was it conditioned on FBI doing anything?
14   A.   It was conditioned on the fact he would be not
15   be able to board that plane, yes.
16   Q.   And was FBI going to provide surveillance and
17   protection for that?
18   A.   Yes.
19   Q.   Did you?
20   A.   We did, yes.
21   Q.   How did you do that?
22   A.   We had surveillance teams outside the airport.
23   Obviously we had SWAT nearby outside the airport.
24   Once you passed through security, we had plain
25   clothes officers in and around the public area, as
```

1    well.

2    Q.   And did you have to do anything to prepare for

3    the potential interview that you might have with the

4    defendant?

5    A.   We did.  We met with our airport liaison a few

6    days before so that we could put a plan in place to

7    find somewhere to do the interview so that it could

8    be recorded.

9    Q.   And did you find a suitable room to record the

10   interview?

11   A.   We did, yes.

12   Q.   What did you do to prepare the room?

13   A.   We made sure that the room was accessible, it

14   was not locked, didn't have any doors; a place that

15   we could place video and audio equipment so that it

16   was quiet enough that we could actually hear what

17   was going on as opposed to doing it in a public area

18   where it was very loud and the PA systems going on.

19   And we just did a walk-through of how we would set

20   that up.

21   Q.   Can you describe for the jury how you would get

22   to this room where you conducted the interview?

23   A.   Yes.  So once you pass through security in

24   Terminal D at the airport -- I believe it was Gate

25   14.  There's usually two gates, you know, side by

```
 1  side to one another.  In this instance, if his
 2  flight was boarding on Gate 14, the other gate over
 3  there, Gate 12, was empty.  And the glass door that
 4  you pass through as you hand your ticket to the
 5  airline agent and then you walk along the tunnel to
 6  get on the plane, when you pass through that glass
 7  door, if you just took an immediate left, there are
 8  just open storage rooms where they may store baggage
 9  carts, boxes, things of that nature.  And that's the
10  room we were going to use in this case.
11  Q.   Did it have a door on it?
12  A.   No door.
13  Q.   It had a doorway?
14  A.   It had a doorway, but no door on the room.
15  Q.   Was it a large room?
16  A.   It wasn't large, but it wasn't small.  It was
17  maybe 15 by 15 feet.
18  Q.   And did you set up those -- the cameras that
19  you talked earlier?
20  A.   We did.  We set up a camera, a video recorder,
21  as well as an audio recorder that could broadcast
22  out to others who were not in the room.
23  Q.   Now, on that date, did you go ahead and set up
24  at the airport before Rahim's scheduled departure?
25  A.   Yes, I did.
```

1   Q.   And were you getting reports of where he was at

2   different times during the day?

3   A.   Yes, we were being updated by the surveillance

4   teams.

5   Q.   At some time did you learn he was headed to the

6   airport?

7   A.   Yes.

8   Q.   Who was he with?

9   A.   I believe he was being driven that day by two

10  of his brothers.

11  Q.   Where did he go when he arrived at the airport?

12  A.   They made their way to the Luftansa ticket

13  counter.

14  Q.   Did he have issues at Luftansa ticket counter?

15  A.   As it was being relayed to me -- actually we

16  were expecting it to move quicker.  But he had a

17  delay, I believe, acquiring his boarding pass to

18  Luftansa, yes.

19  Q.   He had delay in acquiring his boarding pass?

20  A.   Yes.

21  Q.   Did he get a gate pass to get through security?

22  A.   Yes, I believe they issued a gate pass to get

23  through security.

24  Q.   Did Luftansa, at your direction, not give him a

25  boarding pass?

1    A.    No.

2    Q.    Did you have any idea that was going to happen?

3    A.    No, we did not.

4    Q.    Eventually, did he get through security?

5    A.    Yes, he did.

6    Q.    What happened as he came through the TSA

7    checkpoint?

8    A.    I believe he was secondary screened as part of

9    TSA's process.  And during that secondary screening,

10   TSA had taken his electronic devices, for which they

11   do to anyone who gets secondaried and began talking

12   to him.  And at that time, my co-case agent, Special

13   Agent Dan Glick of the Department of State, Secret

14   Service, approached Mr. Rahim.

15   Q.    And what did you do when you approached

16   Mr. Rahim?

17   A.    I believe Dan introduced himself and asked if

18   he had trouble getting on the flight.  There had

19   been possible problems with that itinerary.  He had

20   an AI flight manifest with him, and he asked if he

21   could see his gate pass.

22   Q.    And did you offer to help him get it cleared

23   up?

24   A.    I believe the first time Special Agent Glick

25   asked him if he would be willing to answer some

1    voluntary questions that we could maybe look into

2    the issue with Luftansa.

3    Q.   But you led him to believe that maybe you could

4    clear up whatever issues he had.

5    A.   Yes.

6    Q.   And were you ever going to actually clear up

7    his issues to get on a flight?

8    A.   No, ma'am.

9    Q.   Did he agree to answer your questions

10   voluntarily?

11   A.   He did.

12   Q.   And how did he get from TSA to the gate?

13   A.   Following him finishing up with TSA, TSA

14   provided him back his baggage, his passport, his

15   keys, his wallet, his travel documents.  We then

16   walked with him.  The gate was only maybe 100 to

17   200 feet away.  And we just walked with him, just

18   talked with him and understood his frustration with

19   not being able to get a boarding pass.  Again, asked

20   him if he would be willing -- since the flight

21   wasn't boarding yet, if he would be willing to

22   answer some voluntary questions at this time.

23   Q.   Did you put him in handcuffs and escort him?

24   A.   Absolutely not, no.

25   Q.   Did you take him by the arm?

1   A.   No, ma'am.  We did not touch him at all.

2   Q.   Did you have a gun showing?

3   A.   No.  I was wearing a suit similar to this.

4   Q.   And he voluntarily agreed to talk to you?

5   A.   Yes, he did.

6   Q.   Did you ask TSA to pull him for a secondary

7   search?

8   A.   No, we did not.

9   Q.   That was a TSA decision?

10  A.   Their policy.

11  Q.   Once you got to the gate, what happened?

12  A.   Once we got to the gate, like I said, he agreed

13  to speak with us voluntarily.  I think at that point

14  we looked over at the other airport agent that was

15  assisting and said, "Hey, is there a room we can

16  use?"  And he allowed us into the back that we could

17  use the room we purposely set up.

18  Q.   Was the entire interview audio and video

19  recorded?

20  A.   Yes, it was.

21        MS. MARTIN:  One moment, Your Honor.

22        May I approach, Your Honor?

23        THE COURT:  Yes.

24  Q.   (By Ms. Martin)  What is this, Special Agent

25  Golomb?

1   A.   This is Government's Exhibit 64.  I believe it

2   to be the video of the interview we conducted of

3   Said Rahim at the airport.

4   Q.   And have you watched the video?

5   A.   I have, several times.

6   Q.   And does it accurately depict what occurred on

7   that date?

8   A.   Yes, it does.

9   Q.   And have any changes or alterations been made

10  to the video?

11  A.   No, it hasn't.

12        MS. MARTIN:  Your Honor, may we publish

13  Government's Exhibit 64?

14        THE COURT:  It's not in evidence yet.

15        MS. MARTIN:  I'm sorry, Your Honor.  We

16  move to admit Government's Exhibit 64.

17        THE COURT:  Mr. Whalen?

18        MR. WHALEN:  Your Honor, we would renew

19  our previous objections, which the Court has already

20  ruled on.

21        THE COURT:  Yes, I have already ruled on

22  them.  Any other objections?

23        MR. WHALEN:  No.

24        THE COURT:  Noting those objections and

25  overruling them; admit 64.

```
 1                  (Video Played.)
 2                  MS. MARTIN:  If we can pause it.
 3     Q.   (By Ms. Martin)  Special Agent Golomb, who is
 4     on the screen right now?
 5     A.   To the left is myself.  And in the center of
 6     the screen is the defendant here in the courtroom,
 7     Said Rahim.  And to the right is my co-case agent,
 8     Special Agent Daniel Glick.
 9          (Video Continued.)
10     Q.   (By Ms. Martin)  Special Agent Golomb, who did
11     Said Rahim say his employer was?
12     A.   Angousha Trading.
13          (Video Continued.)
14     Q.   (By Ms. Martin)  Special Agent Golomb, what are
15     you telling the defendant, Said Rahim, right there?
16     A.   I was trying to instruct him that, you know, I
17     work for the FBI, my co-case person worked for the
18     Department of State, and we are federal officers,
19     and by not telling the truth and lying is a federal
20     offense.
21     Q.   And did you tell him what role you had with the
22     FBI as well?
23     A.   Well, myself and Dan told him we worked for the
24     Joint Terrorism Task Force.
25          (Video Continued.)
```

1   Q.   (By Ms. Martin)  Special Agent Golomb, what did

2   you ask the defendant?

3   A.   I asked him if he's ever had discussions with

4   anyone else about traveling for jihad.

5   Q.   And in the transcript binder, if we could go to

6   transcript 52.  What did the defendant respond?

7   A.   He said, "No, never."

8   Q.   Exhibit 52.  I'm sorry, 152, I apologize.

9   Transcript 152.

10      On page 2, line 15, Said Rahim says:  "This is

11  the pathway, so brothers where are the men!  Where

12  are the men!  Where are those who gave Almighty God

13  the pledge of death!  Where are the ones that will

14  respond to the one calling for jihad.  Come to

15  jihad.  Where are you men?  Where are you?  Days and

16  years keep passing and time is running out quicker

17  than lightning.  Jihad has been there for many, many

18  years, some mobilized and some stayed behind.

19  Brothers are trying, and we perceive you to be from

20  those who try to mobilize to jihad for the cause of

21  God glorified and exalted be He."

22      And if you will look at transcript number 162,

23  line 21 of page 2, Said Rahim says:  "For a person

24  to be with the truth and defend it with the tongue

25  until God enables him to mobilize and perform jihad

1    with his tongue, with his sword and his weapon and

2    his machine gun, as our brother Gharib al-Diyar

3    did."

4         And he continues on 28:  "Yes, this is the one

5    who was among us and with us on this channel, but he

6    mobilized.  He mobilized to the Caliphate lands.  He

7    is sharp tongued with forceful statement and

8    argument, and also now he is on the battlefields."

9         Is he discussing this with anyone?

10   A.   He's discussing this with the many thousands of

11   members on the channel.

12   Q.   And on page 3, line 10 --

13            THE COURT:  Just give them a little bit of

14   time to get to it.  Page 310.

15            MS. MARTIN:  Page 3, line 10.

16            THE COURT:  Okay.  Go ahead.

17   Q.   (By Ms. Martin)  Said Rahim says:  "And many

18   brothers, by God for real er, who were on this

19   channel, mobilized.  So praise be to God.  Do not

20   underestimate this forum and in this channel -- in

21   this channel.  Do not underestimate."

22        Special Agent Golomb, when you asked Said

23   Rahim, "Have you ever discussed with anyone travel

24   for the purpose of jihad," was that true -- and he

25   responded "No," was that true?

1  A.    No, it was not.

2  Q.    And how do you know it was not true?

3  A.    Because this is just a few of several examples

4  of him discussing with members on the open channel

5  about traveling for jihad.

6  Q.    And whether a subject of an investigation had

7  discussed travel for the purpose of jihad with

8  anyone, would that be material to the FBI?

9          MR. WHALEN:  Objection, calls for a legal

10 conclusion, Your Honor.

11         THE COURT:  Overruled.  It's okay.

12 A.    Yes, it would be.

13         THE COURT:  The jury has a right to decide

14 whether or not it's material.  But he can say it.

15         (Video Continued.)

16 Q.    (By Ms. Martin)  Special Agent Golomb, what did

17 you just ask the defendant, Said Rahim?

18 A.    I asked him if he was ever a supporter of the

19 foreign terrorist organizations.

20 Q.    Specifically did you ask him if he was a

21 supporter of the Islamic State, ISIS, ISIL or Daesh?

22 A.    Yes, I did.

23 Q.    What did Said Rahim respond?

24 A.    He said he was not.

25 Q.    If we could go in our transcript binders to

1   transcript 206.

2        And this was on December 31st, 2016, and the

3   speaker is Said Rahim.  And he says in line 6:

4   "Yeah, as for the site er, I mean I will give you

5   the name; I will give you the site. I am not sure if

6   it is in English er, Duncanville Center, er, let me

7   see Duncanville Islamic Center. I will send you the

8   picture of how to access it exactly, send -- send

9   all the pictures -- all the pictures of all our

10  brothers who were martyred and burned. Er, you can

11  send the link of burning the soldier; you can send

12  everything you have."

13       Then he continues in line 17:  " I do not want

14  it to look that ... I do not want it to look as if

15  it is from me, but from someone, someone on the

16  outside. Because I mean they know it here, they know

17  my orientation is known as a supporter of the

18  Islamic State. I mean they know it; I mean I always

19  defend ... Even once after the sermon I said; 'You

20  defend him."

21       When he said he was not a supporter of the

22  Islamic State, ISIS, ISIL or Daesh, was that true?

23  A.   No, it was not.

24  Q.   How do you know?

25  A.   This is just one example.  But there are many

1    transcripts that show he is a staunch supporter of

2    the Islamic State and is in communication with other

3    staunch supporters of the Islamic State and has

4    knowledge of them.

5    Q.   And is it important to the FBI to know whether

6    someone is a supporter of ISIL or the Islamic State

7    in a terrorism investigation?

8    A.   Yes, it is.

9         (Video Continued.)

10   Q.   (By Ms. Martin)  Special Agent Golomb, what did

11   Special Agent Glick just ask the defendant?

12   A.   He asked the defendant if he has ever promoted

13   violence on behalf of ISIS.

14   Q.   What did the defendant say?

15   A.   He said no.

16   Q.   If we could look at Transcript Number 190.

17        This is on December 16, 2016, and the

18   participants are Rami Rahl and Said Rahim.  And in

19   line 10, Said Rahim says:  "We do not look at your

20   age, may God bless you, whether you are eight years

21   old so . . . or four years or ten years; it does not

22   matter, rather what your creed down deep in your

23   heart is, the creed of al-Wala' wal-Bara'.  Meaning,

24   may God bless you, you can now, I mean according to

25   the area, to attack, I mean,as the Emirs of the

```
 1   Islamic State and the official spokesman of the
 2   Islamic State said, 'Be a lone wolf,' if you are
 3   able to do something in Turkey so I mean attack the
 4   infidels and the apostates the Turks, the Turkish
 5   police; if you are able to kill them then do so, if
 6   you can burn their businesses or burn er, their
 7   homes, I mean the government officials and police
 8   cars ... to kill police individuals. If you can do
 9   that then do it. If you cannot, then immigrate to
10   the Islamic State, immigrate to the Islamic State
11   and train there."
12       What is Said Rahim doing there?
13   A.   In that particular transcript, not only is he
14   promoting violence, but he is ordering others on the
15   channel to go out and commit acts of violence.
16   Q.   And were there other examples of him promoting
17   acts of violence on behalf of the Islamic State?
18   A.   Yes, many more.
19   Q.   And so when he answered "no" to your question,
20   "Have you ever promoted violence on behalf of the
21   Islamic State, ISIS, ISIL or Daesh," and he answered
22   "No," was that true?
23   A.   Absolutely not.
24   Q.   Is it important to you as a counterterrorism
25   FBI agent to know whether someone has promoted
```

1  violence on behalf of ISIS?

2  A.   Yes, it's very important.

3       (Video Played.)

4  Q.   (By Ms. Martin)  Special Agent Golomb, what did

5  you just ask the defendant, Said Rahim?

6  A.   Special Agent Glick asked him if he knew anyone

7  that promoted an act of terrorism or if he, himself,

8  has ever promoted an act of terrorism.

9  Q.   And if we can go to the transcript at

10  Government's Exhibit 148.

11       If we look at the bottom of page 1, Said Rahim

12  says, line 26:  "I mean let him grab the mic and

13  talk, I mean.  Talk, this is your opportunity to

14  defend the Caliphate State with your words, until

15  God facilitates for you to go and defend the

16  religion of God with your teeth nails, explosive

17  belt, weapon and machinegun, er for the cause of God

18  and maybe God will accept these limbs er, purely

19  seeking with it er, God glorified and exalted be

20  He."

21       Do you believe that to be promoting an act of

22  terrorism?

23  A.   Yes, I do.

24  Q.   So when Said Rahim responded:  "No, no, I've

25  been coming here since 1995.  I'm clean," to your

1   question, "Have you ever promoted an act of

2   terrorism," was that true?

3   A.   Absolutely not.

4   Q.   How do you know?

5   A.   This is just one example in this transcript.

6   But the defendant constantly promotes; he, in fact,

7   orders others to go out and commit terrorist and

8   other acts of violence.

9   Q.   And whether or not someone is promoting acts of

10  terrorism, is that important to you as an FBI agent

11  investigating counterterrorism offenses?

12  A.   It is.  If you are promoting, if you are

13  commanding others to attack, you will know who those

14  individuals are and have access to those

15  individuals, and that would be of great benefit to

16  us to know that.

17       (Video continued.)

18  Q.   (By Ms. Martin)  Special Agent Golomb, you

19  discussed three terrorism attacks claimed by ISIS by

20  the defendant at this point; is that correct?

21  A.   Yes, we did.

22  Q.   Now, have you asked him specifically if he's

23  praised each of those attacks?

24  A.   Yes, we did.

25  Q.   Did you also ask him generally, "Have you ever

1    praised an act of terrorism?"

2    A.    Yes, we did.

3    Q.    And what did the defendant respond?

4    A.    He responded that he did not to all those

5    questions.

6    Q.    And was that true?

7    A.    No, it was not.

8    Q.    If we could go to transcript 178.

9              THE COURT:   Page?

10   Q.   (By Ms. Martin)  Page 1.  Date is June 13,

11   2016.  The speaker is Said Rahim.

12             And in line 18, Said Rahim says:  "Their news

13   states that an attack in the state of ... in Orlando

14   Florida State.  The city of Orlando is a touristic

15   city, er, the news state that an attack led to

16   killing 50 Americans. This is the initial news; I

17   mean, God willing.  We will follow up the news, and

18   pass it on to you as it comes.  Er, I mean, you

19   remember what al-'Adnani said, may God protect him.

20   God is Great.  I mean, just yesterday I was talking

21   to a few guys, who do not-not-not support the

22   Caliphate State and they do not like it. I was

23   telling them that I mean, this is a methodology that

24   you must learn in the beginning.  Of course, I was

25   discussing with them, and they are near to me, I

1   mean I know these guys.  They were er, not

2   convinced, they just said:  'This will happen now

3   here and there, and such and such incidents will

4   take place in America, and so on.'  And I mean, I

5   said:  'Everything is on the table.'"

6           And continues on page 2, line 18:  "Glory

7   be to God, this is the lion and these are the lions

8   those ... Glory be to God.  This city, I mean, it

9   brings America, I mean, a bunch of money, and it is

10  a tourist city, and it is all tourism.  It has the

11  city of Orlando, an entertainment city, er this

12  city, I mean it is a strong vein this city er, so

13  glory be to God. We have to follow up on the

14  consequences of this subject."

15      And then on page 3, line 16, he continues:

16  "But we rejoice for this attack which took place in

17  America, in Orlando, glory be to Almighty God, glory

18  be to Almighty God.  I swear by God, this attack

19  shook them violently.  Pictures of the attacker are

20  here.  There is the picture of the guy who did it.

21  Glory be to Almighty God, bless be to Almighty God.

22  Now starts the outreach activity at all the mosques,

23  especially in America, to publicize, to publicize

24  this operation, heh, oh boy, yet praise be to God,

25  praise be to God the Lord of the two Worlds, and

```
 1    praise be to God the Lord of the two Worlds.  He is
 2    a lion, a lion, we do not know his fate, was he
 3    arrested, or martyred or ... Praise be to God they
 4    began to hurt because of this operation; they began
 5    hurting.  They began crying, praise be to God,
 6    praise be to God, the Lord of the two Worlds. I mean
 7    er, this is a message we send to the agents of the
 8    Intelligence at the FBI and CIA I mean to tell their
 9    bosses:  Enough America, stop and remove your
10    tarnished h-hands from Muslims; enough, pull back
11    and do not interfere.  I mean, this way you will
12    live securely for-for a while, you will be secure
13    for a time, whereas this way, by God, you expose
14    yourselves I mean, to danger.  I mean, you kill and
15    you do not want to be killed?  I mean look, they
16    kill, I mean even those who are crying, those
17    mercenaries, ap-apostates, and hypocrites who cry
18    over those and say:  'You killed the innocent, the
19    innocent.'"
20        And he continues on line 26:  "You see how it
21    is, you see how they become?  But to America now, I
22    mean: As you kill, you will be killed, the equation
23    changed now.  Now, now er ... in the past, it was
24    yes they killed us, tread on us, and no one did
25    anything.  I mean ... but praise be to God the Lord
```

```
 1    of the two Worlds, now things changed by the grace
 2    of God glorified and exalted be He."
 3         Was Said Rahim talking about the attack on the
 4    Pulse Nightclub in Orlando, Florida?
 5    A.    Yes, he was.
 6    Q.    Were many people murdered in that nightclub by
 7    be an ISIS-affiliated individual?
 8    A.    Yes; I think around 44.
 9    Q.    Were others injured?
10    A.    Yes; many more.
11    Q.    Does he continuously praise that attack?
12    A.    He does, and uses it in saying this a change,
13    we are going to start killing you now.
14    Q.    If we look at Government's Exhibit 166.  The
15    date on this is January 2nd, 2017.
16         Said Rahim is the speaker.  And he says on page
17    1, line 27:  "In continuation of the blessed
18    operations waged by the Islamic State against the
19    protector of the cross, Turkey, one of the Caliphate
20    hero soldiers demolished one of the most famous
21    nightclubs where Christians hold their polytheistic
22    celebrations.  He attacked them with hand grenades
23    and his machine gun, exchanging their joys for
24    sorrows, reaping a hundred fifty people dead and
25    wounded, in revenge for Almighty God's religion, and
```

1    at the behest of the true believers Emir, to target

2    the protector and servant of the cross: Turkey."

3         Page 3, line 15, Said Rahim continues:  "God is

4    Great, God is Great, God is Great, God is Great, God

5    is Great.  As we said, this is a statement, I mean,

6    I read it from one of the sites that support, one of

7    the well-known sites er, for its support of the

8    Islamic State."

9         What is Said Rahim doing in this audio?

10   A.   In this audio, he's using the terrorist attack

11   in Turkey, in his own words, to incite the channel,

12   what these attacks can accomplish and what you on

13   the channel should live up to.

14   Q.   And so when you asked Said Rahim whether he had

15   ever praised an act of terrorism and he said "no,"

16   was that true?

17   A.   Absolutely not.

18   Q.   If we can have Government's Exhibit 182, the

19   synced version, please.

20        (Video Played.)

21   Q.   (By Ms. Martin)  What is Said Rahim doing

22   there, Special Agent Golomb?

23   A.   He is praising the attacks that happened in

24   France and then mocking the French for what has

25   happened to them.

1    Q.    Is he laughing?

2    A.    He's laughing, yes.

3    Q.    And if we go to the actual transcript at 182,

4    Said Rahim is the speaker on July 15th, 2016.

5          At line 16, Said Rahim says:  "Hollande --" who

6    is Hollande?

7    A.    Hollande is the president in France.

8    Q.    "75 of your people were wasted like dogs and

9    like animals, when you were the president.  They

10   died and were killed.  Good riddance.  Think about

11   your people man, think about your people and leave

12   the Muslims alone."

13         And then it continues on line 24:  "Yes, it is

14   an operation.  I mean, I read on some of the sites

15   that the Caliphate State claimed responsibility and

16   that it carried it out.  That it carried it out."

17         Is he continuing to praise this attack on

18   France?

19   A.    He is, and making sure they know it was claimed

20   by ISIS, one of their victories.

21   Q.    So when he responded "no" to your question, "Do

22   you ever -- have you ever praised an act of

23   terrorism," was that true?

24   A.    Absolutely not.

25   Q.    And whether or not an individual praises acts

1    of terrorism committed in the United States and

2    abroad, is that important to you in investigating

3    people for terrorism?

4    A.   It is.  It speaks to their knowledge of others

5    in that room for supporting these acts or maybe

6    carrying out these attacks and information that

7    could lead to preventing those attacks.

8            THE COURT:  Ms. Martin, we are going to

9    take our break.  We are going to take a 15-minute

10   afternoon break.  Please remember not to talk about

11   the case.  Talk about anything else.  See you in 15.

12            (Jury exits courtroom.)

13            THE COURT:  Mr. Whalen, I don't think you

14   need to have your witness here.  You don't need to

15   have your witness here.  I didn't know she was going

16   to be this long.  And I suppose you have cross and a

17   first witness -- another witness that they have.  So

18   even if we finish at 4:30, which I don't think we

19   will, we're not going to do it.  So we will do it

20   tomorrow morning.

21            MR. WHALEN:  Fair enough.

22            THE COURT:  Anything else?

23            MS. MARTIN:  No, Your Honor.

24            THE COURT:  All right.

25            (Recess taken.)

```
 1              THE COURT:  Let's continue with the direct
 2    examination of the agent.
 3              MS. MARTIN:  Go ahead and keep playing.
 4              (Video Continued.)
 5    Q.   (By Ms. Martin)  Special Agent Golomb, when you
 6    asked, "Okay.  Have you, yourself, ever encouraged
 7    anyone to follow the guidance of Abu Muhammad
 8    al-'Adnani, including his instruction to kill
 9    infidels without consultation or permission," what
10    did Said Rahim say?
11    A.   He said no.
12    Q.   If we could turn to transcript 166, page 7,
13    line 10.
14         And this was, again, on January 2nd, 2017.  And
15    the speaker is Said Rahim.  And in line 10, Said
16    Rahim says:  "That is it, as al-'Adnani said; 'Kill
17    them and do not ask for anyone's fatwa.  Kill them
18    and do not seek a fatwa from anyone.'  This one
19    killed them.  He killed them, spilled their filthy
20    blood, and offered his soul.  I do not know, I mean
21    we ask God to accept him if he was martyred.
22    Brothers, those ... the caliphate's edifices were
23    erected with these men's blood and with their acts,
24    that is if they are not d-dead but martyred."
25         Is that consistent with al-'Adnani's fatwa to
```

```
 1   kill?
 2   A.   It is.  It exactly quotes al-'Adnani.
 3   Q.   So when Said Rahim said he had never encouraged
 4   anyone to follow those instructions, was that true?
 5   A.   No.
 6   Q.   As a counterterrorism agent with the FBI, would
 7   it be important for you to know if a subject was
 8   giving al-'Adnani's instructions to others to kill
 9   wherever you are?
10   A.   Yes, it would.  Because we would believe that
11   when giving those instructions to kill, it means to
12   do it immediately, to do it once that conversation
13   is over.
14   Q.   Special Agent Golomb --
15          MS. MARTIN:  May I approach the witness,
16   Your Honor?
17          THE COURT:  Yes.
18   Q.   (By Ms. Martin)  -- I believe you testified
19   that you have watched the video of that interview
20   several times.
21   A.   I have, yes.
22   Q.   And we haven't played the entire video today;
23   is that correct?
24   A.   That's correct.
25   Q.   But you've watched the entire video?
```

1    A.   I have.

2    Q.   And was a transcript of that video prepared?

3    A.   It was.

4    Q.   And have you read the transcript?

5    A.   Yes, I have.

6    Q.   Have you read the transcript along with the

7    video to compare it to see whether it's accurate?

8    A.   Yes, I have.

9    Q.   And is it accurate?

10   A.   It is accurate.

11   Q.   And it fairly and accurately depicts what is

12   being said on the video while the video is playing?

13   A.   Yes, it does.

14        MS. MARTIN:   Your Honor, at this time the

15   government moves to admit Government's Exhibit 65,

16   the transcript of Government's Exhibits --

17        THE COURT:   Any objection?

18        MR. WHALEN:   No objection.

19        THE COURT:   Government's --

20        MR. WHALEN:   Sorry.  Hold on.  Sorry,

21   Judge.  We have no objection to the translation of

22   the transcript, but we would renew our objection to

23   the words on the transcript on how they were

24   obtained based on our previous objection.

25        THE COURT:   Overruled and admitted.

1    Government's 65.

2    Q.    (By Ms. Martin)   Special Agent Golomb, at the

3    conclusion of this interview with Said Rahim, had

4    you determined whether or not he had committed a

5    federal crime?

6    A.    Yes.

7    Q.    And what was your determination?

8    A.    That he had lied to federal agents and

9    committed multiple violations of Code 18, 1001,

10   making false statements.

11   Q.    Were you going to allow him to board his

12   Luftansa flight?

13   A.    Absolutely not, no.

14   Q.    Whether or not he told you the truth?

15   A.    Whether or not he told us the truth, he was not

16   going to board that flight, no.

17   Q.    At the conclusion of the interview, did you

18   tell him he wasn't going to make his flight?

19   A.    The interview had been delayed fortuitously,

20   and as the interview ended, the flight was about to

21   depart.

22   Q.    Did you arrest him immediately after the

23   interview ended?

24   A.    No.

25   Q.    Why didn't you?

```
 1   A.   Although he made false statements and we did
 2   have probable cause, it's a little more complicated
 3   than that.   1001 charges are very serious.   We don't
 4   just walk around arresting people who lie to us.
 5   Especially in counter-terrorism investigations,
 6   there is an approval process that we have to go
 7   through to effect that kind of authority.
 8   Q.   So while you were finishing your interview, was
 9   somebody with the FBI trying to obtain that
10   approval?
11   A.   They were.   As I described earlier, we had also
12   the audio recording being broadcast to other
13   individuals placed throughout the airport.
14   Q.   And at some time did you learn that authority
15   had been granted?
16   A.   I did.   It took a while.   I think my
17   supervisor, who was listening to the conversation,
18   had to relay those conversations to the U.S.
19   Attorney's Office, to FBI headquarters
20   Counter-Terrorism Division, to DOJ National Security
21   Division in order to get approval for that arrest,
22   and that took some time.   So the interview ended,
23   and we gave him everything back and told him that
24   the flight had departed and if he would like to
25   rebook, he would have to go to the Luftansa counter.
```

1  Q.   And did you escort him to the non-secure area

2  that --

3  A.   No.  We just walked with him back to the TSA

4  checkpoint and allowed him to leave.

5  Q.   Once you were able to arrest him, got authority

6  to arrest him, did you arrest him?

7  A.   We did.  I was walking back to the interview to

8  collect my things, at which point my supervisor

9  informed me that we indeed had approval from the DOJ

10 to arrest, and so we went out to find him.

11 Q.   Did you find him?

12 A.   We did find him, yes.

13     He had all his bags, and he was looking to exit

14 the airport in the vestibule section where the two

15 glass doors are, kind of the space to keep the cold

16 air out.

17 Q.   Did you place him under arrest?

18 A.   We did.

19 Q.   And did you take him to the Lew Sterrett County

20 Jail?

21 A.   Yeah.  Following the arrest, we transported him

22 to Lew Sterrett County Jail.

23 Q.   And at that point did you take his belongings?

24 A.   I did, yes.

25         MS. MARTIN:  Your Honor, may I approach?

1          THE COURT:  Yes.

2          MS. MARTIN:  Your Honor, I believe all

3    these exhibits are preadmitted.  I will call them

4    out.

5          THE COURT:  Okay.

6          MS. MARTIN:  Exhibit 49, 57, 54, 68, 69,

7    46 and 48.

8          THE COURT:  Yes, they are all in.

9          MS. MARTIN:  Thank you.

10   Q.   (By Ms. Martin)  Special Agent Golomb, what

11   did -- what did Said Rahim have on him?

12   A.   He had all of his belongings that he arrived at

13   the airport with.  He had his checked luggage, his

14   carry-on luggage, his iPhone, wallet, passport,

15   birth certificate, gate pass, all those things.

16   Q.   If you will take a look at Government's Exhibit

17   49.

18   A.   Yes.

19   Q.   And what is that?

20   A.   This is an amount of money that we seized at

21   the time of his arrest, to be about -- I think it

22   was around 5,900, close to $6,000.

23   Q.   Could you open that, please?

24          MS. MARTIN:  May I approach again?

25          THE COURT:  Yes.

1    A.    Okay.

2    Q.    (By Ms. Martin)  And so if you could show the

3    jury what you collected from Said Rahim.

4    A.    These are the hundred-dollar bills, about

5    48 hundred-dollar bills; another four 50-dollar

6    bills; approximately 40 20-dollar bills; seven

7    10-dollar bills; nine 5-dollar bills; and

8    approximately 64 one-dollar bills.

9    Q.    And that was all on his person?

10   A.    It was, yes.

11   Q.    If you could take a look at Government's

12   Exhibit 57, if we could publish that, please.

13         What is this?

14   A.    This is the defendant's driver's license.

15   Q.    And this was also on him at the time of the

16   arrest?

17   A.    It was, yes.

18   Q.    If we could see Government's Exhibit 54,

19   page 3.

20         And was this the passport he had on him at his

21   arrest?

22   A.    Yes, it was.

23   Q.    And if we could see Government's Exhibit 68.

24         What is this?

25   A.    This is the Luftansa gate pass that was issued

1    to the defendant.

2    Q.    Is this what would allow him to get through the

3    TSA checkpoint?

4    A.    Yes.

5    Q.    If we could see Government's Exhibit 69.

6    A.    Yes.  It was the defendant's certificate of

7    birth from New Jersey.

8    Q.    And this was also on him when you arrested him?

9    A.    Yes, it was.

10   Q.    And then Government's Exhibit 46, what is that?

11   A.    It is the Apple iPhone that was in his

12   possession at that time.

13   Q.    And when you -- you heard Ms. Dove testify

14   earlier about the extraction she performed on the

15   iPhone; is that correct?

16   A.    That's correct.

17   Q.    And if we could have Government's Exhibit 48.

18         What is this?

19   A.    This is a picture of the defendant's nickname

20   Akunya that we have seen on his WhatsApp account, as

21   well as the Twitter account.

22   Q.    Where did you find this?

23   A.    This was extracted off of the defendant's

24   iPhone.

25   Q.    So it was the iPhone he had at the airport?

1  A.   The iPhone he had with him at the airport had

2  this image on it, yes.

3  Q.   If we could do a split screen with Exhibit 305.

4       So is that the same image as the WhatsApp?

5  A.   Yes, it is.

6  Q.   Did you find any social media applications on

7  that iPhone or any extraction of the iPhone?

8  A.   No.  Actually, when we extracted both the

9  iPhone phone and the HTC phone, all the social media

10 applications with the exception of WhatsApp were

11 wiped off both phones.

12 Q.   But he kept his Angousha, the Chechen moniker

13 -- or picture.

14 A.   He did.  For the WhatsApp account, yes.

15          MS. MARTIN:  Your Honor, may I have on

16 moment?

17          THE COURT:  You may.

18          MS. MARTIN:  Your Honor, I will pass the

19 witness.

20          THE COURT:  All right.  Give him a chance

21 to get this money back in here.

22          Do you want to come and get this?

23          MS. MARTIN:  Yes, Your Honor.

24          THE COURT:  All right.  We just have a

25 picture of this for the record.

```
 1                Mr. Whalen, go ahead.
 2                MR. WHALEN:  Thank you, Your Honor.
 3                      CROSS-EXAMINATION
 4   BY MR. WHALEN:
 5   Q.    Okay.  Agent Golomb, good afternoon.  How are
 6   you?
 7   A.    Good.  Thank you, sir.
 8   Q.    Okay.  So, I know we've asked this, and so I
 9   want to ask it again.  So you started the
10   investigation in April of 2016, correct?
11   A.    April of when?
12   Q.    2016.
13   A.    That is correct.
14   Q.    Okay.  And so from the time you come into
15   contact with Mr. Rahim for the first time, that's
16   March 5th of 2017, correct?
17   A.    That is correct, yes.
18   Q.    So prior to that time, the investigation had
19   lasted almost a year, correct?
20   A.    Yes.
21   Q.    Okay.
22   A.    Correct.
23   Q.    And so as part of your investigation, you had
24   testified earlier that you had gotten some subpoenas
25   for different IP addresses and things of that
```

1   nature, correct?

2   A.   Correct.

3   Q.   And you testified earlier that at some point

4   through the -- another field office, they relayed

5   information to Italian authorities, correct?

6   A.   They initiated the investigation.  I believe

7   they sent some IPs, yes, to Italy.

8   Q.   What field office was that?

9   A.   That was FBI -- I'm blanking right now.  It was

10  in South Carolina.

11  Q.   Columbia?

12  A.   Yes, Columbia.

13  Q.   And so in April of 2016, you learn about Zello,

14  correct?

15  A.   Correct.

16  Q.   Okay.  And you testified that you then started

17  familiarizing yourself with Zello, correct?

18  A.   Correct.

19  Q.   And is that the time that you first pulled down

20  these recordings that were on the website?

21  A.   Me, personally?

22  Q.   Yes.

23  A.   No.

24  Q.   Who actually pulled those recordings off the

25  website?

1  A.   We were provided some of the recordings off the

2  website from FBI-Columbia.

3  Q.   Okay.  And did -- so after you got those, they

4  started being translated immediately, correct?

5  A.   Yes, correct.

6  Q.   And all the transcripts that we've read or been

7  admitted into evidence are all -- those are all the

8  recordings you got off of the website?

9  A.   No.

10  Q.   Okay.

11  A.   No, there are more.

12  Q.   There are more.

13       So what was the total amount of recordings you

14  got off -- that you were able to pull down off the

15  website?

16  A.   That we pulled down or that we were provided by

17  Zello in the search warrant?

18  Q.   Well, let's start with you.  You get the tip

19  from Columbia.

20  A.   Okay.

21  Q.   They tell you about Zello, and you go to the

22  website, correct?

23  A.   Correct.

24  Q.   And are you able to pull recordings off of

25  Zello at that point?

```
 1   A.    Yes, you are.
 2   Q.    Okay.  And so how many recordings did you pull
 3   down at that point, if you recall?
 4   A.    FBI-Columbia had pulled down quite a few; not
 5   just of the defendant, but other main users in the
 6   room as well.
 7   Q.    And when you say "quite a few," can you put a
 8   number on it?
 9   A.    I don't have access to all of FBI-Columbia's
10   records.  But what they passed to us in early April,
11   it could have been anywhere from 8 to 15 to start,
12   maybe.
13   Q.    And in those 8 to 15, how many minutes or hours
14   of conversations were there?
15   A.    If I have to guess -- I mean, sessions differ.
16   Some sessions are a minute long, some are 20 minutes
17   long, maybe an hour, maybe an hour and a half of
18   conversation.
19   Q.    And then the next thing you did is you got the
20   search warrant for Zello, correct?
21   A.    We eventually got a search warrant for Zello,
22   yes, but we used other investigative techniques
23   during the course of the investigation.
24   Q.    Okay.  And not getting into those investigative
25   techniques, how much -- before you got the search
```

1   warrant, how much conversations did you get off of

2   Zello or Zello-related in between the time you

3   received it from Columbia to the time you get the

4   search warrant for Zello?

5   A.   It was ongoing.  We were receiving

6   conversations throughout the months up to the search

7   warrant, as well.

8   Q.   And how many conversations did you pick up?

9   A.   It would be hard to put a number on.  It was a

10  lot of information at that time.  But again, 10, 20,

11  30, 40 hours maybe.

12  Q.   And I guess I need to pin down, when did you

13  get the search warrant for Zello?

14  A.   The search warrant was executed, I believe, at

15  the end of December 2016.

16  Q.   Okay.  So from April to December, you're

17  getting different Zello conversations through

18  various means and methods, correct?

19  A.   Correct.

20  Q.   And at this time, are you aware that the

21  Italian authorities are trying to get Zello

22  information as well?

23  A.   Yeah.  We were aware in late April that we

24  started to coordinate with the Italian authorities

25  with regard to both of our subjects, yes.

1    Q.    And did the Italian authorities send you Zello

2    information as well?

3    A.    We started to receive information from them I

4    believe after a coordination meeting.  But between

5    that time, it was mostly passing records back,

6    subscriber logs, things of that nature.

7    Q.    Okay.  Now, you indicated that you learned how

8    to man- -- not manipulate, but learn how to operate

9    Zello and get familiar with it, true?

10   A.    Yes.

11   Q.    Did you create your own user name or your own

12   account on Zello?

13   A.    I did, yes.

14   Q.    What was your user name on Zello?

15   A.    If I can remember, I think it just might have

16   been D Go Blue 11.

17   Q.    And did you then subscribe to these Caliphate

18   channels?

19   A.    I did not, no.

20   Q.    So you created your own account, and you just

21   figured out how to work it and see what was out

22   there, right?

23   A.    Yeah, to try to understand the limitations of

24   the application and what could be done with the

25   application.

```
 1   Q.   But at no time did you ever ask to join or make
 2   that -- add that channel to your account.
 3   A.   Exactly, yes.
 4   Q.   Okay.  Now, we see in some of the transcripts
 5   reference to an al-Zacari.  Do you remember those
 6   references?
 7   A.   Yes.
 8   Q.   That was a user name, correct?
 9   A.   I believe so, yes.
10   Q.   Were you able to identify that user?
11   A.   I don't believe so; no, not fully.
12   Q.   Okay.  So then after a while you're monitoring
13   Zello and getting these recordings, in December the
14   search warrant is executed on Zello, how much data
15   did you get at that point?
16   A.   Well, I think the jury has seen it.  It's
17   thousands and thousands of pages of server logs,
18   hundreds hours or so of audio, user profiles, user
19   logs; voluminous.
20   Q.   Okay.  And so once you executed the search
21   warrant, how many total hours of audio did you have
22   accumulated at that point?
23   A.   I don't think I have an answer for the total.
24   For the defendant, it was total hours probably 10,
25   12 to 14, something along those lines.
```

1  Q.   And up until this -- once you got the search
2  warrant to Zello, had you already identified
3  Mr. Rahim as being related to these user names that
4  we've talked about?
5  A.   Yes.
6  Q.   Okay.  When did you make the connection between
7  Mr. Rahim and those user names?  What was the date
8  or approximate time of that?
9  A.   Well, I believe the connection to the Italian
10 subject was made very early.  The conversations that
11 the two were having about bomb making and knife
12 threats in Europe, that was what brought both of
13 them to our immediate attention, in which we started
14 the investigation with the Italian.  So very early
15 on we understood the defendant to have a prominent
16 role in the channel.
17 Q.   Okay.  And you identified by -- first you had
18 the user names, correct?  You started with the --
19 A.   Some of them, yes.
20 Q.   Then you started with the IP addresses,
21 correct?
22 A.   Correct.
23 Q.   And then based on the IP addresses, you went to
24 the locations, they came back to you, correct?
25 A.   Correct.

1   Q.   And then based on surveillance, you were able

2   to identify him as the person speaking on the chats,

3   correct?

4   A.   Yes, pretty much.

5   Q.   Okay.  And you were able to do that very

6   quickly, correct?

7   A.   We were, yes.

8   Q.   Okay.  Was that in April of 2016 or in May of

9   2016?

10  A.   I would say we had him fully identified by

11  mid-April, late April, yes.

12  Q.   Okay.  And from that point on, once you

13  identified him, is that when you started doing more

14  surveillance of him?

15  A.   Yes.

16  Q.   Okay.  When did you put up the pole camera at

17  the Colorado location?

18  A.   It was early on.  I mean, the Colorado location

19  is in a less desirable part of town, so it was

20  difficult for surveillance units to get too close.

21  So I think the pole camera went up pretty quickly.

22  Q.   So when we talk about that area of town, high

23  crime area?

24  A.   Yes.

25  Q.   So that went up in April.  When did you put the

1   pole camera up at the Richardson address?

2   A.   Probably around the same time.

3   Q.   Okay.  And when did you take down the pole

4   camera at Colorado?

5   A.   Both pole cameras were taken down immediately

6   after effecting the arrest and learning that he

7   would not be released.

8   Q.   Okay.  So those came down.  And so basically

9   you had almost a year of video footage of both

10  Colorado and the Barrington address in Richardson,

11  correct?

12  A.   That's correct, yes.

13  Q.   Okay.  And you were able to learn that at his

14  store he sold a lot of different things, correct?

15  A.   Yes.

16  Q.   Clothing?  Did he sell clothing?

17  A.   Yes, he sold clothing.

18  Q.   Did he sell used cell phones?

19  A.   I believe so, yes.

20  Q.   Okay.

21  A.   I believe we found some there when we searched

22  the business.

23  Q.   Okay.  Now, let's talk about IP addresses.  You

24  talked about static IPs and dynamic IPs, correct?

25  A.   Correct.

1    Q.    I don't know if you mentioned dynamic IPs, but

2    do you know what a dynamic IP is?

3    A.    Yes.

4    Q.    What is that?

5    A.    Dynamic IP is something that a user on a cell

6    phone would get like on a temporary basis, a

7    temporary lease.  So you were allowed to use that IP

8    address while you were active.  You may lease it for

9    an hour, it could be for two days, depends on the

10   carrier, they vary.  And once the time -- that lease

11   is up, it would assign that IP address to another

12   individual if you didn't go back in that amount of

13   time and reclaim it.  They change.

14   Q.    And also, when you buy internet for either --

15   you know, subscribe to internet at a business or at

16   a home, it costs extra to get a static IP.  Are you

17   aware of that?

18   A.    I'm not sure on each provider how that process

19   works, no.

20   Q.    Especially -- okay.  I guess I can't testify,

21   so. . .

22         But if you sign up for the internet, sometimes

23   static IPs are something that you have to

24   specifically request versus a dynamic IP.  Are you

25   aware of that?

1   A.   I'm not sure if I'm aware of that.  But I will

2   tell you when receiving the records from Time Warner

3   Cable, on that account it looked like it was a

4   static IP that went to that account only, so yes.

5   Q.   You talked about in -- you were talking about

6   the transcript as related to 218, it's Exhibit 218,

7   you made a comment that his words in there were

8   showing that he wanted to be important or sound

9   important.  Do you remember that?

10  A.   Yes.

11  Q.   Okay.  And did you get the sense in listening

12  to him that that was a motivation of his to sound

13  like he was important and revered by others?

14  A.   I think that's a motivation, as in many people,

15  yes.

16  Q.   And also would you agree with me that he talked

17  about -- he mentioned about going to the battlefield

18  and stuff.  And would you agree with me that he's --

19  there's no evidence that he ever went to the

20  battlefield.

21  A.   There's no evidence that he went to the

22  battlefield, correct.

23  Q.   So would you agree with me that when he made

24  that comment, that's a lie?  It wasn't true?

25  A.   It wasn't true to that point.

1   Q.   Yeah, okay.  And he also talked about --
2   there's talk about mobilization.  You don't have any
3   evidence that anybody he referred to as having been
4   mobilized actually, in fact, mobilized, correct?
5   A.   Not yet, no.
6   Q.   Okay.
7   A.   Again, our investigation could only take us so
8   far.  I can't go into Syria at this time.
9            MR. WHALEN:  Objection, nonresponsive.
10            THE COURT:  Sustained.
11   Q.   (By Mr. Whalen)  And during the year that you
12   monitored -- you watched Mr. Rahim from April to his
13   arrest in March, correct?
14   A.   Yes.
15   Q.   Okay.  And so you were aware that he traveled
16   out of state and to different locations, correct?
17   A.   Correct.
18   Q.   Okay.  And did you at some point travel to
19   Italy?
20   A.   I did, yes.
21   Q.   Okay.  When did you travel to Italy?
22   A.   We traveled there in November of 2016 and then
23   July of 2017.
24   Q.   Okay.  And then, when you went there in July of
25   2017, did you interview any witnesses in 2017?

1    A.    We did.  We had the opportunity to interview or

2    partake in an Italian interview of Ibn Dawla.

3    Q.    Okay.  And you had the ability to maybe not ask

4    questions, but submit questions to be asked?

5    A.    We submitted some suggested questions, correct.

6              THE COURT:  Was it interpreted for you?

7              THE WITNESS:  Yes, it was.

8    Q.    (By Mr. Whalen)  And there's also talk about --

9    in some of the transcripts about mention -- I think

10   somebody is talking about Telegram and the use of

11   Telegram.  Do you remember that?

12   A.    Yes.

13   Q.    Okay.  And you'd agree with me that at no

14   time -- or there is no evidence to suggest that

15   Mr. Rahim ever used Telegram, correct?

16   A.    I would say the transcript suggested he did use

17   Telegram, yes.

18   Q.    But you have no evidence to show that he did.

19   A.    The transcripts tell me he did.  We have had a

20   FBI-Columbia report that he was using Telegram as

21   well.

22   Q.    But you have no physical evidence to show that

23   he --

24   A.    None that's in the exhibits today, no.

25   Q.    No.

240

```
1              MR. WHALEN:  Give me a second.
2    Q.   (By Mr. Whalen)  Now, as it relates to
3    Exhibit 50, which is his itinerary from Luftansa,
4    you testified that you were aware that he made
5    flight reservations, correct?
6    A.   Correct.
7    Q.   Who made you aware of that?
8    A.   We had, I believe, some information again from
9    FBI-Columbia that he may have booked a flight.
10   Q.   Okay.
11   A.   In addition, we weren't receiving any more IP
12   logs on his monikers.  And we had believed that
13   there might be a reason for him to be traveling.
14   Q.   Okay.  Now, at the time you knew he was going
15   to fly on the 5th, right?
16   A.   Correct.
17   Q.   Okay.  And you made arrangements to approach
18   him at the airport to see if he would talk to you,
19   correct?
20   A.   Correct.
21   Q.   And you -- as you testified to, you got the
22   room set up for that to happen, correct?
23   A.   Correct.
24   Q.   Okay.  And at what point did you know that the
25   decision was made that he was not going to get on
```

1    the airplane?

2    A.   I knew well before the interview.

3    Q.   Okay.  So fair to say that when Mr. Rahim

4    showed up at the airport, at no time did he know he

5    wasn't going to get on the airplane?

6    A.   That's correct.

7    Q.   Okay.  And once you came into contact with him

8    on March 5th, you had already read -- these

9    transcripts had been translated, correct?

10   A.   Correct.  Not into verbatim, per se, but we had

11   summaries and in some cases we had verbatims.

12   Q.   Because that helped formulate your questions

13   correct?

14   A.   Correct.

15   Q.   And you already knew it was Mr. Rahim who made

16   those statements, correct?

17   A.   Correct.

18   Q.   There was no doubt in your mind, correct?

19   A.   No doubt.

20   Q.   Okay.  And so at the time you show up at the

21   airport, fair to say that all the questions you

22   asked him you knew the answers to, correct?

23   A.   I knew the answers to several of them, yes.

24   Q.   Okay.  So as it relates to the counts he's

25   charged with, you knew the answers to those

```
 1   questions, correct?
 2   A.   I knew partial answers to those questions,
 3   correct.
 4   Q.   Okay.  Now, when he gets through security,
 5   you -- I think Agent Glick says to him, "Hey, let's
 6   try to get this thing sorted out," correct?
 7   A.   Correct.
 8   Q.   And we all know that wasn't true, correct?
 9   A.   Correct.
10   Q.   And would you agree with me during the course
11   of the interview, you did lead him to believe that
12   he was still going to be able to try to get on that
13   airplane, correct?
14   A.   Absolutely.  That's a lawful technique that we
15   use as investigators.
16          MR. WHALEN:  Objection, nonresponsive,
17   Your Honor.
18          THE COURT:  Sustained.
19   Q.   (By Mr. Whalen)  But you led him to believe
20   that he would get on the airplane, correct?
21   A.   Yes.
22   Q.   And also during the course of the interview,
23   you made a statement to him.  You thanked him for
24   telling the truth.  Do you remember that?
25   A.   I do, yes.
```

1   Q.   And when you told him -- you thanked him for

2   telling the truth, that was a lie, correct?

3   A.   It was a lie after he -- I asked him again if

4   he told the truth and he said yes, and I said,

5   "Thank you for telling the truth."

6   Q.   Okay.  And so you indicated that you felt you

7   had -- well, let me back up here.

8        So let's go through the transcript, just a

9   little bit, of that interview.

10       You asked him what his cell phone number was,

11  correct?

12  A.   I believe so.  I don't have a copy of it in

13  front of me.

14  Q.   You haven't memorized it?

15  A.   No.

16           MR. WHALEN:  May I approach, Your Honor?

17           THE COURT:  Yes.

18  Q.   (By Mr. Whalen)  If we go to page 2 --

19  A.   Okay.

20  Q.   -- line 21.  Agent Glick asked him:  "What's

21  your cell number?"

22  A.   Yes.

23  Q.   And he gives you an answer on page 22, which is

24  "(214)414-4244"?

25  A.   Correct.

```
1    Q.    That was a true statement, correct?
2    A.    That was true, yes.
3    Q.    And when he told you who his employer was, of
4    Angousha Trading, that was a true statement,
5    correct?
6    A.    Correct.
7    Q.    When he told you that he was born in New
8    Jersey, was that a true statement?
9    A.    Yes.
10   Q.    That he was not a citizen of another country,
11   correct?
12   A.    Correct.
13   Q.    When he said he was traveling alone, that was a
14   true statement, correct?
15   A.    Correct.
16   Q.    When he said he was going to Frankfurt,
17   Germany, that was a true statement, correct?
18   A.    On his way to Amman, yes.
19   Q.    And he told you he was going to see his
20   daughter.  That was a true statement, correct?
21   A.    That's what he told us, yes.
22   Q.    And you have no reason to doubt he doesn't have
23   a daughter in Jordan, do you?
24   A.    No, I do believe he has a daughter in Jordan.
25   Q.    Okay.  And he also told you that the last time
```

1    he had traveled to Jordan was in 2010; is that

2    correct?

3    A.    Yes, that's correct.

4    Q.    And that was a true statement, correct?

5    A.    Yes.

6    Q.    And when he told you Oak Cliff is not a very

7    safe place, that was a true statement, correct?

8    A.    He told us that.  I don't want to comment on

9    Oak Cliff.  I don't want to comment on how dangerous

10   Oak Cliff is, but he told us that, yes.

11   Q.    But at least where his shop is, it's not the

12   nicest part of town, correct?

13   A.    That's true, yes.

14   Q.    And he didn't know anybody else on the flight,

15   correct?

16   A.    I don't believe so, no.

17   Q.    Okay.

18   A.    I don't believe he knew anybody else on the

19   flight.  I mean, yes, you're correct.

20   Q.    Correct.  Now, prior to you coming into contact

21   with him, you also had secured a search warrant for

22   his luggage and his phones, correct?

23   A.    Correct.

24   Q.    And at some point you did ask him to consent to

25   a search, correct?

1   A.    I did, yes.

2   Q.    Okay.  And he agreed to it, correct?

3   A.    He did.

4   Q.    And would you agree with me that he did that

5   sort of in the context of, well, yeah, because I

6   want to try to catch the flight if it would hurry

7   things along.  Did you get that sense of it?

8   A.    I'm not sure why he consented to it, but he

9   consented to the search, yes.

10  Q.    And he was still hoping to make that flight,

11  correct?

12  A.    Yes, I believe so.

13  Q.    So he testified that once he -- the interview

14  finished, you felt you had probable cause to arrest

15  him, correct?

16  A.    Correct.  Yes, we had probable cause to believe

17  he had broken the law at that point.

18  Q.    Okay.  And prior to the interview, he was not

19  under arrest, correct?

20  A.    Correct.

21  Q.    Okay.  And you did not have a warrant for his

22  arrest at that time, correct?

23  A.    Correct.

24  Q.    And you did not have authority to arrest him at

25  that time, correct?

1    A.    Before the interview started, no, we did not.

2    Q.    Correct.  And had he politely declined your

3    offer to talk to -- or answer those questions, you

4    still would not have had probable cause to arrest

5    him at that time, correct?

6    A.    Correct.

7    Q.    Or authority to arrest him at that time,

8    correct?

9    A.    Correct.

10            MR. WHALEN:  I'll pass the witness.

11            THE COURT:  Redirect?

12            MS. MARTIN:  No more questions, Your

13   Honor.

14            THE COURT:  You may step down, Agent.

15            Call your next witness.

16            MS. MARTIN:  Your Honor, the government

17   calls Special Agent Paul Amacker.

18            THE COURT:  Come on up here.

19            (Witness sworn.)

20            THE WITNESS:  I do.

21            COURT SECURITY OFFICER:  Have a seat, and

22   state and spell your first and last name.

23            THE WITNESS:  My name is Paul Amacker,

24   P-A-U-L, A-M-A-C-K-E-R.

25

```
 1                      PAUL AMACKER,

 2    having been first duly sworn, testified as follows:

 3                      DIRECT EXAMINATION

 4    BY MS. MARTIN:

 5    Q.   Special Agent Amacker, where do you work?

 6    A.   Federal Bureau of Investigation, Dallas.

 7    Q.   How long have you been an FBI agent?

 8    A.   Going on nine years.

 9    Q.   What is your current assignment at the FBI?

10    A.   My current assignment is with Special

11    Operations Group as a full-time pilot.

12    Q.   What is the Special Operations Group?

13    A.   Special OP is in surveillance of high-value

14    targets or targets that may be a little bit more

15    surveillance-conscious at times.

16    Q.   Have you always been on surveillance, or have

17    you done other assignments within the FBI?

18    A.   For a little over five years, I was on a

19    Southwest Border Task Force that worked

20    transnational organized crime.

21    Q.   And then how long have you been with the

22    Special Operations Group?

23    A.   I transferred to that unit October of -- I

24    believe October of 2016 or '17; a couple of years.

25    Q.   And how long have you been a full-time pilot?
```

```
1    A.   About a year full-time pilot.  And I was a

2    pilot part time before that for approximately, oh,

3    probably 14 or 16 months.  And I split my time

4    working on ground surveillance teams and in the

5    airplane.

6    Q.   So in March of 2017, were you splitting time

7    between ground surveillance and in the airplane?

8    A.   That's correct.

9    Q.   And were you assigned at any point during that

10   time period, early 2017, to surveil the defendant,

11   Sahid Rahim?

12   A.   I was.

13   Q.   And do you see him in the courtroom today?

14   A.   Yes, I see him.

15   Q.   Can you point to him -- is he standing?

16   A.   He is, that's correct, the gentleman standing.

17        MS. MARTIN:  Your Honor, may the record

18   reflect the witness has identified the defendant?

19        THE COURT:  It will so reflect.

20   Q.   (By Ms. Martin)  And was your surveillance of

21   him airplane, or was it ground surveillance?

22   A.   I was assigned to the airplane that day, but we

23   didn't fly due to -- I suspect probably the weather

24   was not favorable for flying, so I was on the ground

25   team on the day of March 4th and March 5th, 2017.
```

1    Q.   And so prior to that time, did you also have

2    shifts or surveillance over the defendant, Said

3    Rahim?

4    A.   Yes.  I worked shifts both on the ground team

5    and as a pilot on the airplane prior to those dates

6    on the case involving Mr. Rahim.

7    Q.   So let's talk about those dates.  You said

8    March 4th, the day before the travel was supposed to

9    happen, you were surveilling him?

10   A.   Correct.  I was assigned to a ground team that

11   day.

12   Q.   Were you are able to surveil him that day?

13   A.   We were.

14   Q.   What did he do that day?

15   A.   I have my notes with me, but to the best of my

16   recollection, he was kind of at home and around his

17   house that day.

18   Q.   So did the surveillance really pick up on March

19   5th, 2017?

20   A.   Yes.  From what I recall, we had information

21   that he was planning on traveling overseas.  So we

22   had a larger team out that day to be able to track

23   him from his house to where he would go, and we

24   anticipated he would go to DFW Airport.

25   Q.   So were you stationed at his house?

1    A.    Yes.

2    Q.    What did you observe while you were at his

3    house?

4    A.    I believe we had some cameras up in the

5    vicinity, some covert cameras in the vicinity of

6    Mr. Rahim's house.  So everybody out there was able

7    to observe realtime what was going on with the

8    cameras and also puts eyes on him as well.

9         Obviously, you can't have that many people

10   right up on his house without being detected.  So as

11   he passed, you know, different ones were observing

12   at different times.  And I recall observing him and

13   other individuals coming and going from his house,

14   moving luggage from vehicle to another and so forth,

15   prior to departing the airport.

16   Q.    Did you recognize the defendant, Said Rahim, on

17   that day?

18   A.    Yes.

19   Q.    Was there anything different about his

20   appearance?

21   A.    He had shaved his beard off that day; was much

22   more clean-shaven as opposed previous surveillances

23   where he had a thick and patchier beard.

24   Q.    Ultimately, did he leave the house?

25   A.    He did.

252

1    Q.    Did you follow him?

2    A.    We did; as a team, we followed him.

3    Q.    Where did he go?

4    A.    To Dallas/Fort Worth International Airport,

5    Terminal D.

6    Q.    When you say you as a team followed him,

7    approximately how many people followed him?

8    A.    I believe there were eight people on the

9    surveillance log that day, eight agents.

10   Q.    Are you aware of any additional surveillance

11   that day?

12   A.    I checked the records to see if there was an

13   airplane up that day this morning.  Unfortunately,

14   our system was down.  Our chief pilot did search our

15   physical records and did not see a flight up on

16   Sunday the 5th with our particular aircraft.

17   However, there were visiting teams in to assist with

18   the workload from another division, and they did

19   have an aircraft here, so I couldn't ascertain as to

20   whether that aircraft actually flew on Sunday the

21   5th or not, but we had eight ground bodies out.

22   Q.    Were you aware whether or not the SWAT had

23   surveillance stationed at the airport as well?

24   A.    I believe they did.  That sounds correct.

25   Q.    When he -- Mr. Rahim, did he travel alone to

1    the airport?

2    A.   No.  He left with two other individuals, I

3    believe, in a black Mercedes that were later

4    identified to be his brothers, I believe, that

5    traveled with him to the airport.

6    Q.   What happened when you got to the airport?

7    A.   Mister -- and I apologize.  I knew him as

8    Mr. Rahim.  And if that's incorrect, I apologize for

9    not getting his name correct.

10        He exited -- they pulled up curbside,

11   basically, and Mr. Rahim exited the vehicle.  And I

12   believe, initially, one of the other individuals who

13   was later identified to be a brother of his exited

14   the vehicle.  And while they were there, at various

15   times, these two individuals, who were his brothers,

16   came in and out of the airport.  Because we were in

17   there for a lengthy period of time at the ticket

18   counter.

19   Q.   So you actually got out of your surveillance

20   car and went into the airport?

21   A.   Yes.  A retired agent, Sonya Stephens and

22   myself, went in and posed as a couple in a covert

23   capacity to maintain a continuous surveillance on

24   Mr. Rahim as he entered the airport to see what his

25   actions were going to be inside.

1   Q.    What was he doing inside the airport?

2   A.    He was at the Luftansa ticket counter in

3   Terminal D.  And there was a problem with his ticket

4   or his boarding.  And I don't know if it was with

5   the Luftansa or German government.  But there was

6   some kind of a holdup that held him at the ticket

7   counter for a very extended period of time.

8   Q.    Did that cause problem for you as surveillance?

9   A.    It did, because it's not normal for people to

10  stand around forever at the ticket counter.  So we

11  went to a self-serve kiosk and enlisted one of the

12  airline representatives to help us at that kiosk and

13  move to different kiosks as if one was broken, but

14  kind of buy us some time; and also to be able to

15  take some pictures and everything of Mr. Rahim at

16  the ticket counter for Luftansa.

17  Q.    And what did you observe while he was at the

18  ticket counter?  Was he alone at the Luftansa ticket

19  counter?

20  A.    He was not -- he may have been at specific

21  times, but there was traffic of him and his

22  brothers.  He was there, and his brothers would come

23  and go.  And I think one of them may have moved the

24  car at one point, but I'm not 100 percent sure about

25  that.

1           But while they were there, we did notice they

2     were very observant of what was going on in the

3     airport as opposed to what was going to on at the

4     ticket counter.  And I can explain further if you

5     need me to.

6     Q.    Yeah, please explain.

7     A.    Okay.  So when he was there at the ticket

8     counter -- I'm guessing it was probably an hour

9     roughly.  It could have been a little bit more, it

10    could have been a little bit less, but ballpark an

11    hour.  And these guys were there with him.  And I

12    would equate it like being on a security or a

13    protective detail, where, if I were providing

14    security for you, for example, to give a speech, I

15    would be very aware of what was going on around you,

16    what all was going on, not necessarily paying a

17    hundred percent attention to your speech because I'm

18    looking around.

19          That was kind of the behavior exhibited by the

20    brothers at that time.  They were constantly turning

21    around, looking around the airport, looking to see

22    who was in there.  I would say looking -- you know,

23    just their heads were on swivels, as we say.  They

24    were looking all over the place and not focused a

25    whole lot on what was going on with Mr. Rahim and

```
 1    the ticket agent.
 2    Q.   And you found that to be unusual?
 3    A.   I did find that to be unusual.  Most people,
 4    when they go in the airport, are trying to get their
 5    ticket or process what they are doing at the
 6    counter.  They're not really concerned about what's
 7    going on behind them.
 8    Q.   And ultimately did Mr. Rahim get something that
 9    allowed him to go through the TSA checkpoint?
10    A.   He did.  Something was worked out, and he got
11    some type of access to get through the TSA ticket
12    counter -- excuse me, the TSA screening area, which
13    would be a restricted area that only ticketed
14    passengers are normally able to go through, and he
15    did go through that by himself.
16    Q.   And did you lose visual on him when he went
17    through the TSA checkpoint?
18    A.   We did.  We saw him go through, and some
19    individuals in suits met him.  I don't know if they
20    worked for the Bureau or a combined task force or
21    whatever.  But while we were in there, we maintained
22    communications with the team leader who was kind of
23    coordinating the surveillance team and the other
24    elements that were out there, and they were telling
25    us what was going on.  We didn't know what the
```

1  holdup was with the Luftansa counter.  So they told

2  us there was whatever kind of holdup.  And they kind

3  of kept us in the loop of what was going on.  And in

4  return, we let them know what was happening inside

5  the terminal.  And they said, "Okay, he's going

6  through, and our guys our going to meet him once he

7  gets through the TSA checkpoint."  So I assume that

8  those guys met him and took him off to the side

9  room.

10 Q.    Did you stay at the airport after that?

11 A.    We did.  We sat down there in Terminal D for a

12 while to wait for further instructions and see what

13 happened.  Eventually, Mr. Rahim came back out

14 through the TSA checkpoint.  We observed him coming

15 through.  And kind of when you exit the terminal,

16 you know, you have two sets of sliding doors.  And

17 he made it through the first set of sliding doors,

18 and at that point he was contacted by law

19 enforcement and he was handcuffed and taken into

20 custody; not by us, we strictly observed.

21 Q.    And that ended your surveillance assignment?

22 A.    It did.  We didn't want to burn our covert

23 capacity and be associated with his arrest,

24 especially since we had been in there so long.  So

25 we departed a different door and kind of got out of

```
 1   there at that point.
 2   Q.   If Said Rahim had not been arrested, would you
 3   have continued to surveil him when he left the
 4   airport?
 5   A.   We would have received orders from the
 6   commander as we had been.  But it would have been
 7   standard practice to continue surveillance on him
 8   until he left the airport.
 9           MS. MARTIN:  Your Honor, may I have a
10   moment?
11           THE COURT:  You may.
12           MS. MARTIN:  Pass the witness, Your Honor.
13           MR. WHALEN:  One second.
14                    CROSS-EXAMINATION
15   BY MR. WHALEN:
16   Q.   Agent, with regard to the brothers, you were
17   aware they weren't flying, correct?
18   A.   That's correct.  Now, I wasn't at the time --
19   because we didn't know who he was going to go to the
20   airport with.  Once we got there and things kind of
21   got established, we knew that they were just
22   accompanying him up to the point that he was going
23   to leave, you know, fly wherever he was going.
24   Q.   So whatever was going on at the ticket counter,
25   would it be normal for them not to really care about
```

1    what's happening, other than just making sure he

2    gets his boarding pass and get on his way?  Would

3    that be reasonable?

4    A.    It could be.  From my own personal experience,

5    traveling on airplanes -- you know, when I have

6    accompanied somebody to the airport, I don't go in

7    with them.  But I've never observed -- it's just

8    unusual to observe people that aren't traveling

9    stand at the ticket counter and really be looking

10   over to figure out what else is happening at the

11   airport.  It struck me as odd as being someone who

12   flies a lot myself.

13   Q.    Because you fly a lot and have experience,

14   that's your normal practice.

15   A.    Yes, sir.

16   Q.    So it could be somebody else's normal practice

17   to say, "Hey, I will hang out with you until you get

18   settled to make sure you get on your way before I

19   leave," correct?

20   A.    Yes, that's plausible.

21   Q.    After he went through the TSA checkpoint, did

22   they leave?

23   A.    As far as I know -- from my recollection, they

24   did depart at that point.

25   Q.    So they didn't stick around or do anything like

```
 1   that, they left after he was on his way through the
 2   security checkpoint.
 3   A.    I believe so.  Give me just one moment to
 4   review my notes.  I believe that they did.
 5        (Pause.)
 6   A.    Yes, sir.  I don't see anything that indicates
 7   otherwise.  I believe that you are correct they did
 8   leave.  Once they -- in my opinion -- believed he
 9   was going to board the flight and went to the TSA
10   area, I believe they departed the airport.
11   Q.    Okay.  And it wasn't a quick process at the
12   Luftansa ticket counter, correct?
13   A.    That's correct, it went on for some time.  I
14   would say at least an hour.
15   Q.    Okay.  And would it be fair to say that, you
16   know, due to boredom and things like that, you might
17   start looking around to pass the time until it
18   finally gets sorted out?  Would that be reasonable?
19   A.    It's possible.  That's not the way I
20   interpreted it, but it's certainly possible.
21   Q.    And obviously you are an FBI agent, and you are
22   trained to interpret things a certain way compared
23   to other people, correct?
24   A.    Yes, sir.
25            MR. WHALEN:  Pass the witness.
```

```
 1              THE COURT:  Anything else?
 2              MS. MARTIN:  No questions Your Honor.
 3              THE COURT:  Agent, step down.  Remember
 4   not to talk about the case until it's over.
 5              May this witness be excused?
 6              MS. MARTIN:  Yes, Your Honor.
 7              MR. WHALEN:  Yes, Your Honor.
 8              THE COURT:  Ms. Martin, what do you say?
 9              MS. MARTIN:  Your Honor, Members of the
10   Jury, the government rests.
11              THE COURT:  Okay.  Mr. Whalen, I want to
12   talk to you in just a minute, but I'm going to let
13   you go for the day.  It's just about time anyway.
14              Please remember not to talk about the
15   case, anything about the case.  And please be back
16   here -- I think I'm going to start up at 9:30
17   tomorrow because we've got the charge.  I want to
18   look at the jury charge and instructions, and I want
19   to do some other things with the lawyers.  So you
20   can be here as early as you want, but we won't start
21   until 9:30.  Okay?  And that's all.  Good night.
22              (Jury exits courtroom.)
23              THE COURT:  Mr. Whalen.
24              MR. WHALEN:  Your Honor, may I approach?
25              THE COURT:  Yes.
```

1          MR. WHALEN:  Your Honor, at this time, I
2     would urge a motion under Rule 29 as it relates to
3     Count 1.  We would argue that the government has
4     failed to prove each and every element of Count 1,
5     that there was an existence of conspiracy or an
6     agreement of any kind.  And then they failed to
7     prove that Mr. Rahim agreed or conspired with anyone
8     and acted in a way in furtherance of the conspiracy.
9     And so we would move for a Rule 29 for each and
10    every element under Count 1.
11         As to Count 2, we believe they have failed
12    to prove each and every element of Count 2 of the
13    attempted to provide material support to a terrorist
14    organization.  There's no evidence to support that
15    he individually or that anybody associated with that
16    chat room provided personnel to a terrorist
17    organization.  And so we would move for Rule 29 on
18    each and every element as related to Count 2 as to
19    both personnel and services.
20         As to Counts 3, 4, 5, 6, 7 and 8, we would
21    ask for Rule 29 on those matters.  We believe they
22    can't prove each and every element, that the matters
23    were not material.  The evidence suggests that they
24    knew -- each and every statement that they asked,
25    they already knew the answer to.  And there's no

1    suggestion that it caused them any undue harm or

2    further work on their part to make a determination

3    of what -- of the investigation or caused them to do

4    additional steps in the investigation as a result of

5    those statements.  And so for those reasons, Counts

6    3, 4, 7 and 8, we move for Rule 29 motion of

7    acquittal on each and every count, Your Honor.

8              THE COURT:  Thank you, Mr. Whalen.

9              Ms. Martin.

10             MS. MARTIN:  Yes, Your Honor.

11             Your Honor, with respect to Count 1, the

12   government has established sufficient evidence to

13   establish the existence of a conspiracy with the

14   defendant and at least one other person.  Multiple

15   people that we don't exactly who they are on the

16   channel, creator of the channel, and the Italian

17   subject, Ibn Dawla.

18             And we believe that that agreement is

19   clear from -- as evidenced that it is for -- to

20   provide material support to ISIS.  We believe that

21   the defendant's own statement shows that the

22   knowingly became a member of the conspiracy and

23   sought to further its unlawful purpose.  And that at

24   least one overt act -- multiple overt acts were

25   committed over the existence of the conspiracy.  And

1  that it existed on or after May 15th, 2014, when

2  ISIS was designated as an FTO.

3          With respect to the attempt, Count 2, the

4  attempt, we believe that the evidence has shown that

5  the defendant intended to provide material support

6  to ISIS.  He said it repeatedly.  And that he did

7  commit more than one act, at least one act, though,

8  constituting a substantial step with his recruiting

9  efforts in his attempts to provide material support.

10          With respect to the false statements, the

11  government believes it's met every element.  And

12  Mr. Whalen's argument that the government knew the

13  answers to the questions is not part of the law.

14  The law says that it just has to tend to influence,

15  even if the federal agents know the answer.

16          THE COURT:  Even if they knew that they

17  were false, they're still material because it

18  doesn't matter if they know they are false or not.

19  I understand that.

20          MS. MARTIN:  Yes, Your Honor.  Thank you.

21          THE COURT:  All right.  I deny the motion.

22  You can bring it up again and again.  I'm going to

23  deny it for now.  And let's go on to the defense

24  case.

25          Mr. Whalen you will have two witnesses

1    here tomorrow, right?

2              MR. WHALEN:  One or two, Your Honor.

3              THE COURT:  Okay.  One or two.

4              Have you-all looked at the charge at all?

5              MR. WHALEN:  Not really, Your Honor.

6              THE COURT:  I know.  I know.  I didn't

7    expect you to.  That's why I would like you here by

8    8:30 tomorrow morning, and we will go through it.

9    And we will try to get it done so we will have it

10   done so we can right into it after that.

11             I don't know when we will argue.  We're

12   going to argue tomorrow, but I don't know if it will

13   be the morning or afternoon.  Let's just hope we can

14   get the charge done.  So take a good look at it

15   tonight.

16             If there's nothing else, we will be in

17   recess.

18                  (Court in recess at 4:53 p.m.)

19

20

21

22

23

24

25

```
 1                    C E R T I F I C A T E
 2            I, Shawnie Archuleta, CCR/CRR, certify
 3    that the foregoing is a transcript from the record
 4    of the proceedings in the foregoing entitled matter.
 5            I further certify that the transcript fees
 6    format comply with those prescribed by the Court and
 7    the Judicial Conference of the United States.
 8            This 21st day of March 2020.
 9
10
11                        s/Shawnie Archuleta
                          Shawnie Archuleta CCR No. 7533
12                        Official Court Reporter
                          The Northern District of Texas
13                        Dallas Division
14
15
16    My CSR license expires:  December 31, 2020
17    Business address:  1100 Commerce Street
                         Dallas, TX  75242
18    Telephone Number:  214.753.2747
19
20
21
22
23
24
25
```

**SHAWNIE ARCHULETA, CSR/CRR**
**FEDERAL COURT REPORTER - 214.753.2747**